UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAN SILLS, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>  -against-<br><br>UNITED NATURAL FOODS, INC., STEVEN L. SPINNER, J. ALEXANDER MILLER DOUGLAS, and JOHN W. HOWARD,<br><br>       Defendants. | 23-CV-2364 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including ECF No. 22. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated: August 7, 2023
    New York, New York

                  SO ORDERED.

                  *Jessica Clarke*
                  _____
                  JESSICA G. L. CLARKE
                  United States District Judge