

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX



AMERICA  •  ASIA PACIFIC  •  EUROPE

+1 212 839 5372
FBRODY@SIDLEY.COM

September 26, 2023

**VIA ECF**

Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

The brief in support of the motion to dismiss is limited to 40 pages. The brief in opposition to the motion to dismiss is limited to 45 pages. The reply in further support of the motion to dismiss is limited to 25 pages.

SO ORDERED.

Dated: September 27, 2023
        New York, New York

*[signature]*

JESSICA G. L. CLARKE
United States District Judge

Re:    *Sills et al. v. United Natural Foods Inc. et al.*, No. 23 Civ. 2364-JGLC

Dear Judge Clarke:

We represent Defendants United Natural Foods, Inc., J. Alexander Miller Douglas, John W. Howard, and Christopher P. Testa ("Defendants") in the above-referenced action. We write jointly with Plaintiffs Dan Sills and George Dick ("Plaintiffs") to request an extension of the page limits set forth in Rule 4.b of Your Honor's Individual Rules and Practices in Civil Cases in connection with forthcoming briefing on Defendants' motion to dismiss the Amended Complaint. Specifically, the parties request the following:

- Brief in support of motion to dismiss:  40 pages

- Brief in opposition to motion to dismiss:  45 pages

- Reply in further support of motion to dismiss:  25 pages

The Amended Complaint that is the subject of the forthcoming motion is 98 pages and contains more than 260 paragraphs. Dkt. No. 24. Thus, the parties request this extension in order to adequately explain their positions regarding its legal sufficiency.

We thank the Court for its attention to this request and are available should Your Honor have any questions.

Respectfully submitted,

/s/ Francesca Brody

Francesca Brody

Cc:    All counsel of record (via ECF)

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.