**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DAN SILLS *and* GEORGE DICK, *individually*
*and on behalf of all others similarly situated*,

                      Plaintiffs,

    vs.

UNITED NATURAL FOODS, INC., J.
ALEXANDER MILLER DOUGLAS, JOHN W.
HOWARD, *and* CHRISTOPHER P. TESTA,

                      Defendants.

No. 1:23-cv-02364-JGLC

**NOTICE OF MOTION TO**
**DISMISS AMENDED COMPLAINT**

---

       **PLEASE TAKE NOTICE** that, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules

of Civil Procedure and the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C.

§ 78u-4(b), upon the accompanying Declaration of Francesca Brody, dated September 29, 2023,

and the exhibits annexed thereto, the Memorandum of Law of Defendants United Natural Foods,

Inc., J. Alexander Miller Douglas, John W. Howard, and Christopher P. Testa in Support of

Their Motion to Dismiss the Amended Complaint, and upon all other pleadings and proceedings

herein, Defendants, by their attorneys at Sidley Austin LLP, shall move this Court before the

Honorable Jessica G. L. Clarke, United States District Judge, at the United States District Court

for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York,

New York 10007, on a date and time to be determined by the Court, for an Order granting

Defendants' Motion to Dismiss the Amended Complaint with prejudice, along with any other

and further relief this Court deems just and proper.

Dated: September 29, 2023
New York, New York

Respectfully submitted,

/s/ Francesca Brody
Francesca Brody
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
fbrody@sidley.com

Nilofer I. Umar (admitted *pro hac vice*)
Neil H. Conrad (admitted *pro hac vice*)
Rebecca M. Lewis (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
numar@sidley.com
nconrad@sidley.com
rebecca.lewis@sidley.com

*Attorneys for Defendants United Natural Foods, Inc., J. Alexander Miller Douglas, John W. Howard, and Christopher P. Testa*

2