**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAN SILLS *and* GEORGE DICK, *individually and on behalf of all others similarly situated*,<br><br>      Plaintiffs,<br><br> vs.<br><br>UNITED NATURAL FOODS, INC., J. ALEXANDER MILLER DOUGLAS, JOHN W. HOWARD, *and* CHRISTOPHER P. TESTA,<br><br>      Defendants. | No. 1:23-cv-02364-JGLC<br><br>**DECLARATION OF FRANCESCA BRODY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT** |

I, Francesca Brody, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am admitted to practice in the State of New York and a member of the law firm Sidley Austin LLP, counsel for Defendants United Natural Foods, Inc., J. Alexander Miller Douglas, John W. Howard, and Christopher P. Testa in this action. I submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint (Dkt. 24).

2. A true and correct copy of the 2023 Form 10-K of United Natural Foods, Inc., dated September 26, 2023, and filed with the SEC pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, available at https://www.sec.gov/Archives/edgar/data/1020859/000102085923000048/unfi-20230729.htm, is attached hereto as Exhibit 1. Exhibits to the 2023 Form 10-K are omitted.

3. A true and correct copy of the 2021 Form 10-K of United Natural Foods, Inc., dated September 28, 2021, and filed with the SEC pursuant to Section 13 or 15(d) of the

Securities Exchange Act of 1934, available at https://www.sec.gov/Archives/edgar/data/ 1020859/000102085921000083/unfi-20210731.htm, is attached hereto as Exhibit 2. Exhibits to the 2021 Form 10-K are omitted.

4.      A true and correct copy of a transcript of the earnings call held by United Natural Foods, Inc., dated June 9, 2021, available at https://s22.q4cdn.com/589001886/files/doc_ financials/2021/q3/UNFI-Transcript-Q3FY21-6-9-21.pdf, is attached hereto as Exhibit 3.

5.      A true and correct copy of a transcript of the earnings call held by United Natural Foods, Inc., dated March 9, 2022, available at https://s22.q4cdn.com/589001886/files/doc_ financials/2022/q2/Transcript-Q2FY22-3-9-22.pdf, is attached hereto as Exhibit 4.

6.      A true and correct copy of a transcript of the earnings call held by United Natural Foods, Inc. dated March 8, 2023, available at https://s22.q4cdn.com/589001886/files/doc_ financials/2023/q2/Transcript-Q2F23-3-8-23.pdf, is attached hereto as Exhibit 5.

7.      A true and correct copy of a press release issued by United Natural Foods, Inc., dated December 8, 2021, available at https://www.businesswire.com/news/home/ 20211208005178/en/United-Natural-Foods-Inc.-Reports-First-Quarter-Fiscal-2022-Results, is attached hereto as Exhibit 6.

8.      A true and correct copy of a transcript of the earnings call held by United Natural Foods, Inc., dated December 9, 2020, available at https://s22.q4cdn.com/589001886/files/doc_ financials/2021/q1/Transcript-Q1FY21-12-9-20_clean.pdf, is attached hereto as Exhibit 7.

9.      A true and correct copy of a press release issued by United Natural Foods, Inc., dated March 9, 2022, available at https://www.businesswire.com/news/home/ 20220309005076/en/United-Natural-Foods-Inc.-Reports-Second-Quarter-Fiscal-2022-Results, is attached hereto as Exhibit 8.

10. A true and correct copy of a press release issued by United Natural Foods, Inc., dated June 7, 2022, available at https://www.businesswire.com/news/home/ 20220607005253/en/United-Natural-Foods-Inc.-Reports-Third-Quarter-Fiscal-2022-Results, is attached hereto as Exhibit 9.

11. A true and correct copy of a press release issued by United Natural Foods, Inc., dated September 27, 2022, available at https://www.businesswire.com/news/home/ 20220927005316/en/United-Natural-Foods-Inc.-Reports-Fourth-Quarter-and-Full-Year-Fiscal-2022-Results-Announces-New-200-Million-Share-Repurchase-Authorization, is attached hereto as Exhibit 10.

12. A true and correct copy of a press release issued by United Natural Foods, Inc., dated September 27, 2022, available at https://www.businesswire.com/news/home/ 20221207005121/en/United-Natural-Foods-Inc.-Reports-First-Quarter-Fiscal-2023-Results, is attached hereto as Exhibit 11.

13. A true and correct copy of the Q1 2022 Form 10-Q of United Natural Foods, Inc., dated December 8, 2021, and filed with the SEC pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, available at https://www.sec.gov/Archives/edgar/data/1020859/ 000102085921000170/unfi-20211030.htm, is attached hereto as Exhibit 12. Exhibits to the Q1 2022 Form 10-Q are omitted.

14. A true and correct copy of the 2022 Form 10-K of United Natural Foods, Inc., dated September 27, 2022, and filed with the SEC pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, available at https://www.sec.gov/Archives/edgar/data/ 1020859/000102085922000054/unfi-20220730.htm, is attached hereto as Exhibit 13. Exhibits to the 2022 Form 10-K are omitted.

15.     A true and correct copy of an analyst report issued by Northcoast Research, dated September 24, 2021, is attached hereto as Exhibit 14.

16.     A true and correct copy of an analyst report issued by Northcoast Research, dated October 4, 2021, is attached hereto as Exhibit 15.

