# Exhibit 15


# NORTHCOAST RESEARCH

**OCTOBER 5, 2021**

**Chuck Cerankosky** 216.468.6909
chuck.cerankosky@northcoastresearch.com

**Jim Salera** 216.468.6947
jim.salera@northcoastresearch.com

## United Natural Foods Inc.

# UNFI: WE SEE SUSTAINED TAILWINDS AND LIFT OUR PRICE TARGET TO $58

## Northcoast Call

UNFI closed out its fiscal 2021 with a blockbuster earnings release by posting 4QF21 adjusted EPS of $1.18 compared to $1.06 in the year ago period, easily besting both ours and the Street's expectations. One of the key drivers of UNFI's success has been impressive operational efficiency gains. Since its acquisition of Supervalu, UNFI has at times struggled with execution, putting downward pressure on margins and leading to disappointing earnings releases. However, there have been tangible gains made throughout the pandemic and UNFI's new CEO Sandy Douglas brings extensive supply chain experience to the company. As we have discussed in much of our research, we believe that robust food-at-home spending is here to stay, supported by the expansion of work-from-home and reduced restaurant capacity. In addition to these tailwinds there is another emerging trend that we believe UNFI could see additional benefits from, namely, an increasing desire among consumers to eat healthier. Given the favorable operating environment, 2021's strong results, and management's upbeat guidance for fiscal 2022, we have raised our price target on these shares to $58 from $42.

- **Estimate Changes:** Despite impressive fiscal 2021 results, the Street still appears to have a cautious outlook for the new year. Current fiscal 2022 consensus EPS sits at $3.89, below the bottom end of management's guidance of $3.90-$4.20. Given the tailwinds currently supporting UNFI, we believe there is ample cause for optimism. Our fiscal 2022 outlook indicates EPS of $4.18; we had been at $3.70. We are also debuting our fiscal 2023 estimate of $4.84, ahead of the Street's $4.18.

- **Short-Term Outlook:** The company's end market demand remains strong and any increased COVID concerns will only further drive sales gains. Stressed supply chains make UNFI's expansive distribution network all the more valuable to its customers and with the company's enormous catalog of both conventional and natural/organic SKUs it can fulfill nearly any order a food retailer might have.

- **Long-Term Outlook:** UNFI's position as a well-diversified wholesaler with a nationwide distribution footprint allows the company to pursue business from nearly all food retailers. Its balance sheet has seen dramatic improvements during the pandemic and, best of all, management was able to reduce leverage without selling one of Supervalu's most attractive assets, Cub Foods. Because we expect many of the current tailwinds to continue to support strong operating results, we believe management will be able to begin returning capital to shareholders through share buybacks and/or a regular dividend program in fiscal 2023.

- **Valuation:** Our price target of $58 would see these shares trading at roughly 14 times our next-twelve-months earnings estimate of $4.18. In the near-term, we contend a premium valuation is warranted for these shares as concerns over a COVID resurgence, higher than expected inflation, and supply chain issues all benefit this company. Based on our fiscal 2023 estimate of $4.84, our price target would see these shares trading at around 12 times earnings and 6.2 times EBITDA.

# BUY

## Key Information

| | |
|---|---|
| Price (10/04/2021) | $46.90 |
| Target Price | $58.00 |
| Market Cap (M) | $2,643 |
| Enterprise Value (M) | $6,199 |
| Average Daily Volume (3 Months) | 722,189 |
| Dividend | $0.00 |

| EPS ($) | 2021 | 2022 | 2023 |
|---|---|---|---|
| Q1 | 0.51a | 0.70e | -- |
| Q2 | 1.25a | 1.14e | -- |
| Q3 | 0.94a | 1.13e | -- |
| Q4 | 1.18a | 1.21e | -- |
| FY Jul | 3.88a | 4.18e | 4.84e |
| P/E | 12.1x | 11.2x | 9.7x |




**UNFI - United Natural Foods Inc.**

**Important: Please read disclosures and disclaimers on page 7**

NORTHCOAST RESEARCH

**Selling Environment Continues to Look Favorable**

Despite UNFI's impressive finish to its fiscal 2021, the company's growth potential seems to be underappreciated by the Street. We believe UNFI will continue to benefit from persistent food-at-home spending levels, among other favorable trends. Americans are not going to snap back into their 2019 food consumption habits anytime soon. As more employees find themselves in either full time remote work or hybrid office settings, there will be significantly more "working daypart meals" (breakfast and lunch) eaten at home. In the near-term there is also a possibility that UNFI could see another round of pantry stuffing as winter coincides with worries over COVID case spikes and product shortages.

