# Exhibit 22

RESTAURANTS EQUITY RESEARCH

# United Natural Foods, Inc. (UNFI, Neutral)

The Bottom Falls Out; Moderating Inflation Drives Significant Gross Margin Miss, Largely Contained to Non-Perishables; Remain Neutral

**WHAT YOU SHOULD KNOW:** UNFI posted a highly disappointing quarter, lowering its FY23 outlook and withdrawing 2024 targets in the process, as underappreciated inventory gains are lapped. Forward buying during outsized inflation this time last year inflated gross profit, which the company's antiquated systems failed to fully identify. We are surprised by how severely the bottom fell out of the story today and exposed so many weaknesses, especially when comparing against a quarter with modest EBITDA growth. In terms of industry implications (a question we've gotten), we don't believe this will have much impact on foodservice distributors as most forward buying was non-perishable items, but note SpartanNash (SPTN, Neutral) did call out a similar dynamic in its guidance two weeks ago. We believe the industry and UNFI need to emerge from this post-pandemic period into a steady environment before investors can get comfortable with the financial outlook; we remain Neutral.

- **Strategic Buys Ahead of Price Hikes Inflated Profit Last Year**. This morning, UNFI posted a meaningful and surprising profit miss, driven almost entirely by weaker gross margin. Gross margin was 70 bps lower than our forecast and 80 bps below last year at 13.7%, as the company underestimated the procurement and inventory gains it realized during the onset of heightened inflation. Put simply, UNFI benefited from strategically purchasing inventory (mostly non-perishables) ahead of scheduled price hikes over the past 12-18 months, and is now lapping those gains. Given the still-healthy sales environment, we are surprised by the magnitude of the profit impact and guidance revision, and are not very confident in the outlook as commodity prices moderate, and potentially deflate, over the next year.

- **Sales Increase, but Volumes Decline - Promotions Expected to Accelerate**. UNFI posted healthy sales growth of 5.4%, with total revenue topping consensus and essentially matching our forecast. Unit volumes declined mid-single digits, worse than the industry, which was down roughly (2.0%) including (3.0%) at food stores, with discounters and dollar stores taking share. We expect this dynamic to continue for the foreseeable future, as consumers opt for less expensive options during this period of elevated prices. Looking ahead, management expects promotions to pick up in 2HF23, helping to offset some of this volume weakness. While we appreciate management's optimism on unit volumes, we are unsure how meaningful the promotions will be, or the resulting impact on gross margin.

- **FY23 Profit Guidance Slashed, FY24 Outlook Withdrawn**. Despite a modest increase in the sales outlook for this year, adjusted EPS and EBITDA were significantly reduced. Adjusted EPS is now expected to be $3.05-$3.90, down from $4.85-$5.15 previously, and a surprisingly wide range with just two quarters left in the year compared to the prior outlook. This suggests to us that management is still struggling to quantify the exact profit impact from lapping the procurement gains, and how moderating inflation (or deflation) could impact results. Adjusted EBITDA was reduced to $715MM-$785MM from $850MM-$880MM previously for similar reasons, and management also withdrew its 2024 targets as well.

- **Valuation:** Our valuation is based on EV/EBITDA, currently 5.1x our FY24 adjusted EBITDA estimate of $764.4MM. We are Neutral due to the stock's prior year outperformance, heightened sales comparisons and depressed profit outlook. BTIG does not provide price targets on Neutral-rated stocks.

PLEASE READ: IMPORTANT DISCLOSURES AND ANALYST'S CERTIFICATION APPEAR IN APPENDIX    WWW.BTIG.COM

---

March 8, 2023

Peter Saleh
(212) 527-3567  psaleh@btig.com
Ben Parente, CFA
(212) 588-6557  bparente@btig.com

### Company Data

| | |
|---|---|
| Closing Price | $29.47 |
| Price Target | - |
| Market Cap (M) | $1,763.23 |
| Enterprise Value (M) | $3,863.70 |
| Shares Out (M) | 59.83 |
| Avg Daily Vol-3 Months (M) | 0.47 |
| Dividend / Yield | $0.00 / 0.0% |

### Revisions

| | Previous | Current |
|---|---|---|
| Rating | Neutral | Neutral |
| Price Target | - | - |
| FY23E REV | 30,386.40 | 30,423.95 |
| FY24E REV | 31,408.03 | 31,500.24 |
| FY23E EBITDA | 862.52 | 748.26 |
| FY24E EBITDA | 902.03 | 764.37 |

