# Exhibit 23

March 8, 2023 | 23:42 ET~

# United Natural Foods

BMO 😎 Capital Markets

IN Fact

Food Retail

**Kelly Bania**                                    Analyst
kelly.bania@bmo.com                      (212) 885-4162

Benjamin Wood                          Senior Associate
benjamin.wood@bmo.com                    (646) 874-3725

Legal Entity:       BMO Capital Markets Corp.

| UNFI-NSDQ | Rating | Price: Mar-8 | Target ↓ | Total Rtn |
|---|---|---|---|---|
| | **Market Perform** | **$29.47** | **$28.00** | **-5%** |

## Lowering Target Price Following Profit Reset; Risks Remain

### Bottom Line:

Following UNFI's challenging F2Q23 results, we lower our target price to $28, and despite the (25-30)% pullback in UNFI shares, we do not see this as a buying opportunity as this quarter highlights a more challenging lack of internal capabilities/ common systems that should provide management the tools to appropriately evaluate underlying drivers of profitability. With weakening volume trends and more risk to our thesis that cross-selling wins have been aided by supply chain disruptions, we remain cautious.

### Key Points

**Procurement Gains the Culprit, but Lack of Internal Analytics the Root of the Issue.** UNFI's F2Q23 results were meaningfully below expectations and with an even wider range of outcomes still for F23, visibility is clearly low. Despite the challenges, we do not view the pullback in shares as a buying opportunity as this profit re-set should merely get the company back to more normalized profit levels that had been boosted by unsustainable procurement gains during the elevated inflationary environment. The 13% cut to EBITDA guidance (at the mid-point) suggests that procurement gains account for at least ~10-15% of EBITDA; however, the company has not disclosed the magnitude of EBITDA that is typically attributed to procurement gains and therefore it's difficult to gauge whether this is conservative enough and/or what other elements of the company's growth have not been properly attributed to the appropriate drivers (synergies, initiatives, etc). We see the challenges stemming from a lack of internal analytical capabilities, exasperated by running on five different systems.

**Read-Throughs: Not All Distributors Are Created Equal.** While grocery distributor peer SPTN had its share of inventory gain comparisons, we do not expect this to be a broader downside surprise issue for the food service distributors.

**BMO View:** With signs of deteriorating core volumes again (see F1Q23) — F2Q23 sales +5%, inflation +11%, suggest volumes (5-6)% or closer to an estimated (7%) ex-KEY Food, an outlook for less inflation (despite UNFI raising its LIFO charge outlook to $100MM from $75MM prior which is excluded from adjusted results BUT included in our valuation framework), and clear lack of visibility on internal GM% drivers, we remain Market Perform rated. We cut our target price to $28 based on ~5x (~6x *including* LIFO) our F23 adjusted EBITDA of $737MM ($637MM including LIFO).

### 2YR Price Volume Chart

LHS: Price ($) / RHS: Volume (mm)                          Source: FactSet

| Company Data | | | in $ |
|---|---|---|---|
| Dividend | $0.00 | Shares O/S (mm) | 59.8 |
| Yield | 0.0% | Market Cap (mm) | $1,763 |
| Net Debt (mm) | $3,476 | Wkly $Vol (000s) | 423,975 |

| BMO Estimates | | | in $ |
|---|---|---|---|
| (FY-Jul.) | **2022A** | **2023E** | **2024E** |
| Adj. EPS | $4.83 | $3.29↓ | $3.38↓ |
| Revenue | $28,928 | $30,225↑ | $31,124↑ |
| EV | $4,419 | $4,419 | $4,419 |
| Adj. EBITDA | $829 | $737↓ | $760↓ |

| Consensus Estimates | | | |
|---|---|---|---|
| | **2022A** | **2023E** | **2024E** |
| EPS | | $5.00 | $5.34 |

| Valuation | | | |
|---|---|---|---|
| | **2022A** | **2023E** | **2024E** |
| P/E | 6.1x | 9.0x | 8.7x |
| EV/EBITDA | 5.3x | 6.0x | 5.8x |

| QTR. Adj. EPS | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2022A | $1.10 | $1.36 | $1.10 | $1.27 |
| 2023E | $1.13a | $0.78a | $0.56 | $0.82 |

### Key Changes

| Target | Estimates | Q3 / 23E | 2023E | 2024E |
|---|---|---|---|---|
| $28.00↓ | Adj. EPS | $0.56 | $3.29 | $3.38 |
| $40.00 | *Previous* | *$1.07* | *$4.95* | *$5.14* |
| | Revenue | | $30,225 | $31,124 |
| | *Previous* | | *$30,181* | *$31,086* |

### Our Thesis

Significant inflation has provided support for strong grocery sales trends in late 2021-2022; however, we believe longer-term pressures are likely to return at some point, including market share losses for UNFI's core independent customer base and gross margin mix-shift pressures. We also see risk that cross-selling wins have been aided by supply chain disruptions.

For disclosure statements, including the Analyst Certification, please refer to page(s) 7 to 11.

**BMO Capital Markets**

United Natural Foods - Block Summary Model

| Income Statement | 2022A | 2023E | 2024E |
|---|---|---|---|
| Total Revenues | 28,928 | 30,225 | 31,124 |
| Cost of Goods Sold | 24,588 | 25,846 | 26,611 |
| Gross Profit | 4,340 | 4,380 | 4,513 |
| Total Operating Expenses | 3,832 | 3,979 | 4,099 |
| Operating Income | 507 | 400 | 414 |
| Pre-Tax Income | 404 | 278 | 292 |
| Income Tax | 105 | 72 | 76 |
| Net Income | 248 | 169 | 211 |
| Adjusted Net Income | 295 | 201 | 211 |
| EPS | $4.06 | $2.76 | $3.38 |
| Adjusted EPS | $4.83 | $3.29 | $3.38 |
| Diluted Shares Outstanding | 61 | 61 | 63 |
| **Cash Flow Statement** | **2022A** | **2023E** | **2024E** |
| EBIT | 507 | 400 | 414 |
| Taxes on EBIT | 23 | 23 | 23 |
| D&A | 285 | 297 | 306 |
| Interest Tax Shield | 27 | 32 | 32 |
| Capex | (191) | (350) | (314) |
| Working Capital Excl. Cash | (166) | (53) | (37) |
| Other | (8) | 0 | 0 |
| Free Cash Flow | 477 | 349 | 424 |
| **Balance Sheet** | **2022A** | **2023E** | **2024E** |
| Total Current Assets | 3,797 | 3,904 | 4,083 |
| Total Assets | 7,628 | 7,788 | 7,976 |
| Current Liabilities | 2,390 | 2,497 | 2,571 |
| Total Liabilities | 5,836 | 5,793 | 5,767 |
| Stockholders' Equity | 1,792 | 1,995 | 2,208 |
| Total Liabilities & Stockholders' Equity | 7,628 | 7,788 | 7,976 |

Source: BMO Capital Markets, Company Reports

**New Scenarios**

## Valuation

Our $28 target price is based on ~5x (~6x including LIFO) our F23 adjusted EBITDA of $737MM ($637MM including LIFO).

