

Gregory B. Linkh
glinkh@glancylaw.com
230 Park Ave, Suite 530
New York, New York 10169
T: (212) 682-5340

**MEMO ENDORSED**

October 10, 2023

<u>VIA ECF</u>

Honorable Jessica G. L. Clarke
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Sills v. United Natural Foods, Inc., et al.*, Case No. 1:23-cv-02364-JGLC

Dear Judge Clarke:

    We represent Plaintiffs Dan Sills and George Dick ("Plaintiffs") in the above-captioned putative securities class action. Having reviewed the motion to dismiss the amended complaint by Defendants United Natural Foods, Inc., J. Alexander Miller Douglas, John W. Howard, and Christopher P. Testa (collectively, "Defendants") filed on September 29, 2023 (ECF No. 32), we hereby notify the Court that Plaintiffs intend to file a second amended complaint pursuant to Rule 4.e. of Your Honor's Individual Rules of Practice.

    Pursuant to the July 20, 2023 stipulated order, the current schedule provides that Plaintiffs shall file their brief in opposition to Defendants' motion to dismiss by November 3, 2023 and that Defendants shall file their reply brief by December 8, 2023. ECF No. 22.

    Counsel for Plaintiffs have conferred with counsel for Defendants and jointly propose the following deadlines:

- Plaintiffs' Second Amended Complaint ("SAC") – November 6, 2023

- Defendants' motion to dismiss the SAC – December 21, 2023

- Plaintiffs' opposition brief to Defendants' motion to dismiss – February 2, 2024

- Defendants' reply brief in support of their motion to dismiss – March 8, 2024

    This is the first request for adjournment of the schedule set forth by the July 20, 2023 stipulated order. There is no date set for the Parties' next appearance before the Court, and the Parties do not currently anticipate seeking the Court's assistance while this motion is pending.

Honorable Jessica G.L. Clarke
October 10, 2023
Page 2

       We are available at the Court's convenience should Your Honor have any questions.

       Respectfully,

       */s/ Gregory B. Linkh*

       Gregory B. Linkh

cc:    All counsel of record (via ECF)

GRANTED. Plaintiffs' deadline to file a Second Amended Complaint ("SAC") is **November 6, 2023**. Defendants' deadline to file a motion to dismiss the SAC is **December 21, 2023**. Plaintiffs' opposition is due **February 2, 2023**. Defendants' reply is due **March 8, 2023**.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: October 12, 2023
       New York, New York