

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 5372
FBRODY@SIDLEY.COM



December 18, 2023

**VIA ECF**
Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

Re:    *Sills et al. v. United Natural Foods Inc. et al.*, No. 23 Civ. 2364-JGLC

Dear Judge Clarke:

We represent Defendants United Natural Foods, Inc., J. Alexander Miller Douglas, John W. Howard, and Christopher P. Testa ("Defendants") in the above-referenced action.  We write jointly with Plaintiffs Dan Sills and George Dick ("Plaintiffs") to request an extension of the page limits set forth in Rule 4.b of Your Honor's Individual Rules and Practices in Civil Cases in connection with forthcoming briefing on Defendants' motion to dismiss the Second Amended Complaint.  The parties request the same page limits they jointly requested in connection with the briefing on Defendants' motion to dismiss the prior complaint, which was granted by the Court.  *See* Dkt. No. 31.  Specifically, the parties request the following:

- Brief in support of motion to dismiss:  40 pages

- Brief in opposition to motion to dismiss:  45 pages

- Reply in further support of motion to dismiss:  25 pages

The Second Amended Complaint that is the subject of the forthcoming motion is 108 pages and contains more than 283 paragraphs.  Dkt. No. 39.  Thus, the parties request this extension in order to adequately explain their positions regarding its legal sufficiency.

We thank the Court for its attention to this request and are available should Your Honor have any questions.

Respectfully submitted,

/s/ Francesca Brody

Francesca Brody

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

# SIDLEY

Page 2

Cc:     All counsel of record (via ECF)

Application GRANTED. The parties are granted leave to file excess pages in the same manner as specified in the Court's prior order. *See* ECF No. 31.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: December 19, 2023
        New York, New York