# Exhibit 18

# NORTHCOAST RESEARCH

**SEPTEMBER 24, 2021**

**Chuck Cerankosky** 216.468.6909
chuck.cerankosky@northcoastresearch.com

**Jim Salera** 216.468.6947
jim.salera@northcoastresearch.com

## United Natural Foods Inc.

## UNFI: RETAIL END MARKETS REMAIN STRONG; ALL EYES ON FISCAL 2022

## BUY

### Northcoast Call

With another fiscal year coming to a close UNFI has continued to reap the benefits of prolonged pandemic tailwinds. With robust food-at-home markets sprouting deeper roots, the biggest challenges UNFI will face moving forward are delivering on the strategic initiatives laid out during the company's investor day. Although operational execution has been an issue in recent memory, we believe there is much cause for optimism. As we have often detailed, our research indicates that the expansion of work-from-home arrangements has led to significantly more meals consumed at home. This enlarged consumer market will lead to many of the traditional food retailers that UNFI supports investing in new products and service offerings to remain competitive. For many operators UNFI will be a valuable partner in achieving these ends. The rapid adoption of e-commerce during the pandemic has created customer expectations of a seamless, omni-channel grocery offering. UNFI can use its procurement and distribution capabilities to support its customers across a wide variety of categories including online fulfillment, unique private label products, and an expansive selection of healthy and organic SKUs—the company's original product lines.

- **Estimate Changes:** We have not made any changes to our current estimates for UNFI. We anticipate 4QF21 EPS of $0.90, to be reported Tuesday, September 28th, ahead of the Street's $0.80. Our fiscal (July) 2022 estimate forecasts EPS of $3.70, above the Street's $3.37.

- **Short-Term Outlook:** Although we believe UNFI will outperform Street expectations to close out its fiscal 2021, we think investors' focus will be placed squarely on the company's fiscal 2022 outlook. In the current selling environment UNFI should continue to benefit from strong consumer demand supporting store traffic as well as higher food inflation, presenting the company with forward buying opportunities.

- **Long-Term Outlook:** The COVID-19 pandemic was transformational for UNFI allowing for significant balance sheet improvements and driving favorable shifts in consumer spending patterns. We believe that many of these pandemic tailwinds are becoming structural changes in the way Americans shop for food, supported by robust household formations and flexible work options.

- **Valuation:** Our $42 price target would have UNFI's shares trading at around 11.5 times our fiscal 2022 EPS estimate. This trading multiple would still be well below the company's 5-year high which saw shares trading at more than 19 times NTM earnings.

### Key Information

| | |
|---|---|
| Price (09/23/2021) | $37.36 |
| Target Price | $42.00 |
| Market Cap (M) | $2,105 |
| Enterprise Value (M) | $5,807 |
| Average Daily Volume (3 Months) | 563,294 |
| Dividend | $0.00 |

| EPS ($) | 2020 | 2021 | 2022 |
|---|---|---|---|
| Q1 | 0.12a | 0.51a | -- |
| Q2 | 0.32a | 1.25a | -- |
| Q3 | 1.40a | 0.94a | -- |
| Q4 | 1.06a | 0.90e | -- |
| FY Jul | 2.72a | 3.56e | 3.70e |
| P/E | 13.7x | 10.5x | 10.1x |



UNFI - United Natural Foods Inc.

**Important: Please read disclosures and disclaimers on page 7**

**Why Go Out When You Can Stay Home**

During UNFI's 4QF21 overall food spending grew by more than $56 billion over 2019's pre-pandemic levels. Nearly 60% of those gains occurred in the food-at-home channel. Throughout our research covering both UNFI and other Food Marketing companies, we have often highlighted the impact that work-from-home alternatives are having on food spending. The expansion of work-from-home has helped to solidify some of the gains the channel made during the pandemic. Consumers invested heavily in new living spaces and home offices during the pandemic, which has led to more Americans consuming "working meals", often breakfast and lunch, at home. The table below displays the growth in both food-at-home and food-away-from-home spending compared with pre-pandemic levels.

