# Exhibit 20

# Equity Research



Rating Change — March 17, 2022

**Food Service**

# United Natural Foods, Inc. (UNFI)

UNFI: Management Constructive on Outlook in Virtual Meetings; Upgrading to Equal Weight

## Our Call

We are upgrading UNFI to Equal Weight following a helpful set of virtual management meetings, as we see little room for near-term downside following the stock's drop from its recent high. Overall, management delivered an upbeat message. While the current operating dynamic presents plenty of uncertainty given COVID volatility and operating cost pressures, the team is clearly confident in its guidance for the year and beyond. A stronger-for-longer product cost inflation backdrop and a robust new business pipeline should offset industry pressures in areas like labor and fuel. While there are longer-term structural headwinds to the story, near-term earnings risk looks low, we were admittedly encouraged by the meetings, we continue to believe UNFI is doing the right things strategically, and valuation is fairly low.

**Key Highlights: (1) Operating environment is complicated but management confident in managing through.** Headwinds like elevated labor costs, volatility of demand, absenteeism related to Omicron, and most recently fuel have weighed on sentiment and made the current environment difficult to navigate, but UNFI noted that many of these costs seem either transitory or manageable. Fuel was a key area of concern and the company expressed confidence in being able to mitigate given hedges and surcharges built into contracts. **(2) Management optimistic on the outlook for the business post-COVID.** While the multi-year comparisons coming out of the pandemic certainly look challenging, UNFI was bullish on its ability to continue to grow the business supported by sustained work from home behavior (should help food-at-home trends), a strong new business pipeline, and rising penetration with existing customers. **(3) Dynamic environment has not impacted confidence in multi-year targets presented last year.** Despite some variation in the underlying assumptions, including a meaningful acceleration in inflation and sustained disruption to fill rates and promotional levels, management reiterated its confidence in reaching its FY24 targets delivered at the Investor Day last June. **(4) New business pipeline the most robust they have seen.** They are currently working on over 1,000 different opportunities across a range of different customer sizes and a potential 11-digit sales opportunity. **(5) Cross-selling remains a key opportunity and area of focus for management.** While management typically quantifies the incremental benefit from natural to conventional and vice versa on earnings calls ($100 million last quarter), we would note an emphasis on the impact of growing channel penetration with existing customers as well. Growing existing penetration is also meaningfully margin accretive for UNFI (7-8% incremental EBITDA) given the operating leverage on existing product deliveries.

**Raising Target Price:** We are raising our target price on UNFI to $38 from $35 to reflect our improved optimism following meetings with management. This would represent just under 6x our 2022 EBITDA estimate. While we believe EBITDA growth in 2023 could prove to be difficult, further debt reduction would help the equity valuation. UNFI has traded somewhat lower than 6x EBITDA historically, but this multiple is still close to a level we consider to be trough. The biggest question for the stock, in our view, is the level of earnings to use in the valuation given the COVID-related benefits, but we see stability in the earnings base from here, and it's clear to us management has high confidence in its outlook for the year.

Equity Analyst(s)

**Edward Kelly, CFA**
Senior Equity Analyst | Wells Fargo Securities, LLC
Edward.J.Kelly@wellsfargo.com | 212-214-5304

**Anthony Bonadio, CFA**
Associate Equity Analyst | Wells Fargo Securities, LLC
Anthony.Bonadio@wellsfargo.com | 212-214-5072

| Rating/Prior | Equal Weight/Underweight |
| --- | --- |
| Ticker | UNFI |
| Price Target/Prior: | $38.00/$35.00 |
| Upside/(Downside) to Target | (2.1)% |
| Price (03/16/2022) | $38.83 |
| 52 Week Range | $30.61 - 57.89 |
| Shares Outstanding | 58,265,075 |
| Market Cap (MM) | $2,262 |
| Enterprise Value (MM) | $4,648 |
| Average Daily Volume | 591,999 |
| Average Daily Value (MM) | $23 |
| Dividend (NTM) | $0.00 |
| Dividend Yield | 0.0% |
| Net Debt (MM) - last reported | $2,386 |
| ROIC - Current year est. | 17% |
| 3 Yr EPS CAGR from current year (unless otherwise noted) | 12% |

| $ EPS | 2021A | 2022E Curr. | 2022E Prior | 2023E Curr. | 2023E Prior |
| --- | --- | --- | --- | --- | --- |
| Q1 (Oct) | 0.51 A | 0.97 A | NC | 0.92 E | NC |
| Q2 (Jan) | 1.25 A | 1.13 A | NC | 1.42 E | NC |
| Q3 (Apr) | 0.94 A | 0.90 E | NC | 0.71 E | NC |
| Q4 (Jul) | 1.18 A | 1.00 E | NC | 0.80 E | NC |
| FY | 3.92 A | 4.00 E | NC | 3.85 E | NC |
| P/E | 9.9x | 9.7x | | 10.1x | |

