# Exhibit 41

Source: https://unfinc.zendesk.com/hc/en-us/articles/7037088065427-UNFI-Supply-Chain-by-ClearVue-Reporting



Source: https://unfinc.zendesk.com/hc/en-us/articles/7037088065427-UNFI-Supply-Chain-by-ClearVue-Reporting



## Delivering information that drives business decisions

**Weekly, monthly & quarterly reports are sent via email subscription**

*We recommend that Suppliers set up an email alias, such as reporting@company.com to accept email subscription reports allowing suppliers to manage report distribution internally as needed*

**Get ahead of potential upcoming shrink by utilizing Product by DC with Expiration Date Report**

*Opportunity to push sales OTD via sales team and/or broker network to avoid shrink*

**Monthly & Quarterly Supplier Breakout Report**

*Sales by Customer by UPC, provided in $ and Units*

*Includes class of trade by customer (Independent, Supermarket, Food Service, etc.)*

*Useful in preparation for retailer meetings, understanding sales trends, identifying voids, fixing the mix, and more*

3

Source: https://unfinc.zendesk.com/hc/en-us/articles/7037088065427-UNFI-Supply-Chain-by-ClearVue-Reporting



## Welcome to Supply Chain by ClearVue

**After signing the contract, you can expect the following to occur:**

1. You'll receive a welcome email outlining the reports that you'll start receiving

2. Attached to the welcome email will be a zip file filled with documents designed to assist you in understanding the data contained in the reports:
   o *Portal user guide, list of UNFI DC's, listing of confidential retailers, list of UNFI availability flags and much more*

3. You'll receive an email invitation from SupplierPortal@unfi.com with a link to verify your email address and create a password. If you are already set up as a portal user, you will not receive this email, but your reporting access will be established.

4

3

Source: https://unfinc.zendesk.com/hc/en-us/articles/7037088065427-UNFI-Supply-Chain-by-ClearVue-Reporting



## Weekly Subscription Reports

- Quantity on Hand and On Order by Product by DC:  This is your Inventory Report, Qty on Hand at the UNFI DC's and Qty on Order with supplier

- Product by DC with Expiration Date: Report will show how much inventory is on hand at each DC with dates expiring within the next 60 days

- Weekly Sales by Product by DC: 104 weeks of sales by UPC by UNFI DC in dollars (or by qty sold)

- UNFI Delivery Service Level by Product by DC: UNFI to Retailer Service Level on Supplier's Items for the past 13 weeks.

- Supplier Service Level by Product by DC: Supplier to UNFI Service Level for the past 13 weeks

5

Source: https://unfinc.zendesk.com/hc/en-us/articles/7037088065427-UNFI-Supply-Chain-by-ClearVue-Reporting



## Monthly Subscription Reports

- Supplier Vendor Forecast Report: Includes inventory levels, weekly average forecast, planned demands, order cycle details and more, sent every 28 days
  - *Allows suppliers to track inventory, anticipate and plan for upcoming demand, and schedule production to maximize fill rate*

- Supplier Breakout Report: This velocity report includes chain/customer name, address, channel number, pack size, and how many units were sold by UPC, sent out by the 15th each month
  - SBO also sent out Quarterly & Annually

6

5

Source: https://unfinc.zendesk.com/hc/en-us/articles/7037088065427-UNFI-Supply-Chain-by-ClearVue-Reporting



## Supplier In Site (SIS) Web Based Reporting

- Manufacturer Chargeback (MCB) and Vendor Sales Customer Details(weekly) reports can be pulled for data as recent as the previous week and include retailers across all channels

- Other reports in SIS feature detail from UNFI's Top 500 Natural Independent Retailers.  These 500 stores make up 10% of UNFI independent stores, but 70% of UNFI independent business

- Quarterly reports are updated by the 15th of the month after the calendar quarter closes

7

Source: https://unfinc.zendesk.com/hc/en-us/articles/7037088065427-UNFI-Supply-Chain-by-ClearVue-Reporting



7

Source: https://unfinc.zendesk.com/hc/en-us/articles/7037088065427-UNFI-Supply-Chain-by-ClearVue-Reporting



Source: https://unfinc.zendesk.com/hc/en-us/articles/7037088065427-UNFI-Supply-Chain-by-ClearVue-Reporting



9

Source: https://unfinc.zendesk.com/hc/en-us/articles/7037088065427-UNFI-Supply-Chain-by-ClearVue-Reporting



10

Source: https://unfinc.zendesk.com/hc/en-us/articles/7037088065427-UNFI-Supply-Chain-by-ClearVue-Reporting



Source: https://unfinc.zendesk.com/hc/en-us/articles/7037088065427-UNFI-Supply-Chain-by-ClearVue-Reporting



Source: https://unfinc.zendesk.com/hc/en-us/articles/7037088065427-UNFI-Supply-Chain-by-ClearVue-Reporting



13

Source: https://unfinc.zendesk.com/hc/en-us/articles/7037088065427-UNFI-Supply-Chain-by-ClearVue-Reporting



14

Source: https://unfinc.zendesk.com/hc/en-us/articles/7037088065427-UNFI-Supply-Chain-by-ClearVue-Reporting



15

Source: https://unfinc.zendesk.com/hc/en-us/articles/7037088065427-UNFI-Supply-Chain-by-ClearVue-Reporting



16

Source: https://unfinc.zendesk.com/hc/en-us/articles/7037088065427-UNFI-Supply-Chain-by-ClearVue-Reporting



Source: https://unfinc.zendesk.com/hc/en-us/articles/7037088065427-UNFI-Supply-Chain-by-ClearVue-Reporting



Source: https://unfinc.zendesk.com/hc/en-us/articles/7037088065427-UNFI-Supply-Chain-by-ClearVue-Reporting



Source: https://unfinc.zendesk.com/hc/en-us/articles/7037088065427-UNFI-Supply-Chain-by-ClearVue-Reporting



Source: https://unfinc.zendesk.com/hc/en-us/articles/7037088065427-UNFI-Supply-Chain-by-ClearVue-Reporting



21

Source: https://unfinc.zendesk.com/hc/en-us/articles/7037088065427-UNFI-Supply-Chain-by-ClearVue-Reporting

