# Exhibit 43



# Fourth Quarter Fiscal 2023 Earnings Conference Call

*September 26, 2023*

# Disclaimer

Certain information in this presentation and discussed on the conference call which this presentation accompanies constitutes forward-looking information within the meaning of the Private Securities Litigation Reform Act of 1995. Statements in this presentation regarding the Company's business that are not historical facts are "forward-looking statements" that involve risks and uncertainties and are based on current expectations and management estimates; actual results may differ materially. The risks and uncertainties which could impact these statements are described in the Company's filings under the Securities Exchange Act of 1934, as amended, including its annual report on Form 10-K for the year ended July 30, 2022 filed with the Securities and Exchange Commission (the "SEC") on September 27, 2022 and other filings the Company makes with the SEC, and include, but are not limited to, our dependence on principal customers; the relatively low margins of our business, which are sensitive to inflationary and deflationary pressures and intense competition, including as a result of the continuing consolidation of retailers and the growth of consumer choices for grocery and consumable purchases; our ability to realize the anticipated benefits of our transformation initiatives; changes in relationships with our suppliers; our ability to operate, and rely on third parties to operate, reliable and secure technology systems; labor and other workforce shortages and challenges; the addition or loss of significant customers or material changes to our relationships with these customers; our ability to realize anticipated benefits of our acquisitions; our ability to continue to grow sales, including of our higher margin natural and organic foods and non-food products, and to manage that growth; our ability to maintain sufficient volume in our wholesale segment to support our operating infrastructure; the impact and duration of any pandemics or disease outbreaks; our ability to access additional capital; increases in healthcare, pension and other costs under our and multiemployer benefit plans; the potential for additional asset impairment charges; our sensitivity to general economic conditions including inflation, changes in disposable income levels and consumer purchasing habits; our ability to timely and successfully deploy our warehouse management system throughout our distribution centers and our transportation management system across the Company and to achieve efficiencies and cost savings from these efforts; the potential for disruptions in our supply chain or our distribution capabilities from circumstances beyond our control, including due to lack of long-term contracts, severe weather, labor shortages or work stoppages or otherwise; moderated supplier promotional activity, including decreased forward buying opportunities; union-organizing activities that could cause labor relations difficulties and increased costs; our ability to maintain food quality and safety; and volatility in fuel costs. Any forward-looking statements are made pursuant to the Private Securities Litigation Reform Act of 1995 and, as such, speak only as of the date made. The Company is not undertaking to update any information in the foregoing reports until the effective date of its future reports required by applicable laws. Any estimates of future results of operations are based on a number of assumptions, many of which are outside the Company's control and should not be construed in any manner as a guarantee that such results will in fact occur. These estimates are subject to change and could differ materially from final reported results. The Company may from time to time update these publicly announced estimates, but it is not obligated to do so.

This presentation also contains the non-GAAP financial measures Adjusted EBITDA, Adjusted EPS, Adjusted EBITDA leverage ratio, Adjusted EBITDA margin rate, free cash flow, and adjusted effective tax rate. The reconciliation of these non-GAAP financial measures to the most directly comparable GAAP financial measure is presented in the appendix to this presentation. The presentation of non-GAAP financial measures is not intended to be considered in isolation or as a substitute for any measure prepared in accordance with GAAP. The Company believes that presenting non-GAAP financial measures aids in making period-to-period comparisons, assessing the performance of our business and understanding the underlying operating performance and core business trends, and is a meaningful indication of its actual and estimated operating performance. The Company's management utilizes and plans to utilize this non-GAAP financial information to compare the Company's operating performance during certain fiscal periods to the comparable periods in the other fiscal years and, in certain cases, to internally prepared projections.

# Agenda

**Introduction**      Steve Bloomquist
*Vice President, Investor Relations*

**Opening Remarks**   Sandy Douglas
*Chief Executive Officer*

**Financial Results**   John Howard
*Chief Financial Officer*

**Q&A**

Better Food. Better Future.



