**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| DAN SILLS *and* GEORGE DICK, *individually and on behalf of all others similarly situated,* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED NATURAL FOODS, INC., J. ALEXANDER MILLER DOUGLAS, JOHN W. HOWARD, *and* CHRISTOPHER P. TESTA, <br><br> Defendants. | Case No. 1:23-CV-02364-JGLC <br><br><br> **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** <br><br><br><br>  |

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 and upon the accompanying Declaration of Rebecca M. Lewis, I hereby move this Court to withdraw my appearance as counsel of record for Defendants United Natural Foods, Inc., J. Alexander Miller Douglas, John W. Howard, and Christopher P. Testa, and to remove my name from the ECF service lists in the above-captioned action. Sidley Austin LLP will continue to represent Defendants in this proceeding.

Dated: Chicago, Illinois
       December 22, 2023

Motion to withdraw GRANTED.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: December 26, 2023
      New York, New York

Respectfully submitted,

By: /s/ *Rebecca M. Lewis*
    Rebecca M. Lewis
    SIDLEY AUSTIN LLP
    One South Dearborn
    Chicago, IL 60603
    Telephone: (312) 853-1009
    Facsimile: (312) 853-7036
    Email: rebecca.lewis@sidley.com