

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 5372
FBRODY@SIDLEY.COM

**MEMO ENDORSED**

March 5, 2024

GRANTED.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: March 6, 2024
       New York, New York

**VIA ECF**
Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

Re:    *Sills et al. v. United Natural Foods Inc. et al.*, No. 23 Civ. 2364-JGLC

Dear Judge Clarke:

   We represent Defendants United Natural Foods, Inc., J. Alexander Miller Douglas, John W. Howard, and Christopher P. Testa ("Defendants") in the above-referenced action.  We write to request an additional five-page extension for Defendants' forthcoming reply brief in support of its motion to dismiss (Dkt. Nos. 48-50).  Plaintiffs consent to this request.

   On December 19, 2021, the Court granted the parties' request to extend the page limits set forth in Rule 4.b of Your Honor's Individual Rules and Practices in Civil Cases, allowing 40 pages for the opening brief, 45 pages for the opposition, and 25 pages for the reply.  Dkt. No. 46.

   Defendants request an additional five pages (for a total of 30 pages) to adequately explain their response to Plaintiffs' opposition (Dkt. No. 53) and supplemental letter (Dkt. No. 54).

   We thank the Court for its attention to this request and are available should Your Honor have any questions.

                                        Respectfully submitted,

                                        /s/ Francesca Brody

                                        Francesca Brody

Cc:    All counsel of record (via ECF)

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.