**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| DAN SILLS *and* GEORGE DICK, *individually and on behalf of all others similarly situated*,<br><br>                                Plaintiffs,<br><br>    vs.<br><br>UNITED NATURAL FOODS, INC., J. ALEXANDER MILLER DOUGLAS, JOHN W. HOWARD, *and* CHRISTOPHER P. TESTA,<br><br>                                Defendants. | No. 1:23-cv-02364-JGLC<br><br>**DECLARATION OF FRANCESCA BRODY IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

I, Francesca Brody, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.      I am admitted to practice in the State of New York and a member of the law firm Sidley Austin LLP, counsel for Defendants United Natural Foods, Inc., J. Alexander Miller Douglas, John W. Howard, and Christopher P. Testa in this action. I submit this declaration in support of Defendants' Reply in Support of Their Motion to Dismiss Plaintiffs' Second Amended Complaint (Dkt. 57).

2.      A true and correct copy of a transcript of the earnings call held by United Natural Foods, Inc., dated September 29, 2020, available at https://s22.q4cdn.com/589001886/files/doc_financials/2020/q4/Transcript-Q4FY20-9-29-20.pdf, is attached hereto as Exhibit 47.

3.      A true and correct copy of a Statement of Changes in Beneficial Ownership (Form 4), dated October 14, 2021, for John W. Howard filed with the SEC pursuant to Section 16(a) of the Securities Exchange Act of 1934, https://www.sec.gov/Archives/edgar/

1

data/1020859/000102085921000143/xslF345X03/wf-form4_163424799611704.xml, is attached hereto as Exhibit 48.

4.     A true and correct copy of a Statement of Changes in Beneficial Ownership (Form 4), dated March 14, 2022, for J. Alexander Douglas, Jr. filed with the SEC pursuant to Section 16(a) of the Securities Exchange Act of 1934, https://www.sec.gov/Archives/edgar/data /1020859/000102085922000017/xslF345X03/wf-form4_164725770222629.xml, is attached hereto as Exhibit 49.

5.     A true and correct copy of a Statement of Changes in Beneficial Ownership (Form 4), dated September 28, 2023, for John W. Howard filed with the SEC pursuant to Section 16(a) of the Securities Exchange Act of 1934, https://www.sec.gov/Archives/edgar/data/ 1020859/000102085923000052/xslF345X05/wk-form4_1695932028.xml, is attached hereto as Exhibit 50.

6.     A true and correct copy of a Statement of Changes in Beneficial Ownership (Form 4), dated October 5, 2023, for J. Alexander Douglas, Jr. filed with the SEC pursuant to Section 16(a) of the Securities Exchange Act of 1934, https://www.sec.gov/Archives/edgar/data/ 1020859/000102085923000064/xslF345X05/wk-form4_1696507686.xml, is attached hereto as Exhibit 51.

7.     A true and correct copy of the Form 8-K of United Natural Foods, Inc. dated October 3, 2023, and filed with the SEC pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, available at https://www.sec.gov/Archives/edgar/data/1020859/ 000102085923000056/unfi-20231001.htm, is attached hereto as Exhibit 52.

8.     A true and correct copy of the Q2 2023 Form 10-Q of United Natural Foods, Inc., dated March 8, 2023, and filed with the SEC pursuant to Section 13 or 15(d) of the Securities

2

Exchange Act of 1934, available at https://www.sec.gov/Archives/edgar/data/1020859/ 000102085923000012/unfi-20230128.htm, is attached hereto as Exhibit 53. Exhibits to the Q2 2023 Form 10-Q are omitted.

9.    A true and correct copy of the Q3 2023 Form 10-Q of United Natural Foods, Inc., dated June 7, 2023, and filed with the SEC pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, available at https://www.sec.gov/Archives/edgar/data/1020859/ 000102085923000032/unfi-20230429.htm, is attached hereto as Exhibit 54. Exhibits to the Q3 2023 Form 10-Q are omitted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 8, 2023 in New York, New York.


/s/ Francesca Brody
Francesca Brody

3