

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036 FAX

AMERICA   •   ASIA PACIFIC   •   EUROPE

+1 312 853 7772
NUMAR@SIDLEY.COM

April 15, 2024

**VIA ECF**
Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

Re:    *Sills et al. v. United Natural Foods Inc. et al.*, No. 23 Civ. 2364-JGLC

Dear Judge Clarke,

We represent Defendants United Natural Foods, Inc., J. Alexander Miller Douglas, John W. Howard, and Christopher P. Testa ("Defendants") in the above-referenced action. We write to submit the April 12, 2024 Opinion of the Supreme Court of the United States in *Macquarie Infrastructure Corp. et al. v. Moab Partners, L.P., et al.*, No. 22-1165, attached hereto as Exhibit A, as recent authority that further supports Defendants' Motion to Dismiss (Dkt. No. 48).

The plaintiffs in *Macquarie* alleged that the defendants violated Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 by failing to disclose pursuant to Item 303 of Regulation S-K an impending regulation that was reasonably likely to have material effects on the company's financial condition. In the plaintiffs' view, the defendant "violated disclosure obligations under Item 303 and therefore violated §10(b) and Rule 10b-5." *Macquarie Infrastructure Corp.*, No. 22-1165, slip op. at 3 (cleaned up).

But, as the Court explained, "Rule 10b-5(b) does not proscribe pure omissions"; only "[h]alf-truths, [which] are representations that state the truth only so far as it goes, while omitting critical qualifying information." *Id.* at 5 (cleaned up). Thus, the Supreme Court held "that the failure to disclose information required by Item 303 can support a Rule 10b-5(b) claim only if the omission renders affirmative statements made misleading." *Id.* at 7.

Plaintiffs in this case have asserted that, "[e]ven if the Court were to hold that Defendants made no false or misleading statements, Defendants would still be liable under Section 10(b) for a failure to make required disclosures under Item 303 of Regulation S-K." Pls.' Opp'n to Defs.' Mot. to Dismiss at 24 (Dkt. No. 53). The Supreme Court unanimously rejected that assertion.

# SIDLEY

Page 2

Respectfully submitted,

/s/ Nilofer Umar

Nilofer Umar
Partner

cc:    All counsel of record (via ECF)

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships.