UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAN SILLS and GEORGE DICK, *individually
and on behalf of all others similarly situated*,

                                   Plaintiffs,               23-CV-2364 (JGLC) (VF)

          v.

                                    **INITIAL CASE
UNITED NATURAL FOODS, INC., J.             MANAGEMENT PLAN
ALEXANDER MILLER DOUGLAS, JOHN         ORDER**
W. HOWARD, and CHRISTOPHER P.
TESTA,

                                 Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to confer to discuss the matters set forth in Rule 26(f) of the Federal Rules of Civil Procedure. The parties are directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by no later than **Monday, October 14, 2024**. Parties who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. The parties shall discuss whether they consent to conduct all proceedings, including a trial, before the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c). If all parties consent, they shall complete the Consent to Proceed Before a U.S. Magistrate Judge form available on the Court's website at https://nysd.uscourts.gov/hon-valerie-figueredo and file such form with the Court. This Order is not meant to interfere in any way with the parties' absolute right to have dispositive motions and/or a trial before a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their options pursuant to 28 U.S.C. § 636(c).

      SO ORDERED.

DATED:  New York, New York
             September 17, 2024

                                                                   VALERIE FIGUEREDO
                                                                   United States Magistrate Judge