

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 5372
FBRODY@SIDLEY.COM

September 24, 2024

**VIA ECF**
Hon. Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, NY 10007

Re:    *Sills et al. v. United Natural Foods Inc. et al.*, No. 23 Civ. 2364-JGLC-VF

Dear Judge Figueredo:

We represent Defendants United Natural Foods, Inc., J. Alexander Miller Douglas, John W. Howard, and Christopher P. Testa ("Defendants") in the above-referenced action.  We write to request an extension of the time limit set forth in Federal Rule of Civil Procedure 12(a)(4)(A) to file Defendants' answer to Plaintiffs' Second Amended Complaint.  The current deadline is September 27, 2024, and Defendants request an extension of 21 days, with the answer to be served on or before October 18, 2024.  There have been no previous requests for an extension of this deadline, and Plaintiffs Dan Sills and George Dick do not oppose the request.

The Second Amended Complaint is 108 pages and contains more than 283 paragraphs.  Thus, Defendants request this extension in order to adequately answer the allegations in the Second Amended Complaint.  This extension will not impact any of the deadlines set forth in Your Honor's Initial Case Management Plan Order of September 17, 2024.

We thank the Court for its attention to this request and are available should Your Honor have any questions.

Respectfully submitted,

*/s/ Francesca Brody*

Francesca Brody

Cc:    All counsel of record (via ECF)

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 9/25/2024

The Defendants' request is hereby GRANTED. Defendants are directed to file an answer on or before October 18, 2024. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 68.