

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 5372
FBRODY@SIDLEY.COM

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
DATED: 10-16-2024

Defendants' request is hereby GRANTED. Defendants are directed to file an answer on or before **October 28, 2024**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 77.

October 15, 2024

**VIA ECF**
Hon. Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, NY 10007

Re:    *Sills et al. v. United Natural Foods Inc. et al.*, No. 23 Civ. 2364-JGLC-VF

Dear Judge Figueredo:

We represent Defendants United Natural Foods, Inc., J. Alexander Miller Douglas, John W. Howard, and Christopher P. Testa ("Defendants") in the above-referenced action. We write to request a second extension of the time limit set forth in Federal Rule of Civil Procedure 12(a)(4)(A) to file Defendants' answer to Plaintiffs' Second Amended Complaint. The current deadline is October 18, 2024, which the Court set following Defendants' first request for an extension of 21 days to file and serve their answer. *See* ECF No. 69 (Sept. 24, 2024 letter and Sept. 25, 2024 memo endorsement). Defendants now request an additional extension of 10 days, such that Defendants' answer would be due on or before October 28, 2024. Plaintiffs Dan Sills and George Dick do not oppose the request.

The Second Amended Complaint is 108 pages and contains more than 283 paragraphs. Thus, Defendants request this additional, brief extension in order to adequately answer the allegations in the Second Amended Complaint. This extension will not impact any of the deadlines set forth in Report of Rule 26(f) Conference and Proposed Case Management Plan jointly submitted by the parties on October 14, 2024 (ECF No. 75) (which likewise reflects the parties' agreement regarding the deadline to answer).

We thank the Court for its attention to this request and are available should Your Honor have any questions.

Respectfully submitted,

*/s/ Francesca Brody*

Francesca Brody

Cc:    All counsel of record (via ECF)

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.