**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DAN SILLS and GEORGE DICK, *individually and on behalf of all others similarly situated,*

                Plaintiffs,

v.

UNITED NATURAL FOODS, INC., J. ALEXANDER MILLER DOUGLAS, JOHN W. HOWARD, and CHRISTOPHER P. TESTA,

                Defendants.
-----------------------------------------------------------------X

**23-CV-2364 (JGLC) (VF)**

**STATUS UPDATE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court hereby adopts the parties' proposed case management plan at ECF No. 75. The parties are directed to submit a joint status update as to the status of discovery on or before **Monday, January 27, 2025**.

      **SO ORDERED.**

DATED:  New York, New York
           October 30, 2024

                                            VALERIE FIGUEREDO
                                            United States Magistrate Judge