**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DAN SILLS *and* GEORGE DICK, *individually and on behalf of all others similarly situated*,

        Plaintiffs,

  vs.

UNITED NATURAL FOODS, INC., J. ALEXANDER MILLER DOUGLAS, JOHN W. HOWARD, *and* CHRISTOPHER P. TESTA,

        Defendants.

---

No. 1:23-CV-02364-JGLC

**NOTICE OF DEFENDANT CHRISTOPHER TESTA'S MOTION FOR JUDGMENT ON THE PLEADINGS**

     **PLEASE TAKE NOTICE** that, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. §§ 78t(a), 78u-4(b), Defendant Christopher P. Testa, by his attorneys at Sidley Austin LLP, shall move this Court before the Honorable Jessica G.L. Clarke, United States District Judge, at the United States District Court for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an Order granting Defendant Christopher Testa's Motion for Judgment on the Pleadings, along with any other and further relief this Court deems just and proper.

Dated: November 15, 2024          Respectfully submitted,
      New York, New York

/s/ *Francesca Brody*
Francesca Brody
Vincent Margiotta
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
fbrody@sidley.com
vmargiotta@sidley.com

Nilofer I. Umar (admitted *pro hac vice*)
Neil H. Conrad (admitted *pro hac vice*)
William J. Lawrence (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
numar@sidley.com
nconrad@sidley.com
bill.lawrence@sidley.com

*Attorneys for Defendants*