

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX


AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 5372
FBRODY@SIDLEY.COM


November 20, 2024


**VIA ECF**
Hon. Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, New York 10007

> Re:   *Sills et al. v. United Natural Foods Inc. et al.*, No. 23 Civ. 2364(JGLC)(VF) –
> Request to Enter Proposed Confidentiality Stipulation and Protective Order

Dear Judge Figueredo:

We represent Defendants United Natural Foods, Inc., J. Alexander Miller Douglas, John W. Howard, and Christopher P. Testa ("Defendants") in the above-referenced action and write jointly with Plaintiffs Dan Sills and George Dick ("Plaintiffs") pursuant to Rule II.b of Your Honor's Individual Practices in Civil Cases to request that the Court enter the parties' proposed Confidentiality Stipulation and Protective Order ("Proposed Order"), which is attached as Exhibit 1.

Subject to this Court's approval, Plaintiffs and Defendants agree on several proposed modifications to the Court's model order, which the parties believe will promote the efficiency of the discovery process and best serve the interests of all parties, including because the parties anticipate the production of commercially sensitive documents in this complex case. The proposed modifications are described below, and a blackline comparison of the parties' Proposed Order, which reflects all proposed modifications to the model order, is annexed hereto as Exhibit 2.

1.      The Proposed Order allows the parties to designate discovery materials "Highly Confidential" based on a reasonable belief that the disclosure of those materials carries a substantial risk of serious competitive, commercial, or personal harm. *See* Proposed Order ¶¶ 1–3.

2.      The Proposed Order defines "Producing Party" to include third parties who may receive discovery requests, and adds a defined term "Receiving Party" for clarity throughout the document. *See* Proposed Order ¶¶ 1–2.

3.      The Proposed Order states that nothing in it is a waiver of relevance and admissibility objections, that a party's failure to object to a confidentiality designation is not an

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

# SIDLEY

Hon. Valerie Figueredo
Page 2

admission, and provides a procedure for challenging confidentiality designations.  *See* Proposed Order ¶ 4.

4.      The Proposed Order adds witnesses, court reporters, and agreed-upon others to the list of individuals with whom confidential discovery material may be shared.  *See* Proposed Order ¶¶ 5–6.

5.      The Proposed Order provides that it does not limit a producing party's use of its own documents.  *See* Proposed Order ¶ 8.

6.      The Proposed Order provides that confidential discovery material may be used during depositions and describes the process for such use.  *See* Proposed Order ¶ 9.  It also describes the process for privilege claw backs during depositions.  *Id.* ¶ 10.  It further provides that deposition transcripts will be presumptively confidential, and describes additional processes for confidentiality designations of deposition transcripts.  *Id.* ¶ 11.

7.      The Proposed Order permits the parties to apply a confidentiality designation to materials produced by third parties and describes the process for doing so.  *See* Proposed Order ¶ 12.

8.      The Proposed Order provides that, in the event of a claw back under Rule 502 of the Federal Rules of Evidence, the producing party will provide a redacted document or privilege log in a specified time frame, the receiving party will return or destroy the document at issue in a specified time frame, and describes additional procedures surrounding challenges to claw backs. *See* Proposed Order ¶ 13.

9.      The Proposed Order provides that if an additional person or entity becomes a party to this action, such party will not have access to confidential information until it is subject to the protective order.  *See* Proposed Order ¶ 17.  The Proposed Order similarly provides that if any Plaintiff ceases to be a party but the litigation continues, that Plaintiff shall return any confidential materials in his/her possession.  *Id.* ¶ 18.

10.      The Proposed Order describes the process that the parties will follow in the event that a party is required by subpoena or similar order to disclose confidential material received in this action.  *See* Proposed Order ¶ 19.

11.      The Proposed Order includes provisions regarding information security and restricts the use of artificial intelligence by those receiving discovery material.  *See* Proposed Order ¶ 20.

12.      The Proposed Order provides that the Court shall retain jurisdiction to resolve any dispute concerning the use of confidential discovery material that the parties could not resolve in good faith among themselves.  *See* Proposed Order ¶ 21.

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

# SIDLEY

Hon. Valerie Figueredo
Page 3

*            *            *

We thank the Court for its attention to this request and are available should Your Honor have any questions.

Respectfully submitted,

*/s/ Francesca Brody*

Francesca Brody

Cc:     All counsel of record (via ECF)

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.