UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAN SILLS and GEORGE DICK, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED NATURAL FOODS, INC., J. ALEXANDER MILLER DOUGLAS, JOHN W. HOWARD, and CHRISTOPHER P. TESTA,<br><br>    Defendants. | Case No. 1:23-cv-02364-JGLC-VF |

**DECLARATION OF PAVITHRA RAJESH**

I, Pavithra Rajesh, hereby declare as follows:

1.    I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Dan Sills and additional plaintiff George Dick (together, "Plaintiffs") and Lead Counsel for the class in the above-captioned action. I make this declaration in support of Plaintiffs' Memorandum Of Law In Opposition To Defendant Christopher Testa's Motion for Judgment on the Pleadings. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached as Exhibit A is a true and correct copy of a transcript from the Company's earnings call held on June 7, 2022.

3.    Attached as Exhibit B is a true and correct copy of a transcript from the Company's earnings call held on December 7, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 26th day of November 2024.

*/s/ Pavithra Rajesh*
Pavithra Rajesh

1

## **PROOF OF SERVICE**

I hereby certify that on this 26th day of November, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Pavithra Rajesh*
Pavithra Rajesh