**SIDLEY**

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 5372
FBRODY@SIDLEY.COM



**Application GRANTED.** Defendants to reply in support of motion for judgment on the pleadings by **December 9, 2024**. The Clerk of Court is directed to terminate ECF No. 88.

December 2, 2024

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: December 3, 2024
New York, New York

**VIA ECF**
Hon. Jessica G.L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11B
New York, NY 10007

Re:   <u>Sills et al. v. United Natural Foods Inc. et al.</u>, No. 23 Civ. 2364-JGLC-VF

Dear Judge Clarke:

We represent Defendants, including Defendant Christopher P. Testa, in the above-referenced action. We write to request an extension of the time limit set forth in Local Civil Rule 6.1(b) to file Mr. Testa's reply in support of his Motion for Judgment on the Pleadings. The current deadline is December 3, 2024, and we request an extension of six days, with the reply to be filed on or before December 9, 2024. There have been no previous requests for an extension of this deadline. Plaintiffs Dan Sills and George Dick consent to the request.

We request this extension in light of the intervening Thanksgiving holiday. There is no date set for the parties' next appearance before the Court. The requested extension does not affect any upcoming deadline or appearance.

We thank the Court for its attention to this request and are available should Your Honor have any questions.

Respectfully submitted,

*/s/ Francesca Brody*

Francesca Brody

Cc:   All counsel of record (via ECF)

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.