January 27, 2025

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
          Dated: 1/28/2025

The parties are hereby directed to file another joint status update by **March 31, 2025.**

**VIA ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Sills et al. v. United Natural Foods, Inc. et al.*, No. 1:23-cv-02364-JGLC-VF
                Joint Update on Discovery

Dear Judge Figueredo:

The parties hereby submit this joint update on the status of discovery in accordance with the Court's Order entered on October 30, 2024. ECF No. 80.

**The Parties' Discovery**

On October 8, 2024, Plaintiffs propounded their first set of requests for production of documents. Defendants served their responses and objections to Plaintiffs' requests on November 7, 2024.

On November 1, 2024, the parties exchanged initial disclosures. On December 23, 2024, Defendants supplemented their initial disclosures.

On November 5, 2024, Plaintiffs propounded their second set of requests for production of documents. Defendants served their responses and objections to Plaintiffs' requests on December 5, 2024.

On November 15, 2024, the parties submitted to the Court a stipulated protocol for discovery of electronically stored information (ESI). ECF No. 83.

On November 20, 2024, the parties requested the Court enter a proposed confidentiality stipulation and protective order (ECF No. 84), which the Court entered on November 21, 2024 (ECF No. 85).

On January 3, 2025, Defendants propounded their first set of requests for production of documents. Plaintiffs' responses and objections are due on February 3, 2025.

**The Parties' Document Productions**

Plaintiffs have made the following document productions:

January 27, 2025
Page 2

- November 1, 2024 – 47 Non-ESI documents comprising 2,509 pages.

Defendants have made the following document productions:

- December 30, 2024 – 64 Non-ESI documents comprising 6,194 pages.

The parties are currently negotiating the parameters for ESI productions (custodians, search terms, and date range).

Respectfully,

GLANCY PRONGAY & MURRAY LLP          SIDLEY AUSTIN


*/s/ Melissa C. Wright*                          */s/ Francesca Brody*
Robert V. Prongay (admitted *pro hac vice*)      Francesca Brody
Casey E. Sadler (admitted *pro hac vice*)        Vincent Margiotta
Melissa C. Wright (admitted *pro hac vice*)      787 Seventh Avenue
Pavithra Rajesh (admitted *pro hac vice*)        New York, New York 10019
1925 Century Park East, Suite 2100               Telephone: (212) 839-5300
Los Angeles, California 90067                    Facsimile: (212) 839-5599
Tel: (310) 201-9150                              fbrody@sidley.com
Fax: (310) 201-9160                              vmargiotta@sidley.com
rprongay@glancylaw.com
csadler@glancylaw.com                            Nilofer I. Umar (admitted *pro hac vice*)
mwright@glancylaw.com                            Neil H. Conrad (admitted *pro hac vice*)
prajesh@glancylaw.com                            William J. Lawrence (admitted *pro hac vice*)
                                                 One South Dearborn Street
Gregory B. Linkh (GL-0477)                       Chicago, Illinois 60603
230 Park Avenue, Suite 358                       Telephone: (312) 853-7000
New York, NY 10169                               Facsimile: (312) 853-7036
Tel: (212) 682-5340                              numar@sidley.com
Fax: (212) 884-0988                              nconrad@sidley.com
glinkh@glancylaw.com                             bill.lawrence@sidley.com

*Lead Counsel for Plaintiffs Dan Sills and*     *Counsel for Defendants*
*George Dick*


cc:    All counsel of record via ECF