UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAN SILLS and GEORGE DICK, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br>    v.<br><br>UNITED NATURAL FOODS, INC., J. ALEXANDER MILLER DOUGLAS, JOHN W. HOWARD, and CHRISTOPHER P. TESTA,<br><br>        Defendants. | Case No. 1:23-cv-02364-JGLC-VF |

**NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION AND
APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

**PLEASE TAKE NOTICE** that Court-appointed Lead Plaintiff Dan Sills and additional plaintiff George Dick hereby move this Court, before the Honorable Jessica G. L. Clarke, United States District Judge, at a time to be determined by the Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 11B, New York, New York, 10007, for an Order:

1. Certifying the following Class pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure:

> All persons and entities who or which purchased or otherwise acquired the publicly traded common stock of UNFI, and/or purchased publicly traded call options on such stock, and/or wrote publicly traded put options on such stock, between December 8, 2021 and September 25, 2023, inclusive (the "Class Period").

> Excluded from the Class are: (a) persons and entities that suffered no compensable losses; and (b)(i) Defendants; (ii) any person who served as an officer and/or director of UNFI during the Class Period, and members of their immediate families; (iii) present and former parents, subsidiaries, assigns, successors, affiliates, and predecessors of UNFI; (iv) any entity in which any excluded person or entity has or had a controlling interest; (v) any trust of which an Individual Defendant is the settlor or which is for the benefit of an Individual Defendant and/or member(s) of their immediate families; and (vi) the legal representatives, heirs, successors, predecessors, and assigns of any person or entity excluded under provisions (i) through (v) hereof.

2. Appointing Dan Sills and George Dick as Class Representatives for the Class;

3. Appointing Lead Counsel Glancy Prongay & Murray LLP as Class Counsel; and

4. Granting such other and further relief as the Court deems necessary and proper.

This motion is based on the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel, the Declaration of Kara M. Wolke and its accompanying exhibits, the pleadings and filings in this action, such further argument as the Court may allow at a hearing on this motion, and any other evidence and argument that may be presented to the Court.

DATED: March 7, 2025                                  Respectfully submitted,


                                                      /s/  Kara M. Wolke
                                                      **GLANCY PRONGAY & MURRAY LLP**
                                                      Robert V. Prongay (*pro hac vice*)
                                                         rprongay@glancylaw.com
                                                      Kara M. Wolke (*pro hac vice*)
                                                         kwolke@glancylaw.com
                                                      Casey E. Sadler (*pro hac vice*)
                                                         csadler@glancylaw.com
                                                      Melissa Wright (*pro hac vice*)
                                                         mwright@glancylaw.com
                                                      Pavithra Rajesh (*pro hac vice*)
                                                         prajesh@glancylaw.com
                                                      1925 Century Park East, Suite 2100
                                                      Los Angeles, California 90067
                                                      Tel: (310) 201-9150
                                                      Fax: (310) 201-9160

                                                      Gregory B. Linkh (GL-0477)
                                                         glinkh@glancylaw.com
                                                      230 Park Ave, Suite 530
                                                      New York, New York 10169
                                                      Tel: (212) 682-5340

                                                      *Lead Counsel for Plaintiffs and the Proposed Class*

                                                      **LAW OFFICES OF HOWARD G. SMITH**
                                                      Howard G. Smith
                                                         hsmith@howardsmithlaw.com
                                                      3070 Bristol Pike, Suite 112
                                                      Bensalem PA 19020
                                                      Tel: (215) 638-4847

                                                      ***THE LAW OFFICES OF FRANK R. CRUZ***
                                                      Frank R. Cruz
                                                         fcruz@frankcruzlaw.com
                                                      1999 Avenue of the Stars, Suite 1100
                                                      Los Angeles, CA 90067
                                                      Tel: (310) 914-5007

                                                      *Additional Counsel for Plaintiffs*

## **PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On March 7, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 7, 2025.

*/s/ Kara M. Wolke*
Kara M. Wolke
