**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAN SILLS and GEORGE DICK, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED NATURAL FOODS, INC., J. ALEXANDER MILLER DOUGLAS, JOHN W. HOWARD, and CHRISTOPHER P. TESTA, <br><br> Defendants. | Case No. 1:23-cv-02364-JGLC-VF |

**DECLARATION OF KARA M. WOLKE IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND**
**APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, Kara M. Wolke, hereby declare:

1.      I am a partner with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Dan Sills and additional plaintiff George Dick (collectively, "Plaintiffs" or the proposed "Class Representatives"), and Lead Counsel for the Class in the above-captioned action. I am an attorney duly licensed to practice law in the State of California and I am admitted *pro hac vice* in this action. I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so truthfully and accurately.

2.      I make this declaration, together with the attached exhibits, in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

3.      Attached hereto as Exhibit 1 is a true and correct copy of the Report on Market Efficiency and Damages Methodology by Professor Steven P. Feinstein, Ph.D., CFA, dated March 7, 2025.

4.      Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Dan Sills in Support of Plaintiffs' Motion for Class Certification.

5.      Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of George Dick in Support of Plaintiffs' Motion for Class Certification.

6.      Attached hereto as Exhibit 4 is a true and correct copy of the firm resume of Glancy Prongay & Murray LLP, Court-appointed Lead Counsel and proposed Class Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 7th day of March 2025.

*/s/ Kara M. Wolke*
Kara M. Wolke

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On March 7, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 7, 2025, at Los Angeles, California.

*/s/ Kara M. Wolke*
Kara M. Wolke