UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAN SILLS and GEORGE DICK, individually and on behalf of all others similarly situated, <br><br>         Plaintiffs, <br><br>    v. <br><br> UNITED NATURAL FOODS, INC., J. ALEXANDER MILLER DOUGLAS, JOHN W. HOWARD, and CHRISTOPHER P. TESTA, <br><br>         Defendants. | Case No.: 1:23-cv-02364-JGLC-VF |

## <u>JOINT STATUS REPORT</u>

Pursuant to the Court's order entered on January 28, 2025 (ECF No. 92), the parties hereby submit this joint update on the status of discovery.

1.     As of January 28, 2025, the parties agreed to a negotiated date range, search terms, and custodians for Defendants' custodial document review.

2.     On February 3, 2025, Plaintiffs served responses and objections to Defendants' first set of requests for production that Defendants propounded on January 3, 2025.

3.     On March 3, 2025, Plaintiffs served responses and objections to Defendants' first set of interrogatories, and on March 7, 2025, Defendants served responses and objections to Plaintiffs' first set of interrogatories.

4.     On March 7, 2025, Plaintiffs filed a motion for class certification. Pursuant to the parties' Case Management Plan, so-ordered on January 27, 2025 (ECF No. 80), the parties are negotiating a schedule for certain class certification related discovery, including depositions, and class certification briefing.

5.     Since January 27, 2025, Plaintiffs have made document productions on February 13, 2025, February 21, 2025, March 12, 2025, and March 17, 2025. Plaintiffs' production to date totals 3,844 pages.

6.     Since January 27, 2025, Defendants have made document productions on February 3, 2025, March 26, 2025, and March 28, 2025. Defendants' production to date totals 12,136 pages.

7.    The parties are continuing to make rolling productions in response to each side's discovery requests.

Dated:  March 31, 2025
        New York, New York

| GLANCY PRONGAY & MURRAY LLP | SIDLEY AUSTIN LLP |
|---|---|
| */s/ Melissa C. Wright* | */s/ Francesca Brody* |
| Gregory B. Linkh | Francesca Brody |
| 230 Park Avenue, Suite 358 | Vincent Margiotta |
| New York, New York 10169 | 787 Seventh Avenue |
| Tel: (212) 682-5340 | New York, New York 10019 |
| Fax: (212) 884-0988 | Telephone: (212) 839-5300 |
| glinkh@glancylaw.com | Facsimile: (212) 839-5599 |
| | fbrody@sidley.com |
| | vmargiotta@sidley.com |
| Robert V. Prongay (admitted *pro hac vice*) | |
| Casey E. Sadler (admitted *pro hac vice*) | Nilofer I. Umar (admitted *pro hac vice*) |
| Melissa C. Wright (admitted *pro hac vice*) | Neil H. Conrad (admitted *pro hac vice*) |
| Pavithra Rajesh (admitted *pro hac vice*) | William J. Lawrence (admitted *pro hac vice*) |
| 1925 Century Park East, Suite 2100 | One South Dearborn Street |
| Los Angeles, California 90067 | Chicago, Illinois 60603 |
| Tel: (310) 201-9150 | Telephone: (312) 853-7000 |
| Fax: (310) 201-9160 | Facsimile: (312) 853-7036 |
| rprongay@glancylaw.com | numar@sidley.com |
| csadler@glancylaw.com | nconrad@sidley.com |
| mwright@glancylaw.com | bill.lawrence@sidley.com |
| prajesh@glancylaw.com | |
| *Lead Counsel for Plaintiffs Dan Sills and George Dick* | *Counsel for Defendants* |

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: 4/2/2025**

The parties are directed to file another status update by **Friday, May 30, 2025.**

2