

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 312 853 7579
NCONRAD@SIDLEY.COM

**MEMO ENDORSED**

April 14, 2025

*Application GRANTED. Parties to brief by the proposed deadlines below. The Clerk of Court is directed to terminate ECF No. 104.*

*SO ORDERED.*

*Jessica Clarke*

*JESSICA G. L. CLARKE*
*United States District Judge*

*Dated: April 15, 2025*
*New York, New York*

**VIA ECF**
Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Re:  *Sills et al. v. United Natural Foods Inc. et al.*, No. 23 Civ. 2364(JGLC)(VF)

Dear Judge Clarke:

We represent Defendants United Natural Foods, Inc., J. Alexander Miller Douglas, John W. Howard, and Christopher P. Testa ("Defendants") in the above-referenced action. The parties' Report of Rule 26(f) Conference and Proposed Case Management Plan ("Case Management Plan") (ECF No. 75) set a deadline of March 7, 2025 for Plaintiffs' motion for class certification, but did not set a full briefing schedule for Plaintiffs' motion. Instead, Section 13 of the Case Management Plan requires the parties to "meet and confer about an appropriate briefing schedule" and related expert discovery following Plaintiffs' motion filing. The parties have met and conferred, and we write jointly with Plaintiffs Dan Sills and George Dick ("Plaintiffs") to request that the Court enter the following agreed-upon class certification briefing schedule:

| Date | Event |
|---|---|
| June 13, 2025 | Deadline for Defendants' opposition to Plaintiffs' motion for class certification and any expert report in opposition to motion for class certification |
| August 22, 2025 | Deadline for Plaintiffs' reply in support of their motion for class certification and any expert report in reply to opposition to motion for class certification |

Defendants also believe that a sur-reply may be appropriate in this case. Should Defendants believe that good cause exists for a sur-reply after review of Plaintiffs' forthcoming reply brief, the parties have agreed to meet and confer on Defendants' request in good faith before Defendants apply to the Court for leave.

# SIDLEY

Page 2

      This is the parties' first request to establish a full briefing schedule on Plaintiffs' motion for class certification, and there are no appearances currently scheduled before the Court.

      We thank the Court for its attention to this request and are available should Your Honor have any questions.

Respectfully submitted,

*/s/ Neil H. Conrad*

Neil H. Conrad

cc: All counsel of record (via ECF)