**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: 6/2/25

The parties are directed to file a joint status update by **July 31, 2025.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAN SILLS and GEORGE DICK,
individually and on behalf of all others
similarly situated,

        Plaintiffs,

    v.

UNITED NATURAL FOODS, INC., J.
ALEXANDER MILLER DOUGLAS, JOHN
W. HOWARD, and CHRISTOPHER P.
TESTA,

        Defendants.

---

Case No.: 1:23-cv-02364-JGLC-VF

## JOINT STATUS REPORT

Pursuant to the Court's order entered on April 2, 2025 (ECF No. 103), the parties hereby submit this joint update on the status of discovery.

Written and Document Discovery:

1. On April 8, 2025, Plaintiffs served document subpoenas upon third parties Guggenheim Securities, LLC, and KPMG LLP. Guggenheim Securities, LLC made a document production on April 17, 2025, totaling 447 pages.

2. On May 14, 2025, Plaintiffs served Defendants with Plaintiffs' Third Set of Requests for Production of Documents. Defendants' responses and any objections are due on or before June 13, 2025.

3. Since March 31, 2025, Plaintiffs have made one document production on April 22, 2025. Plaintiffs' production to date totals 3,879 pages.

4. Since March 31, 2025, Defendants have made document productions on April 11, 2025, April 25, 2025, May 9, 2025, and May 23, 2025. Defendants' production to date totals 42,689 pages.

5. The parties are continuing to make rolling productions in response to each side's discovery requests. The deadline for substantial completion of document productions is July 15, 2025. *See* ECF Nos. 75, 80.

1

<u>Class Certification Depositions:</u>

6.    On April 30, 2025, Defendants deposed Plaintiff Dan Sills for purposes of class certification related discovery.

7.    On May 7, 2025, Defendants deposed Plaintiff George Dick for purposes of class certification related discovery.

8.    On May 9, 2025, Defendants deposed Plaintiffs' proffered expert witness Dr. Steven P. Feinstein for purposes of class certification related discovery.

9.    Plaintiffs filed their motion for class certification on March 7, 2025. Defendants' opposition is due on or before June 13, 2025. *See* ECF No. 105.

Dated: May 30, 2025
          New York, New York

GLANCY PRONGAY & MURRAY LLP

*/s/ Melissa C. Wright*
Gregory B. Linkh
230 Park Avenue, Suite 358
New York, New York 10169
Tel: (212) 682-5340
Fax: (212) 884-0988
glinkh@glancylaw.com

Robert V. Prongay (admitted *pro hac vice*)
Casey E. Sadler (admitted *pro hac vice*)
Melissa C. Wright (admitted *pro hac vice*)
Pavithra Rajesh (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
rprongay@glancylaw.com
csadler@glancylaw.com
mwright@glancylaw.com
prajesh@glancylaw.com

*Lead Counsel for Plaintiffs Dan Sills and George Dick*

SIDLEY AUSTIN LLP

*/s/ Francesca Brody*
Francesca Brody
Vincent Margiotta
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
fbrody@sidley.com
vmargiotta@sidley.com

Nilofer I. Umar (admitted *pro hac vice*)
Neil H. Conrad (admitted *pro hac vice*)
William J. Lawrence (admitted *pro hac vice*)
Claire G. Lee (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
numar@sidley.com
nconrad@sidley.com
bill.lawrence@sidley.com
claire.lee@sidley.com

*Counsel for Defendants*