**Appendix I: Challenged Statements[1]**

| Profit Driver Statements | | | |
|---|---|---|---|
| **Date** | **SAC ¶** | **Source** | **Challenged Statements** |
| 12/8/21 | 143 | 1Q22 8-K | "***First Quarter Fiscal 2022 Highlights (comparisons to first quarter fiscal 2021)***<br>• Net sales of $7.0 billion, an increase of 4.7% (+10.7% on a two-year stack basis)<br>• Net income of $76 million, an increase of $77 million<br>• Adjusted EBITDA of $189 million, an increase of 18.9%<br>• Earnings per diluted share (EPS) of $1.25<br>• Adjusted EPS of $0.97, an increase of 90.2%<br>• Company affirms fiscal 2022 full-year outlook"<br><br>"Gross margin rate in the first quarter of fiscal 2022 was 14.89% of net sales compared to 14.51% of net sales for the first quarter of fiscal 2021. ***The increase in gross margin rate was driven by improvements in the Wholesale segment margin rate, including the impact of inflation and the Company's ValuePath initiative.***"<br><br>"**Operating income** in the first quarter of fiscal 2022 was $107 million and included $3 million of restructuring, acquisition and integration related expenses. When excluding this item, operating income in the first quarter of fiscal 2022 was $110 million, or 1.57% of net sales. Operating income in the first quarter of fiscal 2021 was $50 million and included $16 million of restructuring, acquisition and integration related expenses. When excluding the restructuring, acquisition and integration expenses, operating income in the first quarter of fiscal 2021 was $66 million, or 0.99% of net sales. The increase in adjusted operating income, as a percent of net sales, was primarily driven by a higher gross margin rate and leveraging fixed operating and administrative expenses." |

---

[1] This chart includes each statement that Plaintiffs' Second Amended Complaint (Dkt. 39) alleges is false or misleading that survived the Court's Opinion and Order on Defendants' Motion to Dismiss the Second Amended Complaint (Dkt. 66). The chart utilizes the bold and italics applied by Plaintiffs in the Second Amended Complaint. *See* Dkt. 39 at 1 n.1. The three categories of "Profit Driver Statements," "Profit Sustainability Statements," and "Risk Factor Statements" are based on the Court's categorization in its motion to dismiss ruling. *See* Dkt. 66 at 12-13.

| | | | |
|---|---|---|---|
| | | | "**Adjusted EBITDA** for the first quarter of fiscal 2022 was $189 million compared to $159 million for the first quarter of fiscal 2021. The increase primarily reflects the items discussed in operating income." |
| 12/8/21 | 147 | 1Q22 10-Q | *"Adjusted EBITDA*<br>Wholesale's Adjusted EBITDA increased 33.3% for the first quarter of fiscal 2022 as compared to the first quarter of fiscal 2021. ***The increase was driven by gross margin rate expansion, partially offset by a slight increase in operating expenses. Wholesale's gross profit dollar growth for the first quarter of fiscal 2022 was $82 million with a gross profit rate increase of approximately 68 basis points primarily driven by margin rate expansion from the benefits of inflation and the Company's ValuePath initiative.*** Wholesale's operating expense increased $41 million, which excludes depreciation and amortization, stock-based compensation and other adjustments as outlined in Note 14—Business Segments. Wholesale's operating expense rate increased 17 basis points driven by higher transportation expenses and the temporary, voluntary closure of a distribution center and the investment in distribution center labor to better support our customers, partially offset by lower year-over-year distribution center start-up and consolidation costs in fiscal 2021. Wholesale's depreciation expense decreased $7 million compared to last year." |
| 3/9/22 | 153 | 2Q22 8-K | "**Second Quarter Fiscal 2022 Highlights (comparisons to second quarter fiscal 2021)**<br>• Net sales of $7.4 billion, an increase of 7.5% (+14.6% on a two-year stack basis)<br>• Net income of $66 million, an increase of 11.9%<br>• Adjusted EBITDA of $201 million, a decrease of 2.4%"<br><br>"**Gross margin rate** in the second quarter of fiscal 2022 was 14.50% of net sales compared to 14.42% of net sales for the second quarter of fiscal 2021. ***The increase in gross margin rate was driven by improvements in the Wholesale segment margin rate, including the impact of inflation and the Company's ValuePath initiative***, partially offset by changes in customer mix and a higher LIFO charge. Retail gross margin rate increased modestly compared to last year."<br><br>"**Operating income** in the second quarter of fiscal 2022 was $125 million and included an $8 million benefit related to an adjustment to a previous multi-employer pension plan |

