**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAN SILLS *and* GEORGE DICK, *individually and on behalf of all others similarly situated*,<br><br>                              Plaintiffs,<br><br>   vs.<br><br>UNITED NATURAL FOODS, INC., J. ALEXANDER MILLER DOUGLAS, JOHN W. HOWARD, *and* CHRISTOPHER P. TESTA,<br><br>                              Defendants. | No. 1:23-CV-02364-JGLC<br><br>**DECLARATION OF FRANCESCA BRODY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL** |

I, Francesca Brody, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am a member of the bar of this Court, admitted to practice in the State of New York, and a member of the law firm Sidley Austin LLP, counsel for Defendants United Natural Foods, Inc., J. Alexander Miller Douglas, John W. Howard, and Christopher P. Testa in this action. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel (Dkt. 112).

2. A true and correct copy of the 2021 Form 10-K of United Natural Foods, Inc., dated September 28, 2021, and filed with the SEC pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, available at https://www.sec.gov/Archives/edgar/data/1020859/000102085921000083/unfi-20210731.htm, is attached hereto as Exhibit 1. Exhibits to the 2021 Form 10-K are omitted.

1

3.      A true and correct copy of a press release issued by United Natural Foods, Inc., dated December 8, 2021, available at https://www.businesswire.com/news/home/ 20211208005178/en/United-Natural-Foods-Inc.-Reports-First-Quarter-Fiscal-2022-Results, is attached hereto as Exhibit 2.[1]

4.      A true and correct copy of a transcript of the earnings call held by United Natural Foods, Inc., dated December 9, 2020, available at https://s205.q4cdn.com/522321978/files/ doc_financials/2021/q1/Transcript-Q1FY21-12-9-20_clean.pdf, is attached hereto as Exhibit 3.

5.      A true and correct copy of a press release issued by United Natural Foods, Inc., dated March 9, 2022, available at https://www.businesswire.com/news/home/ 20220309005076/en/United-Natural-Foods-Inc.-Reports-Second-Quarter-Fiscal-2022-Results, is attached hereto as Exhibit 4.

6.      A true and correct copy of a press release issued by United Natural Foods, Inc., dated June 7, 2022, available at https://www.businesswire.com/news/home/20220607005253/ en/United-Natural-Foods-Inc.-Reports-Third-Quarter-Fiscal-2022-Results, is attached hereto as Exhibit 5.

7.      A true and correct copy of a press release issued by United Natural Foods, Inc., dated September 27, 2022, available at https://www.businesswire.com/news/home/ 20220927005316/en/United-Natural-Foods-Inc.-Reports-Fourth-Quarter-and-Full-Year-Fiscal-2022-Results-Announces-New-200-Million-Share-Repurchase-Authorization, is attached hereto as Exhibit 6.

8.      A true and correct copy of a press release issued by United Natural Foods, Inc., dated December 7, 2022, available at https://www.businesswire.com/news/home/

---

[1] For ease of review, Defendants added pagination to the press releases in the bottom right-hand corner of the exhibit.

20221207005121/en/United-Natural-Foods-Inc.-Reports-First-Quarter-Fiscal-2023-Results, is attached hereto as Exhibit 7.

9.    A true and correct copy of a press release issued by United Natural Foods, Inc. dated March 8, 2023, available at https://www.businesswire.com/news/home/20230308005148/en/United-Natural-Foods-Inc.-Reports-Second-Quarter-Fiscal-2023-Results, is attached hereto as Exhibit 8.

10.    A true and correct copy of a transcript of the earnings call held by United Natural Foods, Inc. dated March 8, 2023, available at https://s205.q4cdn.com/522321978/files/doc_financials/2023/q2/Transcript-Q2F23-3-8-23.pdf, is attached hereto as Exhibit 9.

11.    A true and correct copy of a press release issued by United Natural Foods, Inc., dated June 7, 2023, available at https://www.businesswire.com/news/home/20230607005212/en/United-Natural-Foods-Inc.-Reports-Third-Quarter-Fiscal-2023-Results, is attached hereto as Exhibit 10.

12.    A true and correct copy of a transcript of the earnings call held by United Natural Foods, Inc., dated June 7, 2023, available at https://s205.q4cdn.com/522321978/files/doc_financials/2023/q3/Transcript-Q3F23-6-7-23.pdf, is attached hereto as Exhibit 11.

13.    A true and correct copy of a press release issued by United Natural Foods, Inc., dated September 26, 2023, available https://www.businesswire.com/news/home/20230926908639/en/United-Natural-Foods-Inc.-Reports-Fourth-Quarter-and-Full-Year-Fiscal-2023-Results, is attached hereto as Exhibit 12.

14.    A true and correct copy of a transcript of the earnings call held by United Natural Foods, Inc., dated September 26, 2023, available at https://s205.q4cdn.com/522321978/files/doc_financials/2023/q4/transcript-q4-9-26-23.pdf, is attached hereto as Exhibit 13.

3

15. A true and correct copy of an analyst report issued by BTIG, dated September 26, 2023, bearing Bates stamps UNFI-0006604 through UNFI-0006610 is attached hereto as Exhibit 14.

16. A true and correct copy of the Expert Report of Paul Zurek, Ph.D., dated June 13, 2025, is attached hereto as Exhibit 15.

17. A true and correct copy of excerpts of the deposition transcript of Daniel Sills, dated April 30, 2025, is attached hereto as Exhibit 16.

18. A true and correct copy of the deposition transcript of Steven P. Feinstein, Ph.D., dated May 9, 2025, is attached hereto as Exhibit 17.

19. A true and correct copy of an analyst report issued by Seaport Research Partners, dated March 9, 2023, bearing Bates stamps UNFI-0004832 through UNFI-0004836 is attached hereto as Exhibit 18.

20. A true and correct copy of an analyst report issued by Goldman Sachs Equity Research, dated March 8, 2023, bearing Bates stamps UNFI-0004814 through UNFI-0004821 is attached hereto as Exhibit 19.

21. A true and correct copy of text messages between Daniel Sills and his friend, bearing Bates stamps PLTF_UNFI_003845 through PLTF_UNFI_003877 is attached hereto as Exhibit 20.

22. A true and correct copy of excerpts of the deposition transcript of George Dick, dated May 7, 2025, is attached hereto as Exhibit 21.

23. A true and correct copy of the Stocktwits Profile of Dan9998, marked as Exhibit 23 at the deposition of Daniel Sills, is attached hereto as Exhibit 22.

I declare under penalty of perjury that the foregoing is true and correct.

4

Executed on June 13, 2025 in New York, New York.

/s/ *Francesca Brody*
Francesca Brody