# Exhibit 18


# SEAPORT
RESEARCH PARTNERS

March 09, 2023
**Company Update**
**Consumer: Agribusiness & Food**
Eric Larson, CFA | Senior Analyst
elarson@seaportrp.com | (612) 770-4896

| Rating: | Neutral |
|---|---|
| Price Target: | N/A |

**Price Target Metrics:**
**N/A**

| | |
|---|---|
| Current Price: | $28.53 |
| Float: | 58.8MM |
| Diluted Shares: | 61.0MM |
| Short Interest: | 2.0MM |
| Average Daily Volume: | 359k |
| 52 Week Range: | $26.60 - $49.56 |
| Market Cap: | $1,740MM |
| Cash and Investments: | $40MM |
| Debt: | $2,088MM |
| Enterprise Value: | $3,788MM |

*Current Price: Intraday*

### PRICE & VOLUME CHART



### ESTIMATES $ (MMs except multiples & EPS)

| | 2022 | 2023 Prior | 2023 New | 2024 Prior | 2024 New |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Q1 (Oct) | $6,997A | $7,532 | $7,532A | $8,035 | $8,035E |
| Q2 (Jan) | $7,416A | $7,852 | $7,816A | $8,394 | $8,361E |
| Q3 (Apr) | $7,242A | $7,417 | $7,417E | $7,789 | $7,789E |
| Q4 (Jul) | $7,273A | $7,447 | $7,447E | $7,817 | $7,817E |
| FY | $28,928A | $30,248 | $30,212E | $32,035 | $32,002E |
| EV/Sales | 0.1x | | 0.1x | | 0.1x |
| | | | | | |
| **EPS (Adjusted)** | | | | | |
| Q1 (Oct) | $1.10A | $1.13 | $1.13A | $1.20 | $0.65E |
| Q2 (Jan) | $1.36A | $1.41 | $0.78A | $1.47 | $0.90E |
| Q3 (Apr) | $1.10A | $1.15 | $0.67E | $1.24 | $1.01E |
| Q4 (Jul) | $1.27A | $1.31 | $0.74E | $1.41 | $1.34E |
| FY | $4.83A | $5.00 | $3.31E | $5.32 | $3.90E |
| P/E | 5.9x | | 8.6x | | 7.3x |
| | | | | | |
| **EBITDA (Adjusted)** | | | | | |
| Q1 (Oct) | $200.0A | $207.0 | $207.0A | $221.0 | $181.7E |
| Q2 (Jan) | $220.0A | $228.2 | $181.0A | $237.0 | $195.2E |
| Q3 (Apr) | $196.0A | $200.5 | $171.8E | $204.9 | $189.0E |
| Q4 (Jul) | $213.0A | $218.3 | $181.8E | $223.9 | $218.0E |
| FY | $832.0A | $854.0 | $741.6E | $886.9 | $783.8E |
| EV/EBITDA | 4.6x | | 5.1x | | 4.8x |
| Debt/EBITDA | 2.5x | | 2.8x | | 2.7x |

# United Natural Foods, Inc.
(NYSE: UNFI)

## Disappointing Q2F23, guidance lowered, reducing F23/F24 estimates

### Summary:

**We maintain our Neutral rating on UNFI.** UNFI beat Q2F23 consensus sales estimates but significantly missed adjusted EPS and EBITDA numbers. In addition, management slashed F23 adj, EPS and EBITDA guidance while withdrawing its F24 financial targets established during its investor day event in June 2021. The primary factor driving lower earnings during Q2F23 and over the next 12 months is the lapping of significant inventory gains from surging procurement inflation during 2022. Inflation is now decelerating rapidly, and large, incremental procurement income is not repeatable going forward. Gross profit margins will face considerable headwinds through most of Q2F24. UNFI's operating profit margins are now back to those found during pre-COVID operations, but sales are $4.5B higher. This represents significant future profit opportunity; we believe UNFI's GPM's will gradually increase as efficiencies improve and IT enhancements are implemented. UNFI also instituted an accounts receivable monetization program during Q2F23, with proceeds used to reduce debt. We believe UNFI's stock price will languish until more earnings visibility and timing for improvement materializes.

