# Exhibit 20
## [REDACTED]

Messages -

iMessage
11/17/2022 9:02:27 AM

Doesn't look good today .

No it doesn't. May buy a few back

Put an order of 1000 at 44:00

Ok

GL

11/17/2022 10:17:16 AM

Maybe today I'll take Unfi over 45.50
I can do $50 bet ???

I'm trying to make some money somewhere !!!

Bet - $50

So you're taking the bet for $50 .
Me end of the day Unfi finish over 45.50 , you below 45.50 ???

You got it

Alright , GL

Payable in big bills, lol

Only cash count , terms to be paid in Miami Dec. first .

11/17/2022 1:11:14 PM



11/17/2022 2:49:24 PM

Going to be a tight race to the finish

11/17/2022 4:03:23 PM

Nice win- owe you $50. Do you still owe me from a previous bet, I can't remember

11/18/2022 3:46:50 PM

Would love to close at 46.80 or above



Page 1 of 33

HIGHLY CONFIDENTIAL



Great finish on the week !!

Agreed. Happy with today. Hoping we can crack $48 next week. We are set up for it

It will , if not very negative in the market in general.

If we get some lift in the market next week, we should get there

I hope they saved a lot of the fund to buyback heavy on the day of earning .

Great earning combined with strong 💪 buyback will have unbelievable impact on the stock $55-60

That would be a good day

11/22/2022 3:54:13 PM

Very low volume today on our Baby Unfi .

Would hope we got a better lift with the market up a bunch. At least we are green thou

True , I will take any Green Day .
Hopefully better green with more volume.
I don't think will happen this week .
Investors are out for the Thanksgiving.

They used this week last year with the low volume to drive the stock down

Hopefully 🙏 they won't do it this year .

11/28/2022 4:15:48 PM

Nice Green Day

Beautiful day , especially in a sea ⚓ of red !!!!

11/30/2022 9:50:22 AM

They want to keep it below 47 ???

Assholes

Did you see Goldman raised their estimate from 40 to 45

In a meeting

Someone is killing the stock today

12/1/2022 8:35:38 AM

Kroger beat

And raised guidance

Give $49 today

Give me

The grocer said profit for the full year is expected to be $4.05 to $4.15 per share versus a prediction of $3.95 to $4.05 per share earlier.

HIGHLY CONFIDENTIAL

PLTF_UNFI_003846

Messages -

> That would be awesome

I c Kr up 4% in pre market

SPTN is up pre. 6.5%

> And UNFI nothing

> Spartan Nash got an upgrade from some analyst

They never show pre. For Unfi , or rarely .

> If we get 6 percent up, it will be a happy day and lots of mulligans

Mulligans only for me !!!

We should be up 2-3%
With good news from Kr & Sptn

If Sptn hold 6.5% up today .
The P/E will go up to almost 24.
Unbelievable, Unfi is less than half of that .
Crazy 😜 Crazy market !!!
For sure , we will get one day what we deserve .

Sptn up 4.6% and Unfi is down 1%
As always the case

> Wtf

12/5/2022 1:58:44 PM

> Good volume and green on a big down day for the market

First time I looked at now .
Wow very strong 💪
Maybe some whispering about the earning .
I 🙏 is true !!!

12/6/2022 2:38:45 PM

Very bad timing for Unfi earning tomorrow???

> Because the market is turning down?

12/6/2022 4:22:08 PM

> Shit day for UNFI

As the whole market , even with very good 👍 article from Zack

https://finance.yahoo.com/news/3-reasons-why-united-natural-174505168.html

12/7/2022 7:46:10 AM

I don't think we will get crushed .
Over all okay report , the company get healthier for every quarter moving forward .
You might be surprised by this market , we're still undervalued compare to any peers .

> Hope your right

12/7/2022 9:55:18 AM

> Blood bath 🩸

HIGHLY CONFIDENTIAL    PLTF_UNFI_003847

Messages - ▉▉▉▉

Less than 200k shares traded ????

In 30 minutes

I bought 4000 shares around 39-40 so far

Good job , hopefully it will comeback to over 41

Brutal drop on a few Pennie's off

I hope the company buying back some shares today .

Hope so too

We're almost up 1 dollar from the bottom

That's like a cherry 🍒 on a pile of 💩

Will see end of day , maybe down only couple dollars 🙏 🙏

We will see

Rest of grocery up, wtf

We're up over $2 from the bottom. It's not end of day yet .

Not much volume is good sign .

12/8/2022 12:15:06 PM

▉▉▉▉▉▉

This morning

Smart

Lol, hope it was

▉▉▉▉▉ whenever it happens !!!

Did you see UNFI is short sale restricted today because of yesterday?

No I didn't , where did u see that ??

Forward it to me



I'm not sure if I trust that

Page 4 of 33

**HIGHLY CONFIDENTIAL**

Messages - ▓▓▓▓▓



Got it

I feel like I'm in coma since yesterday.

Text message
12/8/2022 2:13:21 PM

I feel like I'm in coma since yesterday.

iMessage
12/8/2022 2:18:48 PM

Because if the stock drop?

Big part of it .

Me too

12/8/2022 4:37:05 PM

We dropped 1,31 from the top.
That indicates more sell pressure on the stock .
Over 250k shares traded the last 15 minutes .
Not good sign , it should bottom soon !!

I think it has a bit lower to go before we establish our base again.

Agree

12/8/2022 6:28:30 PM

Costco misses revenue and profit and hardly drops

With P/E of 23
They have plenty of cash

P/E 33
Tipi

11 billions I. Cash
Profit margins 2.58%
Much better than Unfi

Still, a miss is a miss. No loss vs 15 percent

I know , crazy market .
Unfi profit margins 0.86
Unfi will get better & healthier with time

We need to get smarter how to play it only .
I will play short term up to 50000 shares

Page 5 of 33

HIGHLY CONFIDENTIAL

PLTF_UNFI_003849

> Yeah, we fucked it up this time. Talked about it but didn't dump enough to buy back

100% true

But we're still young and happy 😀

12/9/2022 10:45:03 AM

> Will call you in a bit. Could be wrong but it feels like they may be triggering buybacks when it approaches $38

I was busy this morning, I wanted to buy few thousand .
I'll wait for next week .