17.     A true and correct copy of an analyst report issued by Wells Fargo Securities, LLC, dated March 17, 2022, is attached hereto as Exhibit 16.

18.     A true and correct copy of an analyst report issued by Guggenheim Securities, LLC, dated June 20, 2022, is attached hereto as Exhibit 17.

19.     A true and correct copy of an analyst report issued by UBS Securities, LLC, dated July 13, 2022, is attached hereto as Exhibit 18.

20.     A true and correct copy of an analyst report issued by UBS Securities, LLC, dated June 7, 2022, is attached hereto as Exhibit 19.

21.     A true and correct copy of a press release issued by United Natural Foods, Inc., dated March 8, 2023, available at https://www.businesswire.com/news/home/20230308005148/en/United-Natural-Foods-Inc.-Reports-Second-Quarter-Fiscal-2023-Results, is attached hereto as Exhibit 20.

22.     A true and correct copy of an analyst report issued by Guggenheim Securities, LLC, dated March 12, 2023, is attached hereto as Exhibit 21.

23.     A true and correct copy of an analyst report issued by BTIG LLC, dated March 8, 2023, is attached hereto as Exhibit 22.

24.     A true and correct copy of an analyst report issued by BMO Capital Markets, dated March 8, 2022, is attached hereto as Exhibit 23.

4

25. A true and correct copy of a press release issued by United Natural Foods, Inc., dated June 7, 2023, available at https://www.businesswire.com/news/home/20230607005212/en/United-Natural-Foods-Inc.-Reports-Third-Quarter-Fiscal-2023-Results, is attached hereto as Exhibit 24.

26. A true and correct copy of a transcript of the earnings call held by United Natural Foods, Inc., dated June 7, 2023, available at https://s22.q4cdn.com/589001886/files/doc_financials/2023/q3/Transcript-Q3F23-6-7-23.pdf, is attached hereto as Exhibit 25.

27. A true and correct copy of an analyst report issued by Guggenheim Securities, LLC, dated June 25, 2023, is attached hereto as Exhibit 26.

28. A true and correct copy of a Statement of Changes in Beneficial Ownership (Form 4), dated March 27, 2023, for Douglas J. Alexander, Jr. filed with the SEC pursuant to Section 16(a) of the Securities Exchange Act of 1934, available at https://www.sec.gov/Archives/edgar/data/1020859/000102085923000024/xslF345X04/wf-form4_167991516819944.xml, is attached hereto as Exhibit 27.

29. A true and correct copy of a Statement of Changes in Beneficial Ownership (Form 4), dated February 8, 2023, for John W. Howard filed with the SEC pursuant to Section 16(a) of the Securities Exchange Act of 1934, available at https://www.sec.gov/Archives/edgar/data/1020859/000102085923000008/xslF345X03/wf-form4_167589299405418.xml, is attached hereto as Exhibit 28.

30. A true and correct copy of a Statement of Changes in Beneficial Ownership (Form 4), dated January 25, 2023, for Christopher P. Testa filed with the SEC pursuant to Section 16(a) of the Securities Exchange Act of 1934, available at https://www.sec.gov/

Archives/edgar/data/1020859/000102085923000006/xslF345X03/wf-form4_

167468499766307.xml, is attached hereto as Exhibit 29.

31.    A true and correct copy of a Proxy Statement (Schedule 14A) of United Natural

Foods, Inc., dated November 22, 2022, and filed with the SEC pursuant to Section 14(a) of the

Exchange Act, available at https://www.sec.gov/Archives/edgar/data/1020859/

000102085922000127/formdef14a2022.htm, is attached hereto as Exhibit 30.

32.    A true and correct copy of a transcript of the earnings call held by United Natural

Foods, Inc., dated December 8, 2021, available at https://s22.q4cdn.com/589001886/files/doc_

financials/2022/q1/UNFI-Q1-2022-Earnings-Call_Corrected-Transcript_2021-12-08-14-16-

08.pdf, is attached hereto as Exhibit 31.

33.    A true and correct copy of a transcript of the earnings call held by United Natural

Foods, Inc., dated June 7, 2022, available at https://s22.q4cdn.com/589001886/files/doc_

financials/2022/q3/Transcript-Q3FY22-6-7-22.pdf, is attached hereto as Exhibit 32.

34.    A true and correct copy of a transcript of the earnings call held by United Natural

Foods, Inc., dated September 27, 2022, available at https://s22.q4cdn.com/589001886/files/doc_

financials/2022/q4/Transcript-Q4FY22-9-27-22.pdf, is attached hereto as Exhibit 33.

35.    A true and correct copy of a press release issued by United Natural Foods, Inc.,

dated December 7, 2022, available at https://s22.q4cdn.com/589001886/files/doc_

financials/2023/q1/Transcript-Q1FY23-12-7-22.pdf, is attached hereto as Exhibit 34.

36.    A true and correct copy of the Q2 2022 Form 10-Q of United Natural Foods, Inc.,

dated March 9, 2022, and filed with the SEC pursuant to Section 13 or 15(d) of the Securities

Exchange Act of 1934, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1020859/

6

000102085922000013/unfi-20220129.htm, is attached hereto as Exhibit 35. Exhibits to the Q2

2022 Form 10-Q are omitted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 29, 2023 in New York, New York.

/s/ Francesca Brody
Francesca Brody