Adding further support to food-at-home spending is strained restaurant capacity on top of inflation's impact upon menu prices. Restaurants are dealing with a seemingly unending number of challenges, the most recent of which coming from vaccine mandates and regional COVID restrictions. Restaurants in New York City reported a significant slowdown in traffic once the city's vaccine passport system went into effect. Enforcing vaccine requirements is another minefield for restaurant owners to navigate, on top of rising input costs, and an incredibly challenging labor market.

**Americans Are Ready to Lose Those Pandemic Pounds**

The past 18 months have been incredibly challenging for many Americans. During the lockdowns most people significantly reduced their outdoor activities and exercise, leading to an increase in obesity. Not surprisingly, that condition often leads to worse health outcomes after contracting COVID-19. The CDC reported that of those hospitalized with COVID-19 the overwhelming number of them– 78%– were overweight or obese. With such health concerns brought to the forefront we believe more consumers will attempt to improve their physical wellbeing, in part through healthier food choices.

As the largest natural/organic wholesaler in the country UNFI is well-positioned to capitalize on this emerging trend. The company recently rolled out an e-commerce platform, called Community Marketplace, which allows new and emerging brands to sell into UNFI's expansive customer base. The product manufacturers are responsible for delivery to the customer ordering online, allowing UNFI to offer the newest brands available at attractive margins with little to no capital commitments. Whole Foods, UNFI's most well-known customer, plans to accelerate its store growth with more than 40 stores currently under development. This would represent store footprint growth of just under 10%. These new stores coupled with Americans' need to address their pandemic weight gains could add meaningful sales volumes to UNFI's Supernatural channel.

**Impressive Guidance Could Still Prove Conservative**

While management's fiscal 2022 guidance came in well ahead of Street expectations, we believe guidance could prove conservative should some tailwinds strengthen. As noted above, UNFI would very likely benefit from any COVID resurgence that manifests itself throughout the remainder of the year. Prior to the company's 4QF21 earnings release the Street was anticipating a year-over-year earnings decline to $3.37. UNFI delivered impressive margins at the conclusion of its fiscal 2021, something that has been largely absent since the acquisition of Supervalu. Investments in automation coupled with the potential for forward buying opportunities means there could be substantial opportunity for UNFI to stabilize margins well above initial post-acquisition levels.

Our fiscal 2022 forecast sees adjusted operating margins of 1.61%. This includes the adverse impact from the closure of the company's Centralia, Washington distribution center during 1QF22. In 2018, prior to the Supervalu acquisition, UNFI had operating margins of nearly 2.50%. Given the size of UNFI's topline sales, small incremental improvements at the operating line can have outsized impacts on earnings.

Over the course of fiscal 2022 we anticipate management will allocate excess capital to further paydown debt, with forecasted net debt/EBITDA finishing the year around 2.5 times. This will leave management ample flexibility with regards to capital allocation during fiscal 2023, something the company has not had since the transformative Supervalu acquisition. Perhaps one of the most underappreciated aspects of UNFI's story, the more than $1.1 billion in debt reduction seen since the acquisition took place *without* the sale of the crown jewel of Supervalu's retail business, Cub Foods. UNFI's Retail segment, which now includes Cub and a handful of Shoppers stores, posted nearly $100 million in adjusted EBITDA over the course of fiscal 2021. With the company's debt load soon to be at target levels, we believe the excess cash generated by the Retail business will be deliverable to shareholders in the form of share buybacks and possibly the institution of a regular dividend.