### Revenue (M)

| FY Jul | 2022A | 2023E | 2024E |
|---|---|---|---|
| Q1 | 6,997.00 | 7,532.00**A** | 7,801.69 |
| Q2 | 7,416.00 | 7,816.00**A** | 8,115.37 |
| Q3 | 7,242.00 | 7,537.48 | 7,802.08 |
| Q4 | 7,273.00 | 7,538.48 | 7,781.11 |
| **FY REV** | **28,928.00** | **30,423.95** | **31,500.24** |
| FY EV/S | 0.1x | 0.1x | 0.1x |
| FY P/S | 0.1x | 0.1x | 0.1x |

### EBITDA (Adjusted)

| FY Jul | 2022A | 2023E | 2024E |
|---|---|---|---|
| Q1 | 200.00 | 207.00**A** | 206.88 |
| Q2 | 220.00 | 181.00**A** | 195.89 |
| Q3 | 196.00 | 168.60 | 164.92 |
| Q4 | 213.00 | 191.66 | 196.68 |
| **FY EBITDA** | **829.00** | **748.26** | **764.37** |
| FY EV/ EBITDA | 4.7x | 5.2x | 5.1x |

Source: FactSet, BTIG Estimates and Company Documents reported as $ currency.
**FY** = Fiscal Year **CY** = Calendar Year

**BTIG**

**RESTAURANTS EQUITY RESEARCH**

## Investment Thesis

We view shares of United Natural Foods with a balanced outlook, as recent sales gains and favorable competitive positioning are offset by a depressed profit outlook and challenging sales and profit comparisons. The company's efforts to expand its scale and product offering in recent years have produced the second-largest wholesale distributor in the country. We have been mostly satisfied with the integration of SUPERVALU and financial deleverage since closing, though significant gaps in systems integration and capabilities have become evident recently that could present lingering challenges. This view and concerns about profit comparisons the company faces for the coming year, lead to our Neutral rating.

## Upcoming Catalysts

- 3QF23 results in early June
- Clarity on commodity inflation environment

## Base Case Assumptions

- Sales growth of 5.2% in FY23 with a 4.1% increase in 3QF23 as new business wins and inflation offset volume declines given comparisons.
- Gross margin contracts modestly to 14.2% for FY23 given comparisons, slight decrease in operating expenses (10 bps) given labor and transportation costs.
- Adjusted EBITDA of $748.3MM in FY23 with the largest decline in 2Q given above sales trends, inflation and resulting operating leverage.
- Sales growth of 3.5% in FY24 driven by new business and lingering inflation, adjusted EBITDA increases 2.2% to $764.4MM.

## Upside Scenario

- Stronger food retail and grocery sales from economic downturn, inflation dynamics and/or other factors, driving sales higher throughout FY23.
- Operating leverage from above sales trends drives upside to earnings estimates.
- Higher EBITDA and cash generation allows more share repurchase and capital returns.

## Downside Scenario

- Economic recovery and improved consumer sentiment drives greater food away from home spending, resulting in weaker grocery and food retail sales.
- Operating deleverage from the resulting sales declines pressures earnings, resulting in a downward trend in adjusted EBITDA and earnings estimates.
- Investor sentiment (and capital) shift back to foodservice distributors and casual dining restaurants, likely pressuring UNFI's stock.

## Price Performance



Source: FactSet

## Company Description

United Natural Foods is a distributor of natural, organic, specialty and traditional food and non-food products. The company distributes these products to conventional supermarkets, independents, natural and health food stores (of which Whole Foods is the largest) and its own retail stores. The company historically focused on the natural and organic segment but expanded into conventional grocery supply with the 2018 acquisition of SUPERVALU.