## Upside Scenario                          $40.00

If food at home trends remained elevated, cross-selling wins prove sustainable, or margin expansion plans get back on track, we could see UNFI reach F24 adjusted EBITDA closer to ~$780MM (incl. LIFO), at ~6x EV/EBITDA this suggests upside to $40. UNFI + SVU pro-forma adjusted EBITDA was supposed to be $900MM on an LTM basis back in 2018.

## Downside Scenario                       $20.00

If food-at-home sales trends were to reverse, wage pressures are higher than expected or sustainable/repeatable margin expansion proves more difficult, we believe EBITDA and valuation could be pressured. Under a scenario where F24 adjusted EBITDA could drop closer to ~$680MM (incl. LIFO), the downside could be $20 (~5x EBITDA).

in USD



| Downside Scenario 20.00 | Target Price 28.00 | Current Price 29.47 | Upside Scenario 40.00 |
|---|---|---|---|
| -32% | -5% | | +36% |

## Key Catalysts

Catalysts include: 1) upcoming earnings announcements; 2) competitor earnings; 3) potential M&A; 4) monthly Food-at-Home CPI data; 5) monthly IRI data; and 6) additional news from Amazon surrounding Whole Foods Market.

## Company Description

United Natural Foods is a distributor of natural, organic, and specialty foods/non-food products in the U.S. and Canada. In October 2018, UNFI merged with Supervalu. It now serves 45,000 customers, including super-natural chains (Whole Foods), conventional supermarkets, independent natural retailers, and others. UNFI is headquartered in Providence, Rhode Island.



UNFI-NSDQ Research



Glossary



Company Models

**Exhibit 1: UNFI Guidance**

| F23 Guidance - March 8, 2023 | Guidance as of 3.7.23 | |
|---|---|---|
| | Guidance | BMO |
| Net Sales ($Bn) | $30.1-30.5 | $30.2 |
| Net Income ($MM) | $90-142 | n/a |
| EPS | $1.50-2.35 | $3.29 |
| **Adjusted EPS** | **$3.05-3.90** | **$3.29** |
| **Adjusted EBITDA ($MM)** | **$715-785** | **$737** |
| Capex ($MM) | $350MM | $350 |
| | | |
| LIFO Charge ($MM) | $100 | $100 |
| Interest Expense ($MM) | $140 | $140 |
| D&A ($MM) | $297 | $297 |
| Share Based Comp ($MM) | $44 | $45 |
| Other Expense, Net ($MM) | $11 | |
| Net Periodic Benefit income (in Other) ($MM) | ($29) | |
| Total Other + Net Period ic ($MM) | -$18 | -$18 |
| Business Transformation ($MM) | $20 | $20 |
| Restructuring, Acq, Int ($MM) | $10 | $10 |

**F3Q & F4Q profitiabitly In-Line to Slightly above Q2 level**
**Withdrawing F24 Targets**

Source: Company reports, BMO Capital Markets estimates.

United Natural Foods | Page 3

March 8, 2023

**BMO Capital Markets**

**Exhibit 2: UNFI Model Notes**

<u>**Management Expectations - Guidance Commentary**</u>
Outlook range assumes modest improvement to consolidated GM% in F3Q23 and F4Q23 vs F2Q23
Similar trends and profitability for the remainder of FY23, continue to lap YoY inventory gains and price increases further decelerating
<u>Sales Outlook Assumptions</u>
    moderating inflation through 2H, consumer confidence not declining dramatically, interest rates not rise beyond current expectation
<u>Inflation</u>
    Expecting moderating inflation in 2H, management expects this will lead to slightly improving volumes vs 1H
    Less price increases taking place leading to lower inflation (resulting in units bouncing back)
    Management expects F3Q23 and F4Q23 to be adversely impacted by declining inflation dynamics
<u>Vendor Promotions</u>
    Believes vendor promotions will improve gradually in 2H
<u>Wholesale & Retail</u>
    Not expecting any other meaningful fluctuations on Wholesale or Retail margin rates sequentially
<u>Private Brands & Units</u>
    Continued strength to private brands and services is expected to be modestly additive
<u>OpEx</u>
    Assumes OpEx % remains in line with F2Q23
<u>Productivity</u>
    Expect to see productivity & expense rate improvements in DCs with stabilized vacancy rates (offset by early spending from transformation initiatives)
<u>Leverage Ratio</u>
    Expects roughly flat vs end of FY22, driven by net debt reduction including the benefits from the A/R monetization program offset by lower full year
<u>**F2Q23**</u>
Management did not have full visibility due to legacy issues with digital infrastructure limiting real-time data (used to forecast)
Management was  able to understand issues with lapping towards end of F2Q23
Management believes performance in F2Q23 does not point to fundamental, longer term challenges
Reduced profitability primarily driven by lower gross profit ranges
Significant sequential change at the end of F2Q23, first two periods of F2Q23 much stronger than the last period
Management continues to see +DD% growth in specialized services business
Inflation in F2Q23 was slightly under 11% (vs 6% in F2Q22)
Management did not see benefit from increased supply or promotions that could have offset impact to quarter
<u>**Transformation Initiatives**</u>
Network Automation & Optimization: Expected to drive increased network capacity and scalability, Enhance efficiency and improve customer experience
Commercial Value Creation: Simplifying pricing structure & enhance analytical insights, Seeking to maximize profitable revenue growth
Digital Offering Enhancement: Fully integrating digital platforms offered (myUNFI, iUNFI, 3rd party market place)
Infrastructure Unification & Modernization: Addressing legacy integration issues & under investment in digital infrastructure; streamline operations, provide visibility, & enhance scale
<u>**F2Q23 Inflation**</u>
Seeing sequential deceleration in F2Q23 vs F1Q23
The number of price increases that are happening now is reduced by about two-thirds vs last year
<u>**Procurement Gains**</u>
From a procurement gain standpoint, rapid onset extreme inflation occurred in the 6th period (final) quarter and insight into it came as it lapped
Management expects to continue lapping periods of significant benefits for procurement gains as price increase activity further decelerates
<u>**New Business Pipeline**</u>
Strong customer pipeline expected to drive sales strength for F2H23
Management is seeing significant amount of interest in wall-to-wall services categories across conventional and natural
F2Q23 was larger in recent history
Implementing new business in F2H23, one major initiative in F4Q23
<u>**Inventory Gain Lapping**</u>
F2Q22 was particularly volatile in the supply chain, significant vacancy changes as omicron hit
Inventory gain in F2Q22 impacted two-tenths of 1% of inventory, have not seen this repeat (function of volatility in 2Q22)
<u>**Retail**</u>
Comp challenged in F2Q23 with YoY cycle of omicron and weather benefits
<u>**Fill Rates**</u>
F2Q23: +12bps better YoY, sequential improvement expect to see productivity gains from more experienced workforce in 2H
Continues to be categories that are stressed, a ways away from pre-COVID levels
<u>**Supply Chain**</u>
Continued investments in DC and transportation labor
Continued inflationary pressures fixed occupancy - related expenses(utility and energy costs)
Associate vacancy rates in line with F1Q23, but significantly better than FY22
<u>**Share Repurchases**</u>
F2Q23: approx. 390k shares (avg price $41.36)
YTD 2023: approx. 730k shares (avg price >$39, total cost $29MM)
<u>**Leverage in F2Q23**</u>
2.6x leverage ratio, continuing steady decline since Supervalu acquisition (decreased ~0.5x sequentially)
Driven by net debt reduction including the benefits from the A/R monetization
<u>**Labor**</u>
Management expects gradual improvement based on the experienced of talent in DCs
<u>**Vendor Promotions**</u>
Management seeing a slight uptick in F2Q23, expects this to continue
<u>**Units**</u>
F2Q23: Down MSD%, in line with customer base served
Driven by hyperinflation, little bit of share loss to big formats
<u>**Private Label**</u>
F2Q23: +DD% private label growth, management is pleased with execution 6mo into strategic plan
<u>**Performance Based on Customer Type**</u>
Management seeing bifurcation of customers, performance varies based on capacity of customer
Some of natural customers doing extremely well, some conventional retailers doing well because of diversity of foodservice offer
Management is seeing significant trend in price competition from big players