| US Food Spending Trends ($ in billions) | | | |
|---|---|---|---|
| | May-July 2021 | May-July 2019 | % Change |
| Food-at-Home | $236.7 | $204.5 | 15.7% |
| Food-away-from-Home | $250.0 | $225.9 | 10.7% |
| Total Food Spending | $486.6 | $430.4 | 13.1% |
| Food-at-Home Share | 48.6% | 47.5% | 112 bps increase |
| Food-away-from-Home Share | 51.4% | 52.5% | 112 bps decrease |
| Sources: USDA, Northcoast Research | | | |

We believe these structural shifts will create sustainable growth across UNFI's end markets by greatly expanding the customer base for the food retailers that it supports. More trips to the local supermarket or organic retailer mean that a plethora of cross-sell and up-sell opportunities will be available to these operators. UNFI's expansive capabilities will make the company a supplier of choice for retailers wanting to gain access to exciting new healthy and organic brands, high quality private label products, and e-commerce platforms that would otherwise be prohibitively expense or simply unavailable to them. Additionally, higher levels of food inflation could expand food expenditures as a percentage of consumers' overall spending.

**When Will Inflation Cool Down**

When inflation is discussed today, comments are generally qualified such that recent price increases are described as "transitory." However, we believe that there are several structural catalysts that could cause inflation to last longer than initial expectations. A key driver of inflation has come from labor costs which have risen sharply as employers compete for a scarce number of workers. Inflation pressures driven by labor costs are considerably more enduring than those driven by raw material costs due to the stickiness of wages. This sets the stage for more gradual, but prolonged, price increases over the coming years, especially when compared with pre-COVID. This would be a powerful catalyst for consistently higher food inflation moving forward. UNFI has made investments across its distribution network to install and/or enhance automation where it makes sense to help relieve some of these inflationary wage pressures. The company's new Allentown, PA campus, which will help service Key Food's more than 300 stores, is a prime example of cutting-edge automation that will help reduce costs and increase efficiencies at UNFI. The graph below tracks two-year food inflation rates across several important center store categories, which all continue to remain well ahead of pre-pandemic levels.

NORTHCOAST RESEARCH



Two-Year Center Store Inflation Rate by Category

*Sources: FactSet, BLS, Northcoast Research*

## Where to Go from Here

With COVID concerns hopefully fading over the balance of the calendar year, UNFI's attention must shift to enhancing operational efficiencies and expanding margins. The company recently named a new CEO, Sandy Douglas, who has expansive supply chain and merchandising experience gained during a lengthy career with Coca-Cola. Our fiscal 2022 EPS estimate of $3.70 is well above the Street consensus of $3.37, however our margin assumptions are quite modest, with forecasted operating margins of only 1.50%. Management's long-term goal to deliver EPS of more than $5.25 in fiscal 2024 will require a keen focus on operational enhancements. The good news is that there are plenty of tools at UNFI management's disposal to help the company reach its goals. We believe traditional sit-down restaurants still have a long road to recovery before they can reach pre-pandemic capacity. This food-away-from-home capacity shortfall alongside more weekday meals being consumed at home offer an extended period of favorable end markets for UNFI and its retailer customers. There will no doubt be further oscillations in consumer shopping patterns as the US economy recovers from Covid, but UNFI's expansive offering of products and services will make the company an indispensable partner for the traditional food retailers it supports.