*Source: Company Data, Wells Fargo Securities estimates, and Refinitiv.
NA = Not Available, Volatility = Historical trading volatility*

All estimates/forecasts are as of 3/16/2022 unless otherwise stated. 3/17/2022 5:00:51EDT. Please see page 7 for rating definitions, important disclosures and required analyst certifications. Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

Food Service

## Wells Fargo Express Takeaways

**Investment Thesis**

While the current operating dynamic presents plenty of uncertainty given COVID volatility and operating cost pressures, UNFI's management team seems confident in its guidance for the year and beyond. A stronger-for-longer product cost inflation backdrop and a robust new business pipeline should offset industry pressures in areas like labor and fuel. While there are longer-term structural headwinds to the story, near-term earnings risk looks low, we were admittedly encouraged by the meetings, we continue to believe UNFI is doing the right things strategically, and valuation is fairly low. We are Equal Weight on the name.

**Upcoming Catalysts**

UNFI is expected to report FQ3 results in June. In addition, any incremental news around new business wins (such as the PR related to the Key Food contract) and ongoing data around both food inflation trends and commodity prices represent potential catalysts for the name.

**Risk v. Reward – Upside/Downside Scenarios**

*Base Case*

Our price target of $38 represents about 6.0x our 2022 EBITDA estimate and 9.0x our 2022 earnings estimate. This is about in line with average levels over the last five years, and we believe appropriate for a name operating in a structurally challenged industry.

Potential upside and downside risks to our Equal Weight rating include: (1) margin outperformance as the company works through Value Path and captures cross-selling synergies, (2) a sustained acceleration in customer dynamics (especially at independent retailers), (3) uncertainty around COVID-related issues and the duration of food-at-home demand, (4) a faster-than-anticipated return to disinflation or even deflationary conditions, and (5) greater-than-expected cost pressure from areas like fuel and labor.

*Upside Scenario*

We see a potential upside scenario in the $46 range for the stock given an 11x multiple on the upper end of 2022 EPS guidance of $4.20, about in-line with the peak levels since the SVU acquisition.

*Downside Scenario*

We view downside as relatively limited at the moment given the stock's draw-down and near-term earnings outlook but a meaningful shift in sentiment around the name could drive a reversion closer to an 8x EPS multiple, or about $32, which represents a slight premium on pre-COVID lows given strong cash generation during the pandemic and progress on debt paydown.

United Natural Foods, Inc.                                                                                      Equity Research

## Risk/Reward Now Seems Balanced

Positive Considerations to the UNFI Story Include:

- *Stronger-for-Longer Inflation a Positive.* Food inflation has continued to accelerate over the last few months and commodity prices more recently continue to add support to a stronger-for-longer narrative. Food inflation impacts UNFI's financials in a number of ways but is overall a net positive for the company given the cost-plus contract structure with many of its customers. While this can be somewhat obscured in earnings with an offsetting LIFO charge (there was a $19m non-cash charge last quarter), inflation is meaningfully incremental to free cash flow which should help the company further deleverage and ultimately bring back share repurchases.
- *Fuel Headwind Manageable.* A sharp increase in fuel prices (UNFI quoted a 40% y/y increase in diesel costs for the January period) raised concerns around incremental costs for already-stressed supply chains, but we think fears are overdone for the moment. Management sounded confident in their ability to manage through the higher fuel costs and further assuaged our concerns during yesterday's meetings with no material impact anticipated in the back half of F22. The company has fuel charges built into most of its contracts for fuel risk on the outbound side, and while there is a 4-week lag as prices move, this ultimately nets out as fuel prices come back down. On the inbound side, the company mitigates fuel risk with a hedging program.
- *Material Market Share Opportunity.* While the SVU acquisition had plenty of hair on it and execution in the quarters that followed left much to be desired, the breadth of the combined business has had meaningful implications for UNFI's ability to grow market share across food retail. The company has highlighted a total addressable market of $140 billion (vs. $26 billion in UNFI wholesale revenue in F21), including $38 billion of margin-accretive upside (management noted a 7-8% incremental EBITDA margin) with existing customers. While execution has been a challenge historically and remains a risk in the current operating environment, credibility does seem to be improving with the new business pipeline as robust as they've ever seen, a growing stack of wins, and rising inbound requests.
- *Benefit from Non-Core Revenue Streams May Be Underappreciated.* UNFI has seen strong growth of its services businesses as retailers look to reallocate capital and focus to the front-end of their businesses. Services is growing at about 3x the rate of the wholesale grocery business and has a much stronger margin profile. In addition, management flagged opportunities related to monetizing data upstream with suppliers, which could be lucrative given the breadth of the company's customer base.
- *Valuation Has Improved Considerably.* The stock had an impressive run last year but has now re-rated meaningfully from highs north of $55 in December and come in 21% YTD (SPX -9%). We view risk/reward as much more balanced at the current valuation. The stock trades at about 6x our 2022 EBITDA estimate and 9x earnings, more in-line with average levels over the last five years, and we believe appropriate given concerns about longer-term structural headwinds.