# Results Summary

*$ in Millions, except for per share data.*

| | Q4'23 | Q4'22 | % Change | | FY23 | FY22 | % Change | |
|---|---|---|---|---|---|---|---|---|
| Net Sales | $7,417 | $7,273 | 2% ▲ | | $30,272 | $28,928 | 5% ▲ | |
| Gross Profit | $966 | $1,053 | 8% ▼ | | $4,131 | $4,182 | 1% ▼ | |
| Adjusted EBITDA [1] | $93 | $213 | 56% ▼ | | $640 | $829 | 23% ▼ | |
| Adjusted EPS [1] | $(0.25) | $1.27 | 120% ▼ | | $2.23 | $4.83 | 54% ▼ | |

- Net sales growth primarily driven by inflation, new customer wins, and deeper sales penetration with existing customers, partially offset by a decline in units.

- Adjusted EBITDA decline primarily reflects lower gross profit rate driven by a reduced level of inflation-driven procurement gains and higher shrink.

- Adjusted EPS decline primarily reflects lower Adjusted EBITDA, higher D&A and lower non-cash pension income.

*1) Definitions and reconciliations for non-GAAP measures are provided at the end of the presentation.*

4 | Better Food. Better Future.



# Opening Remarks

Sandy Douglas
*Chief Executive Officer*



# ONE TRUCK

**Network Automation & Optimization**
- Broad Product Assortment
- Improved Order Fulfillment Accuracy
- Increased Reliability

# ONE SYSTEM

**Infrastructure Modernization & Unification**
- Integrated, Modern Systems
- Single Source of Truth
- More Granular Data

# ONE EXPERIENCE

**Digital Offering Enhancement**
- Unified Digital Ecosystem
- Customer and Supplier Insights
- User Friendly Interface

# ONE TEAM

**Commercial Value Creation**
- Easy to do Business with
- Valued Customer & Supplier Partnerships
- Simple End-to-End Processes








6

# Transformation Agenda Roadmap

**Structurally improving efficiency and profitability while driving new sources of revenue growth**

| | Network Automation & Optimization | Commercial Value Creation | Digital Offering | Technology Infrastructure Unification and Modernization |
|---|---|---|---|---|
| **Fiscal 2024** | • Next generation full case automation and added unit pick investments deployed at selected DCs<br>• Expand automation to drive multi-echelon capability to enable incremental selling and improve service<br>• Begin deployment of new warehouse management system | • Standardize and streamline existing and new contract terms and processes to enable faster, more scalable growth | • Expand retail insights, mobile and myUNFI portals<br>• Drive increased volume order size with personalized recommendations and improved digital platform experience<br>• Upgrade analytics-enabled insights to drive sales | • Continue roadmap and initial work on procurement, trade and promotions, and finance infrastructure<br>• Continue progress on modernizing and unifying disparate technology platforms |
| **Beyond** | • Unit pick automation enables Regional DCs, increases capacity and helps attract new customers<br>• Continued work on full case automation<br>• Continue network optimization<br>• Expand automation across supply chain | • Drive sales growth through increased supplier funding and more effective promotional spend<br>• Reduce manual pricing touch points to minimize cost and variability across regions<br>• Evolve go-to-market programs to reduce complexity and drive accelerated supplier brand growth and investment with UNFI customers | • Add incremental retailer & supplier insights to help them grow their business<br><br>*On a multi-year journey to transform into technology enabled food retail services company* | • Move to one centralized ERP system to enable better visibility and more scalable growth |



# Financial Results

John Howard
*Chief Financial Officer*



# Q4 FY23 Revenue Performance

*$ in Millions.*

**+2.7% Wholesale Growth**

| | |
|---|---|
| $ 7,273 | Q4 FY22 |
| 15 (+0.5% vs. PY) | Chains |
| 25 (+1.3% vs. PY) | Independent Retailers |
| 135 (+9.5% vs. PY) | Supernatural |
| (12) (1.9)% vs. PY | Retail |
| (19) | Eliminations & Other |
| $ 7,417 | Q4 FY23 |

**+2.0% Growth**

- Wholesale growth includes net inflation partially offset by a decline in unit volumes, which were slightly favorable compared to the overall grocery market.
- New business pipeline remains strong and well diversified across all channels.