| | | | withdrawal charge estimate and $5 million of restructuring, acquisition and integration related expenses. When excluding these items, operating income in the second quarter of fiscal 2022 was $122 million, or 1.65% of net sales. Operating income in the second quarter of fiscal 2021 was $107 million and included $18 million of restructuring, acquisition and integration related expenses. When excluding the restructuring, acquisition and integration expenses, operating income in the second quarter of fiscal 2021 was $125 million, or 1.81% of net sales. The decrease in adjusted operating income, as a percent of net sales, was driven by prioritizing customer service investments in a complex operating environment which led to higher transportation and distribution center labor costs in this year's second quarter which were partially offset by leveraging fixed expenses. Last year's second quarter included lower benefits costs."<br><br>"**Adjusted EBITDA** for the second quarter of fiscal 2022 was $201 million compared to $206 million for the second quarter of fiscal 2021. The decrease primarily reflects the items discussed in operating income." |
|---|---|---|---|
| 3/9/22 | 155 | 2Q22 Earnings Call Transcript | John Howard: "Second quarter gross margin rate increased 8 basis points compared to last year's second quarter. *Our wholesale margin rate was again favorably impacted by our elevated level of cost inflation as our business model and customer contracts generally passed through product cost inflation* which leads to both revenue and margin gains. *The continued benefits from our transformational Value Path initiatives also contributed to our gross margin expansion in the quarter*, which was partly offset by a higher non-cash LIFO charge." |
| 3/9/22 | 159 | 2Q22 10-Q | "Our gross profit increased $80 million, or 8.0%, to $1,075 million for the second quarter of fiscal 2022, from $995 million for the second quarter of fiscal 2021. Our gross profit as a percentage of net sales increased to 14.50% for the second quarter of fiscal 2022 compared to 14.42% for the second quarter of fiscal 2021. The *increase in gross profit rate was primarily driven by improvements in the Wholesale segment margin rate, including the impact of inflation and the Company's ValuePath initiative*, partially offset by changes in customer mix and a higher LIFO charge. Retail gross margin rate increased modestly compared to last year." |

| | | | |
|---|---|---|---|
| | | | "Our gross profit increased $152 million, or 7.7%, to $2,117 million for fiscal 2022 year-to-date, from $1,965 million for fiscal 2021 year-to-date. Our gross profit as a percentage of net sales increased to 14.69% for fiscal 2022 year-to-date compared to 14.47% for fiscal 2021 year-to-date. ***The increase in gross profit rate was driven by improvements in the Wholesale segment margin rate, including the impact of inflation and the Company's ValuePath initiative***, partially offset by changes in customer mix and a higher LIFO charge. Retail gross margin rate declined modestly compared to last year." |
| 6/7/22 | 163 | 3Q22 8-K | "**Third Quarter Fiscal 2022 Highlights (comparisons to third quarter fiscal 2021)** <br>• Net sales of $7.2 billion, an increase of 9.2% <br>• Net income of $67 million, an increase of 39.6% <br>• Earnings per diluted share (EPS) of $1.10, an increase of 37.5% <br>• Revises definitions of Adjusted EBITDA and Adjusted EPS to exclude the non-cash LIFO charge or benefit <br>   ○ Adjusted EBITDA of $196 million, an increase of 5.9% <br>   ○ Adjusted EPS of $1.10, an increase of 10.0% <br>• Updates full-year outlook for Net sales, Net income, EPS, Adjusted EBITDA and Adjusted EPS" <br><br>"**Gross margin rate** in the third quarter of fiscal 2022 was 14.0% of net sales and included a $72 million, or 1.0% of net sales, LIFO charge. Excluding this non-cash charge, gross margin rate was 15.0% of net sales. Gross margin rate in the third quarter of fiscal 2021 was 14.6% of net sales and included a $5 million, or 0.1% of net sales, LIFO charge. Excluding this non-cash charge, gross margin rate in the third quarter of fiscal 2021 was 14.7% of net sales. ***The increase in gross margin rate, excluding the LIFO charge, was driven by improvements in the Wholesale segment margin rate, including the impact of inflation and the Company's ValuePath initiative***, partially offset by changes in customer mix." <br><br>"**Operating expenses** in the third quarter of fiscal 2022 were $969 million, or 13.4% of net sales, compared to $868 million, or 13.1% of net sales, in the third quarter of fiscal 2021. The increase in operating expenses as a percent of net sales resulted from continued investments in servicing our customers, which led to higher transportation and distribution |