### Highlights

- **Q2F23 sales increased 5.4%, and modestly above consensus, but earnings cratered.** Q2F23 sales were strong, with the entire total growth coming from pricing gains net of elasticity approximating 10%. Sales increased in all five of UNFI's sales channels. Wholesale inflation continues at a low double-digit rate, but the rate of inflation is decelerating rapidly. Therefore, the absolute number of new price increases by CPG food companies is dropping sharply. UNFI's sales are still benefiting from new customers, new categories, and increased penetration with existing customers. However, these sales gains are partially offset by lower volumes, consistent with current retail grocery industry trends.

- **Q2F23 adj. EPS and EBITDA significantly missed consensus estimates.** Q2 adj. EPS was $0.78 vs. $1.36 last year, down 43%, and below consensus of $1.45. Adj. EBITDA was $181 vs. $220MM LY, down 18%, and below consensus of $230MM. The earnings shortfall reflected substantially lower procurement income during the final month of Q2. UNFI lowered F23 adj. EPS guidance from a range of $4.85-$5.15 to $3.05-$3.90, down 28%. Adj. EBITDA guidance cut from a range of $850-$880MM to $715-$785, down 10%. Equally important, and adding to uncertainly, UNFI also pulled its F24 guidance numbers as well. UNFI will face difficult year-over-year gross profit margin comparisons through the first two-thirds of Q2F24, reflecting lower non-recurring procurement income.

- **Deleveraging story still intact despite lower projected F23 adjusted EBITDA.** UNFI's adjusted net debt leverage ratio increased modestly sequentially during Q1F23 to 3.0x, but dropped to an estimated 2.76x after Q2F23 earnings were reported. We lowered our estimated F23 adjusted EBITDA number from $854MM to $744MM, but lower absolute debt of $431MM during the quarter lowered its leverage ratio. Cash generated from lower working capital and a new accounts receivable monetization program were used to reduce both long-term debt and revolving bank credit facility.

### Company Description:

*Following the completion of the Supervalu acquisition on October 22, 2018, United Natural Foods, Inc. is the largest natural-organic wholesaler and second largest U.S. food wholesaler with over $25B in LTM sales. With nearly 60 distribution centers, ~45K customers and ~250K SKU's, UNFI believes the Supervalu combination creates compelling value for both shareholders and customers by 1) delivering signficant synergies; 2) diversifying the customer base; 3) expanding market reach/scale; 4) enhancing system logistics; and 5) enabling cross selling opportunities.*