12/9/2022 10:29:44 PM

My view of the UNFI cycle for any of the newbies to this stock. This is a typical reaction to the earnings call and has been (even for good calls) for the last couple of years. If you look over on Finviz, you can see that it was flashing warnings about suspicious option trades running up to the call. Because this stock is SO heavily owned by institutional money, someone (Blackrock or one of the other hedge funds) sells options and moves the stock down 15-20% and then the stock over the next 3 months, slowly rises back up to the $48-$50 range. Then it shampoo's "rinse and repeat" time again. Sure at some point, a deep pocketed INVESTOR (not trader) will catch on and push the value back into the 12-28 PE range and reward INVESTORS. But not this cycle.

12/13/2022 1:09:48 PM

Maybe it's better to text when Unfi is red !!!

> I will take $1.00 increase any day

Between 43-45
████████████████

> I am holding you to that. I think you can get $44 in the short term

We should

> Didn't buy as much as I wanted at the bottom. Thought it may take a dip lower. Oh well I guess

12/13/2022 4:01:10 PM

Not bad finish for the day .
Good volume as well 650k

> Not a bad day, finish wasn't great but we are use to that

I like the volume .
More buyers coming in .

> I like that too

12/15/2022 12:13:17 PM

Here we go again , shitty days in the market !!!
I just look at it now .

> Terrible day. UNFI was not impacted much at first and then someone killed it too

> The wonderful Fed

HIGHLY CONFIDENTIAL                    PLTF_UNFI_003850

It's the real massage from the Fed .
They just acted too late .

And will over correct

We just need to save some money for the first Quarter next year . Will have a
lot of buying opportunity .

Why do you think Q1?

I believe the Fed will raise , 50 points in Feb , another 50 in March then maybe 25 after.
Then will wait for the inflation to come down below 4 and wait further to come down below 3%
My assumption is more volatility in the first quarter , second quarter start going up .

For the year retail is up 2% .
Taking out Long Island, we're flat .
Internet down around 10%.
The biggest reason not having enough deals as last year .
Overall I'm pleased with the numbers .

That's December or ytd numbers?

So margin is probably up significantly

Ytd numbers .
Yes better margin .
Retail in Dec are up 4%

With up margin as well

12/15/2022 5:41:28 PM

What a finish for the day !!!
Wow we gave back all the gain for the week !!!

I know, a much bigger decline for us than the market

Probably, they didn't buyback any today .

Or end of year profit taking .

No profit to take if they bought this year

I hope 👍 it's not the short .
For sure they will buyback if it falls further .

Think so. Wonder if the overall market continues to sell off

I might buy 10,000 shares if below 36

I am targeting that same level for 10k too. Another 10k at $34.50

January should be good month .

Bought 1000 shares today

Good job .
We know for sure it will get to 45 beginning of next year .

HIGHLY CONFIDENTIAL

PLTF_UNFI_003851

People won't stop eating !!!



All the metrics shows the stock is so undervalued.

12/16/2022 10:28:58 AM

Heavy option day today .

Is it an option expiration day?

Yes big one , I was reading an article from Bloomberg .

▬▬▬▬▬▬▬▬

I will put mine in at 37.60 then. Lol

Then I will change my order to 37.61

Haha

Hopefully 🙏 we don't get either one today

Lol

12/16/2022 6:12:19 PM

Great finish for the day

Just finished golfing

Volume 3.2mil
What happened

Triple Witching today. Lots of options expiring today...

Was a good day after a terrible one yesterday. Not sure what happened, but it has to be options or buyback

Its options , a lot of puts expires .

Lots of options sitting out in January

HIGHLY CONFIDENTIAL

PLTF_UNFI_003852

Messages - <span style="background:black">████</span>



Look at the volume , even the extended volume .
Unbelievable, it's the highest volume for the year !!!!

Something is cooking ???

We can only hope

I hope the whale is covering .
Or an activist buying In heavy!!

12/18/2022 10:54:04 AM



**UNFI** The short sale volume percent (not short interest) for stock ticker UNFI is 78% on Dec 16, 2022. The short sale volume is 236,189. The total volume is 301,043. The short sale volume percent is up 28% compare to Dec 15, 2022.



It will cost them badly to cover .

There are not many shares to short .
It's has to be be good sign .

Page 9 of 33

HIGHLY CONFIDENTIAL

PLTF_UNFI_003853

12/19/2022 1:38:29 PM

I have a feeling that the shorts taking over Unfi ???

I think your right

12/28/2022 12:27:58 PM

████████████████

I have now ███████ to flip if it goes over $42

I am going to buy some more at 38.20 ish

Also picked up some Southwest Airlines. It has dropped since they fucked up travel over the holiday weekend and their system crashed. I fly them all the time and they are packed with people

No more fund for now .

12/30/2022 11:54:42 AM

Shares short still around 2M

Down just a tiny bit

The short has to pay big interest rate ??

1/5/2023 3:09:42 PM

Conagra beat earnings at 52 week high

Unfi distribute Frozen food as well .
Why it's down then ??

1/20/2023 10:17:40 AM

Just tried your cell

UNFI is finally green again so we can talk

1/25/2023 4:09:30 PM

Our Baby is green so we can text & talk .
Yes ??

1/26/2023 4:13:40 PM

Unfi below 1% green , only text allowed.
Over 1% green calling is allowed.
Any red day = total Silence , no text or calling .
Like today , I can only text you .