NORTHCOAST RESEARCH

**United Natural Foods, Inc.**
<u>Earnings Analysis & Forecast</u>
*(Dollars in millions except per share data)*

| Sales Restated to Include Retail | | | | | | 53 Weeks | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2018 | % of Sales | 2019 | % Sales | 2020 | % Sales | 2021 | % Sales | 1QF22E | % Sales | 2QF22E | % Sales | 3QF22E | % Sales | 4QF22E | % Sales | 2022E | % Sales | 2023E | % Sales |
| **Chains** | **$3,299** | 32.3% | **$8,812** | 39.5% | **$12,010** | 45.2% | **$12,104** | 44.9% | **$2,909** | 41.4% | **$3,439** | 44.8% | **$3,385** | 45.2% | **$3,452** | 45.4% | **$13,185** | 44.2% | **$13,726** | 44.6% |
| *% Change* | *6.6%* | | *167.1%* | | *36.3%* | | *0.8%* | | *41.4%* | | | | | | | | *8.9%* | | *4.1%* | |
| **Independent Retailers** | 2,100 | 20.5% | **$5,536** | 24.8% | **$6,699** | 25.2% | **$6,638** | 24.6% | **$1,647** | 23.5% | **$1,676** | 21.8% | **$1,575** | 21.0% | **$1,641** | 21.6% | **$6,539** | 21.9% | **$6,474** | 21.0% |
| *% Change* | *-13.5%* | | *163.6%* | | *21.0%* | | *-0.9%* | | | | | | | | | | *-1.5%* | | *-1.0%* | |
| **Supernatural** | 3,758 | 36.7% | **$4,394** | 19.7% | **$4,720** | 17.8% | **$5,050** | 18.7% | **$1,298** | 18.5% | **$1,387** | 18.1% | **$1,376** | 18.4% | **$1,337** | 17.6% | **$5,398** | 18.1% | **$5,765** | 18.7% |
| *% Change* | *36.8%* | | *16.9%* | | *7.4%* | | *7.0%* | | | | | | | | | | *6.9%* | | *6.8%* | |
| **Retail** | | | **$1,653** | 7.4% | **$2,375** | 8.9% | **$2,442** | 9.1% | **$580** | 8.3% | **$606** | 7.9% | **$564** | 7.5% | **$598** | 7.9% | **$2,348** | 7.9% | **$2,442** | 7.9% |
| *% Change* | | | *NA* | | *43.7%* | | *2.8%* | | | | | | | | | | *-3.8%* | | *4.0%* | |
| **Eliminations** | | | | | ($1,569) | | ($1,584) | | ($377) | | ($394) | | ($367) | | ($389) | | ($1,526) | | ($1,587) | |
| *% Change* | | | | | *NA* | | *1.0%* | | | | | | | | | | *-3.6%* | | *4.0%* | |
| **Other** | 1,070 | 10.5% | **$1,912** | 8.6% | **$2,324** | 8.8% | **$2,300** | 8.5% | **$589** | 8.4% | **$576** | 7.5% | **$588** | 7.9% | **$580** | 7.6% | **$2,333** | 7.8% | **$2,387** | 7.8% |
| *% Change* | *6.6%* | | *78.7%* | | *21.5%* | | *-1.0%* | | | | | | | | | | *1.4%* | | *2.3%* | |
| | $10,226.7 | | $ 22,307.5 | | $ 26,559.0 | | $ 26,950.0 | | $6,646.0 | | $7,290.1 | | $7,121.4 | | $7,219.3 | | $28,276.8 | | $29,205.8 | |
| | *10.3%* | | *118.1%* | | *19.1%* | | *1.5%* | | | | | | | | | | *4.9%* | | *3.3%* | |
| Cost of goods sold | 8,706.7 | 85.14% | 19,098.9 | 85.62% | 22,670.0 | 85.36% | 23,011.0 | 85.38% | 5,663.7 | 85.22% | 6,207.5 | 85.15% | 6,062.4 | 85.13% | 6,145.8 | 85.13% | 24,079.5 | 85.16% | 24,860.0 | 85.12% |