## Income Statement

| United Natural Foods | Jul-20 | Jul-21 | Oct-21 | Jan-22 | Apr-22 | Jul-22 | Jul-22 | Oct-22 | Jan-23 | Apr-23 | Jul-23 | Jul-23 | Oct-23 | Jan-24 | Apr-24 | Jul-24 | Jul-24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ millions | FY20 A | FY21 A | 1Q22 A | 2Q22 A | 3Q22 A | 4Q22 A | FY22 A | 1Q23 A | 2Q23 A | 3Q23 E | 4Q23 E | FY23 E | 1Q24 E | 2Q24 E | 3Q24 E | 4Q24 E | FY24 E |
| Net Sales | $26,514.3 | $26,950.0 | $6,997.0 | $7,416.0 | $7,242.0 | $7,273.0 | $28,928.0 | $7,532.0 | $7,816.0 | $7,537.5 | $7,538.5 | $30,424.0 | $7,801.7 | $8,115.4 | $7,802.1 | $7,781.1 | $31,500.2 |
| Total Sales | $26,514.3 | $26,950.0 | $6,997.0 | $7,416.0 | $7,242.0 | $7,273.0 | $28,928.0 | $7,532.0 | $7,816.0 | $7,537.5 | $7,538.5 | $30,424.0 | $7,801.7 | $8,115.4 | $7,802.1 | $7,781.1 | $31,500.2 |
| Cost of Sales | $22,639.5 | $23,011.0 | $5,955.0 | $6,341.0 | $6,230.0 | $6,220.0 | $24,746.0 | $6,436.0 | $6,747.0 | $6,484.2 | $6,447.0 | $26,114.2 | $6,654.7 | $6,968.9 | $6,707.9 | $6,646.8 | $26,978.3 |
| Gross Profit | $3,874.8 | $3,939.0 | $1,042.0 | $1,075.0 | $1,012.0 | $1,053.0 | $4,182.0 | $1,096.0 | $1,069.0 | $1,053.3 | $1,091.4 | $4,309.7 | $1,146.9 | $1,146.5 | $1,094.2 | $1,134.3 | $4,521.9 |
| Operating Expenses | $3,541.5 | $3,593.0 | $932.0 | $944.0 | $969.0 | $980.0 | $3,825.0 | $1,000.0 | $1,002.0 | $989.7 | $1,000.7 | $3,992.4 | $1,031.9 | $1,036.3 | $1,016.6 | $1,025.1 | $4,110.0 |
| Goodwill and Asset Impairment Charges | $425.4 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Restructuring, Acquisition and Integration | $86.4 | $56.0 | $3.0 | $5.0 | $8.0 | $5.0 | $21.0 | $2.0 | $3.0 | $0.0 | $0.0 | $5.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Loss (Gain) on Sale of Assets | $17.1 | ($4.0) | $0.0 | $1.0 | ($88.0) | $0.0 | ($87.0) | ($5.0) | $1.0 | $0.0 | $0.0 | ($4.0) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Total Operating Expenses | $4,070.4 | $3,645.0 | $935.0 | $950.0 | $889.0 | $985.0 | $3,759.0 | $997.0 | $1,006.0 | $989.7 | $1,000.7 | $3,993.4 | $1,031.9 | $1,036.3 | $1,016.6 | $1,025.1 | $4,110.0 |
| Operating Income (Loss) | ($195.6) | $294.0 | $107.0 | $125.0 | $123.0 | $68.0 | $423.0 | $99.0 | $63.0 | $63.6 | $90.7 | $316.3 | $115.0 | $110.1 | $77.5 | $109.2 | $411.9 |
| Interest Expense | $191.6 | $204.0 | $40.0 | $44.0 | $37.0 | $34.0 | $155.0 | $35.0 | $39.0 | $32.1 | $32.5 | $138.6 | $33.6 | $34.0 | $33.4 | $33.6 | $134.6 |
| Interest Income | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.1 | $0.3 | $0.5 | $0.0 | $0.2 | $0.5 | $0.9 | $1.6 |
| Net Interest Income (Expense) | ($191.6) | ($204.0) | ($40.0) | ($44.0) | ($37.0) | ($34.0) | ($155.0) | ($35.0) | ($39.0) | ($32.0) | ($32.1) | ($138.1) | ($33.6) | ($33.8) | ($32.9) | ($32.7) | ($133.0) |
| Net Periodic Benefit Income | $39.2 | $85.0 | $10.0 | $10.0 | $10.0 | $10.0 | $40.0 | $7.0 | $7.0 | $6.8 | $6.8 | $27.6 | $7.0 | $7.3 | $7.0 | $7.0 | $28.4 |
| Other Items | $3.6 | $8.0 | ($1.0) | $2.0 | $1.0 | $0.0 | $2.0 | $1.0 | $0.0 | $0.0 | $0.0 | $1.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Pretax Income | ($344.5) | $183.0 | $76.0 | $93.0 | $97.0 | $44.0 | $310.0 | $72.0 | $31.0 | $38.4 | $65.4 | $206.8 | $88.4 | $83.6 | $51.7 | $83.6 | $307.3 |