Source: Company reports, BMO Capital Markets estimates.

**Exhibit 3: UNFI Quarterly Model**

| ($ Millions, Except Per Share Data) | Net Sales | Cost of Sales | Total Gross Profit | Operating Expenses | Op Profit | Interest Expense | Total Other | Pre-Tax Inc. | Inc. Tax | Disc. Ops | Net Inc bef. Extra | Gain (Loss) | Net Inc. | Operating EPS | Rep. EPS | Shs. Out (MM) | EBITDA | Adjusted EBITDA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oct-Q1R | $6,673 | $5,699 | $973 | $899 | $74 | $69 | $24 | $50 | $14 | ($0) | $36 | ($37) | ($1) | $0.59 | ($0.02) | 61.0 | $151 | $166 |
| Jan-Q2R | $6,888 | $5,891 | $997 | $864 | $133 | $45 | $26 | $107 | $31 | $4 | $79 | ($20) | $59 | $1.34 | $1.00 | 59.2 | $199 | $213 |
| Apr-Q3R | $6,620 | $5,648 | $972 | $866 | $107 | $44 | $24 | $82 | $22 | $0 | $60 | ($12) | $49 | $1.00 | $0.80 | 60.5 | $173 | $185 |
| Jul-Q4R | $6,735 | $5,726 | $1,009 | $888 | $121 | $40 | $18 | $104 | $23 | ($3) | $77 | ($35) | $42 | $1.25 | $0.69 | 60.9 | $196 | $206 |
| F2021R | $26,916 | $22,963 | $3,952 | $3,517 | $436 | $198 | $93 | $343 | $90 | $1 | $253 | ($105) | $149 | $4.18 | $2.48 | 60.0 | $719 | $770 |
| Oct-Q1R | $6,997 | $5,944 | $1,053 | $932 | $121 | $39 | $30 | $92 | $23 | ($1) | $67 | $9 | $76 | $1.10 | $1.25 | 61.1 | $190 | $200 |
| Jan-Q2R | $7,416 | $6,322 | $1,094 | $953 | $141 | $44 | $26 | $115 | $31 | ($1) | $83 | ($17) | $66 | $1.36 | $1.08 | 61.0 | $210 | $220 |
| Apr-Q3 | $7,242 | $6,158 | $1,084 | $968 | $115 | $37 | $24 | $91 | $24 | ($1) | $67 | $0 | $67 | $1.10 | $1.10 | 60.9 | $187 | $196 |
| Jul-Q4 | $7,273 | $6,164 | $1,109 | $979 | $130 | $34 | $23 | $107 | $27 | ($2) | $78 | ($39) | $39 | $1.27 | $0.63 | 61.1 | $205 | $213 |
| F2022 | $28,928 | $24,588 | $4,340 | $3,832 | $507 | $154 | $103 | $404 | $105 | ($5) | $295 | ($47) | $248 | $4.83 | $4.07 | 61.0 | $792 | $829 |
| Oct-Q1 | $7,532 | $6,415 | $1,117 | $995 | $122 | $35 | $26 | $96 | $25 | ($1) | $70 | ($4) | $66 | $1.13 | $1.07 | 61.6 | $196 | $207 |
| Jan-Q2 | $7,816 | $6,718 | $1,098 | $998 | $100 | $39 | $32 | $68 | $18 | ($3) | $48 | ($29) | $19 | $0.78 | $0.31 | 61.0 | $173 | $181 |
| Apr-Q3E | $7,420 | $6,344 | $1,076 | $997 | $78 | $33 | $32 | $46 | $12 | ($1) | $34 | $0 | $34 | $0.56 | $0.56 | 61.0 | $153 | $165 |
| Jul-Q4E | $7,457 | $6,369 | $1,089 | $989 | $100 | $33 | $32 | $68 | $18 | ($1) | $50 | $0 | $50 | $0.82 | $0.82 | 61.0 | $175 | $184 |
| F2023E | $30,225 | $25,846 | $4,380 | $3,979 | $400 | $140 | $122 | $278 | $72 | ($5) | $201 | ($32) | $169 | $3.29 | $2.75 | 61.2 | $697 | $737 |
| F2024E | $31,124 | $26,611 | $4,513 | $4,099 | $414 | $140 | $122 | $292 | $76 | ($5) | $211 | $0 | $211 | $3.38 | $3.38 | 62.5 | $720 | $760 |