NORTHCOAST RESEARCH

**United Natural Foods, Inc.**

Earnings Analysis & Forecast

*(Dollars in millions except per share data)*

| | 2018 | % of Sales | 2019 | % Sales | 2020 | % Sales | 1QF21 | % Sales | 2QF21 | % Sales | 3QF21 | % Sales | 4QF21E | % Sales | 2021E | % Sales | 2022E | % Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Chains** | $3,299 | 32.3% | $8,812 | 39.5% | $10,663 | 40.2% | $3,020 | 42.6% | $3,097 | 42.5% | $2,949 | 42.2% | $3,100 | 42.5% | $12,166 | 42.5% | $12,319 | 42.6% |
| *% Change* | *6.6%* | | *167.1%* | | *21.0%* | | | | | | | | | | *14.1%* | | *1.3%* | |
| **Independent Retailers** | 2,100 | 20.5% | $5,536 | 24.8% | $6,699 | 25.3% | $1,672 | 23.6% | $1,701 | 23.3% | $1,599 | 22.9% | $1,711 | 23.5% | $6,683 | 23.3% | $6,603 | 22.9% |
| *% Change* | *-13.5%* | | *163.6%* | | *21.0%* | | | | | | | | | | *-0.2%* | | *-1.2%* | |
| **Supernatural** | 3,758 | 36.7% | $4,394 | 19.7% | $4,720 | 17.8% | $1,214 | 17.1% | $1,298 | 17.8% | $1,287 | 18.4% | $1,303 | 17.9% | $5,102 | 17.8% | $5,272 | 18.3% |
| *% Change* | *36.8%* | | *16.9%* | | *7.4%* | | | | | | | | | | *8.1%* | | *3.3%* | |
| **Retail** | | | $1,653 | 7.4% | $2,331 | 8.8% | $595 | 8.4% | $621 | 8.5% | $578 | 8.3% | $570 | 7.8% | $2,364 | 8.3% | $2,151 | 7.4% |
| *% Change* | | | *NA* | | *41.0%* | | | | | | | | | | *1.4%* | | *-9.0%* | |
| **Eliminations** | | | | | | | ($409) | | ($397) | | ($373) | | ($367) | | ($1,546) | | ($1,400) | |
| *% Change* | | | | | | | | | | | | | | | | | *-9.5%* | |
| **Other** | 1,070 | 10.5% | $1,912 | 8.6% | $2,101 | 7.9% | $581 | 8.2% | $568 | 7.8% | $580 | 8.3% | $602 | 8.3% | $2,331 | 8.1% | $2,539 | 8.8% |
| *% Change* | *6.6%* | | *78.7%* | | *9.9%* | | | | | | | | | | *10.9%* | | *8.9%* | |
| | $10,226.7 | | $ 22,307.5 | | $ 26,514.3 | | $6,672.6 | | $6,888.1 | | $6,619.8 | | $6,919.0 | | $27,099.6 | | $27,483.9 | |
| | *10.3%* | | *118.1%* | | *18.9%* | | | | | | | | | | *2.2%* | | *1.4%* | |
| Cost of goods sold | 8,706.7 | 85.14% | 19,098.9 | 85.62% | 22,639.5 | 85.39% | 5,706.1 | 85.52% | 5,897.8 | 85.62% | 5,653.0 | 85.60% | 5,907.4 | 85.38% | 23,164.4 | 85.48% | 23,471.3 | 85.40% |
| **Gross Profit** | $1,520.0 | 14.86% | $3,208.6 | 14.38% | $3,874.8 | 14.61% | $966.5 | 14.48% | $990.4 | 14.38% | $966.8 | 14.60% | $1,011.6 | 14.62% | $3,935.2 | 14.52% | $4,012.7 | 14.60% |