Headwinds Remain and Include:

- *Earnings Likely Seeing Some Unsustainable Benefit.* UNFI has been a beneficiary of the COVID backdrop and its related benefits. Food-at-home demand has eased, but remains elevated by working-from-home behavior that may further unwind this spring/summer. Inflation has clearly also provided a benefit given the structure of its contracts with customers and ability to forward buy from vendors, but eventual disinflation is likely to be a headwind to earnings.
- *Customer Base Faces Long-Term Structural Challenges:* Longer-term, much of the company's customer base is poorly positioned given its exposure to smaller, regional, sub-scale grocery retailers. Food retail is an intensely competitive business and scale players are likely to continue to consolidate share given the growing investment in areas like omni-channel. COVID provided a lifeline for many of UNFI's customers, but the attrition that was prevalent pre-pandemic is likely to return.
- *Management Optimistic on Share Gains, but Competition Intense:* While the company seems to have a strong pipeline of potential new business and has added differentiation to its offering with the Supervalu deal, competition in food service has historically been intense, switching costs are high, and price is likely to remain a key factor in selecting a partner.
- *Management Change Creates Uncertainty:* While our interactions to date have been encouraging, UNFI's CEO Sandy Douglas is still only about 7 months into the job, replacing long-tenured Steve Spinner who was in the seat since 2008. There has also been a steady flow of press releases with

additional senior management changes since Douglas took over last, including a new Chief Supply Chain Officer in December, which is a critical role given the importance of execution to the current narrative.

- ***Amazon/Whole Foods an Ever Present Overhang:*** This contract was extended two years to September 2027 with similar economic terms, and category penetration has increased. While we believe Amazon is far away from self-distribution, scale players use this model, and Amazon (if successful in the category) may eventually see this as an opportunity.

United Natural Foods, Inc.                                                                                                    Equity Research