# Q4 FY23 Adjusted EBITDA [(1)]

*$ in Millions.*



$ 213

(94)

9

(26)

(9)

$ 93

| Q4 FY22 | Wholesale Gross Profit exc LIFO | Wholesale Operating Expense Improvement | Retail | Other / Eliminations | Q4 FY23 |

**The decline in Adjusted EPS from $1.27 in Q4 FY22 to $(0.25) in Q4 FY23 was primarily driven by lower Adjusted EBITDA.**

- Adjusted EBITDA decline driven by lower gross margin rate resulting from reduced Wholesale procurement gains.
- Lower Adjusted EPS primarily reflects decrease in Adjusted EBITDA as well as higher D&A associated with increased capex and lower non-cash pension income.

Better Food. Better Future.         *(1) Definitions and reconciliations are provided at the end of this presentation.*

UNFI

# Continuing to Prioritize Debt Reduction

**First quarter with net debt below $2 billion since Supervalu Acquisition in Q1 2019**



- Continue to prioritize debt repayment reducing net debt balance by $70 million in the quarter.
- Expect to utilize balance sheet flexibility to fund investment in transformation program to drive improvements to cost structure and profitability

*(1) SV acquisition debt balance as of Q1 FY19.*
*Definitions and reconciliations for non-GAAP measures are provided at the end of this presentation.*

Better Food. Better Future.



# Fiscal 2024 Outlook [1]

| Net Sales | Adjusted EBITDA [2] | Adjusted EPS [2] | Capex |
|:---:|:---:|:---:|:---:|
| $30.9 - $31.5B | $450 - $550M | $(0.88) - $0.38 | ~$400M |

(1)   The outlook provided above is for fiscal 2024 which is a 53 week fiscal year. This outlook is forward-looking, is based on management's current estimates and expectations and is subject to several risks, including many that are outside of management's control.  See cautionary language on slide 2 and the risk factors contained in the Company's Annual Report on Form 10-K for the year ended July 29, 2023 and other filings the Company makes with the SEC.

(2)   Definitions and reconciliations for non-GAAP  measures are provided at the end of this presentation.

12   |   Better Food. Better Future.



# In Summary

- Captured nearly $100 million of annualized near-term value creation opportunities to help address profitability expeditiously; increasing expectation to nearly $150 million.

- Longer-term transformation agenda continues to progress as expected.

- Optimizing and automating supply chain while assessing real estate value creation opportunities in parallel.

- Confident that combining industry leading position with a more dynamic and nimble UNFI positions us well to drive sustainable long-term shareholder value creation.

**Multi-year turnaround underway. Expect to drive significant progress in transition to technology enabled food retail services company during fiscal 2024.**

Better Food. Better Future.





# Appendix

# Capital structure

## Modest sequential decrease in net debt

| ($'s in Millions) | Maturity | Rate [2] | Q4 FY20 | Q4 FY21 | Q4 FY22 | Q1 FY23 | Q2 FY23 | Q3 FY23 | Q4 FY23 |
|---|---|---|---|---|---|---|---|---|---|
| Secured term loan B-1 [1] | October 2025 | S + 3.25% | $ 1,773 | $ 1,002 | $ 800 | $ 800 | $ 670 | $ 670 | $ 670 |
| $2.6B ABL revolver [1][3] | June 2027 | S + 1.0% / Prime + 0.0% | 757 | 701 | 840 | 1,217 | 923 | 879 | 812 |
| Senior unsecured notes | October 2028 | 6.75% | - | 500 | 500 | 500 | 500 | 500 | 500 |
| Finance leases | Various | Various | 156 | 142 | 36 | 33 | 29 | 26 | 23 |
| Equipment loans | Various | Various | 49 | 37 | 23 | 20 | 16 | 13 | 9 |
| Original issue discount / deferred finance fees | | | (81) | (52) | (40) | (38) | (32) | (30) | (28) |
| **Total Debt and Finance Leases (GAAP)** | | | **$ 2,654** | **$ 2,330** | **$ 2,159** | **$ 2,532** | **$ 2,106** | **$ 2,058** | **$ 1,986** |
| Balance sheet cash | | | (47) | (41) | (44) | (39) | (40) | (38) | (37) |
| **Net Debt (GAAP)** | | | **$ 2,607** | **$ 2,289** | **$ 2,115** | **$ 2,493** | **$ 2,066** | **$ 2,020** | **$ 1,949** |
| **LTM Adjusted EBITDA** | | | **$ 691** | **$ 770** | **$ 829** | **$ 836** | **$ 797** | **$ 760** | **$ 640** |
| **Net Debt / Adjusted EBITDA [4]** | | | **3.8x** | **3.0x** | **2.6x** | **3.0x** | **2.6x** | **2.7x** | **3.0x** |
| **Available Liquidity [5]** | | | **$ 1,235** | **$ 1,321** | **$ 1,671** | **$ 1,289** | **$ 1,573** | **$ 1,615** | **$ 1,517** |