| | | | |
|---|---|---|---|
| | | | center labor costs in this year's third quarter, and occupancy-related inflation, which were partially offset by leveraging fixed costs and benefits of the Company's ValuePath initiative."<br><br>"**Adjusted EBITDA** for the third quarter of fiscal 2022 was $196 million compared to $185 million for the third quarter of fiscal 2021. The increase primarily reflects the items discussed above under gross margin rate and operating expenses." |
| 6/7/22 | 171 | 3Q22 10-Q | "Our gross profit increased $42 million, or 4.3%, to $1,012 million for the third quarter of fiscal 2022, from $970 million for the third quarter of fiscal 2021. Our gross profit as a percentage of net sales decreased to 14.0% for the third quarter of fiscal 2022 compared to 14.6% for the third quarter of fiscal 2021. The LIFO charge was $72 million and $5 million in the third quarter of fiscal 2022 and 2021, respectively. Excluding the non-cash LIFO charge, gross margin rate was 15.0% of net sales and 14.7% of net sales for the third quarter of fiscal 2022 and 2021, respectively. *The increase in gross margin rate, excluding the LIFO charge, was driven by improvements in the Wholesale segment margin rate, including the impact of inflation and the Company's ValuePath initiative*, partially offset by changes in customer mix."<br><br>"Our gross profit increased $194 million, or 6.6%, to $3,129 million for fiscal 2022 year-to-date, from $2,935 million for fiscal 2021 year-to-date. Our gross profit as a percentage of net sales decreased to 14.4% for fiscal 2022 year-to-date compared to 14.5% for fiscal 2021 year-to-date. The LIFO charge was $102 million and $19 million for fiscal 2022 year-to-date and for fiscal 2021 year-to-date, respectively. Excluding the non-cash LIFO charge, gross margin rate was 14.9% of net sales and 14.6% of net sales for fiscal 2022 year-to-date and fiscal 2021 year-to-date, respectively. *The increase in gross margin rate, excluding the LIFO charge, was driven by improvements in the Wholesale segment margin rate, including the impact of inflation and the Company's ValuePath initiative*, partially offset by changes in customer mix."<br><br>"*Wholesale's Adjusted EBITDA increased 3.0% for the third quarter of fiscal 2022 as compared to the third quarter of fiscal 2021*. The increase was driven by gross profit expansion excluding the LIFO charge, in excess of higher operating costs. *Wholesale's gross profit increase excluding the LIFO charge for the third quarter of fiscal 2022 was* |

| | | | |
|---|---|---|---|
| | | | *$105 million with a gross profit rate increase of approximately 41 basis points primarily driven by margin rate expansion from the benefits of inflation and the Company's ValuePath initiative*, which was partially offset by changes in customer mix. Wholesale's operating expense increased $101 million, which excludes depreciation and amortization, share-based compensation and other adjustments as outlined in Note 14—Business Segments. Wholesale's operating expense rate increased 58 basis points driven by the decision to invest in higher transportation expenses and distribution center labor to better support our customers in this year's third quarter, partially offset by leveraging fixed expenses. Wholesale's depreciation expense increased $6 million compared to last year." |
| 9/27/22 | 175 | 4Q22 8-K | "**Fiscal 2022 Full Year Highlights**<br>• Net sales increased 7.3% to $28.9 billion<br>• Net income increased 66.4% to $248 million; Earnings per diluted share (EPS) increased 64.1% to $4.07<br>• Adjusted EBITDA increased 7.7% to $829 million<br>• Adjusted EPS increased 15.6% to $4.83<br>• Net debt reduction of $174 million; adjusted EBITDA leverage ratio finished year under 2.6x"<br>"**Fourth Quarter Fiscal 2022 Highlights**<br>• Net sales increased 8.0% to $7.3 billion<br>• Net income decreased 9.3% to $39 million; EPS decreased 8.7% to $0.63<br>• Adjusted EBITDA increased 3.4% to $213 million<br>• Adjusted EPS increased 1.6% to $1.27"<br><br>"**Gross margin rate** in the fourth quarter of fiscal 2022 was 14.5% of net sales and included a $56 million LIFO charge. Excluding this non-cash charge, gross margin rate was 15.2% of net sales. Gross margin rate in the fourth quarter of fiscal 2021 was 14.9% of net sales and included a $5 million LIFO charge. Excluding this non-cash charge, gross margin rate in the fourth quarter of fiscal 2021 was 15.0% of net sales. *The increase in gross margin rate*, excluding the LIFO charge, *was driven by improvements in the Wholesale segment margin rate, including the impact of inflation and the Company's efficiency initiatives, partially offset by changes in customer mix.*" |