**SEE ANALYST CERTIFICATION AND OTHER IMPORTANT DISCLOSURES ON PAGES 3 - 5 OF THIS REPORT.**

CONFIDENTIAL

UNFI-0004832

United Natural Foods, Inc. (UNFI)  Company Update  March 9, 2023

**United Natural Foods, Inc**
Income Statement
($ in thousands except per share data)
Fiscal Year Ends in July

| | FY 2015 | FY 2020 | FY 2021 | Q1 Oct-21 | Q2 Jan-22 | Q3 Apr-22 | Q4 Jul-22 | FY 2022 | Q1 Oct-22 | Q2 Jan-23 | Q3E Apr-23 | Q4E Jul-23 | FY 2023E | Q1E Oct-23 | Q2E Jan-24 | Q3E Apr-24 | Q4E Jul-24 | FY 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Sales | $8,184,978 | 26,526,712 | $26,926,975 | $6,997,000 | $7,416,000 | $7,242,000 | $7,273,000 | $28,928,000 | $7,532,000 | $7,816,000 | $7,416,970 | $7,447,110 | $30,212,080 | $8,035,200 | $8,360,800 | $7,788,603 | $7,817,132 | $32,001,734 |
| Cost of Goods Sold | 6,924,463 | 22,639,475 | 22,995,817 | 5,955,000 | 6,341,000 | 6,230,000 | 6,220,000 | 24,746,000 | 6,436,000 | 6,747,000 | 6,400,845 | 6,419,409 | 26,003,254 | 6,910,272 | 7,186,108 | 6,684,179 | 6,683,648 | 27,464,206 |
| Gross Profit | $1,260,515 | 3,887,237 | $3,931,158 | $1,042,000 | $1,075,000 | $1,012,000 | $1,053,000 | $4,182,000 | $1,096,000 | $1,069,000 | $1,016,125 | $1,027,701 | $4,208,826 | $1,124,928 | $1,174,692 | $1,104,424 | $1,133,484 | $4,537,528 |
| Operating Expenses: | 1,017,755 | 3,541,487 | 3,588,343 | 932,000 | 944,000 | 969,000 | 980,000 | 3,825,000 | 1,000,000 | 1,002,000 | 950,856 | 956,954 | 3,909,809 | 1,044,576 | 1,074,363 | 995,383 | 997,466 | 4,111,788 |
| Restructuring, gains, other | | | | 3000 | 6,000 | (80,000) | 5,000 | | (3,000) | 4,000 | | | | | | | | |
| Amortization of intangibles | 803 | 36,979 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating Income | $241,957 | 296,326 | $300,633 | $107,000 | $125,000 | $123,000 | $68,000 | $423,000 | $99,000 | $63,000 | $65,269 | $70,748 | $298,017 | $80,352 | $100,330 | $109,040 | $136,018 | $425,740 |
| Interest Income/(Expense) | (14,304) | (191,607) | (203,444) | (40,000) | (44,000) | (37,000) | (34,000) | (155,000) | (35,000) | (39,000) | (38,000) | (36,000) | (146,000) | (34,000) | (33,000) | (32,500) | (32,500) | (132,000) |
| Non-Recurring Charges, income | (547) | (455,607) | 75,413 | 10,000 | 10,000 | 10,000 | 10,000 | 40,000 | 8,000 | 7,000 | 7,250 | 7,250 | 29,500 | 7,250 | 7,250 | 7,250 | 7,250 | 29,000 |
| Other | 2,663 | 5,454 | 5,663 | (1,000) | 2,000 | 1,000 | 0 | 2,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pretax Profit | $229,769 | (345,434) | $178,265 | $76,000 | $93,000 | $97,000 | $44,000 | $310,000 | $72,000 | $31,000 | $36,519 | $41,998 | $181,517 | $53,602 | $74,580 | $83,790 | $110,768 | $322,740 |
| Income from discontinued ops. | | (16,128) | 7,456 | | | | | | | | | | | | | | | |
| Non-controlling interests | | (3,407) | (3,999) | 1,000 | 0 | | 2,000 | | | 3,000 | | | 3,000 | | | | | 0 |
| Income Taxes | 91,035 | (90,445) | 34,204 | (1,000) | 25,000 | 29,000 | 3,000 | 56,000 | 5,000 | 9,000 | 9,495 | 10,919 | 34,414 | 13,937 | 19,391 | 21,786 | 28,800 | 83,912 |
| Net Income - Reported | $138,734 | (254,989) | $144,061 | $76,000 | $68,000 | $68,000 | $39,000 | $254,000 | $67,000 | $19,000 | $27,024 | $31,078 | $147,102 | $39,665 | $55,189 | $62,005 | $81,968 | $238,828 |
| Non-recurring charges/other/tax adj. | - | 398,409 | 29,988 | (21,000) | 1,000 | (1,000) | - | (21,000) | (1,000) | (3,000) | - | - | (4,000) | - | - | - | - | 0 |
| Net Income - Operating | $ 138,734 | 143,262 | $ 225,979 | $ 59,500 | $ 69,000 | $ 67,000 | $ 39,000 | $ 233,000 | $ 70,000 | $ 47,000 | $ 27,024 | $ 31,078 | $ 123,102 | $ 39,665 | $ 55,189 | $ 62,005 | $ 81,968 | $ 238,828 |
| Adjusted EPS | $2.85 | $2.72 | $4.12 | $1.10 | $1.36 | $1.10 | $1.27 | $4.83 | $1.13 | $0.78 | $0.67 | $0.74 | $3.31 | $0.65 | $0.90 | $1.01 | $1.34 | $3.90 |
| Reported EPS | $2.76 | ($5.10) | $2.49 | $1.25 | $1.08 | $1.12 | $0.63 | $4.16 | $1.07 | $0.31 | $0.44 | $0.51 | $2.41 | $0.65 | $0.90 | $1.01 | $1.34 | $3.90 |
| Calendarized EPS | $2.66 | $4.19 | $4.65 | $1.10 | $1.36 | $1.10 | $1.27 | $4.28 | $1.13 | $0.78 | $0.67 | $0.74 | $2.96 | $0.65 | $0.90 | $1.01 | $1.34 | $5.05 |
| Wt. Avg Diluted Shares Outstanding | 50,267 | 55,123 | 60,000 | 61,100 | 61,000 | 60,900 | 61,100 | 61,025 | 61,600 | 61,000 | 61,000 | 61,000 | 61,150 | 61,200 | 61,200 | 61,200 | 61,200 | 61,200 |
| Net income continuing operations, adjusted | | 132,453 | | | | | | | | | | | | | | | | |
| Adjusted EBITDA | $305,757 | $672,922 | $757,108 | $200,000 | $220,000 | $196,000 | $213,000 | $832,000 | $207,000 | $181,000 | $171,774 | $181,828 | $744,602 | $181,665 | $195,189 | $189,005 | $217,968 | $783,828 |
| Previous | | | | | | | | | | | | | | | | | | |