HIGHLY CONFIDENTIAL

PLTF_UNFI_003854

Messages - ▮▮▮▮

Lol, perfect. Slowly climbing, but no big jumps

Hopefully we get it to around $45 before Earning call

1/26/2023 6:07:18 PM

I hope so too. Think it should be good earnings, just hope their margin percentage did not drop

I saw something on the message board that Black Tock May have increased their holding. Last time they did , the stock took off at earnings I think

You mean Black Rock

Lol, yes. Spell check

Couple insider sold around 35000 shares lately .
I don't like it

The president of Natural food and sold 28K shares .
Natural Food's Chief Human Resources officer sold 7500 shares .
Both of them work in United Natural Food .
????

Saw that. Doesn't give me confidence

Especially the President



Maybe need money for taxes

Shorts went up by 442 K shares .
Not good sign either !!!

Nope. We should dump some before earnings

Definitely 👍

We need another $1 to break above the 50 and 200 day

Overall very tough market.
Just hope for bigger daily volume in better environment.

Agreed

40 days left for Earning .

Page 11 of 33

HIGHLY CONFIDENTIAL

PLTF_UNFI_003855



https://finance.yahoo.com/news/unfi-expands-wild-harvest-organic-211500788.html

Good read .
I like the management team .
They're in the right path .
It should pay back one day .

*1/26/2023 7:54:10 PM*

Hoping sooner rather than later 🙂. Thanks for the article

*1/27/2023 9:58:15 AM*

Maybe we can talk later today .
If the Baby keep moving up !!!

I almost text you the same thing

Only short text right now, up barely

Haha

*1/27/2023 4:11:24 PM*

Red 📢

*1/27/2023 7:45:45 PM*

Agree

*1/30/2023 2:07:21 PM*

We're lucky today , we can text about uni !!!

Barely again, lol

Not done yet

*1/31/2023 12:46:12 PM*

By the way , as a reminder if Uni finish the day over 1% up .
We're allowed to talk !!!

Perfect!

*1/31/20234:49:42 PM*

I've been steadily accumulating shares in UNFI since April 2020. Back then, it was a turnaround story as the rapid shift to grocery during the heights of COVID accelerated UNFI's recovery from the SuperValu acquisition. Now the turnaround is complete, but the market is still valuing UNFI at the same sub-6 EV/EBITDA multiple that it had in February 2020. The mispricing of the stock today is mind bogglin. A valuation at parity with SPTN at 20x PE and 8.5x EV/EBITDA puts UNFI shares in the $75-80 range. Even a more modest 15x PE and 7x EV/EBITDA puts it at $55-60. I plan to continue adding to my UNFI position on a regular basis as long as the company continues performing and shares remain unreasonably.

A great comment for the article from SA (strong Buy)

Like his thinking. Just wish we could see that trend with other investors seeing the value

Time will tell , that day will come .
Hopefully sooner than later .

HIGHLY CONFIDENTIAL

PLTF_UNFI_003856

Messages -



We have definitely been patiently waiting. Been rewarded some, but there should be a bunch more there

2/1/2023 2:02:24 PM

Up a penny 😀

I'm willing to take flat today . I'll take it as a win 🏆

Me too

Up more, market just jumped some on Fed

Great news . Maybe we can talk end of day then !!!!

Maybe so

🙏🙏🙏🙏

🙏 pray

You're my angel 😇

Each others

You said you wanted to sell some at 42. Just a reminder

I thought I said 43

I will try tomorrow

I don't like it last 10 minutes . Somebody is selling

Me either, hate when we give it back at the end. Still decent day and cracked $42

I'll take it . Good volume at the end , positive sign !!

Russell 2000 up another 2% today . 👐👐

That is a big part of what is helping us I think.

It also dipped at the end of the day

True , do Unfi following Russell??

It does a lot of the time. People post on the boards about it all the time

Got it

So Unfi is behind couple percents with Russell YTD . We should catch up

Hope we get some good earnings and catch some people's attention so we can get the right multiple

You need to start going to church to pray . I think God will listen to you more than me .

Page 13 of 33

HIGHLY CONFIDENTIAL

Messages - ▬▬▬

> Not sure about that. I used all mine up already

2/1/2023 9:46:39 PM

the company is trading at a forward price-to-earnings multiple of 7.8. The forward price to adjusted operating cash flow multiple would be 3.3, while the EV to EBITDA multiple would come in at 5.6. This pricing is not too radically different from a cash flow perspective if we rely on the data from the 2022 fiscal year that can be seen above. As part of my analysis, I also compared the enterprise to five similar firms. On a price-to-earnings basis, these companies ranged from a low of 8.3 to a high of 45.3. In this case, only one of the five companies is cheaper than our prospect. Using the price to operating cash flow approach and the EV to EBITDA approach, we can see from the table below that United Natural Foods was the cheapest of the group.

HIGHLY CONFIDENTIAL

PLTF_UNFI_003858

Company
Price/Earnings
Price/Operating Cash Flow
EV/EBITDA
United Natural Foods
9.6
3.4
5.9
The Andersons (ANDE (https://seekingalpha.com/symbol/ANDE?
source=content_type%3Areact%7Csection%3Amain_content%
7Cbutton%3Abody_link))
8.3
N/A
6.0
Performance Food Group Company (PFGC (https://seekingalpha.com/
symbol/PFGC?source=content_type%3Areact%7Csection%
3Amain_content%7Cbutton%3Abody_link)
)

45.3

16.4

13.5

SpartanNash Company (
SPTN (https://seekingalpha.com/symbol/SPTN?source=content_type%
3Areact%7Csection%3Amain_content%7Cbutton%3Abody_link)
)

20.3

45.8

8.7

US Foods Holding Corp. (
USFD (https://seekingalpha.com/symbol/USFD?source=content_type%
3Areact%7Csection%3Amain_content%7Cbutton%3Abody_link)
)

38.9

15.6

14.2

Sysco (
SYY (https://seekingalpha.com/symbol/SYY?source=content_type%
3Areact%7Csection%3Amain_content%7Cbutton%3Abody_link)
)

27.7

21.7

15.0

Takeaway
Although we are seeing some volatility from a share price and
profitability perspective, the overall picture for United Natural Foods
Looks quite positive to me. The company continues to grow its revenue
while largely maintaining positive and growing cash flows. Yes, net
income could be better. But considering the pressures facing the firms in
this space, and how cheap shares currently look on both an absolute
basis and relative to similar firms, I cannot help but believe that the
'strong buy' rating I've signed to the stock previously still makes a great
deal of sense.