| **Gross Profit** | **$1,520.0** | 14.86% | **$3,208.6** | 14.38% | **$3,889.0** | 14.64% | **$3,939.0** | 14.62% | **$982.3** | 14.78% | **$1,082.6** | 14.85% | **$1,059.0** | 14.87% | **$1,073.5** | 14.87% | **$4,197.3** | 14.84% | **$4,345.8** | 14.88% |
| Operating expenses | 1,274.6 | 12.46% | 2,958.2 | 13.26% | 3,553.6 | 13.38% | 3,523.5 | 13.07% | 889.2 | 13.38% | 962.3 | 13.20% | 940.0 | 13.20% | 949.3 | 13.15% | 3,740.9 | 13.23% | 3,855.2 | 13.20% |
| Restructuring and asset impairment | 0.0 | 0.00% | 0.0 | 0.00% | (8.1) | -0.03% | 0.0 | 0.00% | 0.0 | 0.00% | 0.0 | 0.00% | 0.0 | 0.00% | 0.0 | 0.00% | 0.0 | 0.00% | 0.0 | 0.00% |
| **Operating Profit** | **$245.5** | 2.40% | **$250.4** | 1.12% | **$343.5** | 1.29% | **$415.5** | 1.54% | **$93.0** | 1.40% | **$120.3** | 1.65% | **$118.9** | 1.67% | **$124.2** | 1.72% | **$456.4** | 1.61% | **$490.7** | 1.68% |
| Interest expense | 16.0 | | 174.6 | | 192.0 | | 173.5 | | 38.0 | | 37.0 | | 36.0 | | 36.0 | | 147.0 | | 127.0 | |
| Interest income/Net periodic benefit income | 0.0 | | (35.0) | | (50.0) | | (68.2) | | (4.0) | | (13.0) | | (11.0) | | (12.0) | | (40.0) | | (35.0) | |
| Other (income)/expense | (1.5) | | 0.7 | | (4.0) | | (8.0) | | 0.0 | | 0.0 | | 0.0 | | 0.0 | | 0.0 | | 0.0 | |
| **Pretax Earnings** | **$231.0** | 2.26% | **$110.1** | 0.49% | **$205.5** | 0.77% | **$318.2** | 1.18% | **$59.0** | 0.89% | **$96.3** | 1.32% | **$93.9** | 1.32% | **$100.2** | 1.39% | **$349.4** | 1.24% | **$398.7** | 1.36% |
| Income taxes | 75.9 | | 32.3 | | 65.0 | | 81.4 | | 15.4 | | 25.0 | | 24.4 | | 26.0 | | 90.9 | | 103.7 | |
| *tax rate* | *32.9%* | | *29.3%* | | *31.6%* | | *25.6%* | | *26.0%* | | *26.0%* | | *26.0%* | | *26.0%* | | *26.0%* | | *26.0%* | |
| **Net Income** | **$155.1** | 1.52% | **$77.9** | 0.35% | **$140.5** | 0.53% | **$236.8** | 0.88% | **$43.7** | 0.66% | **$71.3** | 0.98% | **$69.5** | 0.98% | **$74.1** | 1.03% | **$258.6** | 0.91% | **$295.0** | 1.01% |
| **Discontinued Operations (loss)** | 0.0 | | 8.6 | 0.04% | 15.9 | 0.06% | 1.8 | 0.01% | 0.7 | | 0.3 | | 1.0 | | 1.0 | | 3.0 | | 0.0 | |
| **(Income)/Loss Attributable to Noncontrolling Interests** | 0.0 | | (0.1) | | (5.0) | | (6.0) | | (1.3) | | (2.0) | | (1.6) | | (1.0) | | (5.9) | | 0.0 | |
| **Net Income** | **$155.1** | | **$86.3** | 0.39% | **$151.3** | 0.57% | **$232.6** | 0.86% | **$43.1** | 0.65% | **$69.6** | 0.95% | **$68.9** | 0.97% | **$74.1** | 1.03% | **$255.7** | 0.90% | **$295.0** | 1.01% |
| **Diluted Net Income Per Share** | **$3.05** | | **$1.68** | | **$2.72** | | **$3.88** | | **$0.70** | | **$1.14** | | **$1.13** | | **$1.21** | | **$4.18** | | **$4.84** | |
| *% Change* | *20.3%* | | *-44.8%* | | *61.7%* | | *42.3%* | | | | | | | | | | *7.8%* | | *15.8%* | |
| **Average Diluted Shares** | 50.8 | | 51.2 | | 53.8 | | 60.0 | | 61.2 | | 61.2 | | 61.2 | | 61.2 | | 61.2 | | 61.0 | |