| Taxes (Benefit) | ($90.4) | $34.0 | ($1.0) | $25.0 | $29.0 | $3.0 | $56.0 | $5.0 | $9.0 | $10.2 | $17.3 | $41.5 | $23.4 | $22.2 | $13.7 | $22.1 | $81.4 |
| Net Income from Continuing Operations | ($254.0) | $149.0 | $77.0 | $68.0 | $68.0 | $41.0 | $254.0 | $67.0 | $22.0 | $28.2 | $48.1 | $165.3 | $65.0 | $61.5 | $38.0 | $61.4 | $225.9 |
| Income from Discontinued Operations | ($15.2) | $6.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Noncontrolling Interests | $4.9 | $6.0 | $1.0 | $2.0 | $1.0 | $2.0 | $6.0 | $1.0 | $3.0 | $1.5 | $1.5 | $7.0 | $1.6 | $1.6 | $1.6 | $1.6 | $6.3 |
| Net Income After Discontinued Operations | ($274.1) | $149.0 | $76.0 | $66.0 | $67.0 | $39.0 | $248.0 | $66.0 | $19.0 | $26.7 | $46.5 | $158.3 | $63.4 | $59.8 | $36.4 | $59.9 | $219.6 |
| Adjustments and One-Time Items | $437.8 | $102.0 | ($9.0) | $17.1 | $0.0 | $38.5 | $46.6 | $3.5 | $28.5 | $14.7 | $11.0 | $57.7 | $3.7 | $0.0 | $0.0 | $0.0 | $3.7 |
| Net Income After Adjustments and One-Time Items | $163.7 | $251.0 | $67.0 | $83.1 | $67.0 | $77.5 | $294.6 | $69.5 | $47.5 | $41.4 | $57.6 | $216.0 | $67.1 | $59.8 | $36.4 | $59.9 | $223.2 |
| EPS | $3.04 | $4.18 | $1.10 | $1.36 | $1.10 | $1.27 | $4.83 | $1.13 | $0.78 | $0.68 | $0.95 | $3.53 | $1.10 | $0.98 | $0.60 | $0.98 | $3.67 |
| YoY % Change | 45.9% | 37.5% | 85.7% | 1.6% | 9.9% | 1.5% | 15.4% | 2.9% | (42.8%) | (38.2%) | (25.5%) | (26.8%) | (2.3%) | 26.3% | (12.0%) | 4.0% | 3.8% |
| Diluted Shares Outstanding | 53.8 | 60.0 | 61.1 | 61.0 | 60.9 | 61.1 | 61.0 | 61.6 | 61.0 | 60.9 | 60.9 | 61.1 | 60.9 | 60.8 | 60.8 | 60.9 | 60.9 |
| EBITDA | $85.9 | $579.0 | $176.0 | $194.0 | $195.0 | $143.0 | $708.0 | $173.0 | $136.0 | $139.1 | $167.2 | $615.3 | $190.4 | $184.5 | $154.5 | $186.2 | $715.7 |
| Noncontrolling Interests and Asset Disposal | $12.2 | ($10.0) | ($1.0) | ($1.0) | ($89.0) | ($2.0) | ($93.0) | ($6.0) | ($2.0) | ($1.5) | ($1.5) | ($11.0) | ($1.6) | ($1.6) | ($1.6) | ($1.6) | ($6.3) |
| Restructuring, Acquisition and Impairment | $511.8 | $56.0 | $3.0 | $5.0 | $8.0 | $5.0 | $21.0 | $2.0 | $3.0 | $0.0 | $0.0 | $5.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| LIFO Expense | $17.9 | $24.0 | $11.0 | $19.0 | $72.0 | $56.0 | $158.0 | $21.0 | $29.0 | $20.0 | $15.0 | $85.0 | $5.0 | $0.0 | $0.0 | $0.0 | $5.0 |
| Stock Compensation Expense | $33.7 | $49.0 | $11.0 | $12.0 | $10.0 | $10.0 | $43.0 | $12.0 | $11.0 | $11.0 | $11.0 | $45.0 | $13.0 | $13.0 | $12.0 | $12.0 | $50.0 |
| Discontinued Operations and Other | $27.8 | $72.0 | $0.0 | ($9.0) | $0.0 | $1.0 | ($8.0) | $5.0 | $4.0 | $0.0 | $0.0 | $9.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Adjusted EBITDA | $689.3 | $770.0 | $200.0 | $220.0 | $196.0 | $213.0 | $829.0 | $207.0 | $181.0 | $168.6 | $191.7 | $748.3 | $206.9 | $195.9 | $164.9 | $196.7 | $764.4 |
| Gross Margin | 14.6% | 14.6% | 14.9% | 14.5% | 14.0% | 14.5% | 14.5% | 14.6% | 13.7% | 14.0% | 14.5% | 14.2% | 14.7% | 14.1% | 14.0% | 14.6% | 14.4% |
| Operating Expense Ratio | 13.4% | 13.3% | 13.3% | 12.7% | 13.4% | 13.5% | 13.2% | 13.3% | 12.8% | 13.1% | 13.3% | 13.1% | 13.2% | 12.8% | 13.0% | 13.2% | 13.0% |