**Growth (y/y %)**

| | Sales | Gross Profit | Operating Expenses | Op Profit | Op EPS |
|---|---|---|---|---|---|
| Oct-Q1R | 6.0% | 7.3% | 3.9% | 76.7% | 1446.0% |
| Jan-Q2R | 12.2% | 28.6% | 15.3% | 415.4% | 317.9% |
| Apr-Q3R | -0.7% | 13.5% | 12.0% | 27.1% | -29.0% |
| Jul-Q4R | -0.3% | 0.9% | 0.6% | 3.2% | 17.9% |
| F2021R | 4.1% | 11.7% | 7.6% | 61.6% | 48.1% |
| Oct-Q1R | 4.9% | 8.2% | 3.7% | 62.5% | 84.7% |
| Jan-Q2R | 7.7% | 9.7% | 10.3% | 5.9% | 1.5% |
| Apr-Q3 | 9.4% | 11.5% | 11.9% | 8.4% | 10.0% |
| Jul-Q4 | 8.0% | 9.9% | 10.2% | 7.0% | 1.5% |
| F2022 | 7.5% | 9.8% | 9.0% | 16.5% | 15.3% |
| Oct-Q1 | 7.6% | 6.1% | 6.8% | 0.8% | 3.3% |
| Jan-Q2 | 5.4% | 0.4% | 4.7% | -29.1% | -42.8% |
| Apr-Q3E | 2.5% | -0.7% | 3.0% | -32.0% | -49.3% |
| Jul-Q4E | 2.5% | -1.8% | 1.0% | -23.1% | -35.7% |
| F2023E | 4.5% | 0.9% | 3.8% | -21.1% | -31.9% |
| F2024E | 3.0% | 3.0% | 3.0% | 3.5% | 3.0% |

**Margins (%)**

| | Gross Margin | Op Exp Ratio | Op Margin | Net, Interest & Other Exp | Tax Rate | Pretax Margin | Net Margin |
|---|---|---|---|---|---|---|---|
| Oct-Q1R | 14.59% | 13.47% | 1.12% | 0.37% | 27.3% | 0.75% | 0.54% |
| Jan-Q2R | 14.48% | 12.55% | 1.93% | 0.38% | 29.2% | 1.55% | 1.15% |
| Apr-Q3R | 14.69% | 13.08% | 1.61% | 0.37% | 26.8% | 1.24% | 0.91% |
| Jul-Q4R | 14.99% | 13.18% | 1.80% | 0.26% | 22.5% | 1.54% | 1.15% |
| F2021R | 14.68% | 13.07% | 1.62% | 0.35% | 26.3% | 1.27% | 0.94% |
| Oct-Q1R | 15.05% | 13.32% | 1.73% | 0.42% | 25.6% | 1.31% | 0.96% |
| Jan-Q2R | 14.75% | 12.85% | 1.90% | 0.35% | 27.0% | 1.55% | 1.12% |
| Apr-Q3 | 14.97% | 13.37% | 1.59% | 0.33% | 25.8% | 1.26% | 0.92% |
| Jul-Q4 | 15.25% | 13.46% | 1.79% | 0.32% | 25.1% | 1.47% | 1.07% |
| F2022 | 15.00% | 13.25% | 1.75% | 0.36% | 25.9% | 1.40% | 1.02% |
| Oct-Q1 | 14.83% | 13.21% | 1.62% | 0.35% | 26.1% | 1.27% | 0.93% |
| Jan-Q2 | 14.05% | 12.77% | 1.28% | 0.41% | 25.7% | 0.87% | 0.61% |
| Apr-Q3E | 14.50% | 13.44% | 1.06% | 0.43% | 26.0% | 0.63% | 0.46% |
| Jul-Q4E | 14.60% | 13.26% | 1.34% | 0.43% | 26.0% | 0.91% | 0.67% |
| F2023E | 14.49% | 13.17% | 1.32% | 0.40% | 26.0% | 0.92% | 0.67% |
| F2024E | 14.50% | 13.17% | 1.33% | 0.39% | 26.0% | 0.94% | 0.68% |

**Margin Change (y/y) bps**

| | GM y/y chg (bps) | Exp Ratio y/y chg (bps) | Op Margin y/y chg (bps) |
|---|---|---|---|
| Oct-Q1R | 18bps | -27bps | 45bps |
| Jan-Q2R | 185bps | 33bps | 151bps |
| Apr-Q3R | 184bps | 149bps | 35bps |
| Jul-Q4R | 18bps | 12bps | 6bps |
| F2021R | 100bps | 42bps | 58bps |
| Oct-Q1R | 46bps | -15bps | 61bps |
| Jan-Q2R | 27bps | 30bps | -3bps |
| Apr-Q3 | 28bps | 30bps | -1bps |
| Jul-Q4 | 26bps | 28bps | -2bps |
| F2022 | 32bps | 18bps | 14bps |
| Oct-Q1 | -22bps | -11bps | -11bps |
| Jan-Q2 | -70bps | -8bps | -62bps |
| Apr-Q3E | -47bps | 7bps | -54bps |
| Jul-Q4E | -65bps | -20bps | -45bps |
| F2023E | -51bps | -8bps | -43bps |
| F2024E | 1bps | 0bps | 1bps |

Source: Company reports, BMO Capital Markets estimates.