| Operating expenses | 1,274.6 | 12.46% | 2,958.2 | 13.26% | 3,532.3 | 13.32% | 901.1 | 13.50% | 865.7 | 12.57% | 865.9 | 12.90% | 904.3 | 13.07% | 3,537.0 | 13.05% | 3,600.4 | 13.10% |
| Restructuring and asset impairment | 0.0 | 0.00% | 0.0 | 0.00% | 0.0 | 0.00% | 0.0 | 0.00% | 0.0 | 0.00% | 0.0 | 0.00% | 0.0 | 0.00% | 0.0 | 0.00% | 0.0 | 0.00% |
| **Operating Profit** | $245.5 | 2.40% | $250.4 | 1.12% | $342.4 | 1.29% | $65.4 | 0.98% | $124.7 | 1.81% | $100.9 | 1.52% | $107.2 | 1.55% | $398.2 | 1.47% | $412.3 | 1.50% |
| Interest expense | 16.0 | | 174.6 | | 183.5 | | 44.3 | | 43.8 | | 41.7 | | 41.5 | | 171.3 | | 141.0 | |
| Interest income/Net periodic benefit income | 0.0 | | (35.0) | | (50.5) | | (17.0) | | (17.1) | | (17.1) | | (7.0) | | (58.3) | | (36.0) | |
| Other (income)/expense | (1.5) | | 0.7 | | (4.6) | | (0.8) | | (2.3) | | (1.0) | | 0.0 | | (4.1) | | (1.5) | |
| **Pretax Earnings** | $231.0 | 2.26% | $110.1 | 0.49% | $214.0 | 0.81% | $38.9 | 0.58% | $100.2 | 1.45% | $77.4 | 1.17% | $72.7 | 1.05% | $289.2 | 1.07% | $308.8 | 1.12% |
| Income taxes | 75.9 | | 32.3 | | 65.5 | | 10.6 | | 29.4 | | 20.4 | | 18.5 | | 79.0 | | 85.0 | |
| *tax rate* | *32.9%* | | *29.3%* | | *30.6%* | | *27.3%* | | *29.4%* | | *26.4%* | | *25.5%* | | *27.3%* | | *27.5%* | |
| **Net Income** | $155.1 | 1.52% | $77.9 | 0.35% | $148.5 | 0.56% | $28.3 | 0.42% | $70.8 | 1.03% | $56.9 | 0.86% | $54.2 | 0.78% | $210.2 | 0.78% | $223.8 | 0.81% |
| Discontinued Operations (loss) | 0.0 | | 8.6 | 0.04% | 2.5 | 0.01% | 1.3 | 0.02% | 5.0 | | 1.7 | | 1.5 | | 9.5 | | 0.0 | |
| (Income)/Loss Attributable to Noncontrolling Interests | 0.0 | | (0.1) | | (4.9) | | (1.4) | | (1.6) | | (1.4) | | (1.3) | | (5.6) | | 0.0 | |
| **Net Income** | $155.1 | | $86.3 | 0.39% | $146.1 | 0.55% | $28.2 | 0.42% | $74.2 | 1.08% | $57.2 | 0.86% | $54.4 | 0.79% | $214.1 | 0.79% | $223.8 | 0.81% |
| **Diluted Net Income Per Share** | $3.05 | | $1.68 | | $2.72 | | $0.51 | | $1.25 | | $0.94 | | $0.90 | | $3.56 | | $3.70 | |
| *% Change* | *20.3%* | | *-44.8%* | | *61.3%* | | | | | | | | | | *30.9%* | | *4.0%* | |
| **Average Diluted Shares** | 50.8 | | 51.2 | | 53.8 | | 55.2 | | 59.2 | | 60.5 | | 60.5 | | 60.2 | | 60.5 | |