# Financials

## Exhibit 1 - Select UNFI Financials

| ($ in millions except per-share data) | Quarterly Results and Estimates | | | | | | | | | | | | Annual Results and Estimates | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income Statement** | **2021A** | | | | **2022E** | | | | **2023E** | | | | **2021A** | **2022E** | **2023E** |
| | Q1A | Q2A | Q3A | Q4A | Q1A | Q2A | Q3E | Q4E | Q1E | Q2E | Q3E | Q4E | Jul. | Jul. | Jul. |
| Sales | $6,672.6 | $6,888.1 | $6,619.8 | $6,735.0 | $6,997.0 | $7,416.0 | $6,965.6 | $7,084.1 | $7,216.3 | $7,547.8 | $7,047.8 | $7,167.1 | $26,915.6 | $28,462.7 | $28,979.1 |
| Gross Profit | 966.5 | 990.4 | 966.8 | 1,004.0 | 1,042.0 | 1,075.0 | 1,006.8 | 1,038.3 | 1,063.8 | 1,090.3 | 1,015.2 | 1,046.9 | 3,927.7 | 4,162.2 | 4,216.3 |
| Operating Expenses | 899.4 | 865.5 | 866.1 | 888.0 | 931.4 | 953.0 | 905.1 | 928.8 | 959.3 | 943.5 | 927.7 | 952.1 | 3,518.9 | 3,718.3 | 3,782.6 |
| EBIT | 67.1 | 124.9 | 100.7 | 116.0 | 110.6 | 122.0 | 101.8 | 109.5 | 104.5 | 146.9 | 87.5 | 94.8 | 408.7 | 443.9 | 433.7 |
| Interest Expense | 44.9 | 45.0 | 42.9 | 40.0 | 40.0 | 38.5 | 35.6 | 34.4 | 35.7 | 35.4 | 35.6 | 35.2 | 172.8 | 148.5 | 141.9 |
| Pre-Tax Income | 40.1 | 98.7 | 75.9 | 97.6 | 79.6 | 95.5 | 75.7 | 84.6 | 78.8 | 121.5 | 61.9 | 69.7 | 312.2 | 335.4 | 331.9 |
| Taxes | 10.6 | 29.4 | 20.4 | 22.1 | 20.4 | 24.4 | 19.7 | 22.0 | 20.5 | 31.6 | 16.1 | 18.1 | 82.6 | 86.5 | 86.3 |
| Net Income | 28.3 | 73.8 | 56.9 | 72.2 | 59.2 | 69.1 | 55.0 | 61.6 | 57.3 | 88.9 | 44.8 | 50.5 | 229.7 | 249.0 | 245.6 |
| **Earnings Per Share** | **$0.51** | **$1.25** | **$0.94** | **$1.18** | **$0.97** | **$1.13** | **$0.90** | **$1.00** | **$0.92** | **$1.42** | **$0.71** | **$0.80** | **$3.92** | **$4.00** | **$3.85** |
| Average Shares | 55.2 | 59.2 | 60.5 | 60.9 | 61.1 | 61.0 | 61.4 | 61.8 | 62.2 | 62.6 | 63.0 | 63.4 | 59.0 | 61.3 | 62.8 |
| | | | | | | | | | | | | | | | |
| D&A | 77.2 | 66.5 | 66.4 | 75.0 | 69.0 | 69.0 | 73.0 | 75.8 | 70.4 | 70.4 | 74.5 | 77.3 | 285.1 | 286.8 | 292.5 |
| Adj. EBITDA | 159.0 | 206.3 | 179.5 | 201.0 | 189.0 | 201.0 | 185.8 | 196.2 | 185.9 | 229.2 | 173.0 | 183.1 | 745.7 | 772.0 | 771.2 |
| | | | | | | | | | | | | | | | |
| **Margin Analysis** | | | | | | | | | | | | | | | |
| Gross Profit | 14.5% | 14.4% | 14.6% | 14.9% | 14.9% | 14.5% | 14.5% | 14.7% | 14.7% | 14.4% | 14.4% | 14.6% | 14.6% | 14.6% | 14.5% |
| OpEx | 13.5% | 12.6% | 13.1% | 13.2% | 13.3% | 12.9% | 13.0% | 13.1% | 13.3% | 12.5% | 13.2% | 13.3% | 13.1% | 13.1% | 13.1% |
| EBIT | 1.0% | 1.8% | 1.5% | 1.7% | 1.6% | 1.6% | 1.5% | 1.5% | 1.4% | 1.9% | 1.2% | 1.3% | 1.5% | 1.6% | 1.5% |
| Tax Rate | 26.4% | 29.8% | 26.9% | 22.7% | 25.6% | 25.5% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% | 26.4% | 25.8% | 26.0% |
| Net Income | 0.4% | 1.1% | 0.9% | 1.1% | 0.8% | 0.9% | 0.8% | 0.9% | 0.8% | 1.2% | 0.6% | 0.7% | 0.9% | 0.9% | 0.8% |
| EBITDA | 2.4% | 3.0% | 2.7% | 3.0% | 2.7% | 2.7% | 2.7% | 2.8% | 2.6% | 3.0% | 2.5% | 2.6% | 2.8% | 2.7% | 2.7% |
| | | | | | | | | | | | | | | | |
| **Y/Y Growth** | | | | | | | | | | | | | | | |
| Sales | 10.8% | 12.2% | (0.7%) | (0.3%) | 4.9% | 7.7% | 5.2% | 5.2% | 3.1% | 1.8% | 1.2% | 1.2% | 1.5% | 5.7% | 1.8% |
| Product Inflation | 2.0% | 1.0% | 1.5% | 2.4% | 2.8% | 3.0% | 2.0% | 1.0% | 2.0% | 2.0% | 2.0% | 2.0% | 1.7% | 2.2% | 2.0% |
| Gross Profit | 25.3% | 27.7% | 12.9% | 0.4% | 7.8% | 8.5% | 4.1% | 3.4% | 2.1% | 1.4% | 0.8% | 0.8% | 1.4% | 6.0% | 1.3% |
| Operating Expenses | 18.8% | 15.5% | 12.1% | 0.6% | 3.6% | 10.1% | 4.5% | 4.6% | 3.0% | (1.0%) | 2.5% | 2.5% | (0.2%) | 5.7% | 1.7% |
| EBIT | 371.2% | 378.4% | 20.1% | (1.5%) | 64.7% | (2.3%) | 1.1% | (5.6%) | (5.5%) | 20.4% | (14.0%) | (13.4%) | 17.7% | 8.6% | (2.3%) |
| Net Income | 355.4% | 328.5% | (26.1%) | 16.7% | 108.9% | (6.4%) | (3.3%) | (14.6%) | (3.2%) | 28.6% | (18.5%) | (18.0%) | 58.1% | 8.4% | (1.4%) |
| EPS | 339.2% | 287.4% | (32.6%) | 12.2% | 88.6% | (9.1%) | (4.7%) | (15.8%) | (4.9%) | 25.4% | (20.6%) | (20.1%) | 44.3% | 1.9% | (3.7%) |
| EBITDA | 30.6% | 57.3% | (19.2%) | 1.6% | 18.9% | (2.6%) | 3.5% | (2.4%) | (1.7%) | 14.0% | (6.9%) | (6.7%) | 10.8% | 3.5% | (0.1%) |