(1) Paid $150M in Q2 FY22 with borrowings on the ABL revolver and paid $125M in Q2 FY23 with proceeds from monetizing certain accounts receivable.

(2) Converted the secured term loan B-1 and ABL revolver benchmark rates from LIBOR to SOFR in Q4 FY22. Reduced the SOFR margin on the ABL revolver from 1.25% to 1.0% in Q4 FY22.

(3) Refinanced and upsized the ABL revolver from $2.1B to $2.6B in Q4 FY22.

(4) Net debt, as shown, divided by Adjusted EBITDA.

(5) Balance sheet cash plus unused capacity under the revolving ABL facility.

*Definitions and reconciliations for non-GAAP measures are provided at the end of this presentation.*



# Non-GAAP Metric Definitions

**Adjusted EPS**: The non-GAAP adjusted earnings per diluted common share measure is a consolidated measure, which the Company reconciles by adding Net income attributable to UNFI plus the LIFO charge or benefit, goodwill impairment benefits and charges, restructuring, acquisition, and integration related expenses, gains and losses on sales of assets, certain legal charges and gains, surplus property depreciation and interest expense, losses on debt extinguishment, the impact of diluted shares when GAAP earnings is presented as a loss and non-GAAP earnings represent income, and the tax impact of adjustments and the adjusted effective tax rate, which tax impact is calculated using the adjusted effective tax rate, discontinued operations store closures and other charges, net, and certain other non-cash charges or other items, as determined by management.

During the third quarter of fiscal 2022, the Company revised its definition of Adjusted EPS to exclude the impact of the LIFO charge or benefit. The Company believes that this change provides a better indicator of its underlying operating performance and permits better comparability between periods.

**Adjusted EBITDA:** The non-GAAP Adjusted EBITDA measure is a consolidated measure inclusive of continuing and discontinued operations results, which the Company reconciles by adding Net income (loss) from continuing operations, less Net income attributable to noncontrolling interests, plus Non-operating income and expenses, including Net periodic benefit income, excluding service cost, Interest expense, net and Other (income) expense, net, plus Provision (benefit) for income taxes and Depreciation and amortization all calculated in accordance with GAAP, plus adjustments for Share-based compensation, non-cash LIFO charge or benefit, Restructuring, acquisition and integration related expenses, Goodwill impairment charges, Loss (gain) on sale of assets and other asset charges, certain legal charges and gains, certain other non-cash charges or other items, as determined by management, plus Adjusted EBITDA of discontinued operations calculated in a manner consistent with the results of continuing operations, outlined above. The changes to the definition of Adjusted EBITDA from prior periods reflect changes to line item references in our Consolidated Financial Statements, which do not impact the calculation of Adjusted EBITDA.

During the third quarter of fiscal 2022, the Company revised its definition of Adjusted EBITDA to exclude the impact of the LIFO charge or benefit. The Company believes that this change provides a better indicator of its underlying operating performance and permits better comparability between periods.

**Adjusted EBITDA margin**: The percentage that results from dividing Adjusted EBITDA by net sales.

**Net debt to Adjusted EBITDA leverage ratio**: The non-GAAP adjusted EBITDA leverage ratio is defined as the total carrying (GAAP) value of outstanding short-and long-term debt and finance lease liabilities less net cash and cash equivalents, the sum of which is divided by the trailing four quarters adjusted EBITDA.

**Free cash flow:** The non-GAAP free cash flow measure is defined as net cash provided by operating activities less payments for capital expenditures.