| Date | SAC ¶ | Source | Challenged Statements |
|---|---|---|---|
| | | | "**Adjusted EBITDA** for the fourth quarter of fiscal 2022 was $213 million, compared to $206 million for the fourth quarter of fiscal 2021." |
| 9/27/22 | 179 | 4Q22 Earnings Call Transcript | Sandy Douglas: "*We broadly exceeded our prior outlook expectations with adjusted EBITDA and adjusted EPS surpassing the respective midpoints of our outlook*. Net leverage also fell slightly more than expected to 102.6 times, and we ended the year with approximately $1.7 billion of liquidity. *We achieved these results despite a challenging industry backdrop. Food-at-home inflation remains in the double digits driving consumers to buy fewer items. Fill rates continue to be pressured and labor market tightness persist*. Delivering these results in the face of such a complex environment is a testament to the agility of our team and the strategic value of our business." |
| 9/27/22 | 181 | 4Q22 Earnings Call Transcript | John Howard: "Flipping to slide 11, adjusted EBITDA grew 3.4%, compared to the prior year quarter, to $213 million while, as expected, our adjusted EBITDA margin fell slightly. Our reported gross margin rate fell about 40 basis points to 14.5% as a result of a higher LIFO impact. A higher gross margin rate before LIFO impacts was more than offset by a higher operating expense burden. Our fourth quarter gross margin rate, excluding the LIFO charge from both years, increased by around 20 basis points compared to last year's fourth quarter. *Like last quarter, this growth, excluding LIFO, was driven by the continued impact from inflation and the benefits from our efficiency initiatives*.<br><br>Our operating expense rate before the impact of pension withdrawal charges in the prior year quarter increased by about 30 basis points compared to last year. This was primarily driven by continued investments in distribution center and transportation labor to ensure the best service level attainable for our customers, as well as higher energy prices. These were partially offset by some leveraging on our fixed costs." |
| **Profit Sustainability Statements** | | | |
| **Date** | **SAC ¶** | **Source** | **Challenged Statements** |
| 6/7/22 | 165 | 3Q22 Earnings Call Transcript | Analyst: "Great. And then another follow-up on inflation. I know there's a ton of variability, but as you plan out your business, how long are you now expecting for these |

| Date | SAC ¶ | Source | Challenged Statements |
|---|---|---|---|
| | | | kinds of elevated rates to last? And then if we do start to – a year from now, we'll see deflation, how much of an impact could that have on your margin structure?"<br><br>Sandy Douglas: "*We spend 100% of our billable hours looking at how we can get better for our customers* and very little at playing amateur economist. They certainly are elevated right now and we don't see a real change. Having said that, as you would expect, *we scenario plan multiple potential scenarios. And interestingly enough, the actions that we were taking virtually, every scenario are approximately the same*. We have to make sure that we're showing up for our customers and buying right and keeping them competitive. We have to work hard on our execution, so that we're a partner of choice. And then, we've got to keep our cost structure tight so that we stay agile in the face of whatever the scenario is. And that's been our focus as we prepare for next year. And I think we'll be in strong shape, regardless of the scenario." |
| 12/7/22 | 197 | 1Q23 Earnings Call Transcript | Analyst: "First, I wanted to start off on gross margins. I saw they were down a little bit in the quarter. You've called out the mix shift to larger customers. Should we think about that pressure kind of persisting throughout the year or is there anything specific about this quarter that we should keep in mind?"<br><br>Sandy Douglas: "Thanks, Leah, for the question. I mean, effectively, we're focused on driving healthy growth and gross profit dollars. And the reason for that is that we look at every single one of our customer agreements with a disciplined eye for economic returns. A lot of our growth in the first quarter came with some of our bigger customers. But over time, I think you saw that all of our channels grew. *And so, there'll be some fluctuation, but I would describe what you saw in the first quarter as minor and just more a function of the temporary growth drivers in our customer file*." |
| | | **Risk Factor Statements** | |
| **Date** | **SAC ¶** | **Source** | **Challenged Statements** |
| 12/8/21 | 151 | 1Q22 10-Q | "Our actual results could differ materially from those anticipated in these forward-looking statements as a result of various factors, including, but not limited to … moderated supplier promotional activity, *including decreased forward buying opportunities*." |

8

| 3/9/22 | 161 | 2Q22 10-Q | "Our actual results could differ materially from those anticipated in these forward-looking statements as a result of various factors, including, but not limited to … moderated supplier promotional activity, *including decreased forward buying opportunities*." |
| 6/7/22 | 173 | 3Q22 10-Q | "Our actual results could differ materially from those anticipated in these forward-looking statements as a result of various factors, including, but not limited to … moderated supplier promotional activity, *including decreased forward buying opportunities*." |
| 9/27/22 | 191 | 2022 10-K | "Our actual results could differ materially from those anticipated in these forward-looking statements as a result of various factors, including, but not limited to … moderated supplier promotional activity, *including decreased forward buying opportunities*." |
| 12/7/22 | 201 | 1Q23 10-Q | "Our actual results could differ materially from those anticipated in these forward-looking statements as a result of various factors, including, but not limited to … moderated supplier promotional activity, *including decreased forward buying opportunities*." |