**As a Percent of Sales**

| | FY 2015 | FY 2020 | FY 2021 | Q1 Oct-21 | Q2 Jan-22 | Q3 Apr-22 | Q4 Jul-22 | FY 2022 | Q1 Oct-22 | Q2 Jan-23 | Q3E Apr-23 | Q4E Jul-23 | FY 2023E | Q1E Oct-23 | Q2E Jan-24 | Q3E Apr-24 | Q4E Jul-24 | FY 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cost of Goods Sold | 84.60% | 85.35% | 85.40% | 85.11% | 85.50% | 86.03% | 85.52% | 85.54% | 85.45% | 86.32% | 86.30% | 86.20% | 86.07% | 86.00% | 85.95% | 85.82% | 85.50% | 85.82% |
| Gross Profit | 15.40% | 14.65% | 14.60% | 14.89% | 14.50% | 13.97% | 14.48% | 14.46% | 14.55% | 13.68% | 13.70% | 13.80% | 13.93% | 14.00% | 14.05% | 14.18% | 14.50% | 14.18% |
| Operating Expense | 12.43% | 13.35% | 13.33% | 13.32% | 12.73% | 13.38% | 13.47% | 13.22% | 13.28% | 12.82% | 12.82% | 12.85% | 12.94% | 13.00% | 12.85% | 12.78% | 12.76% | 12.85% |
| Operating Income | 2.96% | 1.12% | 1.12% | 1.53% | 1.69% | 1.70% | 0.93% | 1.46% | 1.31% | 0.81% | 0.88% | 0.95% | 0.99% | 1.00% | 1.20% | 1.40% | 1.74% | 1.33% |
| Adjusted EBITDA | 3.74% | 2.54% | 2.81% | 2.86% | 2.97% | 2.71% | 2.93% | 2.88% | 2.75% | 2.32% | 2.32% | 2.44% | 2.46% | 2.26% | 2.33% | 2.43% | 2.79% | 2.45% |
| Effective Tax Rate | 39.6% | 26.2% | 19.2% | 26.7% | 26.7% | 26.7% | 26.7% | 18.1% | 26.7% | 26.7% | 26.0% | 26.0% | 19.0% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% |