HIGHLY CONFIDENTIAL

PLTF_UNFI_003859

Messages - ▇▇▇▇▇

2/3/2023 4:03:45 PM



Great week .
Even with the dip today .
☝️☝️🏆

Always thinking positive. Love that about u

I try to be greedy though .

You need to teach me that

Me too 😩

Haha

2/7/2023 2:52:15 AM

Tyson Foods Inc widely missed Wall Street estimates for quarterly profit on Monday and cut its expectations for operating margins this year in the face of falling beef prices and easing demand for pork.

A year earlier Tyson's profits had climbed due to soaring meat prices and strong demand.
Tyson Foods saw profits tumble in its fiscal first quarter after declining beef prices, waning demand for pork and higher costs took a toll on earnings.
Facing high inflation, some consumers have since reduced their spending and switched to cheaper types of meat, such as buying hamburger instead of steaks.

Sales rose 2.5% to $13.26 billion in the three months ended Dec. 31, missing analysts' average estimate of $13.52 billion, according to IBES data from Refinitiv. Adjusted earnings of 85 cents per share were much lower than expectations of $1.34 per share.

In Tyson's beef business, its largest segment, operating margins shrank to 3.5% from 19.1% a year earlier. Average beef prices fell by 8.5%, compared to a surge of nearly 32% a year earlier, according to the company.

Tyson's average pork prices rose 1.4% in the latest quarter, while sales volumes declined 7.4%. The company cut its outlook for adjusted operating margins in pork to 0% to 2% for fiscal 2023 from a previous forecast of 2% to 4%.

Tyson lowered its outlook for operating margins in its chicken business to 2% to 4% from 6% to 8%, though prices rose 7.1% in the latest quarter.

HIGHLY CONFIDENTIAL

PLTF_UNFI_003860

Messages - ▮▮▮▮

2/7/2023 7:08:54 AM

Don't honk thins impacts UNFI that much, do you?

Thank

No t really

Definitely not helping

2/8/2023 5:53:12 PM

Very bad start for this week .

I know. Yesterday market goes up a bunch and we don't do anything

Very low volume didn't help either .

2/8/2023 10:10:21 PM



Not good

2/9/2023 7:01:32 AM

The sale was under an automatic sales plan

You sure?

With the 3 UNFI senior executives, that recently sold UNFI shares under automatic trading plans, they are all "pre-Sandy" executives... It seems with all 3 of these that they could be considered "expendables" if UNFI were to combine with a larger entity.

Yes for sure , as pre agreed trading plan .

Ok, thx

2/9/2023 4:42:42 PM

Very depressing week so far .

2/14/2023 12:02:04 PM

▮▮▮▮▮▮▮

This morning

Looks like a good decision. You sent it into the deep red, lol

No it went more up after I sold ..

Page 17 of 33

HIGHLY CONFIDENTIAL

Messages -

It's the market who turn red an hour later .

2/14/2023 5:16:25 PM



Sptn & Kr are down heavy today as well .
Low volume again

Groceries are out of favor!!

Shit

Out of favor when they show food pricing is up 10 percent from LY

The market pricing 6 month to one year ahead ???
Expectation the inflation will be below 3% next year might take down food prices .
Just me thinking long term .

Can see meat and product dropping but boxed and canned goods won't give the pricing back I don't think

I agree , but the market goes the way it wants .
Not in a rational way most of the time .

2/14/2023 7:04:08 PM

https://www.fool.com/investing/2023/02/14/why-contextlogic-is-tumbling-one-day-after-roaring/

Why ContextLogic Is Tumbling One Day After Roaring 37% Higher | The Motley Fool

2/15/2023 4:03:06 PM

I think , Im happy with the market today !!!

Shit, me too!! Crazy how we drop that fast and then pop right back the next day

If over ▮ tomorrow, I will start selling some .

I will start at 43 also

Wish popped back today

▮▮▮ next week for more ..

HIGHLY CONFIDENTIAL

PLTF_UNFI_003862

Wish will keep up and down double digit for a while.
I like the volume over 80 millions the last three days .

2/21/2023 9:30:12 AM

Red start to the week

It should come back

Would like to see 44-45 by week end

2/21/2023 5:16:14 PM

It looks like we've been attacked by the shorts today .
Unfi dropped double of other groceries????

We also got a big gain on Friday. Much more than the others

That's true but we deserved it Friday .
We're so undervalued

I know, just a shit day in the market

There's more bad news in this market for the whole year .

Great 😌

Hopefully Unfi gets the benefit of the inflation and the expectation.

Meet the expectation

Or beat

I think they have to beat and not back up on margin percent too

2/23/2023 9:48:13 AM

Earnings?

Big miss from Sptn

Great, that will hurt us for sure

Did they say what drove the miss?

I'm reading

https://finance.yahoo.com/news/spartannash-announces-fourth-quarter-
fiscal-120000763.html

HIGHLY CONFIDENTIAL            PLTF_UNFI_003863

Messages - ▓▓▓▓▓

Net earnings of $0.7 million for the quarter compared to $22.2 million in the prior year quarter. Net earnings of $34.5 million for the fiscal year compared to $73.8 million in the prior fiscal year.

Net earnings way down .
I don't know why ??

It shouldn't have any impact on Unfi



Other groceries are up !!