Source: United Natural Foods Inc., Northcoast Research estimates

 

## United Natural Foods, Inc.
__Cash Flow__
(Dollars in millions)

| July: | 2018 | 2019 | 2020 | 2021 | 2022E | 2023E |
|---|---|---|---|---|---|---|
| **Cash flows from operating activities** | | | | | | |
| Net income (loss) | $ 166 | $ (351) | $ (254) | $ 149 | $ 256 | $ 295 |
| Depreciation and amortization | $ 88 | $ 247 | $ 282 | $ 285 | $ 287 | $ 291 |
| Equity-based compensation | $ 26 | $ 26 | $ 25 | $ 45 | $ 45 | $ 48 |
| Deferred income taxes | $ (15) | $ (61) | $ (71) | $ (5) | $ (10) | $ (14) |
| (Gain)/loss on disposal of property | $ 2 | $ 3 | $ 63 | $ (4) | $ - | $ - |
| Goodwill and Asset Impairments | $ - | $ 320 | $ 425 | $ 6 | $ - | $ - |
| Working Capital | $ (159) | $ (23) | $ (52) | $ 153 | $ (60) | $ 18 |
| Other | $ 3 | $ 124 | $ 39 | $ (15) | $ 19 | $ 5 |
| **Cash provided by operating activities** | $ 111 | $ 285 | $ 457 | $ 614 | $ 537 | $ 643 |
| | | | | | | |
| **Cash flows from investing activities** | | | | | | |
| Capital spending | $ (45) | $ (208) | $ (173) | $ (310) | $ (300) | $ (290) |
| Asset Sales | $ 1 | $ 174 | $ 147 | $ 82 | $ 50 | $ 15 |
| Acquistions | $ - | $ (2,292) | $ - | $ - | $ - | $ - |
| Other | $ (3) | $ 68 | $ 24 | $ (9) | $ (10) | $ (7) |
| **Cash used in investing activities** | $ (47) | $ (2,259) | $ (1.5) | $ (237) | $ (260) | $ (282) |
| | | | | | | |
| **Cash flows from financing activities** | | | | | | |
| Debt Financing | $ (26) | $ 2,039 | $ (462) | $ (347) | $ (250) | $ (300) |
| Equity Financing | $ (23) | $ 21 | $ 13 | $ 1 | $ 3 | $ (20) |
| Other | $ (7) | $ (64) | $ (5) | $ (37) | $ - | $ - |
| **Cash provided by (used in) financing activities** | $ (56) | $ 1,996 | $ (453) | $ (383) | $ (247) | $ (320) |
| | | | | | | |
| **Net increase (decrease) in cash** | $ 8 | $ 22 | $ 2 | $ (6) | $ 30 | $ 41 |
| | | | | | | |
| Cash at the end of the period | $ 23 | $ 45 | $ 47 | $ 41 | $ 71 | $ 112 |
| Debt at the end of the period | $ 360 | $ 3,039 | $ 2,654 | $ 2,307 | $ 2,057 | $ 1,757 |
| Shareholders equity | $ 1,846 | $ 1,517 | $ 1,276 | $ 1,426 | $ 1,685 | $ 1,960 |
| Debt to capital ratio | 16.3% | 66.7% | 67.5% | 61.8% | 55.0% | 47.3% |
| | | | | | | |
| Return on average equity | 9.5% | -20.9% | -18.2% | 11.0% | 16.4% | 16.2% |

Source: United Natural Foods Inc. and Northcoast Research estimates

 