*Source: BTIG Research Estimates and Company Documents*

**RESTAURANTS EQUITY RESEARCH**

## BTIG Covered Companies Mentioned in this Report

United Natural Foods, Inc. (UNFI, Neutral, Closing Price: $29.47; Analyst: Peter Saleh)
SpartanNash Company (SPTN, Neutral, Closing Price: $27.27; Analyst: Peter Saleh)

**BTIG**

RESTAURANTS EQUITY RESEARCH

## Appendix: Analyst Certification and Other Important Disclosures

### Analyst Certification

I, Peter Saleh, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

I, Ben Parente, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

### Regulatory Disclosures

#### Ratings Definitions

**BTIG LLC's ("BTIG") ratings, effective June 12, 2017, are defined as follows:**

**BUY** – A security which is expected to produce a positive total return of 15% or greater over the 12 months following the recommendation. The BUY rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**SELL** – A security which is expected to produce a negative total return of 15% or greater over the next 12 months following the recommendation. The SELL rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**NEUTRAL** – A security which is not expected to appreciate or depreciate meaningfully over the next 12 months.

**NOT RATED** – A security which is not rated or covered by BTIG.

**UNDER REVIEW** – Effective immediately, coverage of the following securities is Under Review. Ratings, price targets, disclosures, and estimates for the companies listed below are suspended and should no longer be relied upon.

### Distribution of Ratings and Investment Banking Clients

BTIG must disclose in each research report the percentage of all securities rated by the member to which the member would assign a "buy", "neutral" or "sell" rating. The said ratings are updated on a quarterly basis. BTIG must also disclose the percentage of subject companies within each of these three categories for whom the member has provided investment banking services within the previous twelve months.

**Current Rating Distribution (as of March 8, 2023):**

| Coverage Universe | Count | Percent | Inv. Banking Relationships | Count | Percent |
|---|---|---|---|---|---|
| Buy | 280 | 64.4% | Buy | 68 | 24.3% |
| Neutral | 151 | 34.7% | Neutral | 22 | 14.6% |
| Sell | 4 | 0.9% | Sell | 1 | 25.0% |

For purposes of FINRA ratings distribution rules, BTIG's stock ratings of Buy, Neutral and Sell fall into Buy, Hold and Sell categories, respectively.

### Company Valuation and Risk Disclosures

#### United Natural Foods, Inc. (UNFI, Neutral)

**Valuation:** Our valuation is based on EV/EBITDA, currently 5.1x our FY24 adjusted EBITDA estimate of $764.4MM. We are Neutral due to the stock's prior year outperformance, heightened sales comparisons and depressed profit outlook. BTIG does not provide price targets on Neutral-rated stocks.

**RESTAURANTS EQUITY RESEARCH**

**Risks:** Key upside risks include economic downturn or disruption that benefits food retail sales, stronger sales and market share gains from the company's increased scale and quicker realization of cost savings, key downside risks include stronger foodservice sales, renewed labor shortages and lingering complications with the SUPERVALU integration.



### SpartanNash Company (SPTN, Neutral)

**Valuation:** Our valuation is based on EV/EBITDA, currently 5.3x our FY24 adjusted EBITDA estimate of $269.5MM. We are Neutral due to concerns about sales comparisons, weaker earnings outlook, and the stock's recent performance. BTIG does not provide price targets on Neutral-rated stocks.

**Risks:** Key Upside Risks include longer and more pronounced coronavirus disruption that benefits food retail sales, stronger sales gains from this disruption in the Midwest region, and faster restructuring of the food distribution and military segments that improve profitability. Downside Risks include a quicker economic and foodservice sales recovery and more pronounced profitability challenges in the Military and other segments.



## Other Disclosures

Additional Information Available Upon Request

## General Disclosures

Research reports produced by BTIG LLC ("BTIG") are published for and intended to be distributed solely to BTIG institutional and corporate clients. Recipients of BTIG reports will not be considered clients of BTIG solely because they may have received such BTIG report.