**BMO Capital Markets**

**Exhibit 4: UNFI Annual Model**

| Earnings Analysis | F2014 | F2015 | F2016 | F2017 | F2018 | F2019 | F2020 | F2021 | F2022 | F2023E | F2024E | F2025E | F2026E | F2027E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 6,794 | 8,193 | 8,470 | 9,274 | 10,227 | 21,711 | 25,856 | 26,916 | 28,928 | 30,225 | 31,124 | 32,058 | 33,020 | 34,010 |
| % change | 12.0% | 20.6% | 3.4% | 9.5% | 10.3% | 112.3% | 19.1% | 4.1% | 7.5% | 4.5% | 3.0% | 3.0% | 3.0% | 3.0% |
| Cost of Sales | 5,667 | 6,924 | 7,191 | 7,846 | 8,704 | 18,769 | 22,317 | 22,963 | 24,588 | 25,846 | 26,611 | 27,426 | 28,265 | 29,130 |
| Total Operating Exp | 788 | 413 | 896 | 1,022 | 1,089 | 2,295 | 2,745 | 2,977 | 3,272 | 3,394 | 3,496 | 3,589 | 3,684 | 3,781 |
| Share Based Compenstation | 15 | 14 | 15 | 17 | 18 | 39 | 47 | 49 | 52 | 55 | 56 | 58 | 60 | 61 |
| Depreciation | 49 | 64 | 71 | 86 | 88 | 247 | 278 | 283 | 285 | 297 | 306 | 315 | 325 | 334 |
| Rent | 65 | 75 | 65 | 72 | 79 | 168 | 200 | 208 | 223 | 233 | 240 | 248 | 255 | 263 |
| Operating Income | 211 | 250 | 232 | 233 | 248 | 194 | 270 | 436 | 507 | 400 | 414 | 423 | 432 | 441 |
| % change | 12.6% | 18.5% | (7.1%) | 0.4% | 6.6% | (22.0%) | 39.1% | 61.6% | 16.5% | (21.1%) | 3.5% | 2.1% | 2.1% | 2.1% |
| Net Interest, Other | 3.4 | 12.2 | 15.9 | 17.7 | 14.5 | 139.1 | 143.0 | 93.0 | 103.1 | 122.0 | 122.0 | 122.0 | 122.0 | 122.0 |
| Income Tax | 82 | 94 | 86 | 85 | 75 | 15 | 15 | 90 | 105 | 72 | 76 | 78 | 81 | 83 |
| Disc. Ops | 0 | 0 | 0 | 0 | 0 | 63 | 47 | 1 | (5) | (5) | (5) | (5) | (5) | (5) |
| Income before Extra | 125 | 143 | 130 | 131 | 158 | 103 | 159 | 253 | 295 | 201 | 211 | 218 | 224 | 231 |
| Extra Gain (Loss) | 0 | (5) | (5) | 7 | (0) | (433) | (105) | (47) | (32) | 0 | 0 | 0 | 0 | 0 |
| Net Income | $125.5 | $138.7 | $125.9 | $130.2 | $165.7 | ($284.7) | ($274.1) | $148.8 | $247.7 | $168.7 | $211.4 | $217.8 | $224.4 | $231.0 |
| **Operating EPS** | **$2.52** | **$2.85** | **$2.59** | **$2.57** | **$3.11** | **$2.02** | **$2.83** | **$4.18** | **$4.83** | **$3.29** | **$3.38** | **$3.49** | **$3.59** | **$3.70** |
| % change | 14.5% | 13.1% | (9.1%) | (0.8%) | 21.0% | (35.0%) | 40.1% | 47.7% | 15.6% | (31.9%) | 2.7% | 3.3% | 2.9% | 3.1% |
| Avg S/O | 49.9 | 50.3 | 50.3 | 50.8 | 50.9 | 50.9 | 56.2 | 60.0 | 61.0 | 61.2 | 62.5 | 62.5 | 62.5 | 62.5 |
| **Margin Analysis** | | | | | | | | | | | | | | |
| Gross Margin | 16.60% | 15.48% | 15.10% | 15.41% | 14.89% | 13.55% | 13.69% | 14.68% | 15.00% | 14.49% | 14.50% | 14.45% | 14.40% | 14.35% |
| Total Operating Exp | 11.6% | 5.0% | 10.6% | 11.0% | 10.7% | 10.6% | 10.6% | 11.1% | 11.3% | 11.2% | 11.2% | 11.2% | 11.2% | 11.1% |
| Share Based Comp Exp Ratio | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% |
| Depreciation Expense Ratio | 0.7% | 0.8% | 0.8% | 0.9% | 0.9% | 1.1% | 1.1% | 1.1% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% |
| Rent Expense Ratio | 1.0% | 0.9% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% |
| Shipping and Handling Expense Ratio | 5.9% | 5.5% | 5.5% | 5.5% | 5.5% | 5.5% | 5.5% | 5.5% | 5.5% | 5.5% | 5.5% | 5.5% | 5.5% | 5.5% |
| Operating Margin | 3.1% | 3.0% | 2.7% | 2.5% | 2.4% | 0.9% | 1.0% | 1.6% | 1.8% | 1.3% | 1.3% | 1.3% | 1.3% | 1.3% |
| Tax Rate | 39.5% | 39.6% | 39.6% | 39.3% | 32.2% | 27.1% | 11.5% | 26.3% | 25.9% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% |

| | F2014 | F2015 | F2016 | F2017 | F2018 | F2019 | F2020 | F2021 | F2022 | F2023E | F2024E | F2025E | F2026E | F2027E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance Sheet** | | | | | | | | | | | | | | |
| Inventory | $835 | $975 | $1,022 | $1,032 | $1,136 | $2,089 | $2,281 | $2,247 | $2,355 | $2,461 | $2,534 | $2,610 | $2,688 | $2,769 |
| Cash, Equivalents, Invest. | $16 | $17 | $19 | $15 | $23 | $42 | $47 | $41 | $44 | ($9) | $60 | $136 | $217 | $304 |
| Property, Equip., Net | $484 | $572 | $617 | $602 | $571 | $1,639 | $1,701 | $1,784 | $1,690 | $1,743 | $1,751 | $1,757 | $1,763 | $1,768 |
| Goodwill, Other Assets | $962 | $976 | $1,195 | $1,237 | $1,234 | $3,410 | $3,558 | $3,453 | $3,539 | $3,593 | $3,631 | $3,670 | $3,711 | $3,752 |
| Total Assets | $2,297 | $2,541 | $2,852 | $2,887 | $2,964 | $7,181 | $7,587 | $7,525 | $7,628 | $7,788 | $7,976 | $8,173 | $8,379 | $8,594 |
| Current Liab. | $523 | $516 | $608 | $692 | $699 | $1,726 | $2,287 | $2,367 | $2,390 | $2,497 | $2,571 | $2,649 | $2,728 | $2,810 |
| Total Debt & Tax Liab. | $531 | $644 | $725 | $513 | $419 | $3,944 | $4,158 | $3,644 | $3,446 | $3,296 | $3,196 | $3,096 | $2,996 | $2,896 |
| Stockholders' Equity | $1,243 | $1,381 | $1,520 | $1,682 | $1,846 | $1,511 | $1,142 | $1,514 | $1,792 | $1,995 | $2,208 | $2,428 | $2,655 | $2,888 |
| Total Liabs. & Equity | $2,297 | $2,541 | $2,852 | $2,887 | $2,964 | $7,181 | $7,587 | $7,525 | $7,628 | $7,788 | $7,976 | $8,173 | $8,379 | $8,594 |
| **Cash Flow and Other Metrics** | | | | | | | | | | | | | | |
| Free Cash Flow | ($155) | ($121) | $101 | $189 | $147 | ($1,610) | $599 | $682 | $477 | $349 | $424 | $434 | $442 | $449 |
| **EBITDA** | **$260** | **$313** | **$303** | **$319** | **$336** | **$441** | **$548** | **$719** | **$792** | **$697** | **$720** | **$738** | **$756** | **$775** |
| Operating Working Capital | $839 | $1,013 | $985 | $955 | $1,066 | $1,830 | $1,479 | $1,197 | $1,363 | $1,416 | $1,453 | $1,491 | $1,530 | $1,570 |
| Capital Expenditures | $147 | $129 | $41 | $56 | $45 | $228 | $173 | $310 | $251 | $350 | $314 | $321 | $330 | $340 |
| Dividends | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Inventory Turnover | $7 | $8 | $7 | $8 | $8 | $12 | $10 | $10 | $11 | $11 | $11 | $11 | $11 | $11 |
| Stock Issued (Repurchased) | $19 | ($6) | $8 | $32 | ($438) | ($528) | $118 | ($17) | $2 | $2 | $2 | $2 | $2 | $2 |
| ROE | 10.7% | 10.6% | 8.7% | 8.1% | 9.4% | -17.0% | -20.7% | 11.2% | 15.0% | 8.9% | 10.1% | 9.4% | 8.8% | 8.3% |
| ROIC | 8.3% | 8.0% | 6.6% | 6.4% | 7.6% | 3.7% | 4.5% | 6.2% | 7.3% | 5.6% | 5.8% | 5.8% | 5.9% | 6.0% |
| Capx % of sales | 2.2% | 1.6% | 0.5% | 0.6% | 0.4% | 1.1% | 0.7% | 1.2% | 0.9% | 1.2% | 1.0% | 1.0% | 1.0% | 1.0% |

Source: Company reports, BMO Capital Markets estimates.