Sales Restated to Include Retail

53 Weeks

Source: United Natural Foods Inc., Northcoast Research estimates

 

## United Natural Foods, Inc.

**Cash Flow**

(Dollars in millions)

| July: | | 2015 | | 2016 | | 2017 | | 2018 | | 2019 | | 2020 | | 2021E | | 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash flows from operating activities** | | | | | | | | | | | | | | | | |
| Net income (loss) | $ | 139 | $ | 126 | $ | 130 | $ | 166 | $ | (351) | $ | (254) | $ | 158 | $ | 224 |
| Depreciation and amortization | $ | 64 | $ | 71 | $ | 86 | $ | 88 | $ | 247 | $ | 282 | $ | 272 | $ | 270 |
| Equity-based compensation | $ | 14 | $ | 15 | $ | 26 | $ | 26 | $ | 26 | $ | 25 | $ | 44 | $ | 50 |
| Deferred income taxes | $ | 15 | $ | 12 | $ | (2) | $ | (15) | $ | (61) | $ | (71) | $ | (53) | $ | (39) |
| (Gain)/loss on disposal of property | $ | (3) | $ | - | $ | (5) | $ | 2 | $ | 3 | $ | 63 | $ | 6 | $ | - |
| Goodwill and Asset Impairments | $ | - | $ | - | $ | - | $ | - | $ | 320 | $ | 425 | $ | 27 | $ | - |
| Working Capital | $ | (183) | $ | 64 | $ | 38 | $ | (159) | $ | (23) | $ | (52) | $ | (37) | $ | 18 |
| Other | $ | 3 | $ | 9 | $ | 7 | $ | 3 | $ | 124 | $ | 39 | $ | 15 | $ | 19 |
| **Cash provided by operating activities** | $ | 49 | $ | 297 | $ | 280 | $ | 111 | $ | 285 | $ | 457 | $ | 432 | $ | 542 |
| | | | | | | | | | | | | | | | | |
| **Cash flows from investing activities** | | | | | | | | | | | | | | | | |
| Capital spending | $ | (129) | $ | (41) | $ | (56) | $ | (45) | $ | (208) | $ | (173) | $ | (290) | $ | (240) |
| Asset Sales | $ | 1 | $ | - | $ | 7 | $ | 1 | $ | 174 | $ | 147 | $ | 150 | $ | - |
| Acquistions | $ | (8) | $ | (307) | $ | (9) | $ | - | $ | (2,292) | $ | - | $ | - | $ | - |
| Other | $ | (6) | $ | (3) | $ | (2) | $ | (3) | $ | 68 | $ | 24 | $ | - | $ | - |
| **Cash used in investing activities** | $ | (142) | $ | (351) | $ | (60) | $ | (47) | $ | (2,259) | $ | (1.5) | $ | (140) | $ | (240) |
| | | | | | | | | | | | | | | | | |
| **Cash flows from financing activities** | | | | | | | | | | | | | | | | |
| Debt Financing | $ | 88 | $ | 53 | $ | (215) | $ | (26) | $ | 2,039 | $ | (462) | $ | (220) | $ | (250) |
| Equity Financing | $ | 4 | $ | - | $ | 0 | $ | (23) | $ | 21 | $ | 13 | $ | 6 | $ | 3 |
| Other | $ | 3 | $ | 3 | $ | (9) | $ | (7) | $ | (64) | $ | (5) | $ | - | $ | - |
| **Cash provided by (used in) financing activities** | $ | 95 | $ | 56 | $ | (224) | $ | (56) | $ | 1,996 | $ | (453) | $ | (214) | $ | (247) |
| | | | | | | | | | | | | | | | | |
| **Net increase (decrease) in cash** | $ | 1 | $ | 2 | $ | (4) | $ | 8 | $ | 22 | $ | 2 | $ | 78 | $ | 55 |
| | | | | | | | | | | | | | | | | |
| Cash at the end of the period | $ | 17 | $ | 19 | $ | 15 | $ | 23 | $ | 45 | $ | 47 | $ | 125 | $ | 180 |
| Debt at the end of the period | $ | 548 | $ | 601 | $ | 386 | $ | 360 | $ | 3,039 | $ | 2,654 | $ | 2,434 | $ | 2,184 |
| Shareholders equity | $ | 1,386 | $ | 1,520 | $ | 1,650 | $ | 1,846 | $ | 1,517 | $ | 1,276 | $ | 1,440 | $ | 1,666 |
| Debt to capital ratio | | 28.3% | | 28.3% | | 19.0% | | 16.3% | | 66.7% | | 67.5% | | 62.8% | | 56.7% |
| | | | | | | | | | | | | | | | | |
| Return on average equity | | 10.6% | | 8.7% | | 8.2% | | 9.5% | | -20.9% | | -18.2% | | 11.6% | | 14.4% |