| **Balance Sheet** | **2021A** | | | | **2022E** | | | | **2023E** | | | | **2021A** | **2022E** | **2023E** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1A | Q2A | Q3A | Q4A | Q1A | Q2A | Q3E | Q4E | Q1E | Q2E | Q3E | Q4E | Jul. | Jul. | Jul. |
| Net Working Capital | 1,566.3 | 1,355.1 | 1,320.9 | 1,063.0 | 1,328.0 | 1,309.0 | 1,420.5 | 1,306.6 | 1,476.0 | 1,517.9 | 1,647.8 | 1,638.4 | 1,063.0 | 1,306.6 | 1,638.4 |
| Net Debt | 2,597.3 | 2,358.6 | 2,298.4 | 2,254.0 | 2,451.0 | 2,386.0 | 2,106.8 | 2,000.4 | 2,199.9 | 1,774.0 | 1,889.3 | 1,595.4 | 2,254.0 | 2,000.4 | 1,595.4 |
| Common Equity | 1,147.9 | 1,229.1 | 1,301.1 | 1,514.0 | 1,587.0 | 1,683.0 | 1,749.0 | 1,823.7 | 1,893.1 | 1,995.0 | 2,050.7 | 2,114.4 | 1,514.0 | 1,823.7 | 2,114.4 |
| Total Capital | 3,794.2 | 3,628.2 | 3,639.0 | 3,809.0 | 4,084.0 | 4,114.0 | 4,217.0 | 4,091.7 | 4,241.1 | 4,263.0 | 4,368.7 | 4,332.4 | 3,809.0 | 4,091.7 | 4,332.4 |
| | | | | | | | | | | | | | | | |
| **Selected Measures** | | | | | | | | | | | | | | | |
| Net Debt / Total Capital | 68.5% | 65.0% | 63.2% | 59.2% | 60.0% | 58.0% | 50.0% | 48.9% | 51.9% | 41.6% | 43.2% | 36.8% | 59.2% | 48.9% | 36.8% |
| Common Equity / Total Capital | 30.3% | 33.9% | 35.8% | 39.7% | 38.9% | 40.9% | 41.5% | 44.6% | 44.6% | 46.8% | 46.9% | 48.8% | 39.7% | 44.6% | 48.8% |
| Leverage Ratio (Net Debt/Equity) | 2.26 | 1.92 | 1.77 | 1.49 | 1.54 | 1.42 | 1.20 | 1.10 | 1.16 | 0.89 | 0.92 | 0.75 | 1.49 | 1.10 | 0.75 |
| LTM EBIT / Interest (Coverage) | 1.6x | 2.2x | 2.3x | 2.4x | 2.7x | 2.8x | 2.9x | 3.0x | 3.0x | 3.3x | 3.2x | 3.1x | 2.4x | 3.0x | 3.1x |
| Net Debt / LTM EBITDA | 3.7x | 3.0x | 3.1x | 3.0x | 3.2x | 3.1x | 2.7x | 2.6x | 2.9x | 2.2x | 2.4x | 2.1x | 3.0x | 2.6x | 2.1x |
| Current Ratio | 1.7x | 1.6x | 1.6x | 1.4x | 1.5x | 1.5x | 1.6x | 1.5x | 1.6x | 1.5x | 1.8x | 1.6x | 1.4x | 1.5x | 1.6x |
| Payables / Inventory | 70.7% | 72.6% | 69.8% | 73.2% | 74.7% | 71.6% | 73.5% | 76.2% | 65.2% | 87.9% | 61.4% | 88.0% | 73.2% | 76.2% | 88.0% |
| Inventory Turns | 9.7x | 10.1x | 10.0x | 10.1x | 10.0x | 10.2x | 10.5x | 10.5x | 10.5x | 10.5x | 10.5x | 10.5x | 10.2x | 10.7x | 10.7x |
| Book Value Per Share | $20.81 | $20.76 | $21.49 | $24.86 | $25.97 | $27.59 | $28.49 | $29.52 | $30.44 | $31.88 | $32.56 | $33.36 | $25.68 | $29.74 | $33.68 |