# Reconciliation – Adjusted EBITDA

| (in millions) | Fourth Quarter Ended | | Fiscal Year Ended | |
|---|---|---|---|---|
| | July 29, 2023 | July 30, 2022 | July 29, 2023 | July 30, 2022 |
| Net (loss) income including noncontrolling interests | $ (67) | $ 41 | $ 30 | $ 254 |
| Adjustments to net (loss) income including noncontrolling interests: | | | | |
| Less net income attributable to noncontrolling interests | (1) | (2) | (6) | (6) |
| Net periodic benefit income, excluding service cost | (7) | (10) | (29) | (40) |
| Interest expense, net | 35 | 34 | 144 | 155 |
| Other income, net | — | — | (2) | (2) |
| (Benefit) provision for income taxes | (36) | 3 | (23) | 56 |
| Depreciation and amortization | 80 | 75 | 304 | 285 |
| Share-based compensation | 5 | 10 | 38 | 43 |
| LIFO charge | 36 | 56 | 119 | 158 |
| Restructuring, acquisition and integration related expenses[1] | 7 | 5 | 8 | 21 |
| Loss (gain) on sale of assets and other asset charges[2] | 30 | — | 30 | (87) |
| Multiemployer pension plan withdrawal charges (benefit)[3] | 1 | — | 1 | (8) |
| Other retail expense[4] | 1 | 1 | 1 | — |
| Business transformation costs[5] | 9 | — | 25 | — |
| Adjusted EBITDA | $ 93 | $ 213 | $ 640 | $ 829 |

(1) Fiscal 2023 primarily reflect severance costs. Fiscal 2022 primarily reflects costs associated with advisory and transformational activities to position our business for further value-creation related to integration.

(2) Fiscal 2023 includes a $25 million intangible asset impairment charge attributable to a rationalization of our brands portfolio in an effort to focus on our core private brand offerings. Fiscal 2022 primarily reflects the gain on sale of our Riverside, California distribution center in the third quarter of fiscal 2022.

(3) Reflects adjustments to multiemployer pension plan withdrawal charge estimates.

(4) Fiscal 2023 reflects store closure charges and costs, operational wind-down and inventory charges. Fiscal 2022 reflects expenses associated with event-specific damages to certain retail stores.

(5) Reflects third-party costs primarily for business transformation initiatives, including network automation and optimization, commercial value creation, digital offering enhancement and infrastructure unification and modernization.

17  |  Better Food. Better Future.



# Reconciliation – Adjusted EPS

| (in millions, except per share amounts) | Fourth Quarter Ended | | Fiscal Year Ended | |
|---|---|---|---|---|
| | July 29, 2023 | July 30, 2022 | July 29, 2023 | July 30, 2022 |
| Net (loss) income attributable to United Natural Foods, Inc. | $ (68) | $ 39 | $ 24 | $ 248 |
| Restructuring, acquisition, and integration related expenses[1] | 7 | 5 | 8 | 21 |
| Loss (gain) on sale of assets and other asset charges other than losses on sales of receivables[2] | 25 | — | 16 | (87) |
| LIFO charge | 36 | 56 | 119 | 158 |
| Surplus property depreciation and interest expense[3] | 1 | 1 | 2 | 3 |
| Multiemployer pension plan withdrawal charges (benefit)[4] | 1 | — | 1 | (8) |
| Loss on debt extinguishment | — | — | 3 | 7 |
| Other retail expense[5] | 1 | 1 | 1 | — |
| Business transformation costs[6] | 9 | — | 25 | — |
| Tax impact of adjustments and adjusted effective tax rate[7] | (26) | (24) | (63) | (47) |
| Adjusted net (loss) income | $ (14) | $ 78 | $ 136 | $ 295 |
| | | | | |
| Diluted weighted average shares outstanding | 58.6 | 61.1 | 60.7 | 61.0 |
| Adjusted EPS[8] | $ (0.25) | $ 1.27 | $ 2.23 | $ 4.83 |

(1) Fiscal 2023 primarily reflects severance costs. Fiscal 2022 primarily reflects costs associated with advisory and transformational activities to position our business for further value-creation related to integration.