**Growth Metrics**

| | FY 2015 | FY 2020 | FY 2021 | Q1 Oct-21 | Q2 Jan-22 | Q3 Apr-22 | Q4 Jul-22 | FY 2022 | Q1 Oct-22 | Q2 Jan-23 | Q3E Apr-23 | Q4E Jul-23 | FY 2023E | Q1E Oct-23 | Q2E Jan-24 | Q3E Apr-24 | Q4E Jul-24 | FY 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Sales | 20.5% | 22.2% | 1.5% | 4.7% | 7.7% | 9.4% | 8.0% | 7.4% | 7.6% | 5.4% | 2.4% | 2.4% | 4.4% | 6.7% | 7.0% | 5.0% | 5.0% | 5.9% |
| Gross profit | 11.8% | 32.6% | 1.1% | 7.4% | 8.5% | 4.7% | 4.9% | 6.4% | 5.2% | (0.6%) | 0.4% | (2.4%) | 5.1% | 2.6% | 9.9% | 8.7% | 10.3% | 5.6% |
| SG&A | 11.0% | 28.9% | 1.3% | 3.1% | 8.9% | 11.8% | 3.0% | 6.6% | 7.3% | 6.1% | (1.9%) | (2.4%) | 2.2% | 4.5% | 7.2% | 4.7% | 4.2% | 5.2% |
| Operating Income | 14.8% | 44.3% | 1.5% | 114.0% | 18.7% | 22.6% | 51.1% | 40.7% | (7.5%) | (49.6%) | (46.9%) | 4.0% | (29.5%) | (18.8%) | 59.3% | 67.1% | 92.3% | 42.9% |
| Adjusted EBITDA | 17.8% | 29.0% | 12.5% | 25.8% | 6.6% | 0.4% | 6.0% | 9.9% | 3.5% | (17.7%) | (12.4%) | (14.6%) | (10.5%) | (12.2%) | 7.8% | 10.0% | 19.9% | 5.3% |
| Net Income | 10.6% | 37.9% | 57.7% | 111.6% | (7.1%) | 17.5% | (45.8%) | 3.1% | 17.6% | (31.9%) | (59.7%) | (20.3%) | (47.2%) | (43.3%) | 17.4% | 129.4% | 163.7% | 94.0% |
| Adjusted EPS | 9.7% | 36.4% | 51.7% | 90.4% | 0.5% | 9.8% | 7.3% | 17.4% | 2.0% | (42.7%) | (39.1%) | (41.9%) | (31.4%) | (42.5%) | 15.5% | 51.1% | 81.7% | 17.7% |

*Note:  Dollars & shares in millions except per share figures.*

*Sources:  Company reports and Seaport Research Partners estimates*

CONFIDENTIAL    UNFI-0004833

United Natural Foods, Inc. (UNFI)    Company Update    March 9, 2023

## United Natural Foods, Inc. (UNFI) Disclosures

I, Eric Larson, CFA, hereby certify: (1) that all of the views expressed in this report accurately reflect my personal views about any and all of the subject securities or issuers; and (2) that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

As with all employees of Seaport Global Securities LLC, a portion of our analysts' compensation is paid from the total collection of revenues from all areas of the firm including but not limited to Investment Banking and Sales and Trading departments. In no instance are research analysts' compensation directly derived from Investment Banking revenues.

### Risks & Considerations for United Natural Foods, Inc. (UNFI)

The food industry faces additional risks and challenges in the new COVID-19 pandemic environment. The food industry is an essential activity, which means that numerous precautions must be taken. If companies fail to properly protect employees, they could come under Federal scrutiny and potentially be subject to significant penalties and fines.

The food industry is truly global in nature. Recent trade wars risk the possibility that U.S. export volumes could be at risk, and these are important sales between major trading partners including Mexico, Japan, and South Korea. China typically imports around $18B of U.S. food products annually, of which nearly $12B is soybeans. Under the new U.S./China Phase 1 trade agreement, China has committed to approximately $36.5B annually over the next two years: China is significantly short of its annual 2020 run rate 2020 obligations, and any shortfall could have a material impact on supply/demand fundamentals for the U.S. food industry.

Below are several risk factors that could impair UNFI's financial performance:
1. A rapid return to normal pre-COVID consumer behavior and economic activity in the United States. UNFI enjoyed impressive sales growth at the start of the pandemic, reflecting the companies high exposure to the domestic retail grocery industry.
2. Out-of-stock positions in numerous products could significantly impact the company's service levels to customers.
3. Continued transportation third party cost pressure on inbound freight could negatively impact gross profit margins.
4. If UNFI is unable to execute a new Whole Foods contract by September 2025, then financial performance could be negatively impacted. We believe the probably that this event occurs is low, but remains an overhang with investors.
5. UNFI was able to significantly deleverage it's balance sheet over the past twelve months from demand benefits related to the pandemic. However, the leverage ratio remains elevated at 3.9x.

### Price Target Metrics for United Natural Foods, Inc. (UNFI)

N/A



Please contact Seaport Global Securities LLC, for important disclosure information for covered companies. Contact the Director of Equity Research at (949) 274-8052 or write to Seaport Global Securities LLC, 100 Bayview Circle, Suite 100, Newport Beach, CA 92660.
Clients should also refer to https://sgsecurities.bluematrix.com/sellside/Disclosures.action for price charts, as well as specific disclosures for covered companies.