Some of the reasoning could tie to UNFI if they are incurring additional expenses

Impacting their margins

It could be .
Sptn is still overvalued compare to Unfi

With 20% drop today .
P/E ratio still 16
Compare to Unfi at 10

2/23/2023 3:15:36 PM

We need some luck for few days brother 🙇

Don't feel very lucky lately

2/23/2023 6:36:37 PM

https://finance.yahoo.com/news/united-natural-foods-release-fiscal-211500832.html

Saw that. I would still like to dump some shares before they announce but I don't want to do that under $42

I would too

2/24/2023 6:11:11 AM

Gross profit for the fourth quarter was $341 million or 14.8% of net sales compared to $323 million or 15.4% of net sales in the prior year's fourth quarter. The gross profit dollar increase was driven by higher sales, while the rate decline was driven by cycling the higher inflation related price gains in the prior year and an increase in LIFO expense up $5.7 million or 21 basis points.

HIGHLY CONFIDENTIAL

PLTF_UNFI_003864

As a percent of sales, our reported operating expenses increased 58 basis points from prior year. Primarily due to cycling the transition impact of the paid time off policy change in the prior year from a grant-based time off policy to an accrual based policy. The transition resulted in a $21.4 million reduction in our balance sheet accrual and a corresponding one-time gain in the prior year.

Our fourth quarter retail adjusted operating earnings were $8.5 million compared to $13.6 million in 2021s fourth quarter. Reported operating earnings in the retail segment were $8.5 million compared to $23.3 million in the prior year's fourth quarter. The decrease was due to cycling and $11.3 million transition impact related to the PTO policy change in the prior year our lower gross profit rate and increased corporate administrative costs.

So no huge red flags, maybe the margin percent drop some. Seems like mostly one time charges

2/24/2023 8:11:52 AM

Interest expense is expected to continue to increase significantly in fiscal 2023. And our expectations for the higher rate environment are fully incorporated into our results. We currently anticipate interest expense to range from $37 million to $42 million this year.

Interest expense will hit UNFI too unless they locked their rate

Yes but the impact for Unfi might be less because of 3 times higher revenue .

Agreed. I am worried about any decline in margin percent they show. Looks like another shit day in the market

2/28/2023 8:37:11 PM



All    Original    Links    Charts    🔍 My Posts    ‖

**dburner** 5:57 PM                                    •••

$UNFI my friends, my prediction is a pop on earnings because safety is getting in favor. but honestly if you have been feeling capital trapped I would take that pop to around 47-49 to find a new place for your cash. just my opinion. I wish my bull friends good luck. watch out for any rejection of 42 on a pop.

**Show Less**

This guy gave a lot of good insight when the stock was around $17 and ran up

The stock should be around 50 these days .
My only concern about a very miner miss on earning then a drop of 10-15% will follow .

My exact concern as well. They need to have strong earnings across the board or the stock will get beat up

That's why we should sell 1/3 as a safety .
No matter how it goes post Earning we could win .
We have 5 trading days before earning.

I wish the stock would move some. I do t want to sell below 42

HIGHLY CONFIDENTIAL

Messages -

> It looks like they don't let it move over 42

3/1/2023 4:08:39 PM

> Maybe tomorrow with some luck over 42

>> I will take today. We need to crack the 42 this week

>> I have a bunch left to sell, lol

> I sold a bunch last week

>> Any more this week yet?

>> You moved a lot. BGS foods beat today and stock jumped

> I will keep just over ███ for the earning .
> Then either way it will feel good ..

> I still hope for strong 💪 earning.

>> Me too, need to dump
>> Some before thou

3/2/2023 10:05:46 AM



> KR stock rises on earnings beat ..
> Good sign for Unfi

>> Nice rise, have to see what drove the beat

HIGHLY CONFIDENTIAL

PLTF_UNFI_003866

Messages - ████

3/2/2023 3:09:43 PM



Great earnings from Sprouts today.

Just looked at it. Looks like them and Kroger just beat by a small amount

And both increased nicely. Kroger raised guidance for next year

Then guidance is more important

Looks like Sprout may have raised guidance too?

I hope you sold some Unfi at the end ??

████████████ , I will buy back .
No regrets either way !!

I was on a call and didn't see it jump past 42. Will sell some tomorrow

3/2/2023 6:30:18 PM

Kroger forecast adjusted earnings per share (https://www.foxbusiness.com/category/earnings) of between $4.45 and $4.60 for fiscal 2023, while analysts on average expected a profit of $4.20 per share, according to Refinitiv IBES data.

You're right better guidance for 2023

I hope Unfi keep up the guidance over 5:15 for the full year .

They have to hold guidance until next quarter. They could raise them if they are running ahead. Q2 will beat EPS estimate, but Q1 was just on expectation

Heading out to pick up ██

3/6/2023 12:32:48 PM

Guess someone knows something about UNFI, way red

I don't think so .
Looking at the volume, I think it's more people like us trying to sell some now and buy later if things goes south ..

Hope your right

Page 23 of 33

HIGHLY CONFIDENTIAL

> Same thing before last earnings if I remember correctly

Unfi has to beat the numbers by much to have big impact

Did you sell any early today ??

> Agreed and no margin deterioration

I feel good where Im today .
Ready to buy if it goes below 37 .

https://finance.yahoo.com/news/united-natural-unfi-queued-q2-143002163.html

It's a guessing game short term .
Still long term is way undervalued!!!

3/6/2023 4:15:47 PM



Shorts are still at 1,95 mil ??

Not good

> Dropped from the month before it looks like

End of Jan was 1,95 mil
So no change

> That's December?

It's been around 2 mil

HIGHLY CONFIDENTIAL

PLTF_UNFI_003868

Messages - ▮▮▮▮▮

Pretty steady

End of Jan was around 3

2mil

Ok. Wanted to dump
Some more stock today but it dipped pretty hard

Try tomorrow

I will watch it closely

I'm going to go in & out for ▮ shares .
Happy to make 3-4 dollar

Think it was smart what you did

Do that for the rest of the year

Agreed.