## United Natural Foods, Inc.

**Equity Valuation**

| Fiscal year: | 2018 | | 2019 | | 2020 | | 2021 | | 2022E | | 2023E | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | high | low | high | low | high | low | high | low | 10/4/2021 | **target** | 10/4/2021 | **target** |
| Stock price | $52.69 | $32.52 | $35.51 | $8.18 | $20.78 | $5.72 | $41.57 | $14.57 | $46.90 | $58.00 | $46.90 | $58.00 |
| EPS | $ 3.05 | | $ 1.68 | | $ 2.72 | | $ 3.88 | | $ 4.18 | | $ 4.84 | |
| P/E multiple | 17.3 | 10.7 | 21.1 | 4.9 | 7.6 | 2.1 | 10.7 | 3.8 | 11.2 | 13.9 | 9.7 | 12.0 |
| EBITDA, $ millions | $362 | | $562 | | $673 | | $746 | | $788 | | $830 | |
| per share | $7.13 | | $10.98 | | $12.51 | | $12.43 | | $12.88 | | $13.60 | |
| Net debt, $ millions | $337 | | $2,990 | | $2,607 | | $2,266 | | $1,986 | | $1,645 | |
| per share | $6.63 | | $58.35 | | $48.48 | | $37.77 | | $32.45 | | $26.97 | |
| EV/EBITDA multiple | 8.3 | 5.5 | 8.6 | 6.1 | 5.5 | 4.3 | 6.4 | 4.2 | 6.2 | 7.0 | 5.4 | 6.2 |
| avg. shares | 50.8 | | 51.2 | | 53.8 | | 60.0 | | 61.2 | | 61.0 | |

**Source: United Natural Foods Inc., and Northcoast Research estimates**

NORTHCOAST RESEARCH

## DISCLOSURES

Research is produced by Northcoast Research Partners, LLC (Northcoast Research) Member FINRA (www.finra.org) and SIPC (www.sipc.org). Research is for institutional investor use only. The services provided by Northcoast Research to clients may depend on a specific client's preference regarding the frequency and manner of receiving communications, the client's risk profile, investment horizon, and the size and scope of the overall client relationship with the Firm, as well as legal and regulatory constraints. The information provided is as of the issuing date indicated on this document and subject to change. Northcoast Research may offer other customers alternative products and services that may reach different conclusions or recommendations that could impact the price of the equity security. Certain information has been obtained from third-party sources we consider reliable, but we do not guarantee that such information is accurate or complete. Opinions expressed in this financial analysis are our current opinions as of the issuing date indicated on this document. The companies covered by Northcoast Research are continuously followed by the analyst. Based on developments with the relevant company, the sector or the market, which may have a material effect on the research views, research reports will be updated as deemed appropriate. Past performance is not indicative of future results. A change in any assumptions may have a material effect on the projected results. The information transmitted is intended only for the person or entity to which it is addressed. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender and delete the material from any computer.

### Ratings

BUY – The stock is expected to outperform the S&P 500 index over a twelve-month period.

NEUTRAL – The stock is expected to perform in-line with the S&P 500 index over a twelve-month period.

SELL – The stock is expected underperform the S&P 500 index over a twelve-month period.

### Valuation and Risks

Our price target, as well as our recommendation, is based on a 12-month time horizon; however, we cannot guarantee an investor will achieve these results. We use a variety of methods to determine the price target of individual securities including fundamental analysis. In addition, we employ numerous valuation methodologies which include, but are not limited to, price to earnings multiples, enterprise value to earnings before interest, taxes, depreciation, and amortization (EBITDA), book value, free cash flow yield, discounted cash flow, and relative valuation. All securities are subject to various risk factors. Please reference the above text and our most recent report for specific company valuation and price target.



Created by: BlueMatrix

### Rating Summary

| Distribution of Ratings Table | | |
| --- | --- | --- |
| Rating | Count | Percent |
| BUY(B) | 55 | 44.72% |
| NEUTRAL(N) | 67 | 54.47% |
| SELL(S) | 1 | 0.81% |
| Total | 123 | |

### Analyst Certification

We, Chuck Cerankosky and Jim Salera , certify that the views and opinions expressed in the research report accurately reflect our personal views about the securities and issuers mentioned in this report. Further, we certify that no part of our compensation was, is or will be directly or indirectly

NORTHCOAST RESEARCH

related to the specific recommendations or views contained in this report. Analyst compensation is based on the quality of analysis, communication skills, and stock price performance.

As a matter of policy and practice, Northcoast Research prohibits the offering of favorable research, a specific rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.

Copyright © Northcoast Research Partners, LLC 2021