**RESTAURANTS EQUITY RESEARCH**

To the extent recipient accesses BTIG research, whether on a BTIG research website or through a third-party platform, BTIG is able to search, filter, download and review information on the readership of BTIG's research, including the specific research consumed and the name, company name, email address and, in certain circumstances, the location of the individual who accessed the research (the "Readership Information"). Recipient consents to BTIG's receipt of the Readership Information, including receipt of that information from a third party.

The research analyst(s) responsible for the preparation of this report receives compensation based upon a variety of factors, including the quality and accuracy of research, internal/client feedback, and overall Firm revenues.

BTIG reports are based on public information and BTIG considers the same to be reliable, comprehensive information, but makes no representation or warranty that the reports are accurate or complete. BTIG opinions and information provided in this report are as of the date of the report and may change without notice. An issuer may be classified as "Under Review" or "Research Restricted". In these cases, investors should consider any previous investment recommendation and/or rating to a subject company/issuer to no longer be current and should not be relied upon nor considered a solicitation.

This research report is not an offer to buy or sell or solicitation of an offer to buy or sell any security in any jurisdiction where such an offer or solicitation would be illegal. This research report was not drafted specifically for any particular individual or entity and is not a personal recommendation to participate in any particular trading strategy or transaction. Any recipient of this research report should obtain independent advice specific to their personal circumstances before undertaking any investment activity and must make their own independent evaluation of any securities or financial instruments.

Facts, views or opinions presented in this report have not been reviewed by, and may not reflect information known to, employees or other professionals in the "BTIG Group" (BTIG Group includes, but is not limited to, BTIG and its parents, subsidiaries and/or affiliates). BTIG Group employees, including Sales Representatives and Traders, may provide oral or written commentary or advice that may be inconsistent with the opinions and/or views expressed in this research report. BTIG Group employees and/or its affiliates not involved in the preparation of this research report may have investments in securities or derivatives of securities of companies mentioned in this report that are inconsistent with the views discussed in this report.

Investors in securities products bear certain risks in conjunction with those investments. The value of, and income from, any investments may vary because of changes in interest rates or foreign exchange rates, securities prices or market indexes, operational or financial conditions of companies or other factors within or beyond the companies' control. Recipient of the research reports should be aware that investments in securities may pose significant risks due to the inherent uncertainty associated with relying on forecasts of various factors that can affect the earnings, cash flow and overall valuation of a company. Any investment in securities should be undertaken only upon consideration of issues relating to the recipient's overall investment portfolio and objectives (such as diversification by asset class, industry or company) as well as time horizon and liquidity needs. Further, past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. There may be time limitations on the exercise of options or other rights in any securities transactions.

Investing in foreign markets and securities, including ADRs, is subject to additional risks such as currency fluctuation, limited information, political instability, economic risk, and the potential for illiquid markets. Investing in emerging markets may accentuate these risks. Non-U.S. reporting issuers of foreign securities, however, may not make regular or complete public disclosure relating to their financial condition or the securities that they issue.

The trademarks and service marks contained herein are the property of their respective owners. Third-party data providers make no warranties or representations of any kind relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability of any damages of any kind relating to such data. The report or any portion hereof may not be reprinted, sold or redistributed without the written consent of BTIG. This report is intended only for use by the recipient. The recipient acknowledges that all research and analysis in this report are the property of BTIG and agrees to limit the use of all publications received from BTIG within his, or her or its, own company or organization. No rights are given for passing on, transmitting, re transmitting or reselling the information provided.

## Jurisdiction and Dissemination

BTIG is a U.S. broker-dealer and member of FINRA and SIPC.

BTIG Australia Limited ACN 128 554 601, member of ASIC and ASX; BTIG Hong Kong Limited, an Exchange Participant of SEHK and licensed and regulated by the SFC; BTIG Ltd, member of the LSE, authorized and regulated by the FSA; and BTIG Singapore Pte Ltd, registered and licensed with MAS; are all separate but affiliated entities of BTIG. Unless governing law permits otherwise,

**RESTAURANTS EQUITY RESEARCH**

you must contact a BTIG entity in your home jurisdiction for further information, or if you want to use our services in effecting a transaction.

Issued and approved for distribution in the UK and EEA by BTIG Ltd. to eligible counterparties and professional clients only. Issued and distributed in Australia to "wholesale clients" only by BTIG Australia Limited. In Singapore and Hong Kong, further information may be obtained from BTIG Singapore Pte Ltd and BTIG Hong Kong Limited, respectively.