IMPORTANT DISCLOSURES

### Analyst's Certification

I, Kelly Bania, hereby certify that the views expressed in this report accurately reflect my personal views about the subject securities or issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Analysts who prepared this report are compensated based upon (among other factors) the overall profitability of BMO Capital Markets and their affiliates, which includes the overall profitability of investment banking services. Compensation for research is based on effectiveness in generating new ideas and in communication of ideas to clients, performance of recommendations, accuracy of earnings estimates, and service to clients.

Analysts employed by BMO Nesbitt Burns Inc. and/or BMO Capital Markets Limited are not registered as research analysts with FINRA. These analysts may not be associated persons of BMO Capital Markets Corp. and therefore may not be subject to the FINRA Rule 2241 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

### Company Specific Disclosures

Disclosure 5: BMO Capital Markets or an affiliate received compensation for products or services other than investment banking services within the past 12 months from United Natural Foods and SpartanNash.

Disclosure 6C: United Natural Foods and SpartanNash are clients (or were clients) of BMO Nesbitt Burns Inc., BMO Capital Markets Corp., BMO Capital Markets Limited or an affiliate within the past 12 months: C) Non-Securities Related Services.

### Methodology and Risks to Target Price/Valuation for SpartanNash (SPTN-NSDQ)

**Methodology:** Our $31 target price is based on 6-6.5x our 2023E adjusted EBITDA of $260mm.

**Risks:** Competitive pressures from both traditional food retailers and alternative food retailing concepts; volatility in food inflation trends; change in eating habits of consumers; self-distribution; integration of current acquisitions and future M&A; fluctuations in commodity prices and gas prices; labor relations; and food safety and regulations. Upside risks include the following: 1) regional grocers benefit more than we

**BMO** **Capital Markets**

anticipate from e-commerce penetration in the category; 2) SPTN experiences greater cost savings than our model forecasts; and 3) SPTN solves some of the operational challenges it has faced in recent quarters

**Methodology and Risks to Target Price/Valuation for United Natural Foods (UNFI-NSDQ)**

**Methodology:** Our $28 target price is based on ~5x (~6x including LIFO) our F23 adjusted EBITDA of $737MM ($637MM including LIFO).

**Risks:** Risks to our target price include retail sales trends; supply, availability, and innovation in the natural, organic, and specialty food industry; new facility start-up costs; labor relations; changes in commodity and gas prices; self-distribution; competition; and acquisition integration risks. Upside risks include the following: 1) regional grocers benefit more than we anticipate from e-commerce penetration in the category; 2) synergies from the SVU acquisition are greater than anticipated; and 3) UNFI's strategy of selling conventional products to natural/organic retailers is more successful than anticipated.

**Distribution of Ratings (March 07, 2023)**

| Rating category | BMO rating | BMOCM US Universe* | BMOCM US IB Clients** | BMOCM US IB Clients*** | BMOCM Universe**** | BMOCM IB Clients***** | StarMine Universe~ |
|---|---|---|---|---|---|---|---|
| Buy | Outperform | 48.5 % | 18.6 % | 55.0 % | 53.5 % | 58.6 % | 57.7% |
| Hold | Market Perform | 48.7 % | 13.9 % | 41.2 % | 44.5 % | 38.9 % | 37.5% |
| Sell | Underperform | 2.9 % | 21.4 % | 3.8 % | 1.8 % | 2.0 % | 4.8% |

\* Reflects rating distribution of all companies covered by BMO Capital Markets Corp. equity research analysts.

\*\* Reflects rating distribution of all companies from which BMO Capital Markets Corp. has received compensation for Investment Banking services as percentage within ratings category.

\*\*\* Reflects rating distribution of all companies from which BMO Capital Markets Corp. has received compensation for Investment Banking services as percentage of Investment Banking clients.

\*\*\*\* Reflects rating distribution of all companies covered by BMO Capital Markets equity research analysts.

\*\*\*\*\* Reflects rating distribution of all companies from which BMO Capital Markets has received compensation for Investment Banking services as percentage of Investment Banking clients.

~ As of April 1, 2019.

**Ratings Key (as of October 2016)**

We use the following ratings system definitions:
OP = Outperform - Forecast to outperform the analyst's coverage universe on a total return basis;
Mkt = Market Perform - Forecast to perform roughly in line with the analyst's coverage universe on a total return basis;
Und = Underperform - Forecast to underperform the analyst's coverage universe on a total return basis;
(S) = Speculative investment;
Spd = Suspended - Coverage and rating suspended until coverage is reinstated;
NR = No Rated - No rating at this time; and
R = Restricted - Dissemination of research is currently restricted.

The total return potential, target price and the associated time horizon is 12 months unless otherwise stated in each report. BMO Capital Markets' seven Top 15 lists guide investors to our best ideas according to different objectives (CDN Large Cap, CDN Small Cap, US Large Cap, US Small Cap, Income, CDN Quant, and US Quant have replaced the Top Pick rating).

**Prior BMO Capital Markets Rating System**

**(April 2013 - October 2016)**
http://researchglobal.bmocapitalmarkets.com/documents/2013/rating_key_2013_to_2016.pdf

**(January 2010 - April 2013)**
http://researchglobal.bmocapitalmarkets.com/documents/2013/prior_rating_system.pdf

**Other Important Disclosures**

For Important Disclosures on the stocks discussed in this report, please go to https://researchglobal0.bmocapitalmarkets.com/public-disclosure/ or write to Editorial Department, BMO Capital Markets, 3 Times Square, New York, NY 10036 or Editorial Department, BMO Capital Markets, 1 First Canadian Place, Toronto, Ontario, M5X 1H3.

**Dissemination of Research**

Dissemination of fundamental BMO Capital Markets Equity Research is available via our website https://researchglobal0.bmocapitalmarkets.com/. Institutional clients may also simultaneously receive our fundamental research via email and/or via services such as Refinitiv, Bloomberg, FactSet, Visible Alpha, and S&P Capital IQ.