**Source: United Natural Foods Inc. and Northcoast Research estimates**

## NORTHCOAST RESEARCH

## United Natural Foods, Inc.
### Equity Valuation

| Fiscal year: | 2015 high | 2015 low | 2016 high | 2016 low | 2017 high | 2017 low | 2018 high | 2018 low | 2019 high | 2019 low | 2020 high | 2020 low | 2021E 9/23/2021 | 2021E target | 2022E 9/23/2021 | 2022E target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **high** | | | | | | | | | | | | | | | | |
| Stock price | $83.91 | $45.26 | $55.69 | $33.16 | $49.74 | $29.53 | $52.69 | $32.52 | $35.51 | $8.18 | $20.78 | $5.72 | $37.36 | $42.00 | $37.36 | $42.00 |
| EPS | $2.85 | | $ 2.54 | | $ 2.54 | | $ 3.05 | | $ 1.68 | | $ 2.72 | | $ 3.56 | | $ 3.70 | |
| P/E multiple | 29.4 | 15.9 | 21.9 | 13.1 | 19.6 | 11.6 | 17.3 | 10.7 | 21.1 | 4.9 | 7.6 | 2.1 | 10.5 | 11.8 | 10.1 | 11.4 |
| EBITDA, $ millions | $320 | | $310 | | $345 | | $362 | | $562 | | $673 | | $714 | | $732 | |
| per share | $6.36 | | $6.15 | | $6.79 | | $7.13 | | $10.98 | | $12.51 | | $11.86 | | $12.10 | |
| Net debt, $ millions | $104 | | $582 | | $371 | | $337 | | $2,990 | | $2,607 | | $2,309 | | $2,004 | |
| per share | $2.07 | | $11.55 | | $7.30 | | $6.63 | | $58.35 | | $48.48 | | $38.36 | | $33.12 | |
| EV/EBITDA multiple | 13.5 | 7.4 | 10.9 | 7.3 | 8.4 | 5.4 | 8.3 | 5.5 | 8.6 | 6.1 | 5.5 | 4.3 | 6.4 | 6.8 | 5.8 | 6.2 |
| avg. shares | 50.3 | | 50.4 | | 50.8 | | 50.8 | | 51.2 | | 53.8 | | 60.2 | | 60.5 | |

**Source: United Natural Foods Inc., and Northcoast Research estimates**

**NORTHCOAST RESEARCH**

## DISCLOSURES

Research is produced by Northcoast Research Partners, LLC (Northcoast Research) Member FINRA (www.finra.org) and SIPC (www.sipc.org). Research is for institutional investor use only. The services provided by Northcoast Research to clients may depend on a specific client's preference regarding the frequency and manner of receiving communications, the client's risk profile, investment horizon, and the size and scope of the overall client relationship with the Firm, as well as legal and regulatory constraints. The information provided is as of the issuing date indicated on this document and subject to change. Northcoast Research may offer other customers alternative products and services that may reach different conclusions or recommendations that could impact the price of the equity security. Certain information has been obtained from third-party sources we consider reliable, but we do not guarantee that such information is accurate or complete. Opinions expressed in this financial analysis are our current opinions as of the issuing date indicated on this document. The companies covered by Northcoast Research are continuously followed by the analyst. Based on developments with the relevant company, the sector or the market, which may have a material effect on the research views, research reports will be updated as deemed appropriate. Past performance is not indicative of future results. A change in any assumptions may have a material effect on the projected results. The information transmitted is intended only for the person or entity to which it is addressed. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender and delete the material from any computer.

### Ratings

BUY – The stock is expected to outperform the S&P 500 index over a twelve-month period.

NEUTRAL – The stock is expected to perform in-line with the S&P 500 index over a twelve-month period.

SELL – The stock is expected underperform the S&P 500 index over a twelve-month period.

### Valuation and Risks

Our price target, as well as our recommendation, is based on a 12-month time horizon; however, we cannot guarantee an investor will achieve these results. We use a variety of methods to determine the price target of individual securities including fundamental analysis. In addition, we employ numerous valuation methodologies which include, but are not limited to, price to earnings multiples, enterprise value to earnings before interest, taxes, depreciation, and amortization (EBITDA), book value, free cash flow yield, discounted cash flow, and relative valuation. All securities are subject to various risk factors. Please reference the above text and our most recent report for specific company valuation and price target.



Created by: BlueMatrix

### Rating Summary

| Distribution of Ratings Table | | |
|---|---|---|
| **Rating** | **Count** | **Percent** |
| BUY(B) | 55 | 44.72% |
| NEUTRAL(N) | 67 | 54.47% |
| SELL(S) | 1 | 0.81% |
| Total | 123 | |

### Analyst Certification

We, Chuck Cerankosky and Jim Salera , certify that the views and opinions expressed in the research report accurately reflect our personal views about the securities and issuers mentioned in this report. Further, we certify that no part of our compensation was, is or will be directly or indirectly

NORTHCOAST RESEARCH

related to the specific recommendations or views contained in this report. Analyst compensation is based on the quality of analysis, communication skills, and stock price performance.

As a matter of policy and practice, Northcoast Research prohibits the offering of favorable research, a specific rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.

Copyright © Northcoast Research Partners, LLC 2021