| **Statement of Cash Flow** | **2021A** | | | | **2022E** | | | | **2023E** | | | | **2021A** | **2022E** | **2023E** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1A | Q2A | Q3A | Q4A | Q1A | Q2A | Q3E | Q4E | Q1E | Q2E | Q3E | Q4E | Jul. | Jul. | Jul. |
| Net Income | (1.0) | 56.8 | 48.3 | 44.9 | 77.0 | 68.0 | 56.0 | 62.6 | 58.3 | 89.9 | 45.8 | 51.5 | 149.0 | 263.7 | 245.6 |
| + Depreciation & Amortization | 77.2 | 66.5 | 66.4 | 74.9 | 69.0 | 69.0 | 73.0 | 75.8 | 70.4 | 70.4 | 74.5 | 77.3 | 285.0 | 286.8 | 292.5 |
| -- Change in Working Capital | 163.0 | (129.0) | (9.6) | (177.4) | 246.0 | 45.0 | (204.7) | (20.3) | 288.8 | (303.9) | 195.2 | (203.3) | (153.0) | 66.0 | (23.3) |
| -- Changes in Other Assets/Liabilities | (29.2) | (12.3) | (5.2) | 19.7 | (19.0) | (32.0) | (17.5) | (19.7) | (16.9) | (17.9) | (15.8) | (18.1) | (27.0) | (88.2) | (68.7) |
| -- Capital Expenditures | 41.4 | 50.1 | 73.9 | 144.5 | 56.0 | 50.0 | 72.0 | 72.0 | 56.3 | 56.3 | 56.3 | 56.3 | 310.0 | 250.0 | 225.0 |
| Free Cash Flow | (99.0) | 214.5 | 55.5 | 133.0 | (137.0) | 74.0 | 279.2 | 106.4 | (199.4) | 425.9 | (115.3) | 293.9 | 304.0 | 322.6 | 405.0 |
| Per Share | ($1.80) | $3.62 | $0.92 | $2.18 | ($2.24) | $1.21 | $4.55 | $1.72 | ($3.21) | $6.80 | ($1.83) | $4.64 | $5.16 | $5.26 | $6.45 |

Source: Company data, Wells Fargo Securities, LLC estimates

## Investment Thesis, Valuation and Risks

**United Natural Foods, Inc. (UNFI)**
**Investment Thesis**
While the current operating dynamic presents plenty of uncertainty given COVID volatility and operating cost pressures, UNFI's management team seems confident in its guidance for the year and beyond. A stronger-for-longer product cost inflation backdrop and a robust new business pipeline should offset industry pressures in areas like labor and fuel. While there are longer-term structural headwinds to the story, near-term earnings risk looks low, we were admittedly encouraged by the meetings, we continue to believe UNFI is doing the right things strategically, and valuation is fairly low. We are Equal Weight on the name.
**Target Price Valuation for UNFI: $38.00 from $35.00**
Our price target of $38 represents about 6.0x our 2022 EBITDA estimate and 9.0x our 2022 earnings estimate. This is about in line with average levels over the last five years, and we believe appropriate for a name operating in a structurally challenged industry.
**Risks to Our Price Target and Rating for UNFI**
Potential upside and downside risks to our Equal Weight rating include: (1) margin outperformance as the company works through Value Path and captures cross-selling synergies, (2) a sustained acceleration in customer dynamics (especially at independent retailers), (3) uncertainty around COVID-related issues and the duration of food-at-home demand, (4) a faster-than-anticipated return to disinflation or even deflationary conditions, and (5) greater-than-expected cost pressure from areas like fuel and labor.