(2) Loss (gain) on sale of assets and other asset charges, as reflected here, does not include losses on sales of receivables under the accounts receivable monetization program, which are included in Loss (gain) on sale of assets and other asset charges on the Consolidated Statements of Operations and are not adjusted from Adjusted EPS. Fiscal 2023 includes a $25 million intangible asset impairment charge attributable to a rationalization of our brands portfolio in an effort to focus on our core private brand offerings. Fiscal 2022 primarily reflects the gain on sale of our Riverside, California distribution center in the third quarter of fiscal 2022.

(3) Reflects surplus, non-operating property depreciation and interest expense.

(4) Reflects adjustments to multiemployer pension plan withdrawal charge estimates.

(5) Fiscal 2023 reflects store closure charges and costs, operational wind-down and inventory charges. Fiscal 2022 reflects expenses associated with event-specific damages to certain retail stores.

(6) Reflects third-party costs primarily for business transformation initiatives, including network automation and optimization, commercial value creation, digital offering enhancement and infrastructure unification and modernization.

(7) Represents the tax effect of the pre-tax adjustments using an adjusted effective tax rate. The adjusted effective tax rate is calculated based on adjusted net income before tax, and its impact reflects the exclusion of changes to uncertain tax positions, valuation allowances, tax impacts related to the vesting of share-based compensation awards and discrete GAAP tax items which could impact the comparability of the operational effective tax rate. The Company believes using this adjusted effective tax rate will provide better consistency across the interim reporting periods since each of these discrete items can cause volatility in the GAAP tax rate that is not indicative of the true operations of the Company. By providing this non-GAAP measure, management intends to provide investors with a meaningful, consistent comparison of the Company's effective tax rate on ongoing operations.

(8) Adjusted (loss) earnings per share amounts are calculated using actual unrounded figures.