### Explanation of Ratings

**Seaport Global Securities analyst ratings include (effective Feb. 1, 2017):**
    **Buy** - The investment outlook and risk/reward over the following 12 months are favorable on an absolute basis and relative to the peer group.
    **Neutral** - The investment outlook and risk/reward over the following 12 months are neutral on an absolute basis and relative to the peer group.
    **Sell** - The investment outlook and risk/reward over the following 12 months are unfavorable on an absolute basis and relative to the peer group.
    **NA** - A rating is not assigned.
**Prior to Feb 1., 2017, Seaport Global Securities analyst ratings included:**
    **Buy** - The investment outlook and risk/reward over the following 12 months are very favorable on an absolute basis and relative to the peer group.
    **Speculative Buy** - The investment outlook over the following 12 months is very favorable on an absolute basis and relative to the peer group, however, there is higher than average risk associated with the investment that could result in material loss.
    **Accumulate** - The investment outlook and risk/reward over the following 12 months are favorable on an absolute basis and relative to the peer group.
    **Neutral** - The investment outlook and risk/reward over the following 12 months are neutral on an absolute basis and relative to the peer group.
    **Reduce** - The investment outlook and risk/reward over the following 12 months are unfavorable on an absolute basis and relative to the peer group.
    **Sell** - The investment outlook and risk/reward over the following 12 months are very unfavorable on an absolute basis and relative to the peer group.

CONFIDENTIAL    UNFI-0004834

United Natural Foods, Inc. (UNFI) | Company Update | March 9, 2023

**NA** - A rating is not assigned.

### Ratings Distribution

| Rating | Research Coverage | | Investment Banking Clients* | | |
|---|---|---|---|---|---|
| | Count | % of Total | Count | % of Total | % of Rating Category |
| **Buy** | 145 | 66.2% | 7 | 58.3% | 4.8% |
| **Neutral** | 73 | 33.3% | 0 | 0.0% | 0.0% |
| **Sell** | 1 | 0.5% | 0 | 0.0% | 0.0% |
| Total | 219 | 100.0% | 12 | 100.0% | 5.5% |

*Investment banking clients are companies for which Seaport Global Securities LLC provided investment banking services to in the last 12 months.

Note: Ratings Distribution as of December 31, 2022

Seaport Global Securities LLC is a U.S. registered broker-dealer, member FINRA and SiPC. Seaport Research Partners LLC is a registered investment advisor. This material has been prepared by Seaport Research Partners, which provides brokerage services as a division (dba Seaport Research Partners) of Seaport Global Securities LLC, and provides investment advisory services through Seaport Research Partners LLC. Seaport Global Securities LLC and Seaport Research Partners LLC are subsidiaries of Seaport Global Holdings LLC. Seaport Global Securities LLC and Seaport Research Partners LLC employ appropriate expertise, and in the belief that it is fair and not misleading. Seaport Global is the global brand name for Seaport Global Securities LLC ("SPGS") and its affiliates worldwide. Information, opinions or recommendations contained in the reports and updates are submitted solely for advisory and information purposes. The information upon which this material is based was obtained from sources believed to be reliable, but has not been independently verified. Therefore, we cannot guarantee its accuracy. Additional and supporting information is available upon request. This is neither an offer nor solicitation of an offer to buy or sell any security or investment. Any opinions or estimates constitute our best judgment as of this date, and are subject to change without notice. Not all products and services are available outside of the US or in all US states. © 2023. Seaport Global Securities LLC. All rights reserved. No part of this report may be reproduced or distributed in any manner without the written permission of SPGS. SPGS specifically prohibits the re-distribution of this report, via the Internet or otherwise, and accepts no liability whatsoever for the actions of third parties in this respect.

For Canadian Investors:

Seaport Global Securities LLC, is not registered in Canada, but relies on the International Dealer Exemption in each province. This report was not prepared in accordance with Canadian research disclosure requirements. The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. Under no circumstances is the information contained herein to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed upon these materials, the information contained herein or the merits of the securities described herein and any representation to the contrary is an offence.