We will win more than we get burned by the stock going up at earnings

Roller coasters market

3/8/2023 8:01:15 AM



Updated guidance. Top number is before, lower number is now. Terrible!!

Bloodbath , will go down to $27

Yep

Lost our ass thanks to the brilliant mgmt team there

The silence from the mgmt scared me a lot .
I wish we sold much more !!!

Still even the full year comes at the lower $3 .
The stock should be at $45
So maybe around 25-27 is a great buy ???

Can't buy more after this kind of surprise

I should have sold a lot more. Pissed at myself

I can't get it Sptn p/e at 28
and Unfi below 10????

Page 25 of 33

HIGHLY CONFIDENTIAL

Messages - ████████

I guess institutions ownership over 90% not really helping !!!
We need an activist to enter   and make changes here

3/9/2023 8:40:54 AM

https://finance.yahoo.com/news/q2-2023-united-natural-foods-033808819.html

3/11/2023 6:00:55 PM

Major takeaway from qtr 2 earnings transcript... It was the CHAOS that was present in UNFI's digital & physical infrastructure that led to the current and expected continuing earnings misses... The solution: "develop and execute a major transformation plan" ... Look at Sandy's points 1-4 , in transcript, for details of transformation plan; it is expected to be a "multi-year improvement journey" ... 3 UNFI board members (Boyland, Clark, Mohammad) have very strong "Information and Technology" backgrounds ... Conclusion - IF the stated transformation plan is successful UNFI should evolve into the type of company that investors can appreciate; just remember, said evolution will involve time, money & luck

Wtf does that mean. They can't run their business

3/11/2023 7:33:14 PM

That earnings call is pretty concerning. They are going to have these issues for some time and don't know the scope of the problems yet due to their systems

At least couple quarters.
I hope I'm wrong .

At least. It's a margin reset driven by inflation and pricing that they won't get

Unless the adjust for change pretty fast .
They will finish the year around midpoint of projection $3.50
Still the stock should be around $40

They adjust

That's not the true EPS to calculate the PE off of remember?

So you mean Unfi P/E ratio now is not 9.40 ?
Maybe you
refer to  GAAP financial measures.

We were running it based off their EPs they quite and it never aligned to what we saw. I asked the investor guy and we should have been using Gaap EPs or something which was much lower

They lowered the guidance $1?

They lowered it almost $2

While we expected inflation to decline and the supply chain to continue to normalize, we did not fully appreciate the benefit to last year's gross profit from buying inventory in advance of supplier price increases in a sequentially rising inflationary environment.

From the CEO presentation

So it didn't benefit them to commit buying inventory way ahead .
That was the biggest factor for gross margins decline .

HIGHLY CONFIDENTIAL

PLTF_UNFI_003870

I am worried how long it will take them to turn this around and that they don't have a good handle on the business

3/13/2023 11:38:08 AM

Ducking brutal

Fucking

Hell yeah , I don't know where it's going from here .
Yes they will have a challenging year but so much down , I don't get it !!!

Bigger volume than normal???

Nobody has confidence in that mgmt team after that. How could you. Showed they can't run the business

So fucking pissed 🤬

Maybe we should reduce to half ??

I should have last week

How can you now at these prices

True ,
Imagine if the market was heavy red today ??
What would be the price ??

It was this morning and the market bounced back. Just UNFI didn't

United Natural Foods cut to Hold as UBS amid significant margin headwinds

Downgraded to $31

Saw that. Everyone else cut their targets last week to $28-$30

Equity analyst Mark Carden said that inventory issues and labor inflation headwinds are likely to continue impacting the company into the year. Additionally, shifts in consumer behavior could hamper the grocer in months to come.

What I mean maybe go away with some portion and move it to SHOP ??

Nice, we are fucked with this one for a while now. When Spartan missed, we should not have discounted that as much as we did

3/16/2023 3:04:22 PM

With LFO, companies recognize their most recently acquired inventory through their cost of goods sold. Companies use LIFO, which is permitted under U.S. generally accepted accounting principles, to lower their taxable income. To do this, however, they also must use it for financial accounting, even though it can hit reported earnings.

HIGHLY CONFIDENTIAL

PLTF_UNFI_003871

In an inflationary environment, as costs go up, last in, first out, your cost of goods sold are going to go up and that's going to generate less earnings, basically," said Ron Graziano, an accounting and tax strategist at Credit Suisse Group (https://www.wsj.com/market-data/quotes/CS) AG. "So that's a bad thing from a sense of, for book profits that we all see in the financial statements, but it's a good thing for taxable income because your taxable income is less in that period."
Rising inflation means that companies generally continue to see higher LFO charges, Mr. Graziano said, noting that the LIFO impact depends on businesses' inventory mix and how quickly they can turn that over. "If companies are seeing the reverse, that means that their inventory mix might be a little bit different, [as wel
l as] their turnover" of inventory, he said.

Consumers may see the benefits of inflationary relief in the form of price relief, Mr. Galanti said, adding that it gives Costco some cushion when setting prices. No LIFO charge in the next two quarters, for instance, means a combined more than $300 million positive impact compared with those same quarters last year. "Assuming where inflation goes over the next six months, could that on a year-over-year basis show an improvement in the bottom line, to the extent it does, that's one less pressure point that we have in terms of reporting earnings," he said. "But each of these things are a piece of the bigger puzzle," he said. "It doesn't mean, hey if we get an extra 100 here, we have another hundred to lower prices with."

Still, other companies are seeing LIFO charges. The charges show the difference in costs under LFO versus first-in, first-out accounting, allowing investors to see the effect of the accounting method. Under FIFO, companies record the cost of their oldest inventory first. LFO is a cost assumption companies make on financial statements, but doesn't reflect the actual flow of inventory in their operations.