BMO Capital Markets issues a variety of research products in addition to fundamental research. Institutional clients may request notification when additional research content is made available on our website. BMO Capital Markets may use proprietary models in the preparation of reports. Material information about such models may be obtained by contacting the research analyst directly. There is no planned frequency of model updates.

The analyst(s) named in this report may discuss trading strategies that reference a catalyst or event that may have a near or long term impact on the market price of the equity securities discussed. In some cases, the impact may directionally counter the analyst's published 12 month target price and rating. Any such trading or alternative strategies can be based on differing time horizons, methodologies, or otherwise and are distinct from and do not affect the analysts' fundamental equity rating in the report.

Research coverage of licensed cannabis producers and other cannabis-related companies is made available only to eligible approved North American, Australian, and EU-based BMO Nesbitt Burns Inc., BMO Capital Markets Limited, Bank of Montreal Europe Plc and BMO Capital Markets Corp. clients via email, our website and select third party platforms.

~ Research distribution and approval times are provided on the cover of each report. Times are approximations as system and distribution processes are not exact and can vary based on the sender and recipients' services. Unless otherwise noted, times are Eastern Standard and when two times are provided, the approval time precedes the distribution time.

For recommendations disseminated during the preceding 12-month period, please visit: https://researchglobal0.bmocapitalmarkets.com/public-disclosure/.

**General Disclaimer**

"BMO Capital Markets" is a trade name used by BMO Financial Group for the wholesale banking businesses of Bank of Montreal, BMO Harris Bank N.A. (member FDIC), Bank of Montreal Europe p.l.c, and Bank of Montreal (China) Co. Ltd, the institutional broker dealer business of BMO Capital Markets Corp. (Member FINRA and SIPC) and the agency broker dealer business of Clearpool Execution Services, LLC (Member FINRA and SIPC) in the U.S., and the institutional broker dealer businesses of BMO Nesbitt Burns Inc. (Member Investment Industry Regulatory Organization of Canada and Member Canadian Investor Protection Fund) in Canada and Asia, Bank of Montreal Europe p.l.c. (authorised and regulated by the Central Bank of Ireland) in Europe and BMO Capital Markets Limited (authorised and regulated by the Financial Conduct Authority) in the UK and Australia. Bank of Montreal or its subsidiaries ("BMO Financial Group") has lending arrangements with, or provide other remunerated services to, many issuers covered by BMO Capital Markets. The opinions, estimates and projections contained in this report are those of BMO Capital Markets as of the date of this report and are subject to change without notice. BMO Capital Markets endeavours to ensure that the contents have been compiled or derived from sources that we believe are reliable and contain information and opinions that are accurate and complete. However, BMO Capital Markets makes no representation or warranty, express or implied, in respect thereof, takes no responsibility for any errors and omissions contained herein and accepts no liability whatsoever for any loss arising from any use of, or reliance on, this report or its contents. Information may be available to BMO Capital Markets or its affiliates that is not reflected in this report. The information in this report is not intended to be used as the primary basis of investment decisions, and because of individual client objectives, should not be construed as advice designed to meet the particular investment needs of any investor. Nothing herein constitutes any investment, legal, tax or other advice nor is it to be relied on in any investment or decision. If you are in doubt about any of the contents of this document, the reader should obtain independent professional advice. This material is for information purposes only and is not an offer to sell or the solicitation of an offer to buy any security. BMO Capital Markets or its affiliates will buy from or sell to customers the securities of issuers mentioned in this report on a principal basis. BMO Capital Markets or its affiliates, officers, directors or employees have a long or short position in many of the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. The reader should assume that BMO Capital Markets or its affiliates may have a conflict of interest and should not rely solely on this report in evaluating whether or not to buy or sell securities of issuers discussed herein.

**Additional Matters**

This report is directed only at entities or persons in jurisdictions or countries where access to and use of the information is not contrary to local laws or regulations. Its contents have not been reviewed by any regulatory authority. BMO Capital Markets does not represent that this report may be lawfully distributed or that any financial products may be lawfully offered or dealt with, in compliance with regulatory requirements in other jurisdictions, or pursuant to an exemption available thereunder.

To Australian residents: BMO Capital Markets Limited and Bank of Montreal are exempt from the requirement to hold an Australian financial services licence under the Corporations Act in respect of financial services they provide to wholesale investors (as defined in the Corporations Act). BMO Capital Markets Limited is regulated by the UK Financial Conduct Authority under UK laws, and Bank of Montreal in Hong Kong is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission, which differ from Australia laws. This document is only intended for wholesale clients (as defined in the Corporations Act 2001), Eligible Counterparties or Professional Clients (as defined in Annex II to MiFID II) and Professional Investors (as defined in the Securities and Futures Ordinance and the Securities and Futures (Professional Investor) Rules under the Securities and Futures Ordinance of Hong Kong).

To Canadian Residents: BMO Nesbitt Burns Inc. furnishes this report to Canadian residents and accepts responsibility for the contents herein subject to the terms set out above. Any Canadian person wishing to effect transactions in any of the securities included in this report should do so through BMO Nesbitt Burns Inc.

The following applies if this research was prepared in whole or in part by Colin Hamilton, Alexander Pearce or Raj Ray:

This research is not prepared subject to Canadian disclosure requirements. This research is prepared by BMO Capital Markets Limited and distributed by BMO Capital Markets Limited or Bank of Montreal Europe Plc and is subject to the regulations of the Financial Conduct Authority

(FCA) in the United Kingdom and the Central Bank of Ireland (CBI) in Ireland. FCA and CBI regulations require that a firm providing research disclose its ownership interest in the issuer that is the subject of the research if it and its affiliates own 5% or more of the equity of the issuer. Canadian regulations require that a firm providing research disclose its ownership interest in the issuer that is the subject of the research if it and its affiliates own 1% or more of the equity of the issuer that is the subject of the research. Therefore each of BMO Capital Markets Limited and Bank of Montreal Europe Plc will disclose its and its affiliates' ownership interest in the subject issuer only if such ownership exceeds 5% of the equity of the issuer.

To E.U. Residents: In an E.U. Member State this document is issued and distributed by Bank of Montreal Europe plc which is authorised and regulated in Ireland and operates in the E.U. on a passported basis. This document is only intended for Eligible Counterparties or Professional Clients, as defined in Annex II to "Markets in Financial Instruments Directive" 2014/65/EU ("MiFID II").

To U.S. Residents: BMO Capital Markets Corp. furnishes this report to U.S. residents and accepts responsibility for the contents herein, except to the extent that it refers to securities of Bank of Montreal. Any U.S. person wishing to effect transactions in any security discussed herein should do so through BMO Capital Markets Corp.