United Natural Foods, Inc.

Equity Research

# Required Disclosures

I, Edward Kelly, certify that:
1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and

2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

# Additional Information Available Upon Request



**United Natural Foods, Inc. Rating History as of 03-15-2022**
powered by: BlueMatrix

Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)

Wells Fargo Securities, LLC, or its affiliates received compensation for investment banking services from United Natural Foods, Inc. in the past 12 months.

Wells Fargo Securities, LLC, or its affiliates intends to seek or expects to receive compensation for investment banking services in the next three months from an affiliate of United Natural Foods, Inc..

Wells Fargo Securities, LLC, maintains a market in the common stock of United Natural Foods, Inc..

United Natural Foods, Inc. currently is, or during the 12-month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC, provided non-investment banking securities-related services to United Natural Foods, Inc..

Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from United Natural Foods, Inc. in the next three months.

Wells Fargo Securities, LLC, received compensation for products or services other than investment banking services from United Natural Foods, Inc. in the past 12 months.

United Natural Foods, Inc. currently is, or during the 12 month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC, provided non-securities services to United Natural Foods, Inc..

United Natural Foods, Inc. currently is, or during the 12 month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC, provided investment banking services to United Natural Foods, Inc..

Wells Fargo Securities, LLC, or its affiliates has a significant financial interest in United Natural Foods, Inc..

**STOCK RATING**

**1=Overweight**: Total return on stock expected to be 10%+ over the next 12 months. BUY

**2=Equal Weight**: Total return on stock expected to be -10% to +10% over the next 12 months. HOLD

Food Service

Equity Research

**3=Underweight**: Total return on stock expected to lag the Overweight- and Equal Weight-rated stocks within the analyst's coverage universe over the next 12 months. SELL

**As of March 16, 2022**
56.0% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Overweight.
36.4% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Equal Weight.
7.6% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underweight.
Wells Fargo Securities, LLC has provided investment banking services for 50.2% of its Equity Research Overweight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 44.1% of its Equity Research Equal Weight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 37.3% of its Equity Research Underweight-rated companies.

**Important Disclosure for U.S. Clients**

This report was prepared by Wells Fargo Securities Global Research Department ("WFS Research") personnel associated with Wells Fargo Securities and Structured Asset Investors, LLC ("SAI"), an investment adviser subsidiary of Wells Fargo & Co. If you are paying directly for this research, it is being provided by SAI. For all other recipients in the U.S. this report is being provided by Wells Fargo Securities.

Wells Fargo Securities' research department may, from time to time, provide clients with short-term trading views in its research reports regarding subject companies on which Wells Fargo Securities currently has equity research coverage. A short-term trading view offers a view on how the market price of a subject company's common equity may trend in absolute terms during the 30 days following the date of the short-term trading view. A short-term trading view on a subject company's common equity does not impact our fundamental investment rating or price target for that company, which reflect our view of how the subject company's common equity may perform over a one-year period. A short-term trading view may reach a different conclusion than the firm's fundamental investment rating and price target for a subject company and, therefore, short-term trading views could result in short-term price movements that are contrary to our fundamental investment rating and price target. Short-term trading views are not ratings and the firm does not intend, nor undertakes any obligation, to maintain, update or close out short-term trading views. Short-term trading views may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any short-term trading views discussed in Wells Fargo Securities research reports.

**Important Disclosure for International Clients**

**United Kingdom** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the United Kingdom, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a UK incorporated investment firm authorised and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 (the "Act"), the content of this report has been approved by WFSIL, an authorised person under the Act. WFSIL does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients.

**EEA** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by WFSIL or Wells Fargo Securities Europe S.A. ("WFSE"). WFSE is a French incorporated investment firm authorized and regulated by the Autorité de contrôle prudentiel et de résolution and the Autorité des marchés financiers. WFSE does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). This report is not intended for, and should not be relied upon by, retail clients.

**Australia** – Wells Fargo Securities, LLC, Wells Fargo Securities International Limited and Wells Fargo Securities Asia Limited are exempt from the requirements to hold an Australian financial services license in respect of the financial services they provide to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under the laws of the United States, Wells Fargo Securities International Limited is regulated under laws of the United Kingdom, and Wells Fargo Securities Asia Limited is regulated under the laws of Hong Kong. All such laws differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC, Wells Fargo Securities International Limited or Wells Fargo Securities Asia Limited in the course of providing the financial services will be prepared in accordance with the laws of the United States, United Kingdom or Hong Kong and not Australian laws.