# Reconciliation – Last Four Quarters Adjusted EBITDA

| (in millions) | | Last Four Quarters Ended | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | May 1, 2021 (52 weeks) | July 31, 2021 (52 weeks) | October 30, 2021 (52 weeks) | January 29, 2022 (52 weeks) | April 30, 2022 (52 weeks) | July 30, 2022 (52 weeks) | October 29, 2022 (52 weeks) | January 28, 2023 (52 weeks) | April 29, 2023 (52 weeks) | July 29, 2023 (52 weeks) |
| Net income from continuing operations | $ | 163 | $ 149 | $ 226 | $ 236 | $ 254 | $ 254 | $ 244 | $ 198 | $ 138 | $ 30 |
| Adjustments to continuing operations net income: | | | | | | | | | | | |
| Less net income attributable to noncontrolling interests | | (7) | (6) | (6) | (6) | (5) | (6) | (6) | (7) | (7) | (6) |
| Net periodic benefit income, excluding service cost | | (63) | (85) | (78) | (71) | (64) | (40) | (37) | (34) | (32) | (29) |
| Interest expense, net | | 210 | 204 | 175 | 168 | 161 | 155 | 150 | 145 | 143 | 144 |
| Other (income) expense, net | | (4) | (8) | (6) | (6) | (6) | (2) | (4) | (2) | (2) | (2) |
| (Benefit) Provision for income taxes | | 23 | 34 | 34 | 42 | 55 | 56 | 62 | 46 | 16 | (23) |
| Depreciation and amortization | | 278 | 285 | 277 | 279 | 285 | 285 | 290 | 294 | 299 | 304 |
| Share-based compensation | | 50 | 49 | 46 | 45 | 44 | 43 | 44 | 43 | 43 | 38 |
| LIFO charge | | 17 | 24 | 28 | 40 | 107 | 158 | 168 | 178 | 139 | 119 |
| Restructuring, acquisition and integration related expenses | | 64 | 56 | 43 | 30 | 28 | 21 | 20 | 18 | 6 | 8 |
| Loss (gain) on sale of assets | | 17 | (4) | (4) | (3) | (91) | (87) | (92) | (92) | — | 30 |
| Multiemployer pension plan withdrawal charges (benefit) | | — | 63 | 63 | 55 | 55 | (8) | (8) | — | — | 1 |
| Other retail expense (benefit) | | 6 | 5 | 3 | 1 | (1) | — | — | 1 | 1 | 1 |
| Business transformation costs | | — | — | — | — | — | — | 5 | 9 | 16 | 25 |
| Adjusted EBITDA of continuing operations | | 754 | 766 | 801 | 810 | 822 | 829 | 836 | 797 | 760 | 640 |
| Adjusted EBITDA of discontinued operations | | 6 | 4 | 3 | 1 | — | — | — | — | — | — |
| Adjusted EBITDA | $ | 760 | $ 770 | $ 804 | $ 811 | $ 822 | $ 829 | $ 836 | $ 797 | $ 760 | $ 640 |
| | | | | | | | | | | | |
| Income from discontinued operations, net of tax | | 3 | $ 6 | $ 6 | $ 3 | $ 3 | $ — | $ — | $ — | $ — | $ — |
| Adjustments to discontinued operations net income: | | | | | | | | | | | |
| Total other expense, net | | — | — | — | — | — | | | | | |
| Benefit for income taxes | | (2) | (1) | (2) | — | (1) | — | — | — | — | — |
| Restructuring, store closure and other charges, net | | 5 | (1) | (1) | (2) | (2) | — | — | — | — | — |
| Adjusted EBITDA of discontinued operations | $ | 6 | $ 4 | $ 3 | $ 1 | $ — | $ — | $ — | $ — | $ — | $ — |
| | | | | | | | | | | | |
| Wholesale | $ | 671 | $ 677 | $ 722 | $ 704 | $ 709 | $ 696 | $ 692 | $ 653 | $ 625 | $ 540 |
| Retail | | 103 | 98 | 95 | 100 | 91 | 98 | 96 | 92 | 96 | 70 |
| Other | | (16) | (10) | (10) | 10 | 21 | 44 | 59 | 62 | 50 | 31 |
| Eliminations | | (4) | 1 | (6) | (4) | 1 | (9) | (11) | (10) | (11) | (1) |
| Adjusted EBITDA of continuing operations | | 754 | 766 | 801 | 810 | 822 | 829 | 836 | 797 | 760 | 640 |
| Adjusted EBITDA of discontinued operations | | 6 | 4 | 3 | 1 | — | — | — | — | — | — |
| Adjusted EBITDA | $ | 760 | $ 770 | $ 804 | $ 811 | $ 822 | $ 829 | $ 836 | $ 797 | $ 760 | $ 640 |



# Calculation – Net Debt to Adjusted EBITDA Leverage Ratio

| (in millions, except ratios) | | Q4 FY2020 | Q4 FY2021 | Q4 FY2022 | Q1 FY2023 | Q2 FY2023 | Q3 FY2023 | Q4 FY2023 |
|---|---|---|---|---|---|---|---|---|
| Long-term debt | $ | 2,427 | $ 2,175 | $ 2,109 | $ 2,485 | $ 2,065 | $ 2,022 | $ 1,956 |
| Long-term finance lease liabilities | | 143 | 35 | 23 | 20 | 18 | 15 | 12 |
| Current portion of long-term debt and finance lease liabilities | | 83 | 120 | 27 | 27 | 23 | 21 | 18 |
| Less: Cash and cash equivalents | | (47) | (41) | (44) | (39) | (40) | (38) | (37) |
| Net carrying value of debt and finance lease liabilities | | 2,606 | 2,289 | 2,115 | 2,493 | 2,066 | 2,020 | 1,949 |
| Adjusted EBITDA[1][2] | $ | 691 | $ 770 | $ 829 | $ 836 | $ 797 | $ 760 | $ 640 |
| Adjusted EBITDA leverage ratio | | 3.8x | 3.0x | 2.6x | 3.0x | 2.6x | 2.7x | 3.0x |

(1)  Periods prior to the third quarter of fiscal 2022 have been revised to exclude the impact of the non-cash LIFO charge to conform to current year presentation.

(2)  Adjusted EBITDA reflects the summation of the trailing four quarters.

Better Food. Better Future.