For UK and European Investors:

MARKETING COMMUNICATION

The Seaport Group Europe LLP ("SGE") and Sea Port Group Securities (Europe) LLP ("SPGSE") are authorized and regulated by the Financial Conduct Authority. Due to their size and structure, their analysts may represent the interests of the firm or of companies referred to in its research. As a result, SGE or SPGSE does not hold its research out as being impartial. This research is non-independent and is classified as a Marketing Communication under the FCA's rule COBS 12.2.18. As such it has not been prepared in accordance with legal requirements designed to promote the independence of investment research and it is not subject to the prohibition on dealing ahead of the dissemination of investment research in COBS 12.2.21. However, SGE and SPGSE have adopted internal procedures which prohibit employees from dealing ahead of the publication of non- independent research, except for legitimate market making and fulfilling clients' unsolicited orders.

Analysts may forward a draft copy of the non-independent research, prior to publication, to the subject company in order to verify facts. Where such verification is sought, the analyst must remove any rating or investment summary from the non-independent research prior to forwarding it to the subject company. Any subsequent amendments to the non-independent research are to correct factual inaccuracies only. Any matters of judgment are the author's own and our analysts will not amend the non-independent research on the basis of an issuer's contrary view.

Price targets or Projections

Price targets or projections, if discussed, reflect in part the analyst's estimates for the company's earnings. The achievement of any price target or projection may be impeded by general market and macroeconomic trends, and by other risks related to the company or the market, and may not occur if the company's earnings fall short of estimate. Past performance is not indicative of future performance.

DISCLAIMERS

This material is: (i) for your private information, and we are not soliciting any action based upon it; (ii) not to be construed as an offer to sell or a solicitation of an offer to buy any investments or other related financial instruments in any jurisdiction where such offer or solicitation would be illegal; and (iii) is based upon information that we consider reliable, but we do not represent that it is accurate or complete, and it should not be relied upon as such.

Opinions expressed are current opinions as of the original publication date appearing on this material only and the information, including the opinions contained herein, are subject to change without notice. Members of Seaport Global may from time to time perform investment banking or other services (including acting as advisor, manager or lender) for, or solicit investment banking or other business from, companies mentioned herein. Further, members of Seaport Global, and / or its officers, directors and employees, may, from time to time, have long or short positions in, and buy or sell, the investments, securities, derivatives (including options) or other related financial instruments thereof, of companies mentioned herein, or related investments, securities, derivatives or other related financial instruments. In addition,

CONFIDENTIAL

UNFI-0004835

members of Seaport Global may act as a market maker and principal, willing to buy and sell certain of the investments, securities or other related financial instruments of companies mentioned herein. Further, members of Seaport Global may buy and sell certain of the investments, securities or other related financial instruments of companies mentioned herein, as agent for its clients.

Investors should consider this report as only a single factor in making their investment decision and, as such, the report should not be viewed as identifying or suggesting all risks, direct or indirect, that may be associated with any investment decision. SGE, SPGSE and other non-US members of Seaport Global, their officers, directors and employees may, to the extent it relates to non-US issuers and is permitted by applicable law, have acted upon or used this material immediately following, its publication.

The securities described herein may not have been registered under the U.S. Securities Act of 1933 ("ACT"), and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been registered under such Act, or except in compliance with an exemption from the registration requirements of such Act.

Unless governing law permits otherwise, you must contact a Seaport Global entity in your home jurisdiction if you want to use our services in effecting a transaction in the investments, securities or other related financial instruments mentioned in this material.

This publication has been approved for distribution in the United Kingdom by The Seaport Group Europe LLP and Sea Port Group Securities (Europe) LLP, which are authorized and regulated by the Financial Conduct Authority (FCA). It is intended only for investors who are professional clients and eligible counterparties as defined by the FCA, and may not, therefore, be redistributed to other classes of investors.

The Seaport Group Europe LLP, Sea Port Group Securities (Europe) LLP and other Seaport Global entities manage conflicts identified through the following: their Information Barrier Wall, confidentiality and conflicts of interest policies, maintenance of a Restricted List and a Watch List, personal account dealing rules, policies and procedures for managing conflicts of interest arising from the allocation and pricing of investments, securities or other related financial instruments and disclosure to clients via client documentation.

CONFIDENTIAL　　　　　　　　　　　　　　　　UNFI-0004836