Kroger this month said it took a $234 million LIFO charge during the quarter ended Jan. 28, compared with a $20 million LFO charge in the prior-year period, due to sustained higher product cost inflation. Kroger took a full-year LIFO charge of $626 million for 2022, compared with a $197 million LIFO charge during the prior year. The company said it expects a LFO charge of between $300 million to $350 million this year as product cost inflation eases.

While this amount is well above historical levels, LIFO is expected to be a year-over-year tailwind and should more than offset lower fuel profitability," Kroger CFO Gary Millerchip told analysts this month. Sales rose around 5.5% for the quarter ended Jan. 28, to $34.8 billion from a year earlier. Profit fell to $450 million, from $566 million a year earlier. Inventory increased 11.5% during the same period, to $7.56 billion.

Meanwhile, Whole Foods Market supplier United Natural Foods during the quarter ended Jan. 28 reported a LIFO charge of $29 million, up from $19 million a year earlier. The company earned $19 million, down more than 71% from a year earlier. Net sales increased 5.4% to $7.8 billion. Inventory rose 3.5%, to $2.5 billion.

Retailers have faced volatility with inflation and changing spending behaviors among consumers, said Kelly Bania, a managing director and food retail analyst at financial services firm BMO Capital Markets. "A lot of companies have had some pretty meaningful LIFO charges," she said. Costco is "cycling some pretty big charges from last year that were a pressure," Ms. Bania added. If inflation remains flat or decelerates, "we can get some of that back," she said.

3/16/2023 7:54:39 PM

https://ir.unfi.com/news/press-release-details/2022/United-Natural-Foods-Inc.-Reports-Third-Quarter-Fiscal-2022-Results/default.aspx

HIGHLY CONFIDENTIAL

PLTF_UNFI_003872

Messages - ▆▆▆▆

> Read this when you get a chance. Big LIFO charge last Q3, but said they are excluding it from adjusted EPS



> No hit with LIFO in q3 last year. Big hit in q4

Ok got it

> Holy fuck, look at their revised EPS targets for the year

> At a 10 multiple we would be fucked

> They are at 1.40 already for the year

6/7/2023 7:03:35 AM



The company expects FY2023 adjusted EPS in the range of $1.80 to $2.30 vs. consensus of $3.31, down from prior outlook of $3.05 to $3.90.

> Adjusted EPS that low is crazy. Was around $5 six months ago. Mgmt has to go. Want to read the report and then I will call you. Great call on not getting burned again by these clowns. I sold all but 5000 shares yesterday 😬

Great job that sold most , I couldn't convince ▆▆ to sell all . Still I made him sell more than half . Talk soo

The entire management team needs to be fired. I'd be surprised if an activist doesn't step in here. High FCF business with big operating leverage. Clearly being mismanaged. There's no way a competent management team can reduce guidance two quarters in a row and so badly forecast their margin- on a sleepy business like grocery distribution.

Page 29 of 33

HIGHLY CONFIDENTIAL

Messages -



Some of the comment

Agree with the comments

6/7/2023 12:01:09 PM

Guessing UNFI is busy buying shares today to prevent a collapse

I think around 20-21 is a buy

Still will wait for a bad day on the market .
As we said no rush .

Agreed. I see it below 20 again

I hope so , let us wait patiently

For sure

United Natural Foods shares do look undervalued on a long-term basis, but the stock remains risky as management acknowledges weak visibility into per-case profitability, and it is unclear if the worst is now in view.

What macro drivers can give, they can quickly and unpredictably take away. United Natural Foods, Inc. (NYSE:UNFI (https://seekingalpha.com/symbol/UNFI?hasComeFromMpArticle=false&source=content_type%253Areact%257Csection%253Amain_content%257Cbutton%253Abody_link)) was one of the biggest beneficiaries from the pandemic and the inflation that followed shortly thereafter, but new challenges from disinflation and changing cons
umer habits have hit the company hard, and a lack of visibility into its own business has exposed the limits of management's forecasting capabilities.

Shrink has become a more material issue across the board, and not just with United Natural Foods. Addressing this is a complex challenge and it will take time to fix.

6/9/2023 11:47:43 AM

Poor people who bought yesterday over $23.00 .
As usual repeating of the same story with Unfi !!!

I sold 1000 more at $23

Smart man , still waiting to go below $18 .
I think you might be right below $17.00 in existing quarter, maybe even to $15 .

6/13/2023 3:48:00 PM

You think we should still wait to buy Unfi ???

For sure

I like it

6/15/2023 2:53:45 PM

Kr. Slipping !!!

After good results

Obviously food is out of favor

For sure

HIGHLY CONFIDENTIAL

PLTF_UNFI_003874

Messages - ▮▮▮▮

> Tons of volume again, but still declining

I don't get it !!!

> Kinda weird

Somebody accumulating a lot of stocks here .
I planning to go back in if it goes below $20 .
What do you think ??

Text message
6/15/2023 5:53:44 PM

Somebody accumulating a lot of stocks here .
I planning to go back in if it goes below $20 .
What do you think ??

Somebody accumulating a lot of stocks here .
I planning to go back in if it goes below $20 .
What do you think ??

iMessage
6/15/2023 5:56:43 PM

> Below $20 I think is a good place to start building slowly

> I do think it has another leg down, but I could be very wrong

I thought so too , but the level of daily volume doesn't support that ???

> Your guess is as good as mine

Well it's always a gamble we take , sometimes we're right and few times we're wrong .
That's the nature of any investment.