To U.K. Residents: In the UK this document is published by BMO Capital Markets Limited which is authorised and regulated by the Financial Conduct Authority. The contents hereof are intended solely for the use of, and may only be issued or passed on to, (I) persons who have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order") or (II) high net worth entities falling within Article 49(2)(a) to (d) of the Order (all such persons together referred to as "relevant persons"). The contents hereof are not intended for the use of and may not be issued or passed on to retail clients.

To Hong Kong Residents: In Hong Kong, this report is published and distributed by Bank of Montreal. Bank of Montreal (incorporated in Canada with limited liability) is an authorized institution under the Banking Ordinance and a registered institution with the Securities and Futures Commission (CE No. AAK809) to carry on Type 1 (dealing in securities) and Type 4 (advising in securities) regulated activities under the Securities and Futures Ordinance (Cap 571 of the Laws of Hong Kong). This report has not been reviewed or approved by any regulatory authority in Hong Kong. Accordingly this report must not be issued, circulated or distributed in Hong Kong other than (a) to professional investors as defined in the Securities and Futures Ordinance and the Securities and Futures (Professional Investor) Rules under the Securities and Futures Ordinance of Hong Kong, or (b) in circumstances which do not result in or constitute an offer to the public in Hong Kong.

To Korean Residents: This report has been provided to you without charge for your convenience only. All information contained in this report is factual information and does not reflect any opinion or judgement of BMO Capital Markets. The information contained in this report should not be construed as offer, marketing, solicitation or investment advice with respect to financial investment products in this report.

To Japan Residents: This report has not been reviewed by any regulatory authority in Japan. This report is provided for information purposes only and it should not be construed as an offer to sell, a solicitation to buy, or a recommendation for any security, or as an offer to provide investment management or advisory or other services in Japan. Securities may not be offered or sold in Japan by means of this report or any other document other than to Qualified Financial Institutions within the meaning of item (i) of Article 17-3 of the Government Ordinance to enforce the Financial Instruments and Exchange Act (Kinyu Shohin Torihiki Ho Sekou Rei). Unless specified otherwise, the securities that may be offered to you are not and will not be registered in Japan pursuant to the Financial Instruments and Exchange Acts.

To Taiwanese Residents: This report is not intended to constitute investment advice nor a public offer for any investment products to investors in Taiwan. This report should only be accessed by investors in Taiwan that are qualified to invest in investment products pursuant to relevant Taiwanese laws and regulations, and subject to sales restrictions as set forth in the relevant Taiwanese laws and regulations. BMO Capital Markets has not and will not secure the required licenses in Taiwan for the offer of securities and investment services. Any offer of securities has not been and will not be registered or filed with or approved by the Financial Commission of Taiwan and/or other regulatory authority pursuant to relevant securities laws and regulations of Taiwan, and may not be issued, offered or sold within Taiwan through a public offering or in circumstances which constitute an offer that requires a registration, filing or approval of the Financial Supervisory Commission of Taiwan and/or other regulatory authority in Taiwan under relevant securities laws and regulations of Taiwan. No person or entity in Taiwan has been authorized to offer or sell the securities in Taiwan.

To Singapore Residents: This report is intended for general circulation and does not and is not intended to constitute the provision of financial advisory services, whether directly or indirectly, to persons in Singapore. You should seek advice from a financial adviser regarding the suitability of the investment products, taking into account your specific investment objectives, financial situation or particular needs before you make a commitment to purchase the investment product. This report has not been registered as a prospectus with the Monetary Authority of Singapore. Accordingly, it should not be circulated or distributed, nor may the securities described herein be offered or sold, or be made the subject of an invitation for subscription or purchase, whether directly or indirectly, to persons in Singapore other than (a) to an institutional investor or a relevant person as defined in and pursuant to and in accordance with the conditions of the relevant provisions of the Securities and Futures Act of Singapore or (b) otherwise pursuant to and in accordance with the conditions of, any other applicable provision of the SFA.

To Israeli residents: BMO Capital Markets is not licensed under the Israeli Law for the Regulation of Investment Advice, Investment Marketing and Portfolio Management of 1995 (the "Advice Law") nor does it carry insurance as required thereunder. This document is to be distributed solely to persons that are qualified clients (as defined under the Advice Law) and qualified investors under the Israeli Securities Law of 1968. This document represents the analysis of the analyst but there is no assurance that any assumption or estimation will materialize.

These documents are provided to you on the express understanding that they must be held in complete confidence and not republished, retransmitted, distributed, disclosed, or otherwise made available, in whole or in part, directly or indirectly, in hard or soft copy, through any means, to any person, except with the prior written consent of BMO Capital Markets.

**BMO** 🔴 **Capital Markets**

Click here for data vendor disclosures when referenced within a BMO Capital Markets research document.

For assistance with accessible formats of online content, please contact research@bmo.com.

The recommendation contained in this report was produced at March 08, 2023, 23:42 ET. and disseminated at March 08, 2023, 23:42 ET.

**ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST**

BMO Financial Group (NYSE, TSX: BMO) is an integrated financial services provider offering a range of retail banking, wealth management, and investment and corporate banking products. BMO serves Canadian retail clients through BMO Bank of Montreal and BMO Nesbitt Burns. In the United States, personal and commercial banking clients are served by BMO Harris Bank N.A., (Member FDIC). Investment and corporate banking services are provided in Canada and the US through BMO Capital Markets.

BMO Capital Markets is a trade name used by BMO Financial Group for the wholesale banking businesses of Bank of Montreal, BMO Harris Bank N.A. (member FDIC), Bank of Montreal Europe p.l.c, and Bank of Montreal (China) Co. Ltd, the institutional broker dealer business of BMO Capital Markets Corp. (Member FINRA and SIPC) and the agency broker dealer business of Clearpool Execution Services, LLC (Member FINRA and SIPC) in the U.S., and the institutional broker dealer businesses of BMO Nesbitt Burns Inc. (Member Investment Industry Regulatory Organization of Canada and Member Canadian Investor Protection Fund) in Canada and Asia, Bank of Montreal Europe p.l.c. (authorised and regulated by the Central Bank of Ireland) in Europe and BMO Capital Markets Limited (authorised and regulated by the Financial Conduct Authority) in the UK and Australia.

"Nesbitt Burns" is a registered trademark of BMO Nesbitt Burns Corporation Limited, used under license. "BMO Capital Markets" is a trademark of Bank of Montreal, used under license. "BMO (M-Bar roundel symbol)" is a registered trademark of Bank of Montreal, used under license.

® Registered trademark of Bank of Montreal in the United States, Canada and elsewhere.

TM Trademark Bank of Montreal

©COPYRIGHT 2023 BMO CAPITAL MARKETS CORP.

A member of **BMO** 🔴 **Financial Group**