**Canada** – This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Investment Industry Regulatory Organization of Canada (IIROC) and Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**Hong Kong** – This report is issued and distributed in Hong Kong by Wells Fargo Securities Asia Limited ("WFSAL"), a Hong Kong incorporated investment firm licensed and regulated by the Securities and Futures Commission to carry on types 1, 4, 6 and 9 regulated activities (as defined in the Securities and Futures Ordinance (Cap. 571 The Laws of Hong Kong), "the SFO"). This report is not intended for, and should not be relied on by, any person other than professional investors (as defined in the SFO). Any securities and related financial instruments described herein are not intended for sale, nor will be sold, to any person other than professional investors (as defined in the SFO). The author or authors of this report is or are not licensed by the Securities and Futures Commission. Professional investors who receive this report should direct any queries regarding its contents to Kelly Chiang and Mandy Wan at WFSAL (email: wfsalresearch@wellsfargo.com).

**Japan** – This report is distributed in Japan by Wells Fargo Securities (Japan) Co., Ltd, registered with the Kanto Local Finance Bureau to conduct broking and dealing of type 1 and type 2 financial instruments and agency or intermediary service for entry into investment advisory or discretionary investment contracts. This report is intended for distribution only to professional investors (Tokutei Toushika) and is not intended for, and should not be relied upon by, ordinary customers (Ippan Toushika).

The ratings stated on the document are not provided by rating agencies registered with the Financial Services Agency of Japan (JFSA) but by group companies of JFSA-registered rating agencies. These group companies may include Moody's Investors Services Inc., Standard & Poor's Rating Services and/or Fitch Ratings. Any decisions to invest in securities or transactions should be made after reviewing policies and methodologies used for assigning credit ratings and assumptions, significance and limitations of the credit ratings stated on the respective rating agencies' websites.

United Natural Foods, Inc.

Equity Research

**About Wells Fargo Securities**

Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in the report. This report, including any ratings it contains, should not be considered a recommendation tailored to a particular investor with respect to (i) the security or securities or (ii) any investment strategy or strategies discussed in the report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information or they wish to effect transactions in the securities discussed in this report. The information in this report has been obtained or derived from sources believed by Wells Fargo Securities Global Research Department ("WFS Research"), to be reliable, but WFS Research does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of WFS Research, at this time, and are subject to change without notice. Certain text, images, graphics, screenshots and audio or video clips included in this report are protected by copyright law and owned by third parties (collectively, "Third Party Content"). Third Party Content is made available to clients by Wells Fargo under license or otherwise in accordance with applicable law. Any use or publication of Third Party Content included in this report for purposes other than fair use requires permission from the copyright owner. Any external website links included in this publication are not maintained, controlled or operated by Wells Fargo Securities. Wells Fargo Securities does not provide the products and services on these websites and the views expressed on these websites do not necessarily represent those of Wells Fargo Securities. Please review the applicable privacy and security policies and terms and conditions for the website you are visiting. All Wells Fargo Securities and SAI research reports published by WFS Research are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Additional distribution may be effected via email, fax or regular mail. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third party aggregators. Equity Strategists focus on investment themes across the equity markets and sectors. Any discussion within an Equity Strategy report of specific securities is not intended to provide a fundamental analysis of any individual company described therein. The information provided in Equity Strategy reports is subject to change without notice, and investors should not expect continuing information or additional reports relating to any security described therein. Wells Fargo Securities' Signature Picks is a product of the Equity Strategy team and represents a portfolio of stocks selected from the Equity Research Department's universe of Overweight rated stocks. Stocks with this designation are selected by the Signature Picks Committee based on factors such as volatility, risks, market cap and liquidity and may not represent the fundamental analysts' top rated stock in their respective coverage universe. For research or other data available on a particular security, please contact your sales representative or go to http://research.wellsfargosecurities.com. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research. Each of Wells Fargo Securities, LLC, Wells Fargo Securities International Limited and Wells Fargo Securities Europe S.A. is a separate legal entity and distinct from affiliated banks. Copyright © 2022 Wells Fargo Securities, LLC

SECURITIES: NOT FDIC-INSURED - MAY LOSE VALUE - NO BANK GUARANTEE