# Adjusted EBITDA By Segment

| (in millions) | FY2021 | Q1 FY2022 | Q2 FY2022 | Q3 FY2022 | Q4 FY2022 | FY2022 | Q1 FY2023 | Q2 FY2023 | Q3 FY2023 | Q4 FY2023 | FY2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wholesale | $ 677 | $ 175 | $ 176 | $ 171 | $ 174 | $ 696 | $ 171 | $ 137 | $ 143 | $ 89 | $ 540 |
| Retail | 98 | 22 | 32 | 14 | 30 | 98 | 20 | 28 | 18 | 4 | 70 |
| Other | (10) | 4 | 12 | 11 | 17 | 44 | 19 | 15 | (1) | (2) | 31 |
| Eliminations | 1 | (1) | — | — | (8) | (9) | (3) | 1 | (1) | 2 | (1) |
| Adjusted EBITDA of continuing operations[1] | 766 | 200 | 220 | 196 | 213 | 829 | 207 | 181 | 159 | 93 | 640 |
| Adjusted EBITDA of discontinued operations | 4 | — | — | — | — | — | — | — | — | — | — |
| Adjusted EBITDA[1] | $ 770 | $ 200 | $ 220 | $ 196 | $ 213 | $ 829 | $ 207 | $ 181 | $ 159 | $ 93 | $ 640 |
| | | | | | | | | | | | |
| Total net sales | 26,950 | 6,997 | 7,416 | 7,242 | 7,273 | 28,928 | 7,532 | 7,816 | 7,507 | 7,417 | 30,272 |
| Adjusted EBITDA margin rate | 2.86 % | 2.86 % | 2.97 % | 2.71 % | 2.93 % | 2.87 % | 2.75 % | 2.32 % | 2.12 % | 1.25 % | 2.11 % |

(1) Periods prior to the third quarter of fiscal 2022 have been revised to exclude the impact of the non-cash LIFO charge to conform to current year presentation.

Better Food. Better Future.



# Free Cash Flow

| (in millions) | Fourth Quarter Ended | | Fiscal Year Ended | |
|---|---|---|---|---|
| | July 29, 2023 | July 30, 2022 | July 29, 2023 | July 30, 2022 |
| Net cash provided by operating activities | $ 222 | $ 362 | $ 624 | $ 331 |
| Payments for capital expenditures | (105) | (93) | (323) | (251) |
| Free cash flow | $ 117 | $ 269 | $ 301 | $ 80 |



# Reconciliation – FY24 Outlook

|  | Fiscal Year Ending August 3, 2024 | | |
|---|---|---|---|
|  | Low Range | Estimate | High Range |
| Net loss attributable to United Natural Foods, Inc. | $ (110) |  | $ (36) |
| Restructuring, acquisition and integration related expenses |  | 2 |  |
| LIFO charge |  | 25 |  |
| Business transformation costs |  | 51 |  |
| Tax impact of adjustments and adjusted effective tax rate[1] |  | (20) |  |
| Adjusted net (loss) income | $ (52) |  | $ 22 |
|  |  |  |  |
| Diluted weighted average shares outstanding |  | 59 | 60 |
| Adjusted (loss) / earnings per diluted share[2] | $ (0.88) |  | $ 0.38 |

(1)  The estimated adjusted effective tax rate excludes the potential impact of changes in uncertain tax positions, tax impacts related to the vesting of share-based compensation awards and valuation allowances. Refer to the reconciliation for adjusted effective tax rate.

(2)  Adjusted (loss) earnings per share amounts as presented include rounding.

| (in millions) | Fiscal Year Ending August 3, 2024 | | |
|---|---|---|---|
|  | Low Range | Estimate | High Range |
| Net loss attributable to United Natural Foods, Inc. | $ (110) |  | $ (36) |
| Benefit for income taxes | (39) |  | (13) |
| LIFO charge |  | 25 |  |
| Interest expense, net |  | 161 |  |
| Depreciation and amortization |  | 314 |  |
| Share-based compensation and other |  | 42 |  |
| Net periodic benefit income, excluding service costs |  | (15) |  |
| Loss on sale of assets and other asset charges |  | 19 |  |
| Restructuring, acquisition and integration related expenses |  | 2 |  |
| Business transformation costs |  | 51 |  |
| Adjusted EBITDA | $ 450 |  | $ 550 |