> Yep. I would be patient

6/30/2023 6:17:48 PM

In March of this year, I concluded that Unfi were not out of the woods. This came as United Foods made an expensive and leveraged deal for SuperValu pre-pandemic, nearly bankrupting the business, as the pandemic provided a lifeline to the business.
This pandemic and inflationary pressures pushed up both sales and margins, allowing for some deleveraging, yet with inflationary pressure subsiding I was shocked by the extent of the earnings shortfall in March, a trend which is continuing here.
Some Perspective
In the 2010s, United Natural Foods was a darling among investors, as the company played an active role as a consolidator in the market for the distribution of healthier and organic foods. The stock peaked at $80, and back in 2018, it was a $10 billion business which generated about $340 million in EBITDA.
This all changed as the company announced a $3 billion deal for SuperValu in the summer of that year, adding $15.6 billion in sales and $400 million in EBITDA. Note that these activities were not icomparable, as SuperValu was a supermarket chain, resulting in larger depreciation charges.
The idea was to create a $25 billion revenue business with $700 million in EBITDA (and two hundred million more post synergies). Leverage was high, with net debt equal to $3.3 billion, although pro forma earnings of around $4 per share looked interesting.
Pre-pandemic, the company was lagging compared to these pro forma numbers as shares fell to the mid-single digits, but then shares rose in a spectacular fashion to the $50 mark in 2021. This was driven by the fact that sales for the year ending in July 2021 rose to $27.0 billion on which EBITDA was reported at $770 million, all the result of the pandemic of course. In fact, growth continued in the fiscal year 2022, with sales

HIGHLY CONFIDENTIAL                                    PLTF_UNFI_003875

reported up to $28.9 billion and EBITDA improving to $829 million, equal to $4.83 per share.

In fact, the company guided for 2023 sales to surpass the $30 billion mark with EBITDA seen at $865 million, for earnings close to $5 per share. Moreover, net debt has come down to $2.1 billion, as the strong earnings power reduced leverage to 2.6 times.

Promise Does Not Come Through

After issuing a big guidance for 2023, it was clear that the business has been hurt by inflationary pressures which went on the reverse. While first quarter sales, as reported in December of last year, still rose by more than 7%, EBITDA was up a mere 3%. The problem showed up in February as the company posted a 5% increase in second quarter sales, although that EBITDA fell 18% due to inventory losses.

This made that the company hiked the sales guidance by two hundred million to $30.3 billion, whilst cutting the EBITDA guidance by $115 million to $750 million, with earnings now seen at $3.50 per share. This made that shares fall to the higher-twenties (falling overnight from $40) in March.

Amidst this background, I was glad to see some deleveraging, although the degree of the earnings shortfall was shocking, and in fact, pushed up leverage ratios again. For valuation reasons, I was becoming a bit more upbeat, but the mediocre performance has been going on too long to have a conviction on that thesis.

Moving Another Leg Lower

Since the spring, when United Natural Foods shares fell to the higher twenties, shares have now come down to the $20 mark, in fact, trading just below that. This came as third quarter results (released (https://ir.unfi.com/news/press-release-details/2023/United-Natural-Foods-Inc.-Reports-Third-Quarter-Fiscal-2023-Results/default.aspx) in June) showed similar challenges. Third quarter sales rose by more than 3% to $7.5 billion, but adjusted EBITDA was down 19% to $159 million, resulting in adjusted earnings per share being cut in half to $0.54 per share. Moreover, note that the adjusted earnings metric does exclude LIFO charges, with GAAP earnings only coming in at twelve cents. The company managed to generate some cash flow, reducing net debt to $2.0 billion.

This is badly needed, as the company cut the full year outlook again. While the sales guidance was kept intact, the EBITDA guidance was cut further to $630 million with earnings per share now seen at $2.05 per share (at the midpoint of the range being down by about one and a half dollar per share) and GAAP earnings being largely non-existing. Moreover, the guidance implies that quarterly EBITDA will fall below the $100 million mark in the fourth quarter, probably the reason (https://ir.unfi.com/news/press-release-details/2023/United-Natural-Foods-Announces-Regional-Restructuring/default.aspx) why the company announced the elimination of 150 jobs in the week following the earnings release.

With 60 million shares now trading at $20, the market value has shrunk to $1.2 billion. Ironically, if we add the net debt load of $2.0 billion we see an enterprise valuation of $3.2 billion, which incidentally matches the purchase price of SuperValu about five years ago. This tells you everything you need to know about the degree of value destruction since that deal was announced.

What Now?

The reality is that the degree of the earnings shortfall is shocking and concerning, as it even means that leverage issues might come into play as well.

While some job cuts are welcomed to halt the declines on the bottom line, the reality is that more structural issues need to be addressed, including the SuperValu de

al, with or without the help of some external involvement or pressure.

Right now there is little fundamental support, but shares feel cheap here. Hence, quite some bad news appears to be priced in, although there are a few reasons to become upbeat here, even as this might be the time to get involved.

At maximum, I would be willing to hold a small speculative position in United Natural Foods, Inc. This is not necessarily in the hope of an organic turnaround story, but perhaps some external involvement would be welcomed here, with the fundamental performance being very soft,

HIGHLY CONFIDENTIAL

PLTF_UNFI_003876

making me cautious to buy the dip.

Good article, thanks for sending. Don't think we can build a large position here right now

No way , as it mentions in the article .
Unfi is not out of the wood yet , more surprises coming .

7/14/2023 8:02:34 AM

Unfi up 7 percent pre market. Will probably go away but a bit surprised to see that

Something is not right , it shows 3AM
I don't believe it's real !!

9/5/2023 1:04:40 PM

Did you notice that Zack downgraded Unfi to 4 sell ??

I didn't notice

United Natural Foods, Inc. UNFI has been bearing the brunt of tough macroeconomic trends, product cost inflation, supply chain constraints and rising operating costs and expenses.

The current Zacks Rank #4 (Sell) player has a market capitalization of $1.2 billion. In the past six months, UNFI has lost 49.5% compared with the industry's decline of 2.6%.

Ouch

Big drop today with unfi

Should stay away , until the report !!!

I have 4,000 shares still. Wondering if I dump them

Maybe in a Green Day

Liked "Maybe in a Green Day "

HIGHLY CONFIDENTIAL

PLTF_UNFI_003877