# Exhibit 21
## [REDACTED]

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

No. 1:23-cv-02364-JGLC-VF

- - - - - - - - - - - - - - - - - - - - - - - -x

DAN SILLS and GEORGE DICK, individually

and on behalf of all others similarly

situated,

                Plaintiffs,

                v.

UNITED NATURAL FOODS, INC., J.

ALEXANDER MILLER DOUGLAS, JOHN W. HOWARD,

and CHRISTOPHER P. TESTA,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - -x

          ***   CONFIDENTIAL   ***

        VIDEOTAPED DEPOSITION OF

           GEORGE DICK

         NEW YORK, NEW YORK

        WEDNESDAY, MAY 7, 2025

          8:33 a.m.

REPORTED BY:  DANIELLE GRANT

JOB NO.: 7325356

CONFIDENTIAL

Page 2

MAY 7, 2025

8:33 a.m.

Videotaped Deposition of GEORGE DICK, held at the offices of Sidley Austin LLP, 787 Seventh Avenue, New York, New York pursuant to Notice before DANIELLE GRANT, a Shorthand Reporter and Notary Public of the State of New York.

Page 4

FEDERAL STIPULATIONS

IT IS STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the filing, sealing, and certification of the within deposition be waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be sworn to and signed before any officer authorized to administer an oath, with the same force and effect as if signed to before the court.

- oOo -

Page 3

APPEARANCES:

GLANCY PRONGAY & MURRAY LLP
Attorneys for the Plaintiffs
    1925 Century Park East
    Suite 2100
    Los Angeles, California 90067
BY: PAVITHRA RAJESH, ESQ.
    prajesh@glancylaw.com
    MELISSA WRIGHT, ESQ.
    mwright@glancylaw.com


SIDLEY AUSTIN, LLP
Attorneys for the Defendants
    One South Dearborn
    Chicago, Illinois 60603
BY: NEIL H. CONRAD, ESQ.
    nconrad@sidley.com


ALSO PRESENT:
    ROBERT RUDIS, Videographer
FRANK CRUZ, ESQ.

Page 5

VIDEOGRAPHER: Good morning. We're going on the record at 8:33 a.m., May 7, 2025. Please note the microphones are sensitive and may pick up whispering and private conversations. Please mute your mobile phones at this time. Audio and video recording will continue to take place unless all parties agree to go off the record.

This is Media Unit 1 of the video-recorded deposition of George Dick taken by counsel for Defendant in the matter of Dan Sills and George Dick, individually and on behalf of all others similarly situated, versus United Natural Foods, Inc., J. Alexander Miller Douglas, John W. Howard, and Christopher P. Testa filed in the United States District Court, Southern District of New York, Number -- Case Number 1:23-CV-02364-JGLC-VF. Location of the deposition is

2 (Pages 2 - 5)

CONFIDENTIAL

Page 66

a break. Does that work?

VIDEOGRAPHER: Off the record, 9:45, marking end of Media Unit Number 1.

(Whereupon, at 9:45 a.m., a recess was taken to 9:59 a.m.)

(The proceeding resumed with all parties present.)

VIDEOGRAPHER: On the record, 9:59, marking the beginning of Media Unit Number 2.

Q Mr. Dick, we've talked about several legal disputes so far that you have been involved in in some capacity.

As far as you know, have you ever been in a class action before?

A I have not served as a lead plaintiff, but I have been involved in class actions against other companies whose stock shares I owned. And so if that is what you were looking for, that's the situation.

Q Which class actions were those?

A I have no recollection.

Page 67

Q Which companies --

A No recollection.

Q -- were those?

Do you remember the most recent one before the current --

A No.

Q -- lawsuit?

You mentioned that you have never served as a lead plaintiff in a class action before.

Have you ever served as a named plaintiff?

A No.

Q Have you ever attempted to serve as any kind of class rep, even if not a lead plaintiff?

A No.

Q Do you recall the resolution of any of those class actions you referenced?

A Occasionally, a -- after I submitted my documents verifying my claim, a check would show up.

Q How many times have you submitted claim documents?

Page 68

A I'll say more than three and less than ten.

Q And you don't remember the company for any of those?

A No.

Q Do you fill out the claim documents yourself?

A Yes.

Q In every situation?

A Yes.

Q Do you remember the last time you received a payment related to a class action?

A No.

(Whereupon, a Complaint was marked as Dick Exhibit No. 2 for identification, as of this date.)

Q The court reporter is handing you a document that's been marked as Exhibit 2. This is a notice of removal that attaches a complaint filed by Melissa Macintosh against Four Colour Imports and George C. Dick.

Do you see that?

Page 69

A Yes.

Q Are you familiar with this document?

A Well, I'm familiar with the matter.

Q Melissa Macintosh is the plaintiff you refer to earlier when you said there was a Melissa but didn't remember her name --

A Yes.

Q -- correct?

A That's correct.

Q The first couple pages are the notice of removal. You can skip those.

Do you see Exhibit 1 that is a few pages in?

A Exhibit 1. Well, okay. Yes. Exhibit -- Exhibit -- no. Complaint -- let's see. Exhibit 1. All right. Well, I see the page saying Exhibit 1.

Q And then after Exhibit 1, there is a one-page civil summons, and then you can see the document starting "complaint."

Do you see that?

18 (Pages 66 - 69)

Veritext Legal Solutions

www.veritext.com                                             888-391-3376

CONFIDENTIAL



Page 70

A   Yes, I see the complaint.

Q   This complaint was filed against you and your former company in 2009, correct?

A   Yes.

Q   Melissa Macintosh was your employee, correct?

A   Yes.

Page 73

Q   When you say you were removed as CEO, were you terminated from the company?

A   I remained on the board, but I wasn't -- again, I -- when you say -- I wasn't necessarily terminated from the company because I wasn't getting a salary or any paycheck to begin with.

Q   Other than SkyWay and Four Colour, have you ever served as an officer of any other company?

A   I mean outside Crescent Hill Books, I was a member of the man -- you know, the sole member, but no.

Q   Other than SkyWay, have you ever served on a board of directors of any other company?

A   No, I have not.

Q   When did you serve as Skyway's

19 (Pages 70 - 73)

CONFIDENTIAL

Page 74

CEO?

A    Well, that would be about this same time.  So looking back, that would be in 2008.

Q    That's when you started as CEO?

A    Yes.

Q    And were you removed as CEO in the same year?

A    Yes.

Q    When were you appointed to the board of directors of SkyWay?

A    I think when I became CEO.

Q    Are you still on the board of directors for SkyWay?

A    SkyWay is kaput.

Q    When did that happen?

A    Shortly after I was removed as CEO within, I would, say six months.

Q    Did you serve on the board up until SkyWay's demise?

A    No, I resigned from the board.

Q    When.

A    I resigned in February of 2009, thereabouts.

Page 75

Q    Why?

A    SkyWay was not the -- the current officers were not making payments to the IRS for the employee withholding.

Q    Did you raise that concern with the company?

A    Yes.

Q    How?

A    I said:  This is a not negotiable part of running a business.

Q    What was their response?

A    There was no response that I felt like was going to lead to them -- their paying the 941 withholding taxes.  I resigned immediately.

Q    Was the business resolved as far as you know?

MS. RAJESH:  Objection.  Form.

A    The IRS did come after the board, but because I had resigned, they did not come after me.

Q    Did the IRS ever contact you about the matter?

A    No.

Page 76

Q    Were you ever contacted by anyone at SkyWay about the matter after you left?

A    I mean, I was aware of what happened.  You know, I'm still in contact with one of the founders.

Q    Who is that founder?

A    Dwayne Hay.

Q    Do you know whether the matter with the IRS has been resolved?

A    Yes.

Q    It has been?

A    I'm -- even though it didn't involve me, I'm fairly certain that the other directors had to make payments to the IRS.

Q    How do you know that?

A    I think they told me.

Page 77

Veritext Legal Solutions

www.veritext.com                                        888-391-3376

CONFIDENTIAL



21 (Pages 78 - 81)

CONFIDENTIAL



22 (Pages 82 - 85)

CONFIDENTIAL



Page 86

Page 87

Page 88

MS. RAJESH: Objection. Form.

A   Yes.

(Whereupon, a Complaint was marked as Dick Exhibit No. 3 for identification, as of this date.)

MR. CONRAD:  The court reporter has handed you a document marked Exhibit 3.  It's a complaint with the

Page 89

caption Mark Gaff versus George Dick and Four Colour Imports, Limited, dba Four Colour Print Group and FCI Digital.

Q   Do you see that?

A   Yes.

Q   Are you familiar with this document?

A   Yes.

Q   This is the complaint filed by Mark Gaff that you referenced earlier today?

A   Yes.

23 (Pages 86 - 89)

CONFIDENTIAL



Veritext Legal Solutions

CONFIDENTIAL



Veritext Legal Solutions

www.veritext.com                                                                888-391-3376

CONFIDENTIAL



Veritext Legal Solutions

CONFIDENTIAL



32 (Pages 122 - 125)

CONFIDENTIAL



33 (Pages 126 - 129)

CONFIDENTIAL



Page 130

Page 132

MR. CONRAD:  Let's take lunch if

Page 131

Page 133

that works.

VIDEOGRAPHER:  Off the record 11:24 marking the end of Media Unit Number 2.

(Whereupon, at 11:24 a.m., a recess was taken to 12:07 p.m.)

(The proceeding resumed with all parties present.)

VIDEOGRAPHER:  On the record at 12:07 beginning of Media Unit three.

Q   Let's talk about this lawsuit against UNFI.

Do you know who was named as a defendant in this lawsuit?

A   Yes, first of all, there is the company UNFI, otherwise known as natural -- United Natural Foods, Incorporated.  And then there are three officers; the CEO, whose name is Alex Douglas.  I'm going to use his -- abbreviate their first names. The CO -- CFO, Mr. John Howard, and then the president of the company called Chris Testa.

Q   Do you know whether the complaint

34 (Pages 130 - 133)

CONFIDENTIAL

Page 134

has been amended?

A    Yes.  I think we are now dealing with the second amended complaint.

Q    Do you know whether the court has dismissed any Defendants?

A    I don't know the answer to that question.

Q    Do you know if there are any pending motions?

A    I don't know the answer to that question.

Q    Do you know when the deadline for completing fact discovery is?

A    I don't know the answer --

MS. RAJESH:  Objection.  Form.

A    -- to that question.

Q    Do you know whether a trial has been scheduled?

A    I don't know the answer to that question.

Q    When did you first become aware of the case?

A    Well, I first contacted Mr. Frank Cruz on the -- March the 9th of 2023.  I

Page 135

don't know if there was a case at that point in time, but that's when I became involved.

Q    How did you decide to contact Mr. Cruz?

A    When the news broke sending the share price plummeting, a message came up in the -- I guess you would call it the news section of my TDA -- TD AmeriTrade account that suggested anyone wishing to become a member of the class, please contact Mr. Frank Cruz.

Q    When you said "the news broke," what news do you mean specifically?

A    I mean it was the -- I think the marketing call that revealed the earnings -- you know, the upcoming earnings that were going to be filed indicated that the profits had fallen and -- you know, and the earnings per share had tumbled.  That made news, and it was published, you know, on the TD AmeriTrade site.

Q    You mentioned a marketing call.

Do you mean the earnings call --

Page 136

A    I guess --

Q    -- that took place --

A    -- that's what they call --

Q    -- on March 8th?

A    -- the earnings call.

THE WITNESS:  Sorry.

(Whereupon, the court reporter requested clarification.)

Q    You mentioned a marketing call.

Did you mean the earnings call that took place on March 8, 2023?

A    Yes.  I mean the -- yes, that is what I mean.

Q    Before you reached out to Mr. Cruz, did you know him?

A    No.

Q    So you responded to -- I guess it was an advertisement on the TD AmeriTrade --

A    I don't know if you would --

Q    -- website?

A    -- I don't classify it as an advertisement.  I mean, it didn't come up with any logos or anything like that.  It

Page 137

was just a news item.

Q    But it was a solicitation with Mr. Cruz's contact information?

MS. RAJESH:  Objection.  Form.

A    Again, I don't necessarily -- I didn't view it as a solicitation.  I just viewed it as a sort of a -- you know, a fact or, you know -- you know, what could I do about this situation.

Q    And it had Mr. Cruz's contact --

A    But Mr. --

Q    -- information?

A    -- yes.  Mr. Cruz's -- it said: Please contact Mr. Frank Cruz via email.

And that is what I did.

Q    Do you know when the first complaint in this lawsuit was filed?

A    No.

Q    Do you know whether you were a named plaintiff in the first complaint that was filed in this lawsuit?

A    Yes.

Q    You do know?

A    I do know that I was not.

35 (Pages 134 - 137)

CONFIDENTIAL

Page 138

Q   Okay.  Not asking you to disclose the substance of any communications you may have had with your counsel, but do you have an understanding as to when you decided to join the lawsuit?

A   Do I have an understanding of when?

Q   Correct.

A   No.  Mr. Cruz would occasionally contact me to let me know the --

MS. RAJESH:  I'm going to stop you right there.  You -- don't get into anything that would reveal the substance of communications with counsel to answer --

THE WITNESS:  Okay.

MS. RAJESH:  -- his question.

Q   You can talk about when the contact occurred.

A   I mean, there was an initial contact by me.  There was a response by Mr. Cruz.  And, You know, I have a record of email communications between me and Mr. Cruz.  But I don't have an exact memory

Page 139

of when each legal step occurred.

Q   You mentioned that you did know that you were not a named Plaintiff in the initial complaint filed in this case, correct?

A   Yes.

Q   Why were you not a named Plaintiff in that complaint?

A   I don't know.

Q   Were you given the opportunity to be a named Plaintiff in that complaint?

A   I don't know.  I mean, I just dealt with communications as they arrived from Mr. Cruz.

Q   Did you want to be a named Plaintiff in the initial complaint?

A   No.

Q   Did you want to be added to a later complaint?

A   No.

Q   Do you want to be part of the lawsuit?

A   Yes.

Q   So you want to be part of the

Page 140

lawsuit, but you didn't want to be added to a complaint?

MS. RAJESH:  Objection.  Form.

A   No.  That wasn't what I said either.  I just said I wasn't aware of exactly when this happened, but I did understand that I had volunteered to serve if called upon.

Q   When did you volunteer to serve if called upon?

A   When I reached out to Mr. Frank Cruz on March the 9th, 2023.

Q   And do you still want to serve as a named plaintiff in this case?

A   Yes, I do.

Q   Why, to use your words, did you volunteer to serve if called upon?

A   Well, I, first of all, was -- I felt I was definitely financially injured with the short -- in the short period of time that I owned the UNFI shares.  I believe, you know, that there was a chance to recover those losses.  I also -- if you're asking as to why I would agree to

Page 141

serve as a Plaintiff, I have told you previously that I have recovered money in the past from other class action lawsuits against companies that, you know, may have misinformed the general public.  And, as a retiree, I had time on my hands to return the favor, so to speak.

Q   Do you know how many complaints, in total, have been filed in this lawsuit?

A   No.

Q   You mentioned earlier that you are aware of a second amended complaint.  I take it you're aware of a first amended complaint?

A   I'm sure one did exist.

Q   Do you know when the first amended complaint was filed?

A   No.

Q   Do you know when the second amended complaint was filed?

A   I would have to refer to the documents to give you the exact dates.

Q   But off the top of your head, you don't recall?

36 (Pages 138 - 141)

Veritext Legal Solutions

www.veritext.com                                                                    888-391-3376

CONFIDENTIAL

Page 142

MS. RAJESH: Objection. Form.

A No, I do not.

Q You said earlier that you were definitely financially injured.

What is your understanding of your injury?

A My --

MS. RAJESH: Objection. Form.

A -- my understanding of the injury is that I purchased stocks, 500 shares of UNFI, on December the 27th of 2022, and I later sold them at a price just a little short of 40, just to make round numbers here. And I did sell that stock after the earnings call or announcement in March. I sold them later on on March the 27th of 2023 at a price somewhat close to 25, meaning I lost $7,500 thereabouts. And I think it was a little more, like 7590, when I looked at the numbers. But that was the extent of my financial injury.

Q Did you only make one one-time purchase of 500 shares of UNFI common stock?

Page 143

A Yes.

Q Did you only make one one-time sale of 500 shares of UNFI common stock?

A Yes.

Q Other than those 500 shares of the UNFI common stock, have you ever held any other kind of UNFI security?

A No.

MS. RAJESH: Objection. Form.

A No.

Q Do you know why the complaint has been amended from time to time?

MS. RAJESH: Objection. Form.

And I will instruct the witness, if you have an independent understanding, you may answer the question; if your understanding is based on communications with counsel, I'll instruct you not to answer.

A I will answer that I do not have any understanding of why there has been a second amended complaint.

Q Do you have any understanding as to why there was a first amended complaint?

Page 144

A No, I do not have any understanding of that.

Q You mentioned earlier that you understood there were four Defendants named in this lawsuit; the company UNFI, the CEO, the CFO, and the president.

Do you remember that testimony?

A Yes.

Q Do you believe that you personally have claims against all four defendants?

MS. RAJESH: Objection. Form.

A Yes, I believe that I do. A company is made up of humans and individuals that act and, consequently, they must be held responsible for any misdeeds by the company.

Q What is UNFI?

MS. RAJESH: Objection. Form.

A UNFI is a wholesale food distributor that buys and sells food products, distributes them to the United States, and I believe they also have a small retail operation as well.

Page 145

Q Why did you first decide to invest in UNFI?

A I was alerted to the prospect that UNFI might be a good value by one of the newsletters that I subscribe to in December of 2022. And, consequently, I think their share price had dipped a little bit for whatever reason. I think maybe the suggestion that the profitability issues were temporary. And so I pulled the stock up on my TD AmeriTrade account. There are a number of tabs that includes their financial statements. And did I not dig deeply into the SEC filings and such, but in evaluating the earnings per share and with the understanding that the market had temporarily maybe mispriced the stock, I decided it would be worth my while to invest in the company in hopes of making a profit.

Q What was the name of the newsletter?

A I cannot remember the name of the newsletter.

37 (Pages 142 - 145)

CONFIDENTIAL

Page 146

Q   It sounds like you receive multiple investor-related newsletters; is that correct?

A   I do.  And I have subscribed to those for at least 20 years.

Q   How do you receive them, hard copy or electronically?

MS. RAJESH:  Objection.  Form.

A   Those -- at one point in time, they did use to come in the mail.  That changed over time to an email notification that another, you know, newsletter was available for viewing that would -- there would either be a PDF attached or a link to go download the PDF.

Q   The newsletter that recommended UNFI, I take it that came in by email?

A   Yes.

Q   Which email?

A   It would have come into the ███████████████.

Q   Do you if you produced that newsletter?

MS. RAJESH:  Objection.  Form.

Page 147

A   Yes, I would -- I have a habit of printing out all the newsletter that I receive, A, to make it feel like I've actually gotten something for the money.  I also read them at night, oftentimes just before I go to bed.

Q   But do you believe you've produced those documents in this case?

A   I --

MS. RAJESH:  Objection.  Form.

A   -- I'm quite sure I printed out the newsletter that suggested that UNFI would, you know, be a good investment.

Q   You keep saying you printed it out.

But, I mean, have you produced the documents?

Have you handed them over to Defendants --

A   Oh, I beg your pardon.

Q   -- in the case?

A   No, I have not handed that over to my -- to anybody.

Q   Do you receive any other kind of

Page 148

document about UNFI or potential investments other than these newsletters we've discussed?

A   I'm -- could you clarify that or rephrase it somehow, please?

Q   Sure.  I'll break it up.

The newsletters we have been talking about, at least one of them talked about UNFI, correct?

A   Yes.

Q   Do you receive any other kind of communication about UNFI?

MS. RAJESH:  Objection.  Form.

A   I have never received any other communication about UNFI other than that one newsletter.

Q   I take it, from some of your earlier testimony, that you've invested in stocks of other individual companies, correct?

A   Yes.

Q   Approximately how many?

MS. RAJESH:  Objection.  Form.

A   Well, I've been investing in

Page 149

stocks my entire life that I -- you know, that I can recall.  And, you know, in any one year, I might own 20 different securities.  So you have to do a little multiplication, but I'm sure, in my lifetime, there has been hundreds.

Q   Do you do research yourself into the companies that you consider investing in?

A   Yes, I do.  Again, I -- I subscribe to, again, several newsletters.  I keep track of things going on in the Wall Street Journal, as I look at economic situations.  And I make judgments based on all the information that I intake as to, you know, what might -- and what and when might be a good time to purchase securities.

Q   When you were talking about UNFI, you said that you didn't dig deeply into the company's SEC filings.

Did you read any of UNFI's SEC filings before investing?

A   No.

38 (Pages 146 - 149)

CONFIDENTIAL

Page 154

the profits that were earned in the 2021 fiscal year were due to -- and maybe part of 2022 -- were due to the combined effects of a general inflation in the economy coupled with the forward buying of product, of inventory, that, when the prices went up through no great genius of the officers, they were able to sell them at a much higher profit than what they had -- or a price than what they had purchased them in.

So operationally, this wasn't any act of genius; rather, it was the act of good luck coupled with inflation and inventory gains due to the forward buying.

Q    What is your understanding of forward buying?

A    My understanding of forward buying is that a company or individual can enter into a contract to buy for future delivery goods at -- let's say at or close to today's market price, and it can be used as a hedging strategy to avoid, you know, price increases in inflationary time. However, once the inventory is built up,

Page 155

and indeed, the value of the inventory goes up because the price of the -- of those commodities has risen, then you're going to record an accounting gain in the value of your inventory.

Q    And you understand that the prices go up because of inflation, right?

MS. RAJESH:  Objection.  Form.

A    I would say that not all prices in every sector of the company go up at, you know, during an inflationary time.  But some prices do, and maybe some others don't.  But generally, inflation, you know, is sort of defined by rising prices.

Q    You agree there is a relationship between inflation and forward buying because of this pricing effect, correct?

MS. RAJESH:  Objection.  Form.

A    I agree that the profitability that UNFI showed was a combination of employing forward buying in inflationary environment.  However, when the inflationary environment stops, then the advantage of forward buying also stops.

Page 156

Q    Are you aware of any inflationary benefit that UNFI received that was not related to forward buy?

MS. RAJESH:  Objection.  Form.

A    No.

Q    How would you describe the specific claims you've brought against UNFI in this case?

MS. RAJESH:  Objection.  Form.

A    I would suggest that the claims, first of all, are rooted in the financial damages that investors suffered.  So -- and that the cause of this to investors was the failure for -- of UNFI and its officers to disclose that they were engaging in forward buying and, in fact, that was the source of much of the profitability of the company prior to the investment period of the class.

Q    Are you familiar with the concept of a class period?

A    Yes.

Q    Is it your understanding that the market did not understand that UNFI was

Page 157

engaged in forward buying during the class period?

A    Yes.

Q    You mentioned three individual defendants in addition to the company; the CEO, the CFO, and the president.

Do you recall that?

A    Yes.

Q    Do you have any specific claims that are unique to Mr. Douglas?

MS. RAJESH:  Objection.  And I'll remind the witness to answer only if you have an independent understanding, and if your understanding is based on communications with counsel, I'll instruct you not to answer.

A    Independent -- independent understanding, I have none.  The only understanding I have is what is outlined in the second amended motion.

Q    You mean the second amended complaint, right?

A    Second amended complaint, thank

40 (Pages 154 - 157)

CONFIDENTIAL

Page 158

you.

Q   Would your answer be the same for Mr. Howard?

A   Yes.

Q   Would your answer be the same for Mr. Testa.

A   Yes.

Q   Do you understand that you have publicly accused the three individuals of intentionally deceiving investors?

A   Yes.

MS. RAJESH:  Objection. Argumentative.

A   Yes, I do understand that they have been publicly accused.

Q   Have you ever met any of these individuals?

A   No.

Q   Have you ever communicated with any of these individuals?

A   No.

Q   Do you worry at all what this lawsuit might do to their reputations?

MS. RAJESH:  Objection.

Page 159

Argumentative.

A   No.

Q   Why not?

MS. RAJESH:  Objection.  Form.

A   Any wrongdoing, if they are in fact found guilty, that the -- any damage to the reputation is of their concern and not mine.

Q   You have talked so far about the company's failure to disclose certain things.

Do you recall that testimony?

A   Yes.

Q   What is the basis for your belief that any failure to disclose was intentional?

MS. RAJESH:  Objection.  And I'll remind the witness if you have an independent understanding, you may answer.  If your understanding is based on communications with counsel, I'll instruct you not to answer.

A   I have no knowledge of the intent of the officers.

Page 160

Q   We discussed earlier that Mr. Gaff accused you of fraud, and you said there was no merit to those allegations.

Do you recall that?

A   Yes.

Q   What is your basis for believing that these three individual defendants engaged in fraud?

MS. RAJESH:  Objection to form, and I'll give the same reminder.

A   The -- first of all, let me just say that I was the CEO of a private company who had no obligation to make any kind of public statements or declarations.  These three defendants are in a different position as officers of a public corporation and consequently have different responsibilities and duties to the shareholders.

Q   I understand that.

But earlier you said you had no knowledge of their intent, right?

MS. RAJESH:  Objection.  Form.

A   I did say I have no knowledge of

Page 161

their intent.

Q   So I'm just asking, sitting here today, what is the basis for your view that these three individual defendants intentionally deceived investors?

MS. RAJESH:  Objection.  Form. And I'll give the same reminder.

A   I don't believe -- well, let's just put it this way.  The officers should be -- I believe that the officers of a company should be aware of their responsibilities and their -- that includes their responsibilities to disclose all relevant information regarding the company's financial position and prospects and that whether they forgot or that it was not their intent is -- is not relevant.  I believe that it's their duty to perform that, and if they fail to do that, then they are responsible.

Q   We talked earlier about a class period, and you said you had an understanding of a class period.

Do you recall that?

41 (Pages 158 - 161)

CONFIDENTIAL

Page 182

A    No, you did not.  I have not submitted any documents regarding any other securities lawsuits that I have been a part of either as a class member or a plaintiff -- lead plaintiff.

Q    You have never submitted claim documents in connection with --

MS. RAJESH:  Objection.

A    I have submitted proof of purchase and sale, but I haven't -- I didn't know what other documents if, you know, other than those, those are the only documents I have ever produced in relation to any lawsuit, you know, securities lawsuit.

Q    I think we're on the same page. I think you just misunderstood me.  I probably used "claim documents" in a way that was ambiguous.  So let me -- let me clarify.

I understood from earlier testimony today that you had submitted documents to receive payments in connection with class action settlements; is that

Page 183

correct?

A    Yes.

Q    And I understood those class action settlements to be related to securities cases; is that correct?

A    Yes.

Q    I also understood that before the UNFI lawsuit you had never served as a named plaintiff or a class representative in any other class action; is that correct?

A    Yes.

Q    Referring to the other class actions, where you submitted documents for payments but did not participate as a named plaintiff or class rep, did you ever consider participating as a named plaintiff or class rep in those cases?

A    No.

MS. RAJESH:  Objection.  Vague.

A    No.

Q    So the UNFI matter is the first time you ever considered doing that, correct?

A    That is correct.

Page 184

Q    Why the difference now?

A    The difference now is that I am retired.  I had sold my company and I have had excess time on my hands to, you know, participate in these kinds of actions, whereas before I felt too busy and would rather just be a passive plaintiff.

(Whereupon, Complaint filed March 20, 2023 was marked as Dick Exhibit No. 5 for identification, as of this date.)

MR. CONRAD:  Thank you.

Q    The court reporter has handed you a document marked Exhibit 5.  It is the initial complaint filed in this case.  It was filed on March 20, 2023.

Do you see that?

A    Yes, I do see that.

Q    And you can see, from the caption and the cover page where it identifies the parties, you are not identified as a Plaintiff.

Do you see that?

A    I do.

Page 185

Q    Have you ever seen this document before?

MS. RAJESH:  Objection.  Form.

A    No.

Q    Were you involved in any way in preparing this document?

A    No.

Q    Take a look at numbered paragraph 1.  It's on page 1.

It states:  This is a class action on behalf of persons and entities that purchased or otherwise acquired United Natural Food securities between March 10, 2021 and March 7, 2023 inclusive, open parentheses, the class period, close parentheses.

Do you see that?

A    I do.

Q    Do you understand that to be the class period that was alleged in the initial complaint?

A    Yes --

MS. RAJESH:  Objection to form.

A    -- yes.  I mean, I can read that

47 (Pages 182 - 185)

CONFIDENTIAL

Page 186

language.

Q    And we discussed previously that the class period that's currently alleged in the lawsuit goes through September 25, 2023.

Do you recall that?

A    I do recall that.

Q    So you see that the class period that was alleged in the initial complaint was substantially shorter.

A    Yes.

Q    Do you see that?

A    Uh-huh.

MS. RAJESH:  Objection.  Form.

Q    And you sold all your UNFI shares of common stock in March 2023 after this March 7th date, correct?

MS. RAJESH:  Objection.  Form.

A    I did sell them afterward, but this paragraph talks about purchases, not sales.

Q    Do you know who Steven Spinner is?

A    No.

Page 187

Q    The court reporter handed you a document marked Exhibit 6.

(Whereupon, an Amended Class Action Complaint, filed August 15, 2023 was marked as Dick Exhibit No. 6 for identification, as of this date.)

Q    It is the amended class action complaint.  It was filed on August 15, 2023.

Do you see that?

A    I do.

Q    And, if you look at the caption, you can see you have now been added as a Plaintiff.

Do you see that?

A    I do.

Q    Have you seen this document before?

A    Yes.

Q    Were you involved in any way in preparing this amended complaint?

A    Yes.

Q    How?

A    I produced whatever documents

Page 188

were requested of me, answered any questions that were asked of me, responded to any emails that were sent to me.

Q    Well, to be clear, I'm not asking about you participating in discovery right now.  I'm talking about just preparing the complaint.

Did you participate in the preparation of the -- of the amended complaint?

A    I did not.

Q    Did you ever review it before it was filed?

A    Yes.

Q    When?

A    After it was sent to me.

Q    Do you recall approximately when that was?

A    I do not.

Q    How long did it take you to review it?

A    Well, it's a good 100 pages long.  This -- that could easily take an hour.  I don't recall the exact amount of time I

Page 189

started nor finished reading it.

Q    Did you finish reading it?

A    Yes, I read it.

Q    Do you recall whether you read it in hard copy or electronically?

A    I read it electronically.

Q    Do you recall whether you completed your review within one sitting, or did it take multiple sittings?

A    No.

MS. RAJESH:  Objection.  Form.

A    When I start a project, I finish it.

Q    So one --

A    So it was --

Q    -- sitting?

A    -- done in one sitting.

Q    Did you provide any comments on the amended complaint?

A    No.

Q    Did you suggest any revisions to the amended complaint?

A    No.

Q    Did you do any investigation to

48 (Pages 186 - 189)

CONFIDENTIAL

Page 190

verify that the allegations in the amended complaint were accurate?

A   No.

Q   Other than just reviewing it in one sitting electronically, did you do anything else with respect to this document?

A   I saved it onto my computer.

Q   Without disclosing the substance of any communications with your counsel, when you reviewed the draft of the amended complaint, did you have any questions about it?

A   No.

Q   Take a look at the very last page of that document.  Well, I guess it's the second-to-last page, because it's printed double-sided.

So the second-to-last page, it says:  Sworn certification of Plaintiff.

MR. CONRAD:  For the record, there is an ECF Bates stamp of 24-2.

Q   This is a certification that you signed, correct?

Page 191

A   Yes.

Q   It's dated August 14, 2023, correct?

A   Yes.

Q   The first paragraph says:  I have reviewed the complaint, adopt its allegations, and authorize the filing of a lead plaintiff motion on my behalf.

What does it mean that you authorized the filing of a lead plaintiff motion on your behalf?

MS. RAJESH:  Objection.  Form.

If you have an independent understanding, you may answer, but if it's based on communications with counsel, you may not.

A   I will answer it and say that I let my attorneys handle the legal matters on this, and where I was asked to sign, I signed.

Q   Did you review the complaint before you signed it?

A   Yes.

Q   Sitting here today, do you

Page 192

believe you are the lead Plaintiff in this case?

A   No, I believe I am an additional Plaintiff.

Q   What do you understand, if you have any understanding, of the distinction between a lead Plaintiff and an additional Plaintiff?

MS. RAJESH:  Objection.  Calls for a legal conclusion.

A   And I have no legal conclusion.

Q   No understanding of that?

A   No understanding.

Q   Do you know whether a lead plaintiff motion was ever filed on your behalf?

A   Yes.  I've only been added as a additional Plaintiff.

Q   So when you say "yes," you believe a lead plaintiff motion was filed on your behalf?

A   No.  I'm saying I was never, I don't believe, the lead Plaintiff in this case.

Page 193

Q   Did you ever want to be the lead Plaintiff in this case?

A   No.

Q   Can you help me understand why you stated that you authorized the filing of a lead Plaintiff motion then?

A   Because I did not know exactly the difference and was not looking at this thing through the eyes of a lawyer trying to interpret the law.

Q   And then you see, above the signature line, there is a statement that you declare under penalty of perjury that the foregoing are true and correct statements.

Do you see that?

A   Where?

Q   It's the line right above your signature.

A   Oh, yes.  Yes, I see that.

Q   If you look at the next page, this has a list of your transactions and UNFI securities.

Do you see that?

49 (Pages 190 - 193)

CONFIDENTIAL

Page 194

A   Yes.
Q   And it has the purchase of the 500 shares of common stock.
Do you see that?
A   Yes.
Q   It doesn't list the sale, though, correct?
A   Correct.
Q   Can you explain why the sale wasn't listed?
MS. RAJESH:  Objection.  Calls for a legal conclusion.
A   And the answer is no.
Q   Did you review the list of transactions before you signed the certification?
A   The list of transactions on this light -- last page?
Q   Correct.
A   Yes.
Q   Did you point out that it was missing the sale?
A   No.
Q   Why not?

Page 195

A   I didn't know it needed to be listed.
Q   Let's take a look at numbered paragraph 1.  This is on page 1 of the amended complaint.
It states:  This is a class action on behalf of persons and entities that purchased or otherwise acquired UNFI securities between December 8, 2021 and June 6, 2023, inclusive, open parentheses, the class period, close parentheses.
Do you see that?
A   Yes.
Q   Do you see that the class period alleged in the amended complaint is different than class period alleged in the initial complaint?
A   Yes.
Q   Can you explain that difference?
A   No.
MS. RAJESH:  Objection.
Q   Do you have any understanding as to why the class period changed?
A   No.

Page 196

MS. RAJESH:  Objection.
Q   Did you select December 8 2021 as the start date?
A   No.
Q   Who did?
A   I don't know.
Q   Did you select June 6, 2023 as the end date?
A   No.
Q   Who did?
A   I don't know.
Q   I will represent to you that Steven Spinner was named as a Defendant in the initial complaint that we looked at previously today.
If you look at the caption of the amended complaint, Mr. Spinner is not there and now we have Chris Testa.
Do you see that?
A   I do see that.
Q   Do you have any understanding as to why Mr. Spinner was dropped as a Defendant and Mr. Testa was added as a Defendant?

Page 197

MS. RAJESH:  Objection.
And I'll remind the witness, if you have an independent understanding, you may answer.  If your understanding is based on counsel communications, you may not.
A   I have no understanding of that fact.
Q   Are you aware of any statements made by Mr. Testa specifically that you allege to be false or misleading?
MS. RAJESH:  Objection.  Calls for a legal conclusion.
A   No.
Q   Do you know whether the claims in the amended complaint are the same claims as in the initial complaint?
MS. RAJESH:  Objection.  Calls for a legal conclusion.
And I will -- again, I'll remind the witness, if you have an understanding independent of counsel communications, only then may you answer.

50 (Pages 194 - 197)

CONFIDENTIAL

Page 198

A    I have no independent understanding of why the second amended complaint is different from the first amended complaint.

Q    Do you have any understanding as to whether the set of alleged false or misleading statements changed from the initial complaint to the amended complaint?

MS. RAJESH:  Objection.  Calls for a legal conclusion.  Same reminder.

A    I have no understanding independent.

Q    When you first read the draft amended complaint, did you disagree with anything in it?

A    No.

Q    Do you disagree with anything in it now?

A    No.

(Whereupon, the Second Amended Complaint was marked as Dick Exhibit No. 7 for identification, as of this date.)

Page 199

MR. CONRAD:  The court reporter is handing you a document that's been marked Exhibit 7.  It is the second amended complaint in this lawsuit. It was filed on November 6, 2023.

Q    Do you see that?

A    Yes.

Q    Are you familiar with this document?

A    Yes.

Q    Have you seen this document before today?

A    Yes.

Q    When was the first time you saw it?

A    When it was emailed to me.

Q    When was that?

A    I don't know the exact date.

Q    Was it before or after it was filed with the court?

A    I do not know the exact date.

Q    Did you review the document before it was filed with the court?

MS. RAJESH:  Objection.  Form.

Page 200

A    All I can say is I would have to review the email history, and then I can confirm one way or another.  But to say -- and I can only -- I'm not going to presume anything.  Just the answer is, I don't know when it was filed or when I got the email. I can see when it was filed, but I can't tell you exactly when I got an email unless I check my records.

Q    And to be clear, let's put specific dates aside.  Not -- this is not a memory test.

My question is more basic, which is:  Did you review a draft of the second amended complaint before it was filed with the court?

A    That, I am positive I did.

Q    You did?

A    Yes.

Q    Do you remember how far in advance of the court filing you reviewed the draft?

MS. RAJESH:  Objection.  Form.

A    No.  Yes, no.

Page 201

Q    The answer to the question was "no," right?

A    The answer to the question is no.

Q    Did you review the whole thing?

A    Yes.

Q    How long did it take?

A    You know, again, I didn't time it.  I didn't record when I started it, and I didn't record when I stopped, but this is, you know, a good -- an hour's worth of reading.

Q    So you think you read this within an hour?

MS. RAJESH:  Objection.  Form.

A    I believe I did.

Q    I'm sorry.  You believe you did?

A    Yes.  Let me just say that some parts of it, it looked -- it's sort of administrative.  I didn't focus too much time on that.

Q    Other than that one time you reviewed it, did you review at any other time before it was filed?

A    Not before it was filed.

51 (Pages 198 - 201)

CONFIDENTIAL

Page 202

Q   So I take it you reviewed it once in one sitting, correct?

A   Yes.

Q   Were you involved in preparing the second amended complaint?

A   Other than the documents I produced, no.

Q   Putting the account statements and other discovery aside, I just want to be clear: Were you involved in preparing the second amended complaint before it was filed with the court?

A   No.

Q   Did you provide any comments on the second amended complaint?

A   No.

Q   Did you suggest any revisions to the second amended complaint?

A   No.

Q   Did you do any investigation to verify that the allegations in the second amended complaint were accurate?

A   No.

Q   Other than reviewing it that one

Page 203

time for about an hour, did you do anything else with respect to this document?

A   Filed it on my computer.

Q   You mean you saved a record at --

A   I saved the PDF file onto my computer.

Q   Please take a look at numbered paragraph 1. It is on page 1 of the second amended complaint. It states: This is a class action on behalf of persons and entities that purchased or otherwise acquired UNFI securities between December 8, 2021 and September 25, 2023 inclusive, open parentheses, the class period, close parentheses.

Do you see that?

A   Yes.

Q   Do you understand that to be the class period that is currently alleged in this case?

A   Yes.

Q   Do you see that this class period changed from the class period alleged in the amended complaint?

Page 204

A   Yes.

Q   Do you have an understanding as to why it changed?

A   No.

Q   Did you agree with the change?

MS. RAJESH: Objection. Form.

A   I did not disagree with it.

Q   But you couldn't say one way or the other?

A   I didn't -- I just read it and accepted it.

Q   Why did you accept it?

A   My lawyer -- my legal team prepared --

MR. CONRAD: I think he was just saying: My legal team prepared it.

Q   Right?

A   My legal team prepared it.

Q   And you just signed off on it?

A   Yes.

Q   But you had no independent knowledge whether that class period made sense, correct?

A   Yes, you are correct with that

Page 205

assertion.

Q   For that, you defer to your attorneys?

A   Yes.

Q   Do you have an understanding as to the set of statements that are alleged to be false or misleading that are in this second amended complaint?

MS. RAJESH: I'll remind the witness, if you have an understanding independent of counsel communications.

A   I have no understanding independent of what counsel has provided in the complaint.

Q   Well, in your certification, you said that you reviewed the complaint and you adopted its allegations.

What does it mean to you when you say you adopt its allegations?

MS. RAJESH: Objection. Calls for a legal conclusion.

A   In my mind, adopting it is putting my name on the complaint, saying

52 (Pages 202 - 205)

CONFIDENTIAL

Page 206

that I have read and reviewed it, and whatever terms you want to put on it after that, I don't care.

Q   Well, in your mind, does adopting mean you agree with the allegations?

MS. RAJESH: Objection. Form.

A   In my mind, yes, I agree with the allegations.

Q   But let's take the class period allegation, for example.

You just said you had no basis one way or the other to agree or disagree, right?

MS. RAJESH: Objection. Form.

A   I agree that my attorneys have good reason to modify documents and that I'm leaving that decision in their hands.

Q   Is that also true for identifying and choosing which statements to allege were false or misleading?

MS. RAJESH: Objection. Form.

A   I agree. Again, I will just restate it to I defer to the -- to the -- my counsel on as to how they go about and

Page 207

prosecute the case.

Q   Do you also defer to your counsel about which statements to allege are false or misleading?

MS. RAJESH: Objection. Form.

A   Yes, I defer to my counsel to decide that.

Q   Do you defer to your counsel to decide what class period to allege?

MS. RAJESH: Objection. Form.

A   Yes. I defer to my counsel as to what class period to decide upon.

Q   On judgment calls about whether to file a motion, do you defer to your counsel to make that decision?

MS. RAJESH: Objection to form.

A   Yes.

Q   On judgment calls about whether to respond to a motion, do you defer to your counsel to make that kind of decision?

MS. RAJESH: Objection. Form.

A   Yes.

Q   Let's look at some of the specific statements that are alleged to be

Page 208

false or misleading in the second amended complaint.

(Whereupon, a Form 8-K was marked as Dick Exhibit No. 8 for identification, as of this date.)

MR. CONRAD: The court reporter has just handed you a document marked Exhibit 8. It's a Form 8-K from UNFI dated March 9, 2022, and it attaches as an exhibit an earnings press release for UNFI for second quarter fiscal 2022 results.

Do you see that?

A   Yes. Yes, I do see that.

Q   And if you could also look back at Exhibit 7.

A   Okay. Is that the second amended complaint?

Q   It is.

A   Okay.

Q   And take a look at numbered paragraph 153, which is on page 53 of the second amended complaint.

A   I found it.

Page 209

Q   Do you see that that paragraph refers to a press release announcing UNFI's second quarter of 2022 financial results?

A   Yes.

Q   And do you see that the next sentence refers to a Form 8-K?

A   Yes.

Q   Feel free to take a moment.

But would you agree with me that the SEC filing referenced in paragraph 153 of the second amended complaint is Exhibit 8?

MS. RAJESH: Objection. Form.

A   I'm not sure I understand the question. However, I see -- what's the question?

Q   I just want to make sure that we're on the same page, that they --

A   The press release relates to the filing.

Q   The allegation in numbered paragraph 153?

MS. RAJESH: Objection. Form.

A   Yes, the press release refers to

53 (Pages 206 - 209)

CONFIDENTIAL

Page 254

Q   But on --
A   -- in the -- in the complaint.
Q   -- but on that, you're deferring to counsel for that date, correct?
A   I do.
Q   Can you identify any new information that was disclosed by the company on September 26, 2023?
MS. RAJESH:  Objection.  Calls for a legal conclusion.
A   No, I cannot.
Q   For that date, you're also deferring to counsel, correct?
A   Yes.
MS. RAJESH:  Objection.
Q   We've talked about the complaints, and we've talked about your producing documents in the case so far.
Are there any other ways that you have been involved in prosecuting the case?
A   I have assisted counsel every time they have requested my assistance.
Q   Without disclosing the substance of those communications, have you assisted

Page 255

them with anything besides the complaint and responding to discovery requests?
MS. RAJESH:  Objection.  Form.
A   I don't fully understand the question, but from -- the answer would be no.
Q   I think earlier you talked about receiving updates from your counsel about the case; is that right?
A   As the documents --
MS. RAJESH:  Wait --
Q   Yes, don't disclose the substance of any communication.
A   No worries.
Q   I'm not asking about that.
A   They were only -- as they were presented to me to read, review, and approve, I did that.
(Whereupon, the court reporter requested clarification.)
THE WITNESS:  Sorry.  I forgot it was there.
A   I did that quickly.
Q   I'm sorry.

Page 256

What do you mean by "quickly"?
A   I mean, when it was presented, I returned the reviewed documents within a few days at most.
Q   Have you ever seen any documents that outline your duties as a class representative?
A   I have seen --
MS. RAJESH:  Objection.  Form.
A   -- I have seen references and -- to -- I have not seen any kind of legal document.  But I have -- I do understand that it's my responsibility to act on the behalf, to make sure that all members of the class are treated equally as I am, and that would be one of my duties.
Q   Other than treating them equally, do you believe you owe any other kind of duty or treatment to members of the putative class?
MS. RAJESH:  Objection.  Form.
A   I believe that I need to make sure my attorneys continue to do their job as to the best of my knowledge, and to hold

Page 257

them accountable if, in fact, they weren't acting on the behalf of our members, and, you know, to participate in this deposition and to do whatever I can to further our cause in this complaint.
Q   Do you know whether the Defendants filed a motion to dismiss in this case?
A   I have no understanding or -- of that.
Q   Do you know whether the court has issued a ruling on any kind of motion to dismiss?
MS. RAJESH:  Objection.  Form.
A   I have no understanding of what legal battles or whatever you want to call have taken place.  I only understand my role in helping prepare the documents and approving them and adopting them and, again, agreeing to appear for this deposition.
Q   So, in your view, you don't really have a role with respect to motion practice?

65 (Pages 254 - 257)

CONFIDENTIAL

Page 258

MS. RAJESH: Objection. Form.
A    That would be correct. I have no role in any motions made.
Q    Do you have any role in terms of reviewing rulings by the court?
A    I have no role in reviewing the rulings by the court.
Q    How are you able to determine whether counsel is doing their job, something you said earlier?
A    Well, having been in business and having been member and party to several lawsuits, I'm familiar of -- a bit with the steps involved in the process. And it appears to me that counsel has acted swiftly and has been professional in their preparation of the documents and accurate and has kept me informed at all stages where I need to be informed. And they seem very competent to me when I converse with them.
Q    The court reporter has handed you a document that's been marked Exhibit 18.
(Whereupon, the Filings relaed to

Page 259

Plaintiffs' motion for class certification filed on March 7, 2025 was marked as Dick Exhibit No. 18 for identification, as of this date.)
Q    It is the filing related to Plaintiffs' motion for class certification and appointment of class representatives and class counsel. It was filed on March 7, 2025.
Do you see that?
A    Yes.
Q    Have you ever seen any of these documents before?
A    I have not. There are some in the back that I -- you know, I see some of my -- I think some of my documents that I provided are in there, and I do believe my signature on a complaint or something else was in there. I'd have to go -- there is a bunch of different exhibits.
Are you -- any I can just say this, any document that I signed, I did review and agree to.

Page 260

Q    Take a look at that second document. I realize that's a little bit hard to tell one way or the other, but I'm going to give you a tip on how to do that.
Do you see the blue text at the top page?
A    Oh, yeah.
Q    In the middle, there is a reference to a Document 97?
A    A Document 97 in the middle.
Q    Just go to the first page just to help you get oriented.
MS. RAJESH: Can I just --
A    Yes, that one.
Q    So, just for your reference, that's a stamp that's generated by the court filing system when a document is filed. So I'm going to refer to that to ask a few questions.
What I would like you to do is turn to the page -- it's only a couple of pages in -- where that stamp shows Document 98.
A    I see it.

Page 261

Q    This is the memorandum of law in support of Plaintiffs' motion for class certification and appointment of class representatives and class counsel.
Do you see that?
A    Yes.
Q    This is a legal brief that the Plaintiffs filed in support of the motion for class certification and to appoint you as class representatives.
Do you understand that?
A    Yes.
Q    Did you review this brief before it was filed?
A    Well, just let me see here because -- how long does this go? Page 1 of 32. This thing goes from document 98, certificate of compliance. So I don't know anything about this document 98. I don't believe I've seen this.
Q    Okay. Staying within document 98, there is internal pagination at the bottom of the page.
Can you go to page 9 of document

66 (Pages 258 - 261)

CONFIDENTIAL

Page 262

98.

A    Yes.

Q    The last full paragraph starts with the word "here."

Do you see that?

A    Yes.

Q    And that paragraph reads:  Here Plaintiffs traded UNFI's common stock and/or call options during the class period at prices that were artificially inflated by Defendants' alleged omissions and misstatements and suffered damages when the truth about the company's forward-buying practices was partially revealed and/or the risk thereof materialized causing UNFI's share price to fall.

Do you see that?

A    Yes.

Q    The truth that was allegedly revealed was that the company was engaged in forward buying, correct?

MS. RAJESH:  Objection. Argumentative.  Calls for a legal conclusion.

Page 263

A    I believe that that is definitely, you know, part of what is going on here.

Q    Is there another part?

MS. RAJESH:  Objection. Form.

A    I -- you know, I'm going to just defer to my counsel on that part of the issue.  I think the main issue hinges on whether or not investors knew that forward buying was going on.

Q    Do you know who Steven Feinstein is?

A    No.

Q    Do you know whether there are any experts involved on either side of the case at this point?

A    No.

MS. RAJESH:  Objection.

A    Yes.  No, I have no clue of any experts.

Q    So same exhibit, but a different document.  I'm going to direct you to -- it's toward the back.  It's document 99-3.  This is your declaration in support of

Page 264

Plaintiffs' motion for class certification.  And if you look at the last page, this is a document you signed.  It was signed on March 4, 2025.

A    Yes, I see that.

Q    Do you recognize this document?

A    I do.

Q    Did you review this document before you signed it?

A    Yes.

Q    Do you recall when?

A    I signed it on March the 4th, 2025.

Q    Would you have reviewed it the same day you signed it?

A    Yes.

Q    Would you have reviewed it in one sitting?

A    Yes.

Q    Take a look at paragraph 9.

A    Yes.

Q    The first sentence states:  I have kept and will continue to keep myself informed of the status and progress of this

Page 265

action.  The strengths and weaknesses of the case and the prospects for settlement.

Do you see that?

A    Yes.

Q    What is your understanding of the current status of the case?

A    My current -- my understanding of the current status of the case is that we are in a -- I don't know -- the discovery has been asked for, and now I'm being deposed to verify the accuracy of what I agreed to.

Q    What is your view of the strengths of your case?

MS. RAJESH:  Objection to form.

A    I'm going to leave that to the attorneys to argue.

Q    You're deferring to counsel on that point?

A    Yes, I defer to counsel.

Q    What is your view of the weaknesses of your case?

MS. RAJESH:  Objection to form.

A    Likewise, I defer that.  That's

67 (Pages 262 - 265)

CONFIDENTIAL

**[& - 2015]**                                                                    Page 1

| & | | | |
|---|---|---|---|
| **&**  3:4 6:21,24 | **113**  237:10 | **15:13**  271:22 | **2** |

**0**

**003590**  170:24
**003730**  273:4
**003749**  272:7
  272:15 274:3
  274:10 284:16
  284:18
**02364**  1:3 5:24

**1**

**1**  5:12 43:19
  44:6 49:16
  58:17,20 66:5
  69:16,18,20,21
  69:22 98:7,8
  169:23 185:10
  185:10 195:5,5
  203:9,9 221:14
  261:17 283:7
**10**  173:15,19
  185:14 217:5,9
  281:16 283:21
**10,000**  48:4
  124:25 127:2,7
**100**  188:23
**11**  104:14
  218:13,16
  283:23
**11.9**  211:18
**1100**  286:1

**113**  237:10
**11:24**  133:4,6
**12**  106:8
  219:23 220:2
  283:24 286:4
**12:07**  133:7,11
**12:34**  175:24
**12:56**  175:17
  175:19
**13**  221:6,9
  223:5,25 284:4
**13:04**  175:20
**14**  191:3
  222:24 223:3
  284:5
**14.2**  213:10
**14.42**  213:19
**14.42.**  213:12
**14.50**  213:10,18
**14.6**  211:15
  238:6
**14.8**  238:7
**14:01**  226:23
  226:24
**14:13**  226:25
  227:5
**14:38**  246:4,5
**14:41**  246:6,10
**15**  187:5,9
  232:19,23
  283:16 284:7
**153**  208:23
  209:11,23
  210:4 211:3,12

**15:13**  271:22
  271:23
**15:27**  271:24
  272:4
**15:38**  282:11
**16**  111:16
  113:2 239:13
  239:16 284:10
**168**  283:11
**17**  218:18
  219:17 245:19
  245:22 246:12
  284:11
**18**  231:19,22
  232:17,25
  258:24 259:4
  284:8,13
**1820**  286:2
**184**  283:14
**187**  283:15
**19**  70:13 90:19
  272:8,12
  284:15
**1925**  3:6
**1955**  28:7
**1977**  39:2
**1979**  39:5
**1985**  44:19,22
**1989**  55:9
**199**  283:17
**1990**  55:13
**1:23**  1:3 5:24
**1q**  238:6

**2**  44:7 66:12
  68:17,20 76:21
  76:21 91:5
  98:24 133:5
  239:23 283:9
**2.4**  211:22
**20**  94:15
  127:11,12
  146:6 149:4
  184:10,17
  221:11 222:17
  274:4,8 283:14
  284:17 287:16
  288:22 289:22
**20,000**  127:17
**200**  126:10
**200,000**  126:11
  128:2
**2000**  39:18,20
**2002**  8:3
**2004**  106:9
**2008**  70:13
  74:5 84:5,6
  90:19
**2009**  70:4
  74:24 90:20
  91:10,14,20
**201**  211:21
**2010**  86:23
**2014**  40:2
**2015**  90:6,8
  91:17 113:25

CONFIDENTIAL

**[2019 - 3796]**                                                                 Page 2

**2019** 11:4 34:19 51:4 58:4,17
**2020** 16:22 28:12 58:18
**2021** 154:2 162:7,11,14 169:23 185:15 195:10 196:3 203:14 213:20 215:19 216:21 217:11 218:7
**2022** 51:17 142:12 145:7 154:4 208:10 208:13 209:4 210:22 213:9 213:17 218:18 219:17 220:4 220:23 221:11 222:17 223:5 224:2 232:12 236:15 237:15 238:3,15 239:18 253:2 273:18
**2023** 24:16 134:25 136:12 140:13 142:18 162:12,15 167:10,25 173:24 174:7 175:6 184:10 184:17 185:15

186:6,17 187:5 187:10 191:3 195:11 196:8 199:6 203:14 230:9 237:15 237:16,16 239:20 243:6 243:25 244:6 244:16 245:18 246:14,15 247:20 248:13 249:14 251:13 251:21 253:2,6 253:13,21 254:9 274:25 283:14,16 284:12
**2024** 33:4 36:16
**2025** 1:20 2:11 5:4 63:21 259:3,11 264:5 264:14 284:14 285:18 286:4
**208** 283:19
**21** 113:23
**2100** 3:7
**213** 237:8 252:9,22
**214** 237:7 238:3 240:15
**215** 243:4 283:20

**216-523-1313** 286:3
**217** 283:21
**218** 283:23
**218,000** 106:7
**219** 283:24
**221** 284:4
**223** 284:5
**229** 229:13 230:25 235:5
**23** 90:6 115:6 238:6 243:9 274:22
**231** 232:3
**232** 284:7
**239** 284:10
**24** 91:10 115:7 115:14 215:19 216:21
**24-2** 190:23
**245** 284:11
**25** 56:3 59:7 127:15 142:18 162:15 186:5 203:14
**25,000** 87:21 127:11
**250,000** 104:19 106:3
**259** 284:13
**26** 116:5 237:16 253:13 254:9

**27** 118:11 128:22 239:18 274:21,25
**272** 284:15
**274** 284:17
**276** 210:10,18
**277** 213:3 283:4
**278** 283:5
**27th** 142:12,17
**28** 128:21 129:19 150:22 167:9
**2q** 243:9

**3**

**3** 88:21,25 97:25 98:6,7,8 98:23 104:14 130:21 169:17 169:20 175:18 217:14 218:21 219:4 230:9 283:10
**30** 122:9 127:13,15
**30,000** 127:17
**32** 121:4 123:7 261:18
**35,000** 87:21
**3500** 28:4
**359** 285:20
**3796** 170:24

CONFIDENTIAL

**[3:38 - able]**                                                                 Page 3

| | | | |
|---|---|---|---|
| **3:38** 282:12 | **53** 208:23 | **734** 272:24 | **8th** 136:5 153:6 |

**4**

**4** 111:17 168:21,25 175:25 226:23 246:18 264:5 283:11
**40** 142:14
**40,000** 104:24 106:19 107:23
**40207** 28:5
**43** 283:7
**44114** 286:2
**48** 131:11 132:5
**4q** 221:16 222:4
**4th** 28:7 264:13

**5**

**5** 113:24 169:16 184:11 184:15 217:11 218:7 227:5 271:22 283:14
**5,000** 52:19
**5/7/2025** 286:8 287:3 288:3
**500** 142:11,24 143:4,6 152:20 165:19 166:8 194:4 273:13 273:16 274:17

**6**

**6** 76:23 118:12 122:9 187:3,6 195:11 196:8 199:6 243:7,9 272:5 283:15
**60603** 3:18
**66** 211:18
**68** 283:9

**7**

**7** 1:20 2:11 5:4 79:4 170:16 176:20 185:15 198:24 199:4 208:17 220:4 220:23 228:24 229:3 230:5 237:6,15,16 238:3,15 243:2 252:6,25 253:6 253:21 259:3 259:11 283:4 283:17 284:14
**7,500** 142:19
**7.4** 211:13
**7.5** 211:14
**732** 272:25
**7325356** 1:25 286:7 287:2 288:2 289:2
**733** 273:8

**734** 272:24
**75** 59:8
**752** 272:22 274:13
**7590** 142:20
**78** 63:25
**787** 2:18 6:2
**7th** 186:18 267:3,8

**8**

**8** 98:24 136:12 162:14 167:25 173:24 174:7 195:10 196:3 203:14 208:4,5 208:9,9 209:7 209:13 210:2,7 237:15 239:12 239:17 241:5 241:13 243:6 243:25 244:16 246:14 247:20 248:13 249:13 251:21 253:2 281:16 283:19 283:19 284:10
**80s** 83:17
**82** 237:6,9 252:8,22
**88** 229:2,3 283:10
**8:33** 1:21 2:12 5:4

**8th** 136:5 153:6 174:24 244:5 245:4 267:24 269:13

**9**

**9** 130:22 208:10 215:13 215:17 261:25 264:21 283:20
**90** 22:23
**90067** 3:8
**941** 75:15
**97** 260:10,11
**98** 260:24 261:18,20,23 262:2
**99-3** 263:24
**997** 239:25
**9:45** 66:4,6
**9:59** 66:7,11
**9th** 134:25 140:13 285:18

**a**

**a.m.** 1:21 2:12 5:4 66:6,7 133:6
**abbreviate** 133:21
**ability** 77:15 219:10 220:13 249:2
**able** 49:9 119:20 124:19

CONFIDENTIAL

[able - administrative]                                                      Page 4

154:9 234:8
239:8 258:9
**above**  193:12
193:19 218:2
230:18 286:17
**accelerating**
243:17
**accept**  204:13
**accepted**  89:19
204:12
**access**  166:2
168:6 172:15
227:18 228:5
229:7,15
**accord**  103:11
**accordance**
287:5 288:5
**account**  21:21
21:23 41:8,9
41:11,14,15,18
41:23 42:2,13
42:23 43:6,11
59:23 135:11
145:12 166:3
166:15 171:8
172:24 202:9
272:13,18
273:10 274:8
276:10
**accountable**
83:14 257:2
**accountant**
54:11

**accounting**
155:5 241:22
242:3
**accounts**  41:7
42:5 170:9
**accuracy**
265:12
**accurate**  19:25
44:3 176:15
190:3 202:23
212:9,11,11
258:18
**accurately**
44:14
**accusation**
99:14
**accusations**
108:20 132:12
**accused**  62:20
132:16,21
158:10,16
160:3
**accusing**  131:6
131:9
**acknowledge**
287:11 288:16
**acknowledged**
100:7
**acquire**  270:5
**acquired**
185:13 195:9
203:13
**acquiring**
100:24

**acquisition**
218:3
**act**  144:16
154:13,13
256:14 287:14
288:20
**acted**  10:11
258:16
**acting**  257:3
**action**  6:8
13:22 16:3
33:18 55:6
65:13,15 66:17
67:11 68:14
79:9 130:24
131:2 141:4
182:25 183:5
183:11 185:12
187:4,8 195:8
203:11 265:2
283:15 285:14
**actions**  13:4
14:18,19 15:5
24:15 66:20,24
67:20 77:6
181:24 183:14
184:6
**active**  41:12
59:12
**actively**  51:7
**activities**  95:19
**actual**  38:7
105:14

**actually**  33:12
45:23,24 61:12
63:20 90:21
100:20 104:17
104:22 105:6
106:17 147:5
153:9 237:7
267:25
**add**  36:22
176:6,23
**added**  53:14,20
139:19 140:2
187:14 192:18
196:24
**adding**  116:13
**addition**  157:6
171:8
**additional**
84:24 192:4,8
192:19
**address**  28:3
39:12,17,19
40:4,12,23
41:4 247:5
286:15
**addresses**  40:9
40:16,19 44:2
**adjusted**
211:21
**administer**
4:16
**administrative**
92:20 201:20

CONFIDENTIAL

**administrativ...** 10:25 35:6,19 36:5,9
**admit** 17:20 87:24 118:8 128:15
**admitted** 118:6 249:14
**admitting** 249:10
**adopt** 191:7 205:21 229:22 230:13,25
**adopted** 205:19 231:5
**adopting** 205:24 206:5 229:25 257:20
**advance** 180:3 200:22 247:11
**advantage** 155:25
**advertisement** 136:19,24
**advice** 116:11 172:6 269:25
**advisor** 172:5
**advisory** 276:16
**affairs** 12:20
**affect** 20:5,8 153:12
**affected** 247:6

**affidavit** 8:18 9:4
**affidavits** 8:20 9:6
**affiliations** 6:14
**affixed** 287:15 288:21
**aforemention...** 77:10 276:15
**africa** 38:19
**afterward** 186:20
**agent** 35:24,25 36:11
**aggressively** 115:16
**ago** 14:5 19:9 106:11
**agree** 5:10 17:23 28:22 61:25 100:16 103:6,22 105:8 106:20 107:10 107:14 114:7 119:8 140:25 150:8 155:16 155:20 204:6 206:6,8,13,16 206:23 209:10 216:20 218:6 218:10 219:16 219:20 220:22 222:16,21

223:25 224:6 231:7 240:14 240:22 242:16 247:25 248:25 249:6 259:25
**agreed** 4:4,9,13 17:14 119:22 131:13 236:18 265:13
**agreeing** 37:14 257:21
**agreement** 17:5 17:8,10,21 31:10 37:15,16 37:20 38:9 178:10
**agreements** 30:8,10
**agrees** 52:15
**al** 286:6,6 287:3,3 288:3 288:3
**alerted** 145:4 267:6 277:13
**alex** 133:20
**alexander** 1:10 5:19 246:20 248:21
**alignment** 268:21
**allegation** 78:25 79:13,16 99:8 105:5 106:21 107:2

110:12 115:21 124:8 206:11 209:22 211:11 227:17 228:4 228:16 229:22 231:2,6,8,11 236:12
**allegations** 23:8 77:19,22 78:21 97:2,4,5 108:15 112:25 132:7,12 160:4 190:2 191:8 202:22 205:19 205:21 206:6,9 230:13
**allege** 197:12 206:20 207:4 207:10
**alleged** 96:10 115:7 124:6,9 131:10 132:16 132:21 162:4 185:21 186:4 186:10 195:16 195:17 198:7 203:20,24 205:7 207:25 216:21 218:8 219:17 220:23 222:17 224:2 224:10,23 226:9 236:21 236:25 251:20

CONFIDENTIAL

**[alleged - appended]**                                                      Page 6

| | | | |
|---|---|---|---|
| 253:6,13 | 202:23 203:10 | 188:25 | 138:16 143:17 |
| 262:12 | 203:25 205:9 | **analysis** 229:8 | 143:20,21 |
| **allegedly** | 208:2,18,24 | **analyst** 168:11 | 151:10 157:13 |
| 262:20 | 209:12 210:4 | 215:11,18 | 157:18 158:3,6 |
| **alleges** 115:15 | 211:4 227:7,16 | 217:3,9 218:11 | 159:21,23 |
| 118:12 124:4 | 228:3,25 | 218:17 219:21 | 165:14 167:19 |
| 131:17 227:7 | 229:23,24 | 220:3 221:4,10 | 168:14 181:20 |
| 236:24 | 230:6 232:4,18 | 222:12,22 | 191:15,18 |
| **alliance** 50:3 | 233:2 236:23 | 223:4 224:7,20 | 194:14 197:5 |
| **allow** 92:16 | 237:5 240:16 | 283:20,21,23 | 197:25 200:6 |
| 116:10 162:10 | 243:3 252:3,7 | 283:24 284:4,5 | 201:2,4 216:25 |
| 180:4 220:14 | 283:15,17 | **analysts** 215:24 | 234:7,17 |
| 235:20 269:22 | 284:8 | 216:4 | 239:11 245:9 |
| **allowed** 100:25 | **american** 17:8 | **analyze** 270:20 | 248:19 255:6 |
| 270:15 | 45:20 179:12 | **andrew** 32:6 | 281:10 |
| **altogether** | 179:13 | **angeles** 3:8 | **answered** |
| 37:11 | **ameritrade** | 45:11 | 188:2 231:4 |
| **ambiguous** | 21:23 22:3 | **announcement** | **answering** |
| 182:20 | 26:21 135:10 | 142:16 150:21 | 18:21,23 |
| **amended** 21:7 | 135:23 136:20 | 153:7 | **answers** 19:25 |
| 26:20 134:2,4 | 145:12 165:21 | **announcing** | **anybody** 14:8 |
| 141:13,15,18 | 168:8 171:8 | 209:3 | 147:24 |
| 141:21 143:13 | 172:15,20 | **annual** 36:8 | **app** 165:21 |
| 143:23,25 | 173:2 174:18 | 59:21 81:20 | **appear** 257:21 |
| 157:22,23,25 | 174:23 244:10 | 104:24 106:19 | 287:11 288:15 |
| 163:10 187:4,8 | 272:13 274:8 | **answer** 14:2 | **appearance** |
| 187:22 188:10 | 276:9 278:6 | 15:14 19:5,14 | 6:12 113:18,22 |
| 189:20,23 | 279:14,24 | 20:12,16,23,25 | **appearances** |
| 190:2,12 195:6 | 280:19 281:6 | 27:18 53:25 | 3:2 6:14 |
| 195:16 196:18 | 281:14 | 62:12 84:13 | **appears** 103:10 |
| 197:17 198:3,5 | **ameritrade's** | 99:10 100:18 | 258:16 |
| 198:9,16,22 | 171:15 | 106:24 110:25 | **appended** |
| 199:5 200:16 | **amount** 126:7 | 112:22 132:10 | 231:20 288:11 |
| 202:6,12,16,19 | 127:9 152:18 | 134:7,11,15,20 | 288:18 |

CONFIDENTIAL

appoint 261:10
appointed
 74:11
appointment
 109:7 259:9
 261:4
appointments
 109:3,6
appreciate
 62:17 247:9
approve 255:19
approving
 257:20
approximate
 58:13
approximately
 7:25 22:21,24
 46:10,23 55:23
 77:3 127:2,25
 148:23 164:15
 188:18
april 28:7 90:6
arbitration
 9:10,12
area 38:20
argue 231:12
 265:18
argument
 266:19
argumentative
 158:14 159:2
 224:13 225:16
 226:6 227:21
 231:16 241:2

247:24 248:18
262:24 266:7
arrangement
 178:23
arrive 70:19
arrived 139:14
article 171:17
artificially
 262:11
arts 38:17
aside 25:25
 42:19 132:15
 200:12 202:10
asked 20:16
 54:25 72:23
 109:18 113:8
 117:5 164:5
 188:3 191:20
 231:3 265:11
asking 15:23
 18:16 23:15
 25:6,8 118:20
 138:2 140:25
 161:3 163:15
 188:5 241:14
 255:16
asks 169:21
assertion 205:2
 242:14
assess 232:8
assessment
 235:21
asset 108:7

assets 108:6
assign 40:11
assigned 40:14
 65:2,7,9 85:21
 125:7
assigning 64:23
assignment
 287:2 288:2
 289:2
assist 99:3
assistance
 254:23
assisted 254:22
 254:25
associated
 12:16 94:10
 167:12,16
assume 19:15
 43:10 130:3
at&t 40:11,11
attached
 146:15 288:7
attaches 68:21
 208:10 239:18
attempted
 67:15
attempts
 227:16 228:3
attend 38:13
 175:10
attention 76:23
 85:8 98:24
 170:15 210:9
 247:2

attitude 60:20
attorney 6:16
 20:20,24 30:11
 30:17 31:17
 32:11 33:12
 176:25
attorneys 3:5
 3:16 4:5 21:9
 21:17 22:11,13
 22:14,18 24:22
 25:10 27:10
 31:20,22 32:4
 38:5 125:8,9
 162:22 163:23
 169:14 177:18
 178:7 191:19
 205:4 206:16
 231:12 256:24
 265:18
attributable
 240:24
attribute
 241:17
attributed
 238:9,15,18,20
 238:23
attributes
 241:7
audio 5:8
audit 55:3
audited 54:20
 55:20
august 187:5,9
 191:3 283:16

CONFIDENTIAL

**[austin - believe]**                                    Page 8

| | | | |
|---|---|---|---|
| **austin** 2:17 3:15 6:2,18 | **b** | **based** 15:9 30:19,21 32:9 | **beginning** 6:15 50:15 66:11 |

**austin** 2:17
3:15 6:2,18
**author** 150:12
150:17,18
173:11
**authorize**
191:8 288:11
**authorized**
4:15 191:11
193:6 230:13
**auto** 46:8
**automation**
217:23
**availability**
48:17
**available**
146:14 171:15
174:23 278:6
279:17 280:18
**ave** 286:1
**avenue** 2:18 6:2
**avoid** 18:24
154:23
**avoiding** 99:3
**aware** 26:25
65:14 76:4
99:13 100:9
134:22 140:6
141:13,14
150:10 156:2
161:12 180:18
197:10 251:19
252:2 276:11
276:13 277:21

**b**
**b** 131:23 251:4
**baby** 111:23
112:8
**bachelor** 38:17
**back** 36:13
38:12 48:5
49:7,16 58:20
72:4,7 74:4
76:19 79:23
85:24 87:4
91:5 93:6
109:16,17
122:8 163:5
208:16 211:3
230:4,24 235:4
243:2 252:5
259:17 263:24
273:2 286:15
**backdrop**
223:17
**background**
38:12
**backup** 17:13
**bad** 166:20
248:23
**balance** 280:22
**bank** 59:23
**bankruptcy**
64:20
**bankrupts**
15:19

**based** 15:9
30:19,21 32:9
45:10,11 56:4
56:7 57:5,6
72:8 143:19
149:15 150:11
157:16 159:22
176:7 191:16
197:6 247:19
**basement** 47:8
**basic** 200:14
**basically** 13:14
14:4 23:5
71:22 72:23
268:6
**basis** 77:5
159:15 160:7
161:4 206:12
211:16
**basswood** 28:4
**bates** 170:25
190:23 210:10
210:10,17
213:2 239:24
272:7,15,22
273:3 274:3,9
284:16,18
**battles** 257:17
**bed** 147:7
**beg** 35:11
147:21
**began** 12:4
111:20 164:9
164:12

**beginning** 6:15
50:15 66:11
76:25 133:11
175:24 227:5
272:4
**begins** 162:7,10
**behalf** 1:5 5:16
6:18,22 13:15
37:8 170:7
185:12 191:9
191:12 192:17
192:22 195:8
203:11 230:15
256:15 257:3
**behavior** 99:6
99:18
**belief** 100:21
127:20 159:15
165:5 181:14
268:23
**believe** 10:14
12:3,24 13:7
14:11 21:22
22:10 35:18
36:8 37:25
49:19 59:24
60:15 65:7,17
80:25 86:12,13
86:21 91:19
93:10 95:4
96:12 101:21
107:21 114:16
114:18,25
120:21 125:21

CONFIDENTIAL

**[believe - business]**                                              Page 9

126:9,11 127:4 127:5,6,6 131:18 132:6 140:23 144:10 144:14,24 147:8 150:13 151:24,25 152:23 153:3,5 153:9,18,21,24 161:9,11,19 162:18 165:11 167:14 172:22 180:24 181:2 192:2,4,21,24 201:16,17 212:18,20,23 222:6 226:8 256:19,23 259:19 261:21 263:2 267:5,13 267:20,24 268:19 269:3 269:15 280:15
**believed** 29:2 32:13 35:5 113:10 267:20
**believing** 160:7
**benefit** 156:3 216:14 218:25 219:9 229:8 247:10
**benefiting** 225:13 247:22

**benefits** 222:7 247:15 248:5
**best** 80:14 110:17 256:25
**better** 100:23 249:8
**beyond** 223:8 236:5,7
**billion** 211:13
**birth** 28:6
**bit** 145:9 167:19 258:14 260:3 271:19
**blocked** 115:15
**blood** 285:14
**blue** 260:6
**bluesky** 42:11 42:12,13
**board** 73:10,22 74:12,14,20,22 75:20
**boards** 42:15
**bold** 210:20 229:6
**bolded** 240:2
**bonuses** 104:24 106:19 107:22
**book** 9:24 56:25 57:9 59:3
**bookkeeper** 53:17 54:9 80:16,17,24,25 109:18

**books** 41:3 52:2 52:3,5,6,16,18 52:19,20,25 53:7 55:16 56:13,15,24 57:16,19,21 58:21 59:4,5 59:11,18 73:19 212:13
**borrowed** 48:4
**boss** 53:15
**bothered** 35:25
**bottom** 103:19 210:11 218:22 221:15,17 261:24
**bought** 56:17 56:18
**bounce** 150:24 151:2
**break** 20:17 66:2 105:3 148:7 175:15 176:4 226:21
**breaking** 117:3
**breaks** 20:14
**breastfeeding** 111:25 112:13 112:21 113:10
**brief** 82:16 261:8,14
**briefly** 82:8
**brings** 52:13

**broke** 135:7,14
**brokerage** 9:23 10:4,6 21:22 22:8
**brother** 12:19
**brought** 13:4 13:24 14:19 15:5 38:10 62:22 71:17 109:25 132:13 156:8
**browser** 166:3
**buffet** 268:21
**building** 47:8 119:16
**built** 154:25
**bullet** 211:7,12 211:17,20
**bullets** 210:20
**bullied** 118:15 120:14
**bully** 120:12
**bullying** 120:19
**bunch** 47:12 259:22
**business** 9:16 9:18,19,21,22 10:15,20,22 12:2,12,20 13:17 16:16 35:7,14,20 47:20 49:13 50:5 51:8,11 51:14 52:12,23

CONFIDENTIAL

**[business - case]**                                     Page 10

55:20 57:10,13
62:15 75:11,17
83:4 101:20
102:7,9,14
108:18 121:16
121:21 122:10
122:14,17
123:6,8 125:4
129:24 179:13
258:12 268:25
271:9
**businesses**
52:21 57:15
**businessman**
235:23
**busy** 184:7
**buy** 124:20
152:5 154:20
156:4 165:19
166:22 219:11
220:13 222:13
232:9 268:22
270:6 277:18
**buying** 154:6
154:15,17,19
155:17,22,25
156:17 157:2
180:3,8 181:11
181:17 215:8
216:17 217:24
223:21 224:9
224:22 225:2,4
225:23 226:3
226:17 227:10

229:9 232:12
233:15,19
234:11 235:16
236:14 237:12
238:21 239:2
240:24 241:18
241:21 242:2,6
242:8,12,18
244:17,23
245:7,13
247:11,22
250:3,5 251:3
262:14,22
263:11 269:5
**buys** 144:22
222:8

**c**

**c** 62:16 68:23
131:25
**ca** 286:25
**calculate** 234:2
234:10
**california** 3:8
45:12 47:11
**call** 13:17
15:20 40:25
42:25 50:7,12
52:11 53:15
54:15 56:23
84:6 92:22
93:23 96:5
97:25 98:10
102:17 103:18

104:7 124:20
124:22,23
135:9,17,24,25
136:4,6,10,11
142:16 152:13
164:11 167:25
168:4 173:24
174:9,25
178:24 181:13
236:3 245:16
246:13 257:17
262:10 268:19
284:11
**called** 7:5 9:19
12:13 32:6
38:3 41:3
44:25 45:3,5,9
45:25 46:4
48:18 56:18,22
56:22,24 71:18
109:18 117:19
133:23 140:9
140:11,18
270:17 280:6
**calls** 78:5 109:2
110:20 117:15
153:6,17
165:12 180:23
181:18 192:10
194:12 197:13
197:19 198:10
205:22 207:14
207:19 212:6
214:10,17

224:11 227:21
234:5,14 235:9
236:16 237:23
253:9,15,22
254:10 262:24
**canada** 10:3
**capacity** 17:12
51:16 66:15
**cape** 38:19 39:4
**caption** 89:2
98:2,10 184:20
187:13 196:17
**car** 78:4 94:13
109:15,16,17
**care** 53:18
92:20 93:2
206:4
**carrollton**
56:10 57:6
**cars** 117:4
**case** 5:23 9:14
9:15 14:10,14
15:2,10,16
16:10 21:19
23:8,11,12,24
24:2,10,23
25:11,18 31:6
31:20 33:6
37:3 65:3 86:6
86:11,16,22
87:6,8,9
109:23 110:2
124:17 125:7
125:20 134:23

CONFIDENTIAL

**[case - claim]**                                    Page 11

135:2 139:5
140:15 147:9
147:22 156:9
164:20,23
177:19 178:7
178:11 180:24
184:16 192:3
192:25 193:3
203:21 207:2
236:21 251:21
254:19,21
255:10 257:9
263:16 265:3,7
265:9,15,23
266:5,10
272:19 286:6
287:3 288:3
**cases** 11:13
14:12 121:24
183:6,18
281:18
**cash** 12:5 29:13
**casting** 47:23
**casual** 95:25
**category** 95:19
180:14
**cause** 130:23
131:2 156:14
257:6
**caused** 249:10
**causing** 92:8,8
129:7 262:16
**ceased** 14:4
34:23 130:18

**cent** 128:10
**century** 3:6
**ceo** 28:17 51:2
53:8 55:25
58:10,15 71:18
72:14,19,24
73:4,9 74:2,6,8
74:13,19 82:8
82:11,20,23
84:16 133:19
144:6 157:7
160:13
**certain** 59:6
76:14 159:11
181:2
**certainly** 62:25
229:10
**certificate**
261:19 285:2
288:11
**certification**
4:7 190:21,24
194:17 205:17
230:4,6 259:3
259:8 261:4,10
264:2 284:14
287:1 288:1
**certifications**
8:14
**certified** 65:16
285:6
**certify** 285:8,13
**cfo** 133:22
144:7 157:7

**chain** 243:18
247:8
**challenged**
243:15
**challenges**
180:20 251:8
**challenging**
223:17
**chance** 129:10
140:23
**change** 35:25
176:6 204:6
239:10 286:13
286:14 288:8
289:3
**changed** 72:6
146:12 195:24
198:8 203:24
204:4
**changes** 179:7
213:25 238:10
238:15 240:9
241:8 242:4
286:12 287:7
288:7,9
**characteristic**
117:25
**characterizati...**
100:17 119:9
**charge** 71:23
82:7 104:8
105:16 214:2
240:8 242:12

**charged** 63:11
63:13 64:15
**charts** 269:23
270:15
**check** 67:23
166:15 200:10
**checked** 121:6
**checks** 59:19
**chicago** 3:18
**chief** 53:23
54:2
**child** 113:6
**children**
113:11
**china** 10:2
**choosing**
206:20
**chose** 80:21
120:23
**chris** 133:23
196:19
**christopher**
1:11 5:20
**chronology**
48:8
**circling** 36:13
**cited** 232:17,25
284:7
**city** 111:10,10
**civil** 69:23
287:5 288:5
**claim** 62:9
65:21 67:22,25
68:7 97:18

CONFIDENTIAL

99:14 181:23 182:7,19

**claiming** 227:17 228:4

**claims** 29:25 37:2 38:10 99:23 100:5,10 109:25 119:3 126:4 127:10 144:11 156:8 156:11 157:10 197:16,17

**clarification** 16:12 35:10 58:7 136:9 171:25 255:21

**clarify** 12:24 19:12 90:21 91:4 127:16 129:18 148:5 162:13 174:16 182:21 273:22

**class** 65:8,10,13 65:16,19,19,22 66:17,20,24 67:10,16,20 68:13 135:12 141:4 156:20 156:22 157:2 161:22,24 162:3,7,19 181:24 182:5 182:25 183:4 183:10,11,13

183:16,18 185:11,16,21 186:4,9 187:4 187:8 195:7,12 195:15,17,24 203:11,15,20 203:23,24 204:23 206:10 207:10,13 214:14 215:8 216:22 218:8 219:17 220:23 222:17 224:2 224:10,23 226:9,15 229:9 256:7,16,21 259:2,8,9,10 261:3,4,5,10,11 262:10 264:2 283:15 284:14

**classify** 136:23

**clause** 100:2,13

**clear** 33:16 58:2 117:12 118:9 125:16 188:5 200:11 202:11 224:8 224:21 225:2,3 240:20

**clearly** 219:8

**clearview** 228:18,22 229:19 231:2 231:14,18,23

233:3,15 234:2 234:10 235:19 236:11

**cleveland** 286:2

**close** 84:4 109:9 122:2 142:18 154:21 185:16 195:12 203:16 211:16 237:22

**closed** 238:8

**closer** 25:20

**clue** 214:12 263:20 267:22

**collect** 13:5 31:25

**collected** 10:12

**collecting** 14:7 37:10

**collection** 13:18 72:21

**collectively** 77:7

**college** 38:13

**colour** 9:20 11:6,25 13:15 14:16,21 16:3 18:6 28:14 33:7,18 34:3 36:23 37:6 38:7 40:20,22 40:23 41:5 46:22 49:18 51:2,20 52:19

53:4,9 55:24 56:19,21 57:9 57:23,23 58:4 59:10 60:6 68:23 72:3 73:5,6,16 79:23 89:3,4 104:17,22 106:16

**colour's** 15:7

**colours** 37:24

**com** 41:5

**combination** 155:21

**combined** 154:4

**come** 75:20,22 78:5 85:9 136:24 146:11 146:21

**comes** 167:2

**commencem...** 77:2

**comment** 42:14 42:17 95:24 112:7,11,15 116:18 214:24

**comments** 96:9 96:18 111:21 111:22 189:19 202:15 246:19

**commercial** 248:5

CONFIDENTIAL

**[commission - complaint]**                                    Page 13

| | | | |
|---|---|---|---|
| **commission** | 275:21 | 71:20,22,25 | 149:22 159:11 |
| 72:8 287:19 | **companies** | 72:14 73:9,13 | 161:16 213:24 |
| 288:25 289:25 | 13:16 40:25 | 73:17,23 75:7 | 227:10 233:21 |
| **commitments** | 44:9,24 45:2 | 79:24 81:2 | 233:24 234:3 |
| 76:25 | 45:18 47:11 | 82:7,18 89:17 | 234:11 243:14 |
| **committed** | 49:4 53:21 | 89:21,22,23 | 248:13,24 |
| 132:8 | 66:20 67:2 | 90:3,5 92:9,12 | 262:14 278:9 |
| **commodities** | 141:5 148:20 | 95:6,20 100:24 | **compared** |
| 155:4 | 149:9 152:8 | 103:21 104:9 | 213:10,18 |
| **common** | 215:25 270:23 | 105:17,24 | 214:5 238:7 |
| 142:24 143:4,7 | 271:3,4,5,5,11 | 106:13 107:18 | **compensation** |
| 150:20 152:18 | **company**   12:8 | 108:8 114:20 | 107:9 131:13 |
| 165:20 186:17 | 12:13 14:6,17 | 125:7,13,16,21 | **competent** |
| 194:4 262:9 | 15:6,19 17:3,8 | 127:22 128:18 | 258:21 |
| 266:19 273:13 | 28:13,20,22 | 131:14,25 | **complain**   29:15 |
| 273:23 274:15 | 29:2,8,12,13,14 | 132:3 133:17 | 29:17,19 62:3 |
| 274:18 275:4,4 | 31:21,23,24 | 133:23 144:6 | 79:18 80:8 |
| 277:14 278:13 | 32:5,19,23 | 144:15,18 | **complained** |
| **communicated** | 33:2,20 34:7 | 145:20 151:24 | 29:21 60:23,24 |
| 24:22 25:10 | 34:16,23 35:7 | 152:9,11,14,23 | 61:6 79:5 80:9 |
| 158:20 165:2 | 35:13,20 36:4 | 153:13,16 | 80:16 |
| 165:15 | 36:10 38:3 | 154:19 155:11 | **complaint**   21:7 |
| **communication** | 41:2 44:25 | 156:18 157:6 | 21:18 26:20 |
| 61:15 148:13 | 45:4,8,10,13,15 | 160:13 161:12 | 31:3 68:16,22 |
| 148:16 255:14 | 45:24,25 46:4 | 171:14 181:9 | 69:19,24 70:2 |
| **communicati...** | 46:5,18,21 | 184:4 216:16 | 70:3 76:20,22 |
| 25:2 138:3,15 | 48:2 50:4,14 | 244:17 247:21 | 80:2 86:5 |
| 138:24 139:14 | 50:16 51:19 | 249:8,15 251:7 | 88:20,25 89:11 |
| 143:19 157:17 | 52:15 54:25 | 251:16 253:21 | 90:7,12,23 |
| 159:22 163:24 | 56:10,12,17,18 | 254:9 262:21 | 91:13,16,25 |
| 164:6,9,13 | 57:3 59:3 | 270:25 271:7 | 92:15 93:11 |
| 190:11 191:16 | 60:11 61:23 | **company's** | 97:23 98:22 |
| 197:7,24 | 62:14 68:5 | 15:6 35:22,25 | 99:14 100:8 |
| 205:13 254:25 | 70:4,23 71:17 | 72:19 107:19 | 102:22,25 |

CONFIDENTIAL

**[complaint - consequently]**                                                        Page 14

| | | | |
|---|---|---|---|
| 103:12,13 | 228:25 229:23 | **concealed** | **confidence** |
| 123:9 124:16 | 229:25 230:7 | 237:14 | 82:6 84:22 |
| 130:2,21 131:8 | 230:12 232:4 | **concentration** | **confidential** |
| 133:25 134:4 | 232:18 233:2 | 38:21 | 1:16 |
| 137:18,21 | 236:24 237:5 | **concept**  64:22 | **confirm**  200:4 |
| 139:5,9,12,17 | 240:16 241:11 | 156:21 | **confront** |
| 139:20 140:3 | 243:3 252:4,8 | **concern**  29:9 | 115:23 |
| 141:13,15,18 | 254:3 255:2 | 75:6 159:8 | **confrontation** |
| 141:21 143:12 | 257:6 259:20 | **concluded** | 115:8 118:14 |
| 143:23,25 | 283:9,10,14,16 | 16:15 | 119:4,19 |
| 157:24,25 | 283:18 284:9 | **concludes** | **confused** |
| 163:9,10,13 | **complaints** | 282:5 | 272:23 |
| 164:20 180:20 | 61:3 62:19 | **conclusion** | **connection**  9:6 |
| 184:9,16 | 93:4,5,12 | 165:13 180:23 | 11:24 30:2 |
| 185:22 186:10 | 141:9 254:18 | 181:19 192:11 | 62:10 88:4 |
| 187:5,9,22 | **complete**  19:25 | 192:12 194:13 | 177:8 181:23 |
| 188:8,11 | 77:16 176:15 | 197:14,20 | 182:8,24 |
| 189:20,23 | **completed**  96:6 | 198:11 205:23 | **conrad**  3:19 |
| 190:3,13 191:7 | 171:6 189:9 | 212:7 214:11 | 6:17,17 7:11 |
| 191:22 195:6 | 286:15 | 214:18 224:12 | 7:13,17 43:13 |
| 195:16,18 | **completely** | 227:22 234:6 | 44:4 88:23 |
| 196:15,18 | 20:11 109:8 | 234:15 235:10 | 132:25 168:23 |
| 197:17,18 | 115:22 250:16 | 236:17 253:10 | 175:14 184:13 |
| 198:4,5,9,9,16 | **completing** | 253:16,23 | 190:22 199:2 |
| 198:23 199:5 | 45:22 134:14 | 254:11 262:25 | 204:16 208:7 |
| 200:16 202:6 | **compliance** | **conditions** | 226:20 232:21 |
| 202:12,16,19 | 261:19 | 180:4 | 246:2 271:18 |
| 202:23 203:10 | **computer** | **conduct**  77:8 | 272:10 277:7 |
| 203:25 205:9 | 45:24 46:17 | 77:11,13 78:22 | 278:18 281:24 |
| 205:16,18,25 | 54:9,10 165:24 | 79:6 96:10,13 | 283:4 |
| 208:3,19,24 | 190:9 203:4,7 | 99:6 229:8 | **consequently** |
| 209:12 210:5 | **computers** | **conference** | 144:16 145:7 |
| 211:4 227:7,12 | 48:16,17 | 22:15 164:11 | 160:18 |
| 227:16 228:3 | | 175:11 | |

Veritext Legal Solutions

CONFIDENTIAL

**[conservative - correct]**                                           Page 15

| | | | |
|---|---|---|---|
| **conservative** | **contacts** 24:19 | **contributed** | 91:20,25 105:9 |
| 111:8 217:17 | **contained** | 95:5 | 109:23 125:17 |
| **consider** 149:9 | 221:22 | **contributing** | 125:20,24 |
| 183:17 268:13 | **contains** 211:7 | 132:21 | 127:11,18 |
| **considered** | **content** 43:23 | **control** 250:12 | 131:3,14 138:9 |
| 92:9 170:5 | **context** 170:25 | 268:8 | 139:6 146:4 |
| 183:23 | 237:8 240:22 | **controversy** | 148:10,21 |
| **console** 118:18 | 245:7 278:22 | 36:14 107:7 | 155:18 162:18 |
| **conspiring** | **contingency** | **conversation** | 166:14 172:7 |
| 95:17 97:14 | 178:23 | 27:17 111:13 | 172:16 173:7 |
| **constituted** | **continue** 5:9 | 117:24 | 173:25 175:8,9 |
| 110:11 | 29:8 65:15 | **conversations** | 183:2,6,11,24 |
| **consultant** | 175:6 216:13 | 5:7 77:6 | 183:25 186:18 |
| 100:20 | 238:10 247:8 | 110:21 165:9 | 190:25 191:4 |
| **consultation** | 251:8 256:24 | **converse** | 193:15 194:8,9 |
| 100:22 | 264:24 | 258:21 | 194:20 202:3 |
| **consulting** | **continued** 58:9 | **copy** 146:8 | 204:24,25 |
| 89:18,22 | 58:14 111:18 | 189:6 277:2 | 210:5 215:10 |
| 101:11,18,21 | 151:7 174:25 | **corner** 210:11 | 216:22,25 |
| 102:2 103:3 | 240:10 | **corporation** | 219:5,18 |
| **consumer** | **continues** | 56:16 160:18 | 220:24 222:18 |
| 216:14 | 106:14 171:5 | **correct** 10:15 | 224:3,23 |
| **consumers** | 248:2 | 11:20 14:24 | 228:17 230:9 |
| 223:19 | **continuing** | 15:2,17 21:24 | 230:20,22 |
| **contact** 24:13 | 77:3 | 21:25 22:11 | 231:17 237:21 |
| 75:23 76:5 | **contorted** 96:2 | 27:21,22 30:24 | 238:16,21 |
| 88:13 135:5,13 | **contract** 16:20 | 36:17 43:12 | 240:24 241:9 |
| 137:4,11,15 | 154:20 | 46:18 49:21 | 242:18,23 |
| 138:11,20,22 | **contracts** | 51:3 58:5,11 | 244:10,11,14 |
| 281:22 | 219:10 220:14 | 58:12,24 63:7 | 244:18 247:22 |
| **contacted** | **contradicted** | 69:12,13 70:5 | 248:16 249:4 |
| 25:22 59:16 | 227:19 228:6 | 70:8,10 84:20 | 251:13,17 |
| 76:2 134:24 | **contradicts** | 85:14 86:23 | 253:2 254:5,14 |
| | 235:7 | 87:14 89:24 | 258:3 262:22 |

266:5 270:11
273:18,24
274:19,22,23
274:25 275:6
**corrected**
236:21,22
**correction**
40:21
**corrections**
286:12 288:17
**corrective**  79:8
251:20 253:7
253:14
**correctly**  16:17
150:5 171:22
181:25 212:2
214:6 218:4
219:14 220:16
230:16 243:21
247:17 248:10
**cost**  124:25
220:13 223:22
229:8
**costs**  83:7
92:19 95:12
**counsel**  5:14
6:13 7:4 24:6
24:10 25:18,25
26:7 27:19,24
99:25 100:14
138:4,16
143:19 157:17
159:22 165:10
170:14 177:22

178:2 190:11
191:17 197:7
197:23 205:12
205:15 206:25
207:3,7,9,12,16
207:21 228:9
228:12 236:19
253:5,12 254:5
254:14,22
255:9 258:10
258:16 259:10
261:5 263:8
265:19,21
266:2 275:8,13
275:17,22,23
276:4 277:8
279:9 280:2,13
**county**  285:5
287:10 288:15
**couple**  33:15
69:14 105:4
171:24 260:22
**coupled**  154:6
154:14 217:23
235:13
**course**  57:12
77:9
**court**  1:2 4:17
5:22 6:5 7:2
9:14 14:13
15:2,11 16:11
18:18 19:6,8
31:6 35:9 44:6
58:6 68:19

88:23 134:5
136:8 168:23
184:14 187:2
199:2,21,24
200:17,22
202:13 208:7
215:16 217:7
218:15 219:25
221:8 223:2
232:21 239:15
245:21,24
246:11 255:20
257:12 258:6,8
258:23 260:18
272:10 274:6
287:7
**courtroom**
19:20
**courts**  14:15,20
**cover**  184:21
215:24
**coverage**
168:11
**covered**  125:23
125:25 216:4
**create**  108:13
109:3
**created**  77:12
**creating**  95:13
95:15 96:3
117:4
**credibility**
249:22

**credible**  249:25
**crescent**  41:3
51:21 52:2,5
52:18,20,25
53:7 56:13,14
56:24 57:8,16
57:19,20 58:21
59:5,11,17
73:18
**crime**  63:12
64:16
**cruz**  3:24 6:24
6:25 22:19
24:14 134:25
135:6,13
136:16 137:15
138:10,23,25
139:15 140:13
163:7,15,20
177:5,11,16
178:11 281:22
**cruz's**  137:4,11
137:14
**current**  28:2
67:6 75:3
162:4 216:12
243:11 247:16
265:7,8,9
**currently**  26:11
28:8 186:4
203:20
**customer**  10:9
53:20 62:18
214:2 238:10

CONFIDENTIAL

**[customer - declaration]**                                    Page 17

238:16 240:9 241:8,8

**customers** 9:25 10:7 48:25 53:14 60:15,23 60:24 100:25 102:6,11 122:5 122:5,21,24 219:10 223:18 223:22 238:11 240:11

**cut** 72:6 151:4

**cuts** 108:6

**cutting** 95:12

**cv** 1:3 5:24

**d**

**d** 12:19 132:2

**d.c.** 45:11 47:9

**dad** 48:4

**daily** 166:15

**damage** 159:7

**damages** 156:13 262:13

**dan** 1:4 5:15 27:2 164:23 286:6 287:3 288:3

**danielle** 1:24 2:19 6:5 7:6 285:6,21

**data** 248:7,14 248:24 249:19 250:12

**date** 28:6 43:20 58:22 68:18 77:4 88:22 90:22,24,25 162:9 163:15 163:19,21 168:22 169:25 184:12 186:18 187:7 196:4,9 198:25 199:19 199:22 208:6 210:13 215:14 217:6 218:14 219:24 221:7 222:25 232:20 239:14 245:20 254:5,13 259:6 267:6 272:9 274:5 286:8 287:3,9,19 288:3,13,25 289:20,25

**dated** 191:3 208:10 215:19 217:11 218:18 220:3 221:11 223:5 230:8 239:17 246:14

**dates** 25:4 141:23 200:12 237:20

**daughter** 112:3

**dave** 61:17

**day** 58:18,18 58:19 82:14 88:16 104:10 104:10 110:18 118:24 150:23 179:8,8 244:12 264:16 285:18 287:16 288:22 289:22

**days** 49:7 121:7 122:24 256:5 286:18

**dba** 89:3

**dead** 30:20

**deadline** 134:13

**deal** 9:17 11:7 94:11 100:25 111:25 112:4 112:16,17 125:2

**dealing** 128:13 134:3

**dealt** 12:10 13:11 139:14

**dear** 286:10

**dearborn** 3:17

**debtor** 38:8

**debts** 13:6

**deceived** 161:6 227:9

**deceiving** 158:11

**decelerating** 243:12

**december** 70:13 84:5 90:19 142:12 145:7 162:8,11 162:14 195:10 196:3 203:14 237:15 238:3 238:15 239:18 252:25 267:3,8 273:18

**decide** 135:5 145:2 150:19 207:8,10,13 277:23

**decided** 29:7 47:19 48:4 59:15 97:22 138:5 145:19 151:4 166:7 225:8

**deciding** 170:4 170:7

**decision** 125:4 165:19 166:22 171:11 206:18 207:16,21 266:17 277:18 278:12,15

**declaration** 8:17 176:22 263:25

CONFIDENTIAL

**[declarations - determine]** Page 18

| | | | |
|---|---|---|---|
| **declarations** 8:15 9:6 160:15 | 134:6 144:5,12 147:20 157:6 160:8,16 161:5 168:19 169:3 170:23 178:21 225:7 227:8,18 228:5 229:7,15 232:8 235:7,14 236:9,13 238:4 238:19 243:7 257:8 262:12 283:12 | 33:5 36:16 216:14 232:7 | 26:23 27:6,8 27:24 33:23 257:4,22 285:10,11 286:8,11 287:1 287:3 288:1,3 |
| **declare** 193:14 230:19 | | **demanded** 96:5 108:25 | |
| **declared** 64:19 | | **demanding** 33:7,10 | **depositions** 86:11,14 |
| **decline** 151:8 243:8 247:8 267:4 | | **demise** 74:21 | **deprive** 132:3 |
| | | **demote** 80:21 | **depth** 150:14 |
| **declined** 249:13 | | **demoted** 72:3 79:23 80:10 85:19 | **describe** 44:14 53:10 115:7 156:7 |
| **decrease** 211:21 238:9 238:14 240:7 240:23 241:7 241:17 | **defer** 162:23 205:3 206:24 207:3,7,9,12,15 207:20 228:10 236:19 263:8 265:21,25 | **depart** 282:4 | **described** 34:2 103:9 109:14 111:7 123:7 280:10 |
| | | **departed** 82:8 82:11 90:19 | |
| | | **department** 286:22 | |
| **decreased** 238:5 | | **departure** 77:4 | **describes** 123:9 |
| **deed** 287:14 288:20 | **deferring** 254:4 254:14 265:19 | **depending** 179:6 | **describing** 126:21 129:20 |
| | | **depleted** 104:20 106:14 | |
| **deemed** 286:19 | **defined** 155:15 | | **description** 283:7 284:3 |
| **deep** 92:13 108:5 | **definitely** 140:20 142:5 263:3 | **deploy** 269:16 | **despite** 129:7 243:9 |
| **deeply** 145:15 149:21 | | **deposed** 7:18 8:5 16:2 27:2 86:15,18,20,21 265:12 | |
| | **definition** 129:3 | | **detail** 248:4 |
| **default** 37:8,10 | | | **details** 8:22 61:2 64:6,7 110:5 229:18 |
| **defendant** 5:14 133:15 196:14 196:24,25 | **deliver** 52:19 267:21 | **deposition** 1:17 2:16 4:7,14 5:13,25 8:10 15:15,24 18:11 21:5,11 23:4 23:13,17,19,23 24:9,23 25:12 25:21 26:3,6 | |
| | **delivered** 267:23 | | **deteriorated** 151:3 |
| **defendant's** 112:3 | | | **deteriorating** 114:4,10,13 |
| **defendants** 1:12 3:16 6:19 7:14 13:3 37:9 | **delivery** 52:16 154:21 | | **determine** 235:15 249:24 |
| | **demand** 31:8,9 31:18 32:12 | | |

249:25 258:9
266:24
**developments**
176:7,9
**dick** 1:4,18
2:17 5:14,16
7:5,17 41:19
41:24 42:3
43:13,18 53:6
59:19 66:13
68:17,24 79:6
79:9 88:21
89:2 99:3,4,25
100:15 104:17
104:19 105:6
106:2 111:19
114:2 116:7,9
116:10,12
118:14,15,18
118:19 119:4
121:5,8,11
168:21 170:19
170:22 171:5,9
171:13,18
176:2 184:10
187:6 198:23
208:5 215:12
217:4 218:12
219:22 221:5
222:23 232:19
237:8 239:13
245:18 259:4
272:8 274:4
277:12 282:7

283:4 285:9
286:8 287:4,9
288:4,13
289:20
**died** 33:12 52:8
**difference**
128:8 184:2,3
193:9 195:20
**different** 31:19
31:21 33:23
44:23 54:5
60:4 105:4
149:4 151:21
160:16,18
174:19 195:17
198:4 259:22
263:22 271:3,5
280:9 281:11
**dig** 145:14
149:21
**digital** 56:9,11
56:25 89:5
248:6
**dipped** 145:8
270:7
**direct** 76:22
98:23 170:15
210:9 247:2
263:23
**director** 49:24
92:15 103:14
103:15 104:16
**directors** 73:22
74:12,15 76:15

267:21
**disagree**
198:16,19
204:8 206:13
224:14,18
**disappeared**
129:13
**disappointing**
152:13
**disciplinary**
84:9
**disclose** 138:2
156:16 159:11
159:16 161:14
165:6,7 214:25
215:7 225:12
226:2 255:13
**disclosed**
153:10,19,22
215:2 226:9
244:17 253:20
254:8
**disclosing**
190:10 254:24
**disclosure**
236:22,23
242:17 247:19
253:7,14
**disclosures**
236:21 251:20
251:24
**discovery** 16:4
16:6 33:5,7
36:16 86:6

124:17 127:23
134:14 188:6
202:10 255:3
265:10
**discuss** 26:5
27:8 78:6,7
111:4 113:12
113:15,17,21
233:2
**discussed** 26:22
63:6 102:7,24
129:25 132:11
148:4 160:2
173:7 186:3
273:21 276:5,7
276:10
**discussing**
33:22 35:4,17
72:11
**discussions**
24:6 78:2,15
177:21,25
253:12
**dishonest**
131:24
**disinflation**
219:12
**dismiss** 257:8
257:14
**dismissed**
87:10 134:6
**dismissing**
14:10,12

CONFIDENTIAL

**[dispensed - drink]**                                                                    Page 20

**dispensed**
  175:2
**displayed**
  43:24
**displays**  166:4
**displeasure**
  110:15
**disposed**
  276:20,22
  277:4
**dispute**  13:2
  32:18,21,24
  33:21,24 34:2
  34:6,14,20,22
  35:3,16 36:19
  36:21 37:21
  47:3,5 77:19
  79:13 99:8
  107:6,14,16
  115:21 118:3
  124:8,9,10
**disputes**  66:14
**dissolve**  36:9
**dissolved**  10:25
  16:16 36:5
  51:9 57:19
  59:24
**distinction**
  192:7
**distraught**
  118:25
**distributes**
  144:23

**distribution**
  271:11
**distributor**
  144:22
**district**  1:2,2
  5:21,22
**disturbing**  99:4
  99:16
**divide**  101:5
  103:7
**dividend**  271:7
**divisible**  106:8
**divorce**  8:6
  9:15 15:14,18
  15:25
**document**
  43:24 44:5
  51:22 68:20
  69:4,24 88:24
  89:9 148:2
  168:24 169:8
  169:11 172:10
  173:5 184:15
  185:2,7 187:3
  187:18 190:8
  190:17 199:3
  199:10,12,23
  203:3 208:8
  210:12 215:16
  217:8 218:16
  220:2 221:9
  223:3 232:22
  233:17 235:6
  239:9,16

  245:22 246:12
  256:13 258:24
  259:24 260:3
  260:10,11,18
  260:24 261:18
  261:20,22,25
  263:23,24
  264:4,7,9
  272:6,11,14
  274:2,7 284:15
  284:17
**documented**
  86:3 99:5,17
**documents**
  16:7,9 25:24
  33:10,17 67:22
  67:25 68:8
  141:23 147:9
  147:18 170:20
  170:23 171:2
  171:16 172:14
  172:19 181:23
  182:3,8,12,14
  182:19,24
  183:14 187:25
  202:7 206:17
  234:5,14
  235:10 254:19
  255:11 256:4,6
  257:19 258:18
  259:15,18
  276:11,14
**doing**  18:10,15
  26:9 51:18

  73:6 80:5,19
  97:6 167:4
  183:23 251:3,5
  258:10
**doki**  12:19,23
  18:7 30:14
**dokie**  273:9
**dokis**  13:22,25
  15:3
**dollars**  52:19
  127:19
**door**  119:13
**doors**  47:24
**dot**  41:4,5
**double**  190:19
  245:13
**doubt**  110:6
**douglas**  1:10
  5:19 133:20
  157:11 225:7
  246:20 247:4
  248:22
**download**
  146:16 172:21
**dr**  12:18
**draft**  190:12
  198:15 200:15
  200:23
**drag**  132:4
**drama**  94:9
  95:13,14
  108:16 117:5
**drink**  123:16

CONFIDENTIAL

**[drinking - email]**                                                    Page 21

**drinking**
121:12 123:21
**drive** 122:3
222:8
**driven** 213:22
240:9 243:10
**drivers** 179:10
248:5,9,16
249:3 250:23
**driving** 63:24
94:7,12,15
225:23 244:18
**drop** 150:23
244:14 267:5
**dropped**
196:23
**drops** 150:25
**drove** 78:4
111:10 121:24
121:25 250:19
**dual** 269:5
**due** 30:3 32:3
70:15 129:14
154:3,4,15
243:11,18
248:5 268:3
269:4
**duly** 7:6 285:10
**duties** 160:19
256:7,17
**duty** 153:14
161:19 256:20
**dwayne** 76:8

**e**

**e** 62:16 132:3
**earlier** 15:13
15:22 33:22
35:4,17 36:24
49:19 63:6
69:8 72:12
76:20 82:10
89:12 96:22
104:3 109:14
109:22 117:7
119:11 130:14
141:12 142:4
144:4 148:19
152:22 160:2
160:22 161:22
166:12 173:22
176:18 181:22
182:22 214:23
244:13 251:15
255:8 258:11
266:16 273:17
277:12 280:15
**early** 55:2,9
83:17 226:17
**earn** 107:25
**earned** 154:2
**earning** 95:11
153:8
**earnings**
135:18,18,21
135:25 136:6
136:11 142:16

145:16 152:13
153:6,17 167:8
167:24 168:4
173:24 174:8
174:14,25
208:11 218:24
219:6,13
237:22 239:19
243:24 245:16
246:13 278:8
278:10 279:16
284:11
**easier** 116:9
**easily** 188:24
**east** 3:6
**ebitda** 211:21
222:8
**ebook** 59:8
**ecf** 190:23
**economic**
149:14
**economics**
38:17,23 44:25
45:8,9,14,16
46:19 48:12,15
48:24 49:12
60:5
**economist** 49:7
**economists**
269:9
**economy** 45:20
49:9 151:23
154:5

**editor** 150:12
**effect** 4:17
155:18 235:17
**effectively**
70:20,25 77:16
82:21
**effects** 154:4
**efforts** 13:18
82:17 105:18
105:18
**eighteen**
245:23
**either** 24:3
32:25 54:20
93:24 113:8
140:6 146:15
182:5 263:16
**electronic**
276:18 277:2
**electronically**
146:8 189:6,7
190:6
**elevated** 84:19
85:12
**email** 23:16,18
23:22 25:5,7
39:12,16,19
40:4,12,15,19
40:22 129:5
137:15 138:24
146:12,18,20
163:14,20,24
164:8,13 200:3
200:7,9 275:8

CONFIDENTIAL

**[email - evidence]**

275:10,13,15 286:17

**emailed** 199:17

**emails** 23:3,5,7 23:10,24 24:2 24:15 25:3 40:8 188:4 275:7,12

**embeds** 221:17

**emotional** 109:12

**employed** 28:8 277:22

**employee** 11:9 50:20 70:8 75:5 79:10 81:9 89:21,24 93:4,5 102:15 103:24 124:23 124:24

**employees** 35:2 53:14 55:23 56:4 81:24 83:9,16 92:19 93:3 94:19 96:17 99:7 101:2 103:20 108:19

**employer** 53:15 62:23 124:20 124:21

**employing** 155:22

**employment** 11:22 16:19 44:14,18 58:22 60:4,8 72:12 77:2 78:9 79:19 81:12,19 84:9 101:17 102:18 106:12 111:18 128:18

**enabled** 232:8

**enclosed** 286:11

**encourage** 108:14

**encouraged** 93:10

**encouraging** 97:17 114:17

**ends** 281:14

**enforce** 30:7,9

**engage** 225:9

**engaged** 52:10 131:18 132:16 157:2 160:9 215:8 225:22 226:2,16 245:12 262:21

**engagement** 177:10,13 181:10

**engaging** 156:16

**enjoyed** 111:8

**entailed** 114:16

**enter** 154:20 170:4,7

**entered** 37:8 288:9

**enterprise** 179:13

**entire** 106:12 149:2 287:5 288:5

**entirely** 12:4 269:4 278:14

**entities** 57:9 185:12 195:8 203:12

**entitled** 32:14 32:16

**entity** 57:21,24 59:25 65:4

**environment** 77:13 93:25 94:3 96:4 110:11 117:14 119:12 132:22 155:23,24 216:13 247:14 247:16 250:6

**environments** 114:22

**episode** 109:13

**equal** 152:4

**equally** 256:16 256:18

**errata** 286:13 286:18 288:7 288:10,18 289:1

**esq** 3:9,11,19 3:24 286:5

**esquire** 281:23

**essentially** 162:17 249:14

**estate** 8:25

**et** 286:6,6 287:3,3 288:3 288:3

**ethical** 12:4

**evaluating** 145:16

**evans** 44:25 45:9 46:14,19 46:24 47:14 48:11,20 49:4 49:6,12 60:5

**events** 25:22 174:20

**eventual** 219:11

**eventually** 15:19 52:8 53:18 56:19 95:16 97:16 109:23 281:18

**everyone's** 119:12

**evidence** 225:9

CONFIDENTIAL

**[evident - fact]**                                                   Page 23

**evident**  268:9
**exacerbated**
  115:3
**exact**  25:4 32:7
  71:11 138:25
  141:23 162:9
  188:25 199:19
  199:22
**exactly**  16:23
  59:14 93:20
  106:5 110:4
  114:3 140:7
  153:7 180:11
  193:8 200:9
  236:6
**examination**
  7:10 283:3
**examined**  7:8
**example**  97:8
  206:11
**examples**  97:10
**exceeded**  64:8
**excellent**  81:9
**except**  4:10
  51:7 275:21
  276:14
**exception**
  99:11
**excess**  184:5
  226:18 232:9
**excessively**
  109:11
**exchange**  72:18

**excluding**
  240:8
**excuse**  58:19
  118:19 214:3
  215:15 223:18
  279:6
**executed**
  288:10
**execution**
  287:14 288:19
**exercise**  225:4
**exhibit**  43:18
  44:6 49:16
  58:20 68:17,20
  69:16,18,19,19
  69:20,21,22
  76:21 88:21,25
  91:5 97:25
  98:7,8,23
  130:21 168:21
  168:25 184:10
  184:15 187:3,6
  198:23 199:4
  208:5,9,11,17
  209:13 210:7
  215:13,17
  217:5,9 218:13
  218:16 219:22
  220:2 221:6,9
  222:23 223:3
  228:24 230:5
  232:19,23
  237:5 239:13
  239:16,19

  243:2 245:18
  245:22 246:12
  252:6 258:24
  259:4 263:22
  272:8,12 273:4
  274:4,7 283:7
  283:9,10,11,14
  283:15,17,19
  283:20,21,23
  283:24 284:4,5
  284:7,10,11,13
  284:15,17
**exhibits**  259:22
  283:6 284:2
**exist**  10:22
  57:17 141:16
**expect**  245:15
**expected**  70:22
  232:7 247:7
**experience**
  18:12 44:8
  47:22 48:22
  49:17,18
  101:10
**experienced**
  243:19
**expert**  271:17
**expertise**
  162:23
**experts**  263:16
  263:21
**expiration**
  287:19 288:25
  289:25

**explain**  50:2
  51:25 129:13
  194:10 195:20
  234:23 235:2
**explained**  26:9
  117:11,16
**explicit**  77:6
**exposed**  77:5
**exposure**  77:10
**expressed**
  110:14 113:9
**expressly**  116:8
**extended**  17:17
  50:7
**extent**  142:22
  237:11
**externally**
  54:21
**extremely**
  77:14
**eyes**  120:3
  193:10

**f**

**face**  96:7
  164:10,10
**facebook**  41:8
  41:18
**facilitate**  50:6
**facilities**  50:10
**fact**  83:19
  108:3 109:4
  134:14 137:9
  151:3 156:17

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 159:7 197:9 226:16 257:2 267:13 268:2,5 268:25 | **falsity** 236:24 **familiar** 9:3 42:7,11 43:9 43:15,23 48:20 64:22 69:3,5 | **february** 74:24 **fed** 54:9 **federal** 4:2 15:11 **fee** 36:7 59:22 | 164:20 184:9 184:16,17 187:5,9 188:14 192:16,21 199:6,21,24 |
| **factor** 250:13 **factors** 179:6,7 220:9 223:16 247:6 | 89:8 156:21 169:7 176:25 180:15 199:9 215:20 228:18 | 178:23 **feel** 147:4 209:9 233:11 271:6 **fees** 178:20 | 200:7,8,16 201:24,25 202:13 203:4 257:8 259:3,10 260:19 261:9 |
| **facts** 23:8,10 **fail** 71:9 161:20 **failed** 31:24 70:20,24 71:7 165:6 214:25 | 231:13,17 258:14 **far** 18:11 60:3 66:14,16 75:17 80:7 132:11 | **feinstein** 263:12 **felt** 61:4 75:13 92:10 128:13 129:12 140:20 | 261:15 281:16 283:14,16 284:14 **filing** 4:6 36:7 59:21 163:9,10 |
| 215:7 **failure** 84:12 93:22 156:15 159:11,16 | 159:10 200:21 254:19 **fargo** 218:12 218:17 283:23 | 184:7 267:15 **female** 99:6 **fictitious** 95:16 96:22 | 191:8,11 193:6 200:22 209:11 209:21 210:2 230:14 259:7 |
| **fair** 19:16 **fairly** 76:14 **fall** 62:24 84:6 95:18 180:13 249:11 262:17 | **fashion** 95:25 117:23 **fast** 63:24 94:7 94:12 109:11 **fate** 65:11,12 | **fiduciary** 153:14 **fifty** 64:4 **figures** 71:12 **file** 91:7 97:18 203:6 207:15 | 260:18 **filings** 145:15 149:22,24 167:12,15,15 167:16,20 173:15,19 |
| **fallen** 135:20 **falling** 250:6 268:10 | 65:12,20 **favor** 141:8 220:9 223:16 | 276:18 **filed** 5:21 14:14 15:2,11 68:22 | 225:10,18 258:25 284:13 **fill** 68:7 |
| **falls** 65:21 **false** 77:24 131:12 180:20 197:12 198:7 | 268:23 **fci** 77:2,4,8 79:7,8,10 81:19 82:11 | 70:3 86:5 89:11 90:8,13 90:23 91:13,17 91:24 124:17 | **final** 32:23 **finally** 55:4 **finance** 38:23 47:10 |
| 205:8 206:21 207:4 208:2 212:4,15,19 214:8,15,21 | 83:25 84:8,20 89:4 101:12 102:4 130:6 | 135:19 137:18 137:22 139:5 141:10,18,21 | **financial** 18:3 21:19 28:21,23 |

CONFIDENTIAL

**[financial - form]**                                                    Page 25

28:25 53:16,24 54:3,6,19,22 63:2 142:22 145:14 156:12 161:16 172:5 209:4 212:10 232:12 236:15 278:11 280:14 280:20

**financially** 6:9 140:20 142:5

**find** 22:8 55:16 276:23 279:13 286:11

**finds** 10:6

**fine** 64:13

**fines** 63:15

**fingertips** 279:14

**finish** 18:20 167:22 189:3 189:13

**finished** 18:23 115:11 189:2 281:25

**fired** 47:18 97:21

**firm** 6:6 32:8 120:4

**firms** 177:18

**first** 7:6 24:13 25:22 27:20 43:7 45:21 46:2 48:8

49:17 52:6 60:14 69:14 85:19 93:6 100:2 105:5 119:2 133:16 133:21 134:22 134:24 137:17 137:21 140:19 141:14,17 143:25 145:2 156:12 160:12 163:6,22 164:14 166:7 168:19 169:3 176:10 183:22 191:6 198:4,15 199:15 211:7 211:12 216:6 217:19 230:11 239:20 250:4 252:11,13 260:12 264:23 272:14 273:3,6 274:9 283:12

**fiscal** 154:3 208:13 210:22 213:9,17,20 232:12 236:14 239:20 280:24 280:25

**fit** 114:24

**five** 14:5 64:4

**fleischman** 32:7

**flip** 122:8

**floor** 119:17

**fluctuate** 152:8

**focus** 53:8 82:19 103:17 103:23 105:4 108:16 201:20 270:24 271:13 271:16

**focused** 82:17 85:8 95:12 100:23 226:14

**focusing** 95:10

**folded** 56:20 81:3

**follow** 175:6

**followed** 166:13

**following** 166:16 175:3 251:16

**follows** 7:9

**food** 144:21,22 185:14 216:16 271:11

**foods** 1:9 5:18 133:18 286:6 287:3 288:3

**fool** 59:20

**footnote** 231:19 231:22 232:17 232:25 284:8

**force** 4:16 83:13 105:19

105:21

**forces** 97:22

**forecast** 49:9 248:8 249:3

**forecasting** 45:14,17 48:15 248:15

**forecasts** 49:11

**foregoing** 193:15 230:20 287:13 288:18

**forgot** 161:17 255:22

**forgotten** 11:15

**fork** 125:3

**form** 4:10 24:11,24 29:4 31:2,4,11 32:20 33:3 49:5 51:13 55:14 61:11 62:6,11 64:24 65:5 75:19 79:20 80:12 81:10 84:10 85:3 86:8,24 87:19 88:10,18 90:4,14 91:21 92:2,5 95:2 96:11 97:11 99:9 101:7,13 102:21 103:25 105:10 106:23 107:13 108:22

CONFIDENTIAL

**[form - frank]**                                      Page 26

| | | | |
|---|---|---|---|
| 110:3,13,24 | 206:7,15,22 | **fortunate** 268:7 | **founders** 76:6 |
| 113:3,14,20 | 207:6,11,17,22 | **forward** 154:6 | **four** 9:19 11:6 |
| 117:2,21 118:7 | 208:4,9 209:7 | 154:15,17,18 | 11:25 13:15 |
| 119:10,25 | 209:14,24 | 155:17,22,25 | 14:16,21 15:7 |
| 120:9,13,20,25 | 211:9 212:17 | 156:4,16 157:2 | 16:3 18:6 |
| 123:14,18,23 | 212:22 216:23 | 180:8 181:10 | 28:14 33:6,18 |
| 126:16 128:3,7 | 218:9 219:19 | 181:17 215:8 | 34:3 36:23 |
| 128:19 130:8 | 220:21 221:2 | 216:17 217:24 | 37:5,24 38:7 |
| 131:7,16 132:9 | 222:14,20 | 219:11 220:13 | 40:20,22,23 |
| 132:19,23 | 224:5 226:11 | 222:7,13 | 41:4 46:22,25 |
| 134:16 137:5 | 227:11 231:9 | 223:21 224:9 | 49:18 51:2,20 |
| 140:4 142:2,9 | 233:22 234:25 | 224:22 225:2,4 | 52:19 53:4,9 |
| 143:10,14 | 235:22 238:17 | 225:22 226:2 | 55:24 56:21 |
| 144:13,20 | 238:22 239:5 | 226:16 227:10 | 57:9,23,23 |
| 146:9,25 | 239:12,17 | 229:9 232:9,12 | 58:4 59:10 |
| 147:11 148:14 | 241:10,19 | 233:15,19 | 60:6 68:23 |
| 148:24 150:7 | 242:13,20,24 | 234:11 235:16 | 72:3 73:5,5,15 |
| 151:9 153:23 | 244:19 245:8 | 236:14 237:11 | 79:22,23 84:17 |
| 155:9,19 156:5 | 249:5,16,23 | 238:21 239:2 | 84:18 85:4,13 |
| 156:10 159:5 | 250:25 251:10 | 240:24 241:18 | 89:3,4,19 |
| 160:10,24 | 251:22 255:4 | 241:20 242:2,6 | 101:23 102:5 |
| 161:7 162:20 | 256:10,22 | 242:8,12,18 | 104:16,21 |
| 166:10,18,24 | 257:15 258:2 | 244:17,23 | 106:16 144:5 |
| 168:12 172:17 | 263:6 265:16 | 245:6,13 | 144:11 210:15 |
| 173:3,8,12,15 | 265:24 266:13 | 247:22 250:3,5 | **fourcolour.co...** |
| 173:16,19,20 | 266:22 268:15 | 251:3 262:14 | 41:5 |
| 174:11 178:23 | 270:12 271:15 | 262:22 263:10 | **fractional** |
| 179:3,11 180:9 | 273:20 281:9 | 269:5 286:15 | 152:11 |
| 180:22 181:6 | 283:19 284:10 | **foul** 96:15 | **franchise** |
| 185:4,24 | **formal** 88:8 | **found** 159:7 | 101:18 |
| 186:15,19 | **former** 38:6 | 208:25 221:20 | **francisco** |
| 189:12 191:13 | 50:17 70:4 | 252:20 | 101:15 114:21 |
| 199:25 200:24 | **forth** 285:10 | **founder** 76:7 | **frank** 3:24 6:24 |
| 201:15 204:7 | | | 6:25 22:19 |

CONFIDENTIAL

**[frank - glancy]** Page 27

24:14,20 25:22
134:24 135:13
137:15 140:12
178:11 281:22
**frankly** 18:10
**fraud** 131:3,6,9
131:19 132:8
160:3,9
**free** 209:9
287:14 288:20
**frequency**
25:20
**frequently**
25:17 78:12
**friday** 70:13
**frightening**
115:18
**front** 30:5
31:13 97:24
**full** 170:16
176:20 239:9
240:21 248:3
262:4 267:10
267:11,13
**fully** 150:10
233:8 235:24
247:9 248:8,14
255:5
**functions** 104:9
**funds** 18:5,6
71:19 72:22,25
**further** 4:9,13
32:21 33:19
36:22 51:19

99:3 151:3
171:6,13
176:23 223:11
229:14 251:24
257:5 278:16
282:3 285:13
**furthermore**
114:16
**future** 153:12
154:20 250:7

**g**

**gaff** 11:16,18
54:14 63:7
89:2,12,16,17
90:11 91:16,23
92:4,6,16,18,23
94:22 95:4
97:17,21 99:15
99:24 100:14
101:4,8,9,14
102:25 104:7
104:15,23
106:18 107:8
107:17 114:17
114:18 116:6
116:13 118:13
118:17 119:3
119:20 120:24
121:2,6,9,11
124:4 125:5,17
126:5,13
127:21 128:24
130:11 131:5

132:14 160:3
**gaff's** 98:13
99:2 101:10
103:6 109:23
124:16 130:20
**gain** 49:11
155:5
**gains** 154:15
179:17,19,24
180:2 181:11
181:12 237:13
239:4,7 242:23
243:11,13,16
243:18 244:18
244:21 245:6
245:14
**gathering**
53:13
**gdick** 41:5
**gender** 96:19
96:21
**general** 83:3
141:6 153:11
153:19 154:5
**generalized**
117:23
**generally** 93:25
94:2 155:14
**generated** 54:8
260:17
**generating**
105:17
**genius** 154:8,13

**gentleman** 32:6
**george** 1:4,18
2:16 5:13,15
7:5,17 41:19
41:24 42:3
43:13 53:6
59:19 68:23
89:2 282:6
283:4 285:9
286:8 287:4,9
288:4,13
289:20
██████████
39:15,24
146:22
**getting** 34:8
50:16 73:13
**give** 18:18
84:23 97:8
105:13 115:9
141:23 160:11
161:8 239:9
260:5
**given** 8:11 14:7
61:12 83:6
139:11 151:25
219:9 281:15
282:6 285:12
**glancy** 3:4 6:21
6:23 163:23
164:14 177:5
177:14,17
178:10

CONFIDENTIAL

**[glancylaw.com - guess]**                                    Page 28

**glancylaw.com**
  3:10,12
**gleaned** 279:23
**gm** 220:15,18
  ███████ 40:9,15
  █████.com.
  39:24
**go** 5:11 18:9,12
  18:14 50:15
  76:19 82:13
  85:24 108:17
  109:18 129:10
  146:16 147:7
  151:19 152:10
  155:8,11 163:5
  172:20 206:25
  210:17 243:2
  245:24 252:5
  259:21 260:12
  261:17,25
  267:14 271:18
  273:2,7
**goal** 92:13
**goals** 28:21,23
  28:25 96:7
  97:7
**god** 95:23
**goes** 155:2
  186:5 261:18
**going** 5:3 9:8
  18:9 27:12,14
  27:15,16 29:8
  29:11 30:6
  36:4 38:12

47:15 49:10
54:14 60:22
65:24 75:14
89:21 93:6
109:8,9,11
111:22 112:4,8
112:17 117:17
121:8,10
133:20 135:19
138:12 149:13
155:4 200:5
228:8,10
230:24 250:7
260:5,19 263:3
263:7,11,23
265:17 267:23
269:7 276:3
**goldstein** 11:17
  11:18 63:7
  93:11,13,14
  94:10,22 95:5
  97:17 98:16,19
  108:14,21,23
  109:19 110:17
  110:23 111:21
  113:5 114:2,14
  115:4,9,16,24
  116:8 118:15
  118:16,18,22
  119:5,19,24
  120:6,8,12,15
  120:18,21
  121:5,6,9,17
  122:14,18

123:12,17,22
124:7 125:5
126:4,5,13
128:23,25
129:7,8 130:5
130:10 132:14
**goldstein's**
  111:18 113:13
  113:15,18
  128:17 129:22
**good** 5:2 7:12
  21:9 50:18
  91:11 106:9
  114:24 125:2,4
  128:2,5 145:5
  147:14 149:18
  150:16 151:13
  151:18 153:9
  154:13 188:23
  201:11 206:17
  248:23 270:4
  277:24
**goodness** 106:9
**goods** 154:21
**gossip** 108:14
**gossiping** 94:4
**gotten** 147:5
**graduated**
  38:24
**grant** 1:24 2:19
  6:5 7:6 285:6
  285:21
**granular**
  229:16 235:6

236:3
**graphs** 269:23
  270:15
**great** 43:14
  154:8
**grew** 56:2
**gross** 179:2,4
  179:10 213:6,8
  213:16,21
  214:3,4 220:19
  222:8 223:20
  235:17 238:5
  240:2,7,23
  241:7,17 243:8
  247:10
**ground** 18:9
  82:18
**group** 49:18
  89:4 102:6
**grow** 220:15
  238:11 240:10
**growing** 103:17
**growth** 100:24
  152:15 153:9
  179:2
**guarantee**
  17:23 30:14
  37:14
**guarantees**
  31:5,7
**guess** 13:19
  40:3 46:2
  47:25 62:23
  129:9 135:9

CONFIDENTIAL

136:2,18 166:2 190:17

**guggenheim** 221:5,10 284:4

**guidance** 217:16

**guide** 221:17

**guilty** 63:15 159:7

**guys** 225:5

**h**

**h** 3:19

**habit** 147:2

**hackles** 73:2

**halfway** 223:8

**hallway** 119:17

**hand** 13:20 98:2 210:11 285:18

**handed** 88:24 147:19,23 184:14 187:2 208:8 215:16 219:25 232:22 245:21 246:11 258:23

**handing** 43:21 68:19 168:24 199:3 215:15 217:8 218:15 221:8 223:2 239:15 272:11 274:6

**handle** 191:19

**handled** 10:10 12:20

**hands** 141:7 184:5 206:18 228:9

**hang** 252:10

**happen** 29:11 45:20 74:17 97:19 153:12 269:7

**happened** 16:23,25 25:23 55:5 58:16 59:2 76:5 94:18 111:6 130:12 140:7

**happening** 270:10

**happens** 20:23

**happy** 28:16 108:19

███████ 111:20 ███████ 63:3 97:18 99:24 100:6,11 110:8,10 116:7 124:6 132:13 132:17

**hard** 119:13 146:7 189:6 260:4 277:2

**harmed** 281:22

**harpercollins** 52:14,14

**hay** 76:8

**head** 19:7 24:19 141:24

**header** 210:22 217:16 220:8 221:16 223:9 229:5

**heading** 217:18

**headquarters** 15:7,8

**headwind** 219:12

**healthcare** 50:5 50:10 104:11

**healthy** 113:11

**hear** 119:13

**heard** 7:12 36:12 42:12 125:11 179:16 228:21

**hedging** 154:23

**heeding** 116:11

**held** 2:17 8:8 83:21 143:7 144:17 150:25 152:23 275:4

**help** 31:25 37:12 46:8 48:24 50:21 60:17 72:24 99:24 100:14

109:6 110:17 114:24 115:2 169:10 193:5 223:10,19 235:14 260:13

**helped** 31:22 32:5 45:18 54:11 71:19 169:12

**helpful** 95:21

**helping** 82:17 257:19

**hereinbefore** 285:10

**hereunto** 285:17

**hi** 277:12

**high** 107:22

**higher** 154:10 214:2 216:15

**highlights** 210:23

**hill** 41:3 51:21 52:2,5,18,20,25 53:7 56:13,14 56:24 57:8,16 57:19,20 58:21 59:5,11,18 73:18 94:15 109:9,10

**hinges** 263:9

**hire** 49:4 93:15 99:2 101:25

CONFIDENTIAL

**[hired - including]**                                                    Page 30

| | | | |
|---|---|---|---|
| **hired** 31:25 | **hour** 64:2 | 198:24 208:6 | **impaired** 77:15 |
| 33:11 53:18 | 65:25 94:15,16 | 215:13 217:5 | **important** |
| 85:25 90:11,20 | 188:24 201:14 | 218:13 219:23 | 18:19 19:4 |
| 91:20,23 92:14 | 203:2 | 221:6 222:24 | 250:13 |
| 99:24 100:14 | **hour's** 201:11 | 232:20 239:14 | **imports** 9:20 |
| 100:21 102:3 | **hours** 21:12 | 245:19 259:5 | 28:14 33:18 |
| 103:14 104:16 | 23:2 | 272:9 274:5 | 46:22 68:23 |
| 107:11 113:7 | **housed** 50:11 | 283:7 284:3 | 89:3 |
| 266:2 | **howard** 1:10 | **identified** | **impressive** |
| **history** 25:5,7 | 5:20 133:22 | 15:25 184:22 | 217:16 |
| 44:15,19 72:12 | 158:4 177:2 | **identifies** | **improvements** |
| 99:5,17 174:18 | 225:7 | 184:21 | 213:22 |
| 200:3 | **hr** 92:22,24 | **identify** 169:21 | **inactive** 40:13 |
| **hit** 71:7,10 | 93:3 104:4,6,8 | 171:10 253:19 | **incentives** |
| **hold** 219:3 | 105:22 114:19 | 254:7 269:18 | 107:21 |
| 221:20 256:25 | 114:20,22 | **identifying** | **incentivized** |
| 269:12 279:5 | **huh** 10:16 40:4 | 206:19 | 107:17 |
| **home** 28:2 50:9 | 98:15 186:14 | **identity** 56:22 | **incident** 124:18 |
| 50:10 63:22 | 221:13 | 170:3,8 | **incidents** 99:23 |
| 112:2,16 | **humans** 144:15 | **ilam** 30:18 | 100:4,10 |
| **hoped** 150:23 | **hundred** 52:18 | **illegal** 99:6,17 | **include** 102:10 |
| 152:12 | **hundreds** | **illinois** 3:18 | 169:24 181:9 |
| **hopes** 14:7 | 149:7 | **images** 77:7 | 225:21 242:5 |
| 145:20 270:7 | **hungry** 111:24 | **imagination** | 278:2 |
| **hoping** 48:20 | 112:12 | 131:25 | **included** 53:12 |
| **hostile** 77:12 | **i** | **immature** | 72:4 104:10 |
| 96:3 110:11 | | 60:19 61:5 | 278:4 279:16 |
| 114:22 132:22 | **idea** 48:24 | **immediately** | 286:13 |
| **hostility** 129:12 | 52:13 99:19 | 75:16 | **includes** 145:13 |
| **hotels** 123:2 | 103:16 250:17 | **impact** 213:23 | 161:13 |
| **hotmail** 40:9,15 | **identification** | 227:9 232:11 | **including** 56:3 |
| **hotmail.com.** | 43:19 68:18 | 234:11 236:14 | 79:7 92:21 |
| 39:15 146:22 | 88:22 168:22 | 237:12 | 93:4,5 111:22 |
| | 184:11 187:7 | | 213:23 271:4 |

CONFIDENTIAL

**inclusive**
185:15 195:11
203:15
**income** 211:18
280:22
**incorporated**
133:18 288:12
**increase** 83:7
92:17 107:18
211:14,18
213:21 243:9
**increased**
25:20 107:20
132:2 214:4
245:11
**increases**
154:24 223:22
247:12
**increasing**
83:15 95:11
**indemnified**
13:21
**independent**
101:20 130:2
143:16 157:14
157:19,19
159:20 162:25
163:3 165:9
191:14 197:4
197:23 198:2
198:14 204:22
205:12,15
214:19 228:13
253:5,12,18

266:3,8,11,14
270:2 277:22
277:25 278:19
279:2,3,7
**index** 283:2
**indicate** 78:14
**indicated**
135:19
**indicating**
286:13
**individual**
65:12 148:20
154:19 157:5
160:8 161:5
227:8,17 228:4
229:6,15 232:8
236:12
**individually**
1:4 5:16 65:21
**individuals**
12:15 72:22
144:16 151:21
158:10,18,21
**industries**
271:14
**industry**
271:17
**inflated** 262:11
**inflation** 154:5
154:14 155:8
155:14,17
213:24 216:16
219:8 220:15
222:7,13

223:19 225:13
225:18 243:12
243:17 247:7
268:7 269:6,8
**inflationary**
154:24 155:12
155:22,24
156:2 247:13
250:6
**inform** 276:2
**information**
54:10 137:4,13
149:16 153:10
153:15,19,21
161:15 165:21
166:4,9,23
167:6 168:7
170:5 227:18
228:5,14 229:7
229:16 232:6
235:6,13,19
251:8 253:20
254:8 269:14
279:13,17,23
281:5,7
**informed** 36:10
121:10 258:19
258:20 264:25
**infrastructure**
248:6
**initial** 138:21
139:5,17 163:9
165:19 166:21
184:16 185:22

186:10 195:18
196:15 197:18
198:9 218:2
266:17
**initially** 89:18
105:11
**initiative**
180:16 213:25
**injured** 140:20
142:5
**injurious** 95:20
**injury** 142:7,10
142:22
**inquiring** 121:7
**inside** 29:13
119:15
**instagram** 41:9
41:23
**install** 48:25
**instance** 52:17
174:6
**instruct** 27:14
143:15,20
157:18 159:23
**instructs** 20:24
**insubordinate**
85:20 93:8
**insubordinati...**
70:16,18 92:7
92:10 93:7,24
94:24
**insufficient**
61:24

CONFIDENTIAL

**insurance**
124:21,24,25
125:6,13,16,24
126:2,3,21,25
127:22
**intake** 149:16
**intended** 50:5
**intensity** 25:19
**intent** 159:24
160:23 161:2
161:18
**intention**
105:16
**intentional**
159:17
**intentionally**
158:11 161:6
227:8
**intentions** 97:7
**interaction**
33:14
**interested** 6:9
171:4 175:3
285:15
**interestingly**
128:20
**intermediary**
10:11
**internal** 53:19
92:8 95:5,8
248:24 261:23
**internally**
54:20

**internet** 71:20
**interpret**
193:11
**interpreted**
120:5,18,22
**interrogatories**
168:20 169:4
283:12
**interrogatory**
169:17,20
172:4,13 176:3
176:16
**intertwined**
38:2
**inventory** 46:9
154:7,14,25
155:2,6 181:11
229:17 232:7
232:10 236:2
242:4 243:13
243:18 245:10
247:11
**invest** 57:13
145:3,20
266:17 269:12
278:13 280:8
**invested** 148:19
174:24 270:11
271:10
**investigated**
162:22
**investigation**
189:25 202:21
277:22 278:2,9

278:20 279:4,8
**investing** 42:16
42:18,21
148:25 149:9
149:24 268:14
268:16 270:22
**investment**
50:14,15 51:5
71:16 72:21
147:14 150:16
156:19 172:6
269:16 276:16
277:24
**investments**
57:15 148:3
217:22 271:3
**investor** 146:3
175:10 268:20
269:12 281:21
**investors** 51:14
156:13,14
158:11 161:6
226:19 227:9
263:10
**invests** 152:4
**invitation**
47:10
**involve** 76:14
**involved** 8:25
11:24 17:3
50:4 52:5
54:14,17 56:25
66:15,19 78:2
115:4 135:4

163:6 170:4
171:11 178:7
185:6 187:21
202:5,11
254:21 258:15
263:16
**involvement**
33:19
**involving** 15:16
63:6
**ironically** 99:2
**irs** 55:3,21 75:5
75:20,23 76:10
76:16
**issue** 101:2
112:21 118:4
249:18,19,21
263:9,9
**issued** 257:13
**issues** 71:24
84:9 102:11
103:24 108:2
108:15 114:25
145:10 248:6
**item** 137:2
**items** 104:21
106:16 118:24

**j**

**j** 1:9 5:19
**james** 246:19
248:21
**january** 51:4
63:21

Veritext Legal Solutions

CONFIDENTIAL

**[jglc - know]** Page 33

| | | | |
|---|---|---|---|
| **jglc** 1:3 5:24 | **jumped** 94:8,13 | **kernel** 77:23 | 25:4,4,16 26:8 |
| **jill** 112:2,16,19 | 109:15 | 78:24 | 29:10 30:13 |
| 112:22 | **jumping** 94:6 | **kind** 8:4,12 | 31:5,10 32:2 |
| **job** 1:25 45:21 | 117:4 | 9:14,21 22:2 | 33:8,25 34:23 |
| 46:2 47:23 | **june** 195:11 | 29:24 43:10 | 40:2,13 41:21 |
| 48:3,5,6,9 | 196:8 220:4,23 | 45:13,16 46:5 | 47:21 48:23 |
| 49:24 50:23 | 221:11 222:17 | 51:13 62:8 | 49:2,8,14 50:9 |
| 60:14 62:19 | 237:16 253:6 | 67:16 78:17 | 50:11 51:12 |
| 70:20,25 80:20 | 253:21 | 81:21 95:24 | 52:6 54:11,13 |
| 80:22 85:25 | **jury** 19:21 | 96:2 102:2 | 54:23,25 55:4 |
| 114:15,19 | | 105:14 106:7 | 55:5 57:11 |
| 117:6,8 256:24 | **k** | 114:19 121:21 | 59:17,21 60:22 |
| 258:10 | **k** 12:19 62:16 | 143:8 147:25 | 60:24 61:5 |
| **jobs** 44:19,21 | 173:15 208:4,9 | 148:12 160:14 | 62:24 64:7 |
| **john** 1:10 5:19 | 209:7 210:2 | 172:5 207:21 | 66:16 72:2,9 |
| 133:22 | 239:12,17 | 236:2 245:14 | 72:20 73:20 |
| **join** 97:22 | 241:5,13 | 250:21 256:12 | 75:18 76:5,9 |
| 138:6 177:23 | 281:16,16 | 256:19 257:13 | 76:17 78:2 |
| **joined** 11:21 | 283:19 284:10 | **kinds** 111:13 | 80:7 81:23 |
| 89:23 98:19 | **kaput** 74:16 | 184:6 269:22 | 83:14 84:11 |
| 101:11 109:23 | **katie** 11:16 | **knew** 117:14 | 86:9,10,12 |
| 110:2 | **katrina** 81:3 | 125:12 232:10 | 92:8,21 94:5 |
| **joint** 109:5 | **keep** 40:5,6 | 236:13 248:13 | 95:16,23 96:3 |
| **jostens** 38:4,5 | 56:21 62:14 | 263:10 | 96:4,6,14 |
| 38:10 | 83:7 108:18 | **knocked** 47:24 | 101:17 102:14 |
| **journal** 149:14 | 147:15 149:13 | **know** 9:3 10:11 | 104:10 105:15 |
| **judge** 19:20 | 211:2 264:24 | 10:12 12:9 | 106:10 108:8,9 |
| **judgment** | **kentucky** 8:9 | 13:4,25 14:2,3 | 108:16,17,18 |
| 36:23 207:14 | 26:11 28:5 | 14:3,9,13,17 | 110:5,7 112:19 |
| 207:19 | 30:22 45:4,6 | 15:3,4,5,22 | 113:8 114:16 |
| **judgments** 37:8 | **kept** 59:11 | 16:14,18,23,25 | 114:17 115:10 |
| 37:10 149:15 | 106:5 258:19 | 16:25 17:4,6 | 119:14 122:3,6 |
| **july** 91:10,14 | 264:24 | 17:16,18,25 | 124:20,22,23 |
| 223:5,25 | | 18:11 24:25 | 126:7 128:12 |

CONFIDENTIAL

**[know - legal]**                                                Page 34

129:9,9,11,14
130:16 133:14
133:25 134:5,7
134:9,11,13,15
134:18,20
135:2,18,20,22
136:16,21
137:8,9,9,17,20
137:24,25
138:11,23
139:3,10,13
140:23 141:5,9
141:17,20
143:12 146:13
147:14 149:2,3
149:17 150:9,9
151:20 152:7
153:16 154:23
155:12,14
162:3 163:15
164:15,16,18
167:3,3 176:14
178:9,16,25
179:4,9,20,20
179:21,21
181:7,8 182:12
182:13,15
184:5 186:23
192:15 193:8
195:2 196:7,12
197:16 199:19
199:22 200:6
201:8,11
214:13 226:12

233:5 236:4,5
236:5,9 238:23
242:5 250:11
250:14 251:4
251:23 257:4,7
257:12 259:17
261:19 263:3,7
263:12,15
265:10 267:15
268:5 269:5,6
270:2,2,3
271:6 276:21
277:4,23
281:17,22
**knowledge**
80:17 159:24
160:23,25
204:23 214:19
234:16 256:25
267:18 271:12
**known** 49:6
113:6 133:17
232:11 235:13
236:13
**knows** 106:9
122:4
**korea** 10:3

**l**

**labor** 58:18,18
**lack** 247:5
249:2 250:5
**lane** 28:4

**language** 96:15
186:2 227:13
**large** 45:18
**larger** 238:11
240:10
**largest** 108:7
**late** 34:18
109:7
**launched**
277:21
**law** 6:25 32:7
177:18 178:11
193:11 261:2
**laws** 63:14
165:10
**lawsuit** 67:8
98:19 99:12
126:23 127:21
133:12,15
137:18,22
138:6 139:23
140:2 141:10
144:6 158:24
162:4 163:6
177:23 178:3
182:15,16
183:9 186:5
199:5 245:7
275:14,16,24
276:2,5,8
**lawsuits** 11:9
14:4 62:22
63:5 124:22
141:4 182:4

258:14
**lawyer** 193:10
204:14
**lead** 26:25
66:18 67:10,17
75:14 182:6
191:9,11 192:2
192:8,15,21,24
193:2,7 230:14
**leading** 224:13
247:24 248:18
266:7 281:2,3
**learn** 163:11
179:22
**learned** 124:19
**leave** 228:8
265:17
**leaving** 118:17
206:18
**led** 72:20,21
269:15
**left** 76:3 84:24
98:2,11 118:19
118:19,23
121:6
**legacy** 248:6
**legal** 6:7 8:4,7
8:12 9:7,16
11:7,8,23
24:15 29:25
30:12 33:21,24
34:2,6 37:21
66:14 99:3
129:3 139:2

CONFIDENTIAL

162:21 165:13 180:23 181:19 191:19 192:11 192:12 194:13 197:14,20 198:11 204:14 204:17,19 205:23 212:7 214:11,18 224:12 227:21 234:6,15 235:10 236:17 253:10,16,23 254:11 256:12 257:17 261:8 262:24 282:10 286:1 289:1

**legs** 48:2

**length** 58:14

**lessen** 115:2

**letter** 31:8,9,18 32:12 129:5 177:10,13 286:19

**letters** 33:16 36:3

**level** 93:23 243:16

**levels** 218:3 229:17 232:7

**liberal** 111:6

**licenses** 39:7,10

**lies** 94:5

**life** 8:20 149:2

**lifetime** 149:7

**lifo** 214:2 240:8 241:22,25 242:11

**lifted** 241:4

**light** 194:19

**liked** 129:8

**likely** 218:24 219:12

**likewise** 265:25

**liking** 62:13

**limbaugh** 111:5

**limit** 64:3,8

**limited** 9:20 28:14 79:7 89:3 250:22

**limiting** 248:7

**line** 36:6 83:7 103:19,19 193:13,19 221:17 286:13 288:7 289:3

**lines** 9:2

**lineup** 53:21

**link** 146:15

**linkedin** 41:10 41:11 43:17,22 283:7

**linking** 222:13

**list** 193:23 194:7,15,18

**listed** 49:17 98:16 172:22 194:11 195:3 288:7,17

**listen** 167:24

**listened** 78:3 111:3

**listing** 288:7

**lists** 44:8,8 98:3 98:12

**litigation** 124:24 171:3 178:14,17,19

**little** 19:8 33:14 46:17 126:10 142:13,20 145:8 149:5 167:18 223:8 260:3 271:19

**live** 26:11

**lived** 15:3

**living** 28:20,23

**llc** 12:14,16 52:9,25 53:7 56:15 57:16,19 58:21 59:5,11 59:12,18

**llp** 2:17 3:4,15

**located** 26:17 38:4

**location** 5:25

**locations** 49:2 77:9

**logistics** 23:19 23:23

**logos** 136:25

**long** 21:10 22:21,24 39:16 39:25 46:10,23 71:13 84:14 106:10 188:21 188:23 201:7 261:17

**longer** 14:16 17:2 36:11 58:23 59:20 65:25 83:16 92:10 94:11 128:12 269:15 276:17

**look** 25:7 50:8 58:20 90:7 91:5 97:24 104:13 115:6 149:14 174:22 185:9 187:13 190:16 193:22 195:4 196:17 203:8 207:24 208:16,22 210:7,16 211:2 216:6 217:19 228:24 229:12 230:3 232:2 233:12 235:25 237:4,22 238:2 239:23 243:4

CONFIDENTIAL

**[look - management]**                                    Page 36

260:2 264:3,21 272:21

**looked** 47:13 142:21 165:23 196:15 201:19 212:13 224:8 224:21 242:17 276:24

**looking** 25:5 47:23 49:16 66:22 74:4 76:20 85:7 130:20 132:5 193:9 221:14 240:21

**looks** 43:25 129:9 225:5 249:17

**los** 3:8 45:11

**lose** 111:23 112:8

**losses** 140:24 151:4

**lost** 142:19

**lot** 82:5 94:9 244:22 269:20 281:17

**lots** 270:23

**loud** 19:6

**louis** 63:22 122:3

**louisville** 15:8 26:14 28:4 30:22 32:9

45:4,6 56:5 101:15

**lower** 243:10 243:12

**luck** 154:14

**lunch** 132:25

**m**

**m** 62:16

**macintosh** 68:22 69:7 70:7 76:19 77:5,14,25 78:8,14,18 79:5,18 81:8 82:6,20 83:21 84:8,19 85:12 86:20 88:8,14 90:12,22,25 91:24 94:22 96:10 98:6 100:8 102:22 102:24 111:2 124:19 125:20 125:22 126:23 127:10 132:14

**macintosh's** 99:11

**macro** 223:17

**madam** 286:10

**made** 18:5 24:20 30:7 50:14 51:5 57:14 59:10

61:15 71:16 72:24 77:14 82:20,24 89:20 95:25 96:25 97:3,5 101:4 125:12 128:8 131:12,23 135:22 144:15 151:20 152:19 166:21 174:17 181:15 197:11 204:23 214:20 237:23 241:5 251:7 258:4 266:18 268:4 287:7

**magnitude** 247:14

**mail** 35:21 146:11

**main** 132:4 263:9

**mainframe** 48:16

**maintained** 267:9

**major** 52:13

**majority** 85:8

**make** 18:13,14 21:2 33:16 49:10 52:15 58:2 76:15 78:4 87:22 108:5,21,23

109:2,2 112:7 112:11,15 114:15 116:18 125:15 126:3 131:25 142:14 142:23 143:3 147:4 149:15 153:17 160:14 171:25 207:16 207:21 209:18 224:8,21 225:2 225:3 235:20 237:2 239:10 240:20 256:15 256:23 277:18 278:12 279:9

**makes** 122:16

**making** 17:16 53:13 59:18,20 75:4 110:19 111:20 117:13 117:15,17 145:20 175:5 242:14

**man** 73:19

**manage** 46:9 50:6 72:2 73:5 92:19 103:20

**managed** 53:16 53:19

**management** 71:25 73:7 79:22 104:11 118:2 236:2

CONFIDENTIAL

[management - mean]                                                    Page 37

249:19,22
**manager** 61:19
  79:8,24 80:14
  80:22 83:2,2,3
  92:22,24 104:4
  104:6 250:14
**managing**
  54:15 80:19
  83:20
**manufacture**
  53:22
**manufacturers**
  10:2,7
**manufacturing**
  57:2
**march** 24:16
  134:25 136:5
  136:12 140:13
  142:16,17
  153:6 167:9,25
  173:24 174:7
  174:24 175:5
  184:9,17
  185:14,15
  186:17,18
  208:10 218:18
  219:17 237:15
  243:5,25 244:5
  244:16 245:4
  246:14 247:20
  248:13 249:13
  251:13,21
  253:2 259:3,11
  264:5,13

267:24 269:13
274:21,25
283:14 284:14
**marched** 25:21
**margaret** 112:2
  112:17,22
**margaret's**
  112:20
**margin** 179:2,4
  179:10 213:6,8
  213:16,21,23
  214:4 220:19
  222:8 223:21
  227:10 233:21
  233:24 234:3
  234:12 235:18
  244:18
**margins** 218:2
  ▮▮▮▮▮▮
  121:13 123:11
  123:22
**mark** 11:16
  89:2,12,16,17
  98:12
**marked** 43:18
  44:5 68:16,20
  88:20,24
  168:21,25
  184:10,15
  187:3,6 198:23
  199:4 208:4,8
  215:12,17
  217:4,8 218:12
  218:16 219:22

220:2 221:5,9
222:23 223:3
232:19,23
239:12,16
245:18,22
246:12 258:24
259:4 272:8,12
274:4,7
**market** 145:17
  150:3 151:20
  154:22 156:25
  180:4 223:11
  238:4 243:6
  249:2 250:19
  268:12
**marketing**
  49:24 50:21
  102:12 135:17
  135:24 136:10
  278:7
**marking** 66:4
  66:11 133:4
  175:17 272:4
**marriage**
  285:15
**materialized**
  237:14 262:16
  267:13
**matter** 5:15
  8:16 13:8
  16:15 27:2
  35:5,18 37:11
  69:6 75:24
  76:3,9 105:14

127:23 128:12
162:21,24
177:8 183:22
228:9 231:11
285:16
**matters** 7:14
  9:17 11:7,8,23
  11:23 12:10
  105:22 191:19
  242:6
**maxwell** 61:17
**mba** 38:18,21
  45:22
**mean** 8:24
  24:12,17 31:7
  35:8 41:20
  44:18 54:24
  57:12 60:21
  65:9 70:17
  71:2 73:18
  76:4 78:12
  81:22 83:12
  85:9 92:25
  94:2 95:8
  96:12,24,25
  97:15 105:11
  105:12 112:22
  116:24 117:9
  128:4 135:15
  135:16,25
  136:11,13,14
  136:24 138:21
  139:13 147:17
  157:23 169:12

CONFIDENTIAL

**[mean - misconduct]**                                    Page 38

179:19,19,20 179:24 180:2 185:25 191:10 203:5 205:20 206:6 233:10 236:23 250:11 250:18 252:2 256:2,3 271:2 278:20 279:21
**meaning** 82:13 95:10 142:19
**means** 94:4,4,5 117:3 179:20 217:24 279:4 279:12
**meant** 14:22 280:6
**media** 5:12 41:6 42:5,18 42:19 66:4,11 133:4,11 175:17,24 226:23 227:5 271:22 272:4 282:8
**medications** 20:4
**meet** 96:7 163:22
**meeting** 22:22 22:25 24:3,4 29:3 102:7 116:6 118:13 122:24

**meetings** 26:19
**melissa** 3:11 6:23 11:14 22:20 24:20 63:6 68:22 69:7,9 70:7 71:22 77:25 125:3 286:5
**melissa's** 73:7 83:18
**member** 53:7 73:19,20 135:12 182:5 258:13
**members** 256:15,20 257:3
**memorandum** 261:2
**memorial** 58:18
**memorialized** 88:13
**memories** 123:20
**memory** 20:8 123:24 138:25 200:13
**mention** 49:25 72:13 164:7 181:17 239:2,3 239:6 242:19 242:21,22 250:3,4 267:4

**mentioned** 31:12 59:2 67:9 96:22 100:18,19 104:3 108:3 111:5,12 119:11 135:24 136:10 139:3 141:12 144:4 157:5 163:7 181:22 239:8 241:21 242:9 270:14,22 278:25 279:7 280:13,15
**mentions** 80:13 241:11 242:11 244:21,22
**merit** 160:4
**merrick** 45:3 46:21 60:10 62:15
**merritt** 61:22 62:4,9
**mess** 109:12
**message** 42:15 135:8
**messages** 23:4
**met** 21:8 22:10 22:14 125:6,8 158:17 164:24
**michael** 47:14
**microcomputer** 48:22

**microcomput...** 46:8 47:22
**microphones** 5:5
**mid** 222:3,3,3
**middle** 43:14 130:24 260:9 260:11 274:14
**midland** 45:5 46:20 48:6,7
**midpoint** 221:17 222:4
**midwest** 286:17 289:1
**mile** 109:20
**miles** 63:25 94:15,16
**miller** 1:10 5:19 246:20 248:22
**million** 211:18 211:21 243:7
**millions** 151:21
**mind** 29:6 71:5 71:14 176:12 205:24 206:5,8 269:3
**mine** 159:9
**minute** 87:5 98:5 219:3
**minutes** 22:23
**misconduct** 62:21,25 63:2 96:16

CONFIDENTIAL

**[misdeeds - necessarily]**

| | | | |
|---|---|---|---|
| **misdeeds** 144:18 | **mix** 214:2 238:10,16 240:9 241:9 | **morning** 5:2 7:12 | 69:10 80:23 81:4 98:13 |
| **misinformed** 141:6 | **mobile** 5:8 | **mother** 113:5 | 133:20 145:22 |
| **misleading** 131:12 180:21 181:3,17 197:12 198:8 205:8 206:21 207:5 208:2 212:5,16,24 214:9,16,21 | **models** 48:18 | **motion** 157:22 191:9,12 192:16,21 193:7 207:15 207:20 230:14 257:8,13,24 259:2,8 261:3 261:9 264:2 284:13 | 145:24 205:25 268:4 270:16 286:6 287:3,4 287:15 288:3,4 288:21 |
| | **moderation** 221:18 | | |
| | **modest** 222:8 | | **named** 13:7,9 67:12 81:3 133:14 137:21 139:4,8,12,16 140:15 144:5 163:12 164:19 164:22 177:2 183:10,15,17 196:14 |
| | **modestly** 214:4 | | |
| | **modify** 206:17 | | |
| | **modulated** 120:11 | | |
| **mispriced** 145:18 150:4 266:20,25 267:16 | **moment** 44:12 115:9 209:9 | **motions** 134:10 258:4 | |
| | **monetary** 88:3 | **movement** 278:10 | |
| **misread** 213:13 | **money** 10:12 14:7 17:15 29:22 30:3 32:3 55:17 87:17 103:21 141:3 147:5 150:12 152:5 280:8 | **multiple** 122:21 146:3 179:7 189:10 | **names** 133:21 |
| **misreading** 212:21 | | | **natural** 1:9 5:18 133:17,18 185:14 286:6 287:3 288:3 |
| | | **multiplication** 149:6 | |
| **missing** 44:17 194:23 | | | |
| | | **murray** 3:4 6:21,24 | |
| **mississippi** 122:4 | | | **nature** 78:8 129:14 220:14 |
| | | **mute** 5:7 | |
| **misspoke** 221:24 | **monitor** 174:25 | **mwright** 3:12 | **naveen** 12:18 12:21,25 18:7 30:14 |
| | **month** 84:18 85:13 118:10 172:23 251:13 | **mycare** 50:3 | |
| **misstatement** 236:25 | | **n** | **nconrad** 3:20 |
| **misstatements** 262:13 | **monthly** 167:2 172:21 | **name** 6:3 7:13 7:16,17 11:15 32:7 33:13 41:17,22,25 43:11,14 45:7 56:11 59:5 | **near** 56:2 |
| **mistake** 273:2 | **months** 34:15 46:25 74:19 84:17 85:4 89:19 90:12,15 91:24 101:24 | | **necessarily** 58:25 72:5,5 73:12 85:6 129:2 137:6 268:3 269:8 |
| **misunderstan...** 37:5 | | | |
| **misunderstood** 37:13 182:18 | | | |

CONFIDENTIAL

**[necessary - numbered]**                                    Page 40

| | | | |
|---|---|---|---|
| **necessary**  16:8 | 182:7 183:9 | 167:5,7 267:7 | **noted**  282:12 |
| **need**  18:24 | 192:23 212:13 | 269:21,25 | **notice**  2:19 |
| 20:14 118:23 | 233:18 275:3 | **newswire** | 68:21 69:15 |
| 233:8,12 | 275:10,20,25 | 174:19 281:12 | **noticed**  244:14 |
| 256:23 258:20 | 276:7 | **nice**  152:15 | **notices**  24:15 |
| **needed**  12:5 | **nevertheless** | 271:8 | 281:15 |
| 25:24 47:16 | 94:9 | **night**  147:6 | **noticing**  6:16 |
| 48:5 71:3 | **new**  1:2,19,19 | **night's**  21:9 | **notification** |
| 118:20 152:23 | 2:18,18,20 | **nod**  19:7 | 146:12 281:20 |
| 195:2 225:25 | 5:22 6:3,3 7:8 | **non**  95:19 | **notifying**  25:14 |
| **needing**  116:19 | 12:3,11 22:16 | 108:6,7 110:16 | **november**  84:5 |
| **needs**  116:14 | 26:9 32:19,22 | **nonresponsive** | 199:6 230:9 |
| **negotiable** | 34:3 37:22,23 | 13:18 | **number**  5:23 |
| 75:10 | 53:13 82:24 | **nope**  180:17 | 5:24 52:16 |
| **neighborhood** | 100:25 108:17 | **normal**  20:22 | 66:5,12 72:22 |
| 87:20 126:10 | 253:19 254:7 | 102:13 | 106:7 107:24 |
| 127:11 | 276:3 285:3,8 | **normalize** | 133:5 145:13 |
| **neil**  3:19 6:17 | **news**  135:7,10 | 247:9 | 152:18 169:17 |
| 7:13 | 135:14,15,22 | **normally**  82:14 | 169:20 175:25 |
| **neither**  112:19 | 137:2 174:20 | 152:10 | 210:17 213:2 |
| **net**  211:13,17 | **newsletter**  47:7 | **northcoast** | 223:15 226:23 |
| 213:10,11,18 | 47:12 145:23 | 215:12,18,20 | 271:22 272:22 |
| 213:19 238:6 | 145:25 146:13 | 217:4,10 | 282:8 286:7,13 |
| 243:9 | 146:17,24 | 283:20,22 | **numbered** |
| **never**  9:11 | 147:3,13 | **notarized** | 76:23 98:24 |
| 15:15 16:2 | 148:17 150:2 | 286:14 | 104:13 111:16 |
| 34:22 35:24 | 150:13 166:25 | **notary**  2:20 7:7 | 113:2,23 |
| 42:10 50:19,20 | 168:14 173:7 | 285:7 286:25 | 129:19 131:11 |
| 54:2,23 67:9 | 173:11 266:18 | 287:10,18 | 132:5 185:9 |
| 77:25 82:25 | 277:14,18 | 288:15,23 | 195:4 203:8 |
| 83:17 96:15 | 279:22 | 289:23 | 208:22 209:22 |
| 104:6 107:23 | **newsletters** | **note**  5:4 129:5 | 211:3 229:12 |
| 120:14 132:2 | 145:6 146:3 | 286:12 | 230:11,24 |
| 148:15 172:4 | 148:3,8 149:12 | | 235:4 237:7 |

238:2 243:4 252:9,22

**numbers** 117:12,13 142:14,21 210:16 288:7

**nurse** 50:17 51:15

**o**

**o** 12:19

**oath** 4:16 8:11 19:19,19

**object** 20:20 213:12

**objected** 79:21

**objection** 24:11 24:24 29:4 32:20 33:3 49:5 55:14 61:11 62:6,11 64:24 65:5 75:19 79:20 80:12 81:10 84:10 85:3 86:8,24 87:19 88:10,18 90:4 90:14 91:21 92:2,5 95:2 96:11 97:11 99:9 101:7,13 102:21 103:25 105:10 106:23 107:4,13

108:22 110:3 110:13,24 113:3,14,20 117:2,21 118:7 119:10,25 120:9,13,20,25 123:14,18,23 126:16 128:3,7 128:19 130:8 131:7,16 132:9 132:19,23 134:16 137:5 140:4 142:2,9 143:10,14 144:13,20 146:9,25 147:11 148:14 148:24 150:7 151:9 153:23 155:9,19 156:5 156:10 157:12 158:13,25 159:5,18 160:10,24 161:7 162:20 163:17 165:12 166:10,18,24 168:12 172:9 172:17 173:3,8 173:12,16,20 174:11 179:3 179:11 180:9 180:22 181:6 181:18 182:9

183:20 185:4 185:24 186:15 186:19 189:12 191:13 192:10 194:12 195:22 196:2 197:2,13 197:19 198:10 199:25 200:24 201:15 204:7 205:22 206:7 206:15,22 207:6,11,17,22 209:14,24 211:9 212:6,17 212:22 214:10 214:17 216:23 218:9 219:19 220:21 221:2 222:14,20 224:5,11 225:15 226:5 226:11 227:11 227:20 231:3,9 231:15 233:16 233:22 234:4 234:13,20,25 235:9,22 236:16 238:17 238:22 239:5 240:25 241:10 241:19 242:13 242:20,24 244:19 245:8 247:23 248:17

249:5,16,23 250:25 251:10 251:22 253:9 253:15,22 254:10,16 255:4 256:10 256:22 257:15 258:2 262:23 263:6,19 265:16,24 266:6,13,22 268:15 270:12 271:15 273:20 281:9

**objections** 4:10 6:10 108:24 168:19 169:2 170:14 224:24 228:7 283:11

**obligation** 160:14

**obligations** 31:24

**obtain** 166:8

**obviously** 18:15 163:8

**occasion** 120:11

**occasionally** 36:2 67:21 138:10

**occur** 250:7 268:2,8

CONFIDENTIAL

**occurred** 138:20 139:2 164:15,19 167:9,25 170:2 170:10 274:21 274:25

**october** 217:11 218:7

**oddly** 47:6

**offensive** 77:14

**offer** 102:3 178:6

**offered** 48:3

**offering** 89:18 172:5 223:10

**office** 79:8 80:13 82:14,15 85:10 93:25 94:3 95:13,14 95:25 109:21 115:3 117:14 118:24 119:12 119:15,20 122:2 128:24

**officer** 4:15 14:17 53:24 54:3 73:16 83:2

**officers** 47:10 75:4 133:19 153:14 154:8 156:15 159:25 160:17 161:10 161:11 237:23

**offices** 2:17 6:25 178:11

**official** 287:15 288:21

**offset** 213:25

**oftentimes** 147:6

**oh** 15:22 91:3,9 111:7 129:21 147:21 193:21 221:25 245:15 245:24 252:18 260:8

**ohio** 56:10 57:5 57:7,21,24 286:2

**okay** 37:4 65:24 69:18 90:24 91:3,6 122:12 127:14 138:2,17 167:23 173:14 174:13 208:18 208:21 210:19 213:4,14 217:7 233:13 261:22

**okie** 273:9

**old** 111:19

**older** 50:11

**omission** 181:3 226:13,14

**omissions** 226:13 262:12

**once** 7:22 81:17 81:22 118:15 118:16 154:25 175:2 202:2

**ones** 40:16,17

**ongoing** 24:14 32:18 59:8

**online** 171:19

**ooo** 4:20

**open** 117:13 119:12,13 185:15 195:11 203:15 238:7

**opened** 238:4 243:6

**operating** 51:16

**operation** 10:9 144:25

**operational** 268:2 269:4

**operationally** 154:12

**operations** 34:23 52:10 53:19 54:15,16 54:16 71:23 85:11 103:16 249:19

**opinion** 113:10 150:15 231:10

**opportunities** 216:17 217:24 225:3 235:15

**opportunity** 61:13 139:11 217:25 233:4

**opposed** 77:11 78:22 124:6

**opposing** 277:8

**opposition** 116:7

**opted** 65:17,18

**options** 262:10

**order** 14:10 37:2 46:16

**orders** 14:12

**orf** 57:4

**organization** 101:19

**organize** 47:11

**oriented** 260:13

**original** 51:15

**originally** 85:25

**outcome** 6:10 128:2,5 285:16

**outguess** 268:12

**outline** 256:7

**outlined** 157:21

**outlook** 216:8 267:9,10

**outside** 65:18 73:18 78:18 88:8

CONFIDENTIAL

**[outsized - paragraph]**                                        Page 43

**outsized**   232:11
  236:14
**overlap**   51:21
  51:25
**overnight**
  122:6
**overseas**   10:10
  12:6
**overseeing**
  104:18 105:7
**owe**   256:19
**owed**   30:15
**own**   21:8,13
  43:5 129:15
  149:4 278:13
  278:14
**owned**   9:16
  10:20 53:2,3,5
  53:6 57:10,11
  66:21 140:22
  151:5 277:21
**owner**   10:15,17
  10:18 11:6
  12:18 18:2
  38:7 47:4,7,14
  49:20 57:12
  59:17
**owners**   12:3,11
  28:17 29:2,6
  29:16,25 32:19
  32:22 34:3
  37:23,23
**ownership**
  52:24 152:11

**p**
**p**   1:11 5:20
**p.m.**   133:7
  175:19,20
  226:24,25
  246:5,6 271:23
  271:24 282:12
**packager**   52:12
  52:13
**packaging**   59:3
**page**   18:14
  44:7 69:21,23
  76:21 91:8
  97:24 98:3,6,7
  98:8,11,24
  104:14 111:17
  113:24,24
  118:12 121:3,4
  122:9,9 130:22
  130:24 168:9
  169:16 170:16
  170:17 172:2
  176:20 182:17
  184:21 185:10
  190:16,18,20
  193:22 194:19
  195:5 203:9
  208:23 209:19
  210:9,21
  212:25 216:6
  217:14 218:21
  218:22 219:4
  221:14,15

  223:9 229:2,3
  231:23 232:3
  237:6,9,9
  239:23,23
  246:18 252:8
  252:22,23
  260:7,12,22
  261:17,24,25
  264:3 272:14
  272:21 273:3,6
  273:7 274:9,13
  274:14 283:3,7
  284:3 286:13
  286:15 288:7
  289:3
**pages**   69:14,17
  188:23 210:15
  260:23
**pagination**
  261:23
**paid**   17:18
  31:10 34:8
  36:7,22 50:25
  63:15,23 87:17
  100:21 104:19
  104:23 106:2
  106:18 107:22
  125:16,19,21
  128:11 150:12
  170:2 178:19
  179:15 180:5
**paperwork**
  30:12,24

**para**   222:3
**paragraph**
  76:23 78:22
  79:3,4 98:24
  98:25 99:22
  104:14 111:16
  112:5 113:2,23
  115:14 116:5
  118:11 121:4
  122:9 123:7
  128:21,22
  129:19 131:11
  132:5,7 170:16
  170:17,17
  176:17,21
  185:10 186:21
  191:6 195:5
  203:9 208:23
  209:2,11,23
  210:4 211:3,6
  211:12 213:5
  216:7,12
  217:20 218:23
  220:7 221:15
  221:23 223:9
  223:15 229:13
  230:11,25
  232:2 235:5
  237:7,10 238:2
  239:25 240:7
  240:15 241:16
  243:4,5,24
  245:2 246:22
  246:23 247:4

CONFIDENTIAL

**[paragraph - period]**                                                    Page 44

252:9,22 262:4
262:8 264:21
**paragraphs**
115:6 129:23
170:14 176:19
**pardon** 35:12
147:21
**parentheses**
112:3 185:16
185:17 195:11
195:12 203:15
203:16 211:14
211:16 238:7,9
**park** 3:6
**part** 9:9,11,13
20:22 24:6
37:15 46:8
54:12 57:23
65:19 75:11
87:25 94:23
99:2 101:18
103:3 105:5
128:14 139:22
139:25 154:3
171:5 182:4
241:12 249:12
250:13 263:3,5
263:8 270:17
288:9
**partial** 168:5
240:18,19
**partially**
213:25 237:13
240:17 262:15

**participate**
16:4 72:10
101:23 183:15
184:6 188:9
257:4
**participating**
183:17 188:6
**particular** 38:2
83:13 95:24
102:15 115:14
131:10 151:24
168:14 176:13
217:20 238:25
270:24 271:13
**particularly**
271:2
**parties** 4:6 5:10
17:2 66:9 98:3
98:12 133:9
175:22 184:22
227:3 246:8
272:2 282:7
285:14
**partly** 249:11
**partner** 52:4
**parts** 105:4
201:19
**party** 6:8 13:8
13:9 17:9
98:17 258:13
**passed** 163:8
**passing** 223:21
**passive** 184:8

**past** 141:4
**path** 180:16
213:24 268:3
**pathetic** 249:7
250:8,10
**pattern** 99:5,16
**pavithra** 3:9
6:20 22:20
24:20
**pay** 12:5 17:14
17:15 29:7
30:15 48:5
52:17 64:11
126:25 270:5
**paycheck** 46:3
50:20 73:14
**paying** 29:22
59:22 64:13
75:15 178:13
178:16
**payment** 17:17
17:24 18:5
30:5 31:11,13
32:23 52:15
68:13 87:22
88:3 126:3
127:8
**payments**
17:16,19 30:6
32:13,15,25
37:15 59:7,9
75:4 76:15
178:5,6 182:24
183:15

**pays** 271:7
**pdf** 146:15,16
203:6
**penalty** 64:12
193:14 230:19
**pending** 134:10
**people** 47:24
48:17 50:11
61:6 73:2
80:10,11
117:14 151:17
164:10 179:14
**percent** 150:22
211:14,15,19
211:22 213:10
213:11,18,19
238:6,7 243:9
**perform** 31:24
114:14 117:5,8
161:19
**performance**
28:17 61:24
81:23 110:16
118:4
**performing**
73:3
**period** 58:10
59:6,12 71:15
76:24 82:16
84:18 85:14
140:21 156:19
156:22 157:3
161:23,24
162:3,7,19

CONFIDENTIAL

**[period - point]** Page 45

185:16,21
186:4,9 195:12
195:15,17,24
203:16,20,23
203:24 204:23
206:10 207:10
207:13 214:14
215:9 216:22
218:8 219:18
220:24 222:18
224:2,10,23
226:10,15
229:9 238:8
243:11 262:10
**periods** 280:24
280:25
**perjury** 193:14
230:19
**permit** 104:23
106:18
**persists** 220:15
**person** 22:25
24:4 35:23
40:10 65:3
80:14 81:17
101:20 131:24
170:3,7 171:10
**person's**
119:15
**personal** 30:14
118:24 164:11
**personally**
144:11 234:21
236:11 287:11

288:15
**personnel**
54:17,18
**persons** 185:12
195:8 203:11
**perspective**
77:21 78:13
79:15 106:25
107:15 112:24
114:9 220:10
**ph** 11:16 57:4
81:3
**philosophy**
268:14,17
**phone** 109:2
110:19 286:3
**phones** 5:8
**phrase** 179:16
279:11
**physical** 113:18
113:22 115:7
**physically**
115:15,23
**pick** 5:6
**picked** 117:18
**picking** 110:19
**picks** 167:4
**pin** 116:2
**pinned** 115:16
**place** 5:10
136:3,12
257:18
**plaintiff** 26:25
66:19 67:10,13

67:17 69:8
98:20 137:21
139:4,9,12,17
140:15 141:2
163:12 164:22
170:19,22
171:5,9,13,18
182:6,6 183:10
183:16,17
184:8,23
187:15 190:21
191:9,11 192:2
192:5,8,9,16,19
192:21,24
193:3,7 230:14
**plaintiffs** 1:7
3:5 6:22 11:12
11:19 13:2,20
125:14 168:18
168:20 169:2,4
170:19,22
259:2,8 261:3
261:9 262:9
264:2 283:11
283:13 284:13
**plan** 50:19
**plans** 104:12
**plant** 10:8
**pleaded** 109:16
**please** 5:4,7
6:11,13 7:3,15
19:12 35:15
59:18 76:21
135:12 137:15

148:6 169:16
203:8 217:14
233:4 246:10
252:10 272:21
273:8 286:11
286:11
**pled** 63:15
**pltf** 170:24
272:7,15 273:4
274:3,10
284:16,18
**plummeting**
135:8
**plus** 211:15
220:13 278:8
**pni** 281:13
**pocket** 125:19
128:11
**point** 14:4 18:8
26:2 33:8
37:12 52:3
80:14 82:5
84:7 92:12
108:4 113:7
114:11 130:3
135:3 146:10
152:2,16
163:11 168:15
194:22 211:12
247:20 248:12
251:16 252:4
263:17 265:20
267:17 268:9
268:10 275:3

CONFIDENTIAL

**[point - prices]**                                                        Page 46

276:18 279:15
**pointed** 176:18
**points** 151:22
   211:8
**policy** 81:22
   126:21
**political** 111:9
**portal** 172:15
   173:2 244:10
   281:7
**portion** 173:23
   174:3,8 244:9
**position** 50:25
   82:25 115:18
   160:17 161:16
   269:11 273:10
**positions** 51:20
**positive** 82:4
   200:18
**possession**
   276:17
**possibilities**
   116:22
**possible** 18:4
   65:14 82:24
   105:12 120:10
   123:15,19
   124:2
**possibly** 235:14
**post** 43:7,11
   218:3
**posted** 42:9,10
   43:7 64:9

**posters** 42:24
   43:3
**posts** 43:5
**potential** 122:5
   122:21 148:2
   217:23
**pr** 174:19
   281:12
**practically**
   35:5,18
**practice** 101:21
   181:10 241:22
   242:3 257:25
**practices**
   262:15
**prajesh** 3:10
**preceding**
   250:2
**precipitously**
   150:25
**predict** 269:7
**premium**
   126:25 128:11
**preparation**
   23:4 24:23
   25:11 188:10
   258:18
**prepare** 21:4
   26:3,23 54:12
   169:10,12
   212:11 257:19
**prepared** 30:23
   31:17,20
   204:15,17,19

**preparing**
   21:11 24:8
   54:6 185:7
   187:22 188:7
   202:5,11
**present** 3:23
   58:22 66:9
   133:9 169:23
   175:22 227:3
   246:8 272:2
**presentation**
   232:17,24
   284:7
**presented**
   225:10 252:3
   253:25 255:18
   256:3
**presenting**
   216:16
**preserve**
   223:20
**president**
   133:23 144:7
   157:7
**press** 167:9,12
   167:15,17
   174:14 208:11
   209:3,20,25
   210:8 213:2
   214:15 239:19
   239:24 243:24
   244:5,8 267:3
**pressuring**
   114:13 117:8

117:10
**presume** 13:17
   16:18 86:9
   200:5
**pretends** 251:4
**pretty** 18:10
   49:6 249:7
**prevented**
   248:14
**preventing**
   104:21 106:16
**previous** 18:2
   114:19 152:13
   153:5 267:10
**previously** 7:23
   141:3 165:18
   186:3 196:16
   273:21 274:19
**price** 135:8
   142:13,18
   145:8 151:7
   152:3,9 154:11
   154:22,24
   155:3 166:13
   166:17 170:2
   171:19 244:14
   247:12 249:11
   249:13 250:19
   262:17 266:19
   266:25 267:5
   278:9,11
**priced** 267:19
**prices** 151:19
   154:7 155:8,10

155:13,15 215:25 262:11

**pricing** 155:18 222:7

**primarily** 243:10

**print** 45:5 46:20 48:6,7 49:18 89:4 171:16 172:13 172:25

**printed** 47:7 147:12,15 190:18 276:19

**printing** 9:22 9:23 10:4,6 44:24 45:2,3 46:21 47:7,20 48:9 52:20 56:9,12 60:11 61:22 147:3

**printout** 43:18 43:21 232:23 283:8

**prior** 122:8 153:6 156:19 236:25 238:8

**private** 5:6 57:14 72:22 160:13

**probably** 182:19 252:12

**probe** 27:16

**problem** 102:17

**problems** 102:8 102:9,15 129:8

**procedure** 287:5 288:5

**proceed** 7:4 246:10

**proceeding** 6:11 8:5,6,8,12 9:7 15:14 66:8 133:8 175:21 227:2 246:7 271:25

**proceedings** 15:25

**process** 20:22 258:15 277:23 280:3,6

**procurement** 179:17,19,24 179:25 181:12 237:13 239:4,7 242:23 243:11 243:16 244:21 245:6,14

**produce** 71:3 72:10 83:8 93:22

**produced** 118:10 146:23 147:9,17 171:2 182:14 187:25 202:8 272:19

**producing** 70:21 181:11 254:19

**product** 154:6 179:14 180:3,5

**production** 286:15,17,22

**productive** 95:19 108:6,7

**products** 144:23 241:23

**professional** 39:6,10 258:17

**profile** 43:17 43:22 283:7

**profit** 145:21 153:9 154:10 238:5 240:3,8 240:23 241:7 241:17 243:8 247:10

**profitability** 102:12 107:18 107:20 108:2 145:10 153:13 153:16 155:20 156:18 181:8 181:16 220:10 222:6 226:18 242:4 248:9,16 249:3 250:24 267:4,11,12

**profits** 83:8 95:11 104:20

104:22 106:15 106:17 132:2,3 132:4 135:20 153:8 154:2 225:24 226:18 243:14 267:25

**program** 38:22 45:22 48:21

**progress** 264:25

**project** 45:19 189:13

**promise** 269:2

**promised** 31:13 104:24 106:19 107:8,23 267:22

**promises** 131:23

**promote** 84:23

**prongay** 3:4 6:21,24 163:23 164:14 177:5 177:14,17 178:10

**proof** 182:10

**proper** 30:12

**proposal** 89:20 101:25

**prosecute** 207:2

**prosecuting** 254:21

CONFIDENTIAL

**[prospect - radio]**                                    Page 48

| | | | |
|---|---|---|---|
| **prospect** 145:4 | 288:23 289:23 | **pursuant** 2:18 | 241:15 255:6 |
| **prospects** | **publicly** 158:10 | **purview** 83:18 | 279:8,25 |
| 151:22,23 | 158:16 225:12 | **put** 13:10 42:19 | 280:12 |
| 161:16 265:3 | **published** 52:2 | 71:22 82:7 | **questionable** |
| 266:12,15 | 52:6 59:4 | 161:10 200:11 | 10:24 |
| **prosper** 152:8 | 135:22 | 206:3 214:22 | **questions** 18:16 |
| 152:9 | **publisher** | **putative** 256:21 | 18:17,19 19:5 |
| **prove** 217:17 | 52:13 | **putting** 25:25 | 20:2,12,21 |
| **provide** 16:9 | **publishers** 9:24 | 115:17 132:15 | 115:12 171:25 |
| 19:25 50:6 | 59:16 | 202:9 205:25 | 188:3 190:13 |
| 88:4,7 101:17 | **publishing** | | 233:7,11 |
| 189:19 202:15 | 52:10,12 | **q** | 260:20 277:8 |
| **provided** 8:15 | **pulled** 63:22 | | 281:25 |
| 8:16 15:15,24 | 145:11 | **quarter** 208:12 | **quick** 50:8 |
| 16:7 46:7 93:7 | **pulling** 92:11 | 209:4 210:22 | **quickly** 114:4 |
| 103:4 205:15 | **punished** | 213:9,17,20 | 255:24 256:2 |
| 219:8 229:18 | 250:15,18 | 239:20 243:20 | **quit** 51:18 |
| 259:19 267:8 | **punishment** | 245:17 246:14 | 116:14 128:25 |
| 269:14 281:8 | 64:12 | 247:7 284:12 | 129:4 130:17 |
| 281:11 | **purchase** | **question** 4:11 | **quite** 101:16 |
| **provider** 71:21 | 142:24 149:18 | 14:2 18:20,21 | 117:12 147:12 |
| **providing** | 166:7 182:11 | 18:23 19:11,14 | **quitting** 129:3 |
| 169:24 226:18 | 194:3 232:10 | 19:15 20:16,17 | **quotas** 71:5 |
| **proximate** | 281:3 | 20:23 34:10 | **quote** 11:6 |
| 130:12 | **purchased** | 35:15 44:13 | 99:16 116:14 |
| **pseudo** 268:4 | 29:12 142:11 | 54:2 124:11 | 116:15 267:16 |
| **public** 2:20 7:7 | 152:17 154:11 | 129:6,16,17 | **quoted** 240:15 |
| 141:6 153:11 | 185:13 195:9 | 130:2 134:8,12 | 241:12 |
| 153:20 160:15 | 203:12 241:24 | 134:17,21 | **quotes** 50:24 |
| 160:17 167:11 | 273:17,24 | 138:18 143:18 | **r** |
| 227:19 228:6 | **purchases** | 164:4 166:20 | |
| 235:7 242:17 | 172:22 186:21 | 167:22 200:14 | **r** 6:25 62:16,16 |
| 285:7 287:10 | **purports** | 201:2,4 209:16 | **radio** 78:4 |
| 287:18 288:15 | 248:22 | 209:17 227:23 | 111:3,5 |
| | | 234:17 235:5 | |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| **raid** 29:13 | 131:7,16 132:9 | 199:25 200:24 | 257:15 258:2 |
| **rain** 94:8 | 132:19,23 | 201:15 204:7 | 260:14 262:23 |
| **raise** 71:19 | 134:16 137:5 | 205:10,22 | 263:6,19 |
| 75:6 120:7 | 138:12,18 | 206:7,15,22 | 265:16,24 |
| **raised** 72:25 | 140:4 142:2,9 | 207:6,11,17,22 | 266:6,13,22 |
| 73:2 | 143:10,14 | 209:14,24 | 268:15 270:12 |
| **rajesh** 3:9 6:20 | 144:13,20 | 211:9 212:6,17 | 271:15,20 |
| 6:20 22:20 | 146:9,25 | 212:22 214:10 | 272:25 273:20 |
| 24:11,24 27:12 | 147:11 148:14 | 214:17 216:23 | 277:10,11 |
| 29:4 32:20 | 148:24 150:7 | 218:9 219:19 | 278:16 281:9 |
| 33:3 49:5 | 151:9 153:23 | 220:21 221:2 | 282:3 283:5 |
| 55:14 61:11 | 155:9,19 156:5 | 222:14,20 | **ran** 57:3 83:4 |
| 62:6,11 64:24 | 156:10 157:12 | 224:5,11,24 | 233:18 |
| 65:5 75:19 | 158:13,25 | 225:15 226:5 | **rapidly** 243:17 |
| 79:20 80:12 | 159:5,18 | 226:11 227:11 | **rate** 213:6,8,16 |
| 81:10 84:10 | 160:10,24 | 227:20 228:7 | 213:21,23 |
| 85:3 86:8,24 | 161:7 162:20 | 231:3,9,15 | 214:3,4 238:5 |
| 87:19 88:10,18 | 163:17 164:2 | 233:16,22 | 240:8,23 241:8 |
| 90:4,14 91:21 | 165:12 166:10 | 234:4,13,20,25 | 241:17 243:12 |
| 92:2,5 95:2 | 166:18,24 | 235:9,22 | **rather** 18:6 |
| 96:11 97:11 | 167:21 168:12 | 236:16 238:17 | 95:20 108:16 |
| 99:9 101:7,13 | 172:9,17 173:3 | 238:22 239:5 | 109:10 115:2 |
| 102:21 103:25 | 173:8,12,16,20 | 240:25 241:10 | 150:11 154:13 |
| 105:10 106:23 | 174:11 179:3 | 241:19 242:13 | 184:8 269:16 |
| 107:4,13 | 179:11 180:9 | 242:20,24 | **ratio** 278:10 |
| 108:22 110:3 | 180:22 181:6 | 244:19 245:8 | **reached** 136:15 |
| 110:13,24 | 181:18 182:9 | 247:23 248:17 | 140:12 |
| 113:3,14,20 | 183:20 185:4 | 249:5,16,23 | **reaching** 163:7 |
| 117:2,21 118:7 | 185:24 186:15 | 250:25 251:10 | **read** 27:5 |
| 119:10,25 | 186:19 189:12 | 251:22 252:16 | 115:10,13 |
| 120:9,13,20,25 | 191:13 192:10 | 253:9,15,22 | 147:6 149:23 |
| 123:14,18,23 | 194:12 195:22 | 254:10,16 | 166:22 167:11 |
| 126:16 128:3,7 | 196:2 197:2,13 | 255:4,12 | 167:20 168:3,5 |
| 128:19 130:8 | 197:19 198:10 | 256:10,22 | 168:10,10 |

Veritext Legal Solutions

CONFIDENTIAL

**[read - records]**

171:14,18,22
173:6,14,18,23
174:4 185:25
189:4,5,7
198:15 201:13
204:11 206:2
211:25 214:6
218:4 219:14
220:16 225:5,8
225:17 230:16
231:20 243:21
244:9 247:17
248:10 255:18
287:5,6,12
288:5,6,17
**reading** 131:8
174:8,14 189:2
189:3 201:12
286:19
**reads** 99:22
262:8
**real** 8:25 248:7
**realize** 247:14
260:3
**really** 9:2 29:6
50:18 51:6,6
51:17 83:18
103:14 130:17
151:13 233:8
257:24
**realm** 116:22
**reason** 19:24
20:11,13 60:12
61:21,25 93:6

124:4,12,14
145:9 206:17
212:14,18,20
212:23 249:13
286:14 288:8
289:3
**reasons** 80:21
92:7 101:16
**rebound**
152:12 270:8
**rebuffed** 77:12
78:23
**recall** 9:5,9
12:15 14:25
15:10,12 25:8
34:5 37:18
38:24 48:12
55:7,11 61:9
67:19 82:3
83:24 87:6,9
90:2 97:10
101:16 102:19
117:23 121:25
122:13 123:7
127:13 130:18
141:25 149:3
157:8 159:13
160:5 161:25
166:25 167:5
173:6,10 174:7
186:7,8 188:18
188:25 189:5,8
215:3 264:12
266:21 277:15

280:4,17
**recalls** 171:17
171:18
**receipt** 286:18
**receive** 31:14
31:15,17 32:13
38:18 59:7
72:18 81:8,12
81:18 146:2,7
147:4,25
148:12 164:8
182:24
**received** 32:23
35:21 36:15
68:13 72:16
148:15 156:3
163:14,20
164:14 170:3
178:5
**receiving**
100:22 255:9
**recent** 63:20
67:5 176:7,9
278:7 280:25
**recently** 270:7
**recess** 66:6
133:6 175:19
226:24 246:5
271:23
**recipient** 120:3
**recognize**
264:7
**recognized**
47:25

**recollection**
66:25 67:3
87:3 91:13
267:15
**recommendat...**
101:5 103:7,23
150:10 174:17
279:22
**recommended**
81:16 146:17
**record** 5:3,11
6:15 7:16
18:18 19:5,6
24:16,17 35:23
35:24 36:2
44:4 62:13
66:3,10 125:15
129:19 133:3
133:10 138:23
152:15 155:5
175:16,23
190:22 201:9
201:10 203:5
226:22 227:4
240:20 245:25
246:3,9 271:19
271:21 272:3
273:22 282:11
285:12 288:9
**recorded** 5:13
18:17
**recording** 5:9
**records** 21:8,14
21:15,17 22:2

CONFIDENTIAL

**[records - remember]**                                  Page 51

22:3,4,5,6,7
25:2 33:9
200:10
**recover** 140:24
**recovered**
  141:3 178:20
**recovers** 65:22
**recuperate**
  118:21
**red** 92:13 108:5
**reddit** 42:7,9
  42:10
**refer** 69:8
  141:22 170:19
  170:23 227:12
  260:19 278:19
  281:5
**reference**
  122:10 165:20
  170:25 220:19
  233:14,20,23
  242:12,18
  245:12 260:10
  260:16 286:7
  287:2 288:2
**referenced** 19:8
  23:16 24:5
  67:20 81:5
  89:12 209:11
  210:3 244:13
  266:18 287:11
  288:15
**references**
  167:3 231:23

243:24 256:11
**referencing**
  33:25 99:15
**referred** 280:2
  281:19
**referring** 22:18
  22:19 99:20
  128:21 183:13
  235:4 278:22
  279:10
**refers** 209:3,7
  209:25 244:4
  268:4
**reflected** 152:2
**refresh** 91:12
**refuse** 85:22
**refused** 70:19
  85:20,24
**regard** 169:24
**regarding** 24:2
  110:22 161:15
  174:20 182:3
  229:16 237:11
**regardless**
  280:18
**regards** 275:21
**regular** 77:5
**reins** 71:21
  72:3
**reiterated**
  116:6
**relaed** 258:25
  284:13

**related** 6:7 8:21
  21:18 22:7
  23:8 32:25
  36:20 37:21
  38:10 42:20
  52:22 64:10
  68:13 79:19
  93:2 96:14,18
  96:21 110:22
  111:11 146:3
  156:4 174:7
  181:8 183:5
  242:6 245:6
  259:7 285:13
**relates** 153:15
  209:20 242:2
**relating** 280:7
**relation** 110:6
  182:14
**relations** 53:20
  102:16
**relationship**
  78:18 113:25
  114:10,12
  155:16 164:12
**release** 167:9
  167:12,17
  174:14 208:12
  209:3,20,25
  210:8 213:2
  214:15,20
  239:19,24
  243:25 244:5,9
  267:3 281:13

**released** 175:7
**releases** 174:19
  174:20
**relevant** 161:15
  161:18
**relied** 150:14
  170:6
**relief** 38:6
**rely** 40:3
  269:20,24
  277:17
**remain** 15:7
  178:3
**remained** 15:8
  73:10 106:11
**remaining** 32:2
  32:2
**remember** 8:22
  24:21 33:13
  50:13 51:6
  61:2 63:4,16
  64:6 67:5 68:4
  68:12 69:10
  71:11 81:7
  86:4,13,15,17
  86:19 87:12
  93:16,20
  114:20 121:20
  130:9 144:8
  145:24 150:17
  150:18 152:25
  163:19,21
  174:3,13
  200:21 224:19

CONFIDENTIAL

**remind**  84:14
  89:15 157:13
  159:19 164:2
  197:3,21
  205:10
**reminder**
  160:11 161:8
  198:12
**remote**  56:8
**removal**  68:21
  69:15
**removed**  73:4,8
  74:8,18
**remunerated**
  72:7
**remuneration**
  72:17
**rep**  67:16 79:24
  183:16,18
**repeat**  35:15
  243:15
**repeatable**
  247:16
**repetitive**
  281:17
**rephrase**  148:6
  166:19
**replace**  49:2
**reply**  43:2
**report**  83:22
  153:15 215:11
  215:18 217:3,9
  218:11,17
  219:21 220:3

221:4,10
222:22 223:4
228:22 231:2
233:19,24
234:2,10 236:9
238:24 241:5
241:13 245:4
253:25 269:13
276:15,16
283:20,21,23
283:24 284:4,5
**reported**  1:24
  83:9 238:5,14
  243:7
**reporter**  2:19
  6:5 7:3 16:11
  18:18 19:6,8
  35:9 44:6 58:6
  68:19 88:23
  136:8 168:23
  184:14 187:2
  199:2 208:7
  215:16 217:7
  218:15 219:25
  221:8 223:2
  232:21 239:15
  245:21,24
  246:11 255:20
  258:23 272:10
  274:6 285:7
  287:7
**reporting**
  231:23

**reports**  36:8
  59:21,22 118:9
  224:7,20 225:6
  225:8 228:19
  229:19 231:14
  231:18 233:3,9
  233:15 235:12
  235:20,24
  236:2,11 242:4
  278:7,8 279:16
  281:16
**represent**  6:6
  7:13 196:13
**representative**
  183:10 256:8
**representatives**
  175:11 259:9
  261:5,11
**represented**
  177:4,7
**representing**
  177:18
**represents**
  152:10
**reprint**  47:16
**reputation**  49:8
  159:8
**reputations**
  158:24
**request**  288:9
  288:11
**requested**
  16:12 35:10
  58:7 136:9

172:20 188:2
254:23 255:21
**requesting**
  116:9
**requests**  255:3
**required**  30:13
  93:23 108:25
  114:15 165:7
  248:7 286:25
**research**  149:8
  150:14 215:18
  215:21 217:10
**reserved**  4:11
**resign**  61:13
**resigned**  61:14
  74:22,24 75:16
  75:21 130:10
**resolution**
  67:19
**resolved**  13:12
  13:13,14 34:21
  34:22 55:12,15
  75:17 76:10
**resolving**  37:2
**resources**
  269:17
**respect**  37:22
  62:19 101:11
  105:21,24
  190:7 203:3
  222:6 257:24
**respectful**  61:5
**respective**  4:5

CONFIDENTIAL

**[respond - right]**                                                    Page 53

| | | | |
|---|---|---|---|
| **respond** 207:20 | **restate** 170:20 | **revealed** | 230:12 256:4 |
| **responded** | 206:24 274:24 | 135:17 236:24 | 264:15,18 |
| 118:22 136:18 | **rests** 65:12 | 237:13 262:15 | 279:13,20 |
| 188:3 | **results** 70:22 | 262:21 267:25 | 280:14 281:6 |
| **responding** | 208:13 209:4 | 269:13 | **reviewing** 54:6 |
| 255:3 | 232:13 236:15 | **revealing** | 190:5 202:25 |
| **responds** 171:6 | 239:20 267:22 | 226:15 251:3 | 258:6,7 |
| **response** 65:6 | 267:23 | **revenue** 246:24 | **reviews** 81:9,13 |
| 75:12,13 | **resume** 152:14 | **revenues** 92:18 | 81:18,20,21 |
| 117:20 138:22 | **resumed** 66:8 | 105:17 | 82:4 |
| 172:3,13 176:3 | 133:8 175:21 | **reverted** | **revisions** |
| 224:25 279:8 | 227:2 246:7 | 111:19 | 189:22 202:18 |
| 279:25 280:12 | 271:25 | **review** 22:5 | **revolves** 241:23 |
| **responses** | **retail** 144:25 | 23:3,9 25:24 | **richmond** |
| 168:18 169:2 | 214:3,3 | 26:20,21 44:12 | 285:5 |
| 169:13 283:11 | **retained** | 81:23 85:10 | **right** 14:23 |
| **responsibilities** | 104:17 105:6 | 166:6 188:13 | 23:20 25:7 |
| 53:12 101:5 | 282:9 | 188:22 189:9 | 27:13 32:8 |
| 103:8 160:19 | **retaining** | 191:22 194:15 | 58:24 69:20 |
| 161:13,14 | 177:16 | 199:23 200:3 | 84:25 85:5,17 |
| 250:14 | **retake** 72:3 | 200:15 201:5 | 86:7 87:13 |
| **responsibility** | **retire** 28:10 | 201:23 233:5 | 90:13,16 91:11 |
| 53:11 54:5 | **retired** 28:9 | 255:18 259:24 | 91:17 94:24 |
| 83:6 84:24 | 184:4 | 261:14 264:9 | 98:6,8 127:3 |
| 85:13 104:18 | **retiree** 141:7 | 278:2,5 280:19 | 130:6 131:6 |
| 105:7,20,23 | **retrieve** 109:19 | 280:21 286:12 | 138:13 155:8 |
| 256:14 | **return** 141:7 | 287:1 288:1 | 157:24 160:23 |
| **responsible** | **returned** 63:21 | **reviewed** 21:6 | 162:14 165:22 |
| 92:25 110:18 | 72:2 73:5 | 21:7,13 23:5 | 188:6 193:19 |
| 144:17 152:24 | 79:21 83:24 | 23:24,25 54:13 | 201:3 204:18 |
| 161:21 | 85:16 256:4 | 170:6 190:12 | 206:14 210:11 |
| **rest** 30:6 | 286:18 | 191:7 200:22 | 210:14 215:9 |
| **restart** 213:14 | **reveal** 138:14 | 201:23 202:2 | 224:10 225:14 |
| | | 205:18 206:2 | 231:14 233:13 |

CONFIDENTIAL

**[right - sec]** Page 54

234:24 238:20
239:4 241:6
244:6 251:9
255:10 282:2
**rights** 64:23
65:3,7,10
**risen** 155:4
**rises** 65:21
**rising** 155:15
247:13
**risk** 237:14
262:16
**road** 109:20
**robert** 3:23 6:4
**role** 53:8,11
79:23 83:22
84:19 114:14
257:19,24
258:4,5,7
**room** 151:15
**rooms** 123:4
**rooted** 156:12
**rose** 246:24
**roughly** 25:9
150:22
**round** 142:14
**royalty** 59:7,9
**rudis** 3:23 6:4
**rule** 20:15
**rules** 18:9
287:5 288:5
**ruling** 257:13
**rulings** 258:6,8

**rumors** 95:15
95:22 108:14
**run** 48:18
50:17 249:7,15
269:22 270:15
**running** 75:11
**runs** 162:11
**rush** 111:5

**s**

**s** 286:15 288:8
288:8 289:3
**salary** 72:6,16
73:13 106:6
108:7 132:2
**sale** 12:2 30:4
31:21,22 32:5
32:11 33:2,19
34:24 49:20
58:15,16 60:6
143:4 152:19
175:5 182:11
194:7,10,23
274:15,17,21
274:24
**sales** 10:9
50:19,22 53:13
54:18 59:8
61:24 71:3,4,9
71:14 72:8,10
78:4 79:24
83:7,13,15
84:12 85:25
92:15 93:22

95:11 96:7
100:24 102:13
103:14,17
104:16,18
105:7,18,21,24
108:2 109:3,4
109:5 110:19
110:25 114:14
114:15 117:8
117:15,18
118:4,9 121:23
172:23 186:22
211:13 213:10
213:11,18,19
223:20 229:17
238:6,11
240:10 243:10
**salespeople**
56:8 92:17
**salesperson**
70:21,25 72:4
80:18 81:5
93:14
**san** 101:15
114:21
**saresh** 12:19,22
12:23,23,25
**satellite** 71:20
**saved** 190:9
203:5,6
**savvy** 180:2
**saw** 47:24
100:7 151:11
199:15

**saying** 36:3
69:21 147:15
192:23 204:17
205:25 241:3
251:25
**says** 50:9 51:4
51:17 86:25
100:13 106:2
113:24 131:4
190:21 191:6
211:13,17,20
241:3,4 244:20
**scale** 223:10
**scenarios** 95:16
96:23
**schedule** 17:17
**scheduled**
134:19
**scope** 77:9
236:5,7
**screen** 45:5
46:20 48:6,7
**screenshots**
232:16,24
284:7
**se** 104:7
**seal** 287:15
288:21
**sealing** 4:6
**searched** 22:6
**sec** 145:15
149:22,23
167:15,16,20
209:11

CONFIDENTIAL

**second** 21:6 26:20 60:5 100:13 129:10 130:23 131:2 134:4 141:13 141:20 143:23 157:22,23,25 163:10 190:18 190:20 198:3 198:22 199:4 200:15 202:6 202:12,16,19 202:22 203:9 205:9 208:2,12 208:18,24 209:4,12 210:4 210:22 211:4 211:17 213:9 213:17,19 220:12 223:14 227:6,15 228:2 228:25 229:23 229:24 230:6 232:4,18,25 236:23 237:4 240:16 243:3 243:20 245:17 246:13 252:3,7 252:10,11,13 252:17,18,19 252:20 260:2 283:17 284:8 284:12

**secretary** 36:3 36:8
**section** 135:10 217:15 246:24
**sector** 155:11
**secure** 84:12
**securities** 149:5 149:19 169:22 171:7,12 181:24 182:4 182:15 183:6 185:14 193:24 195:10 203:13 277:19
**security** 143:8
**see** 23:6 40:3 44:10,11 46:15 50:8 51:23 68:25 69:16,20 69:21,24,25 70:2 77:17 79:11 89:6 90:8,9 91:7 97:25 98:4,12 98:14 104:25 105:2 112:5 114:5 115:19 116:16 119:3,6 119:14 121:14 122:20 130:23 131:9 169:5,17 169:18 170:11 171:20 184:18 184:19,20,24

185:18 186:9 186:13 187:11 187:14,16 193:12,17,21 193:25 194:5 195:13,15 196:20,21 199:7 200:8 203:17,23 208:14,15 209:2,6,16 210:19,20,24 211:6,23 213:5 216:9,18 217:12,15,18 218:19 219:2 220:5,7 221:12 221:19 222:10 223:6,12,23 225:9 229:5,10 229:10,20 231:19,24 232:14 233:14 233:20,23,25 234:9 237:17 238:12 239:9 239:21 240:4 240:12 243:23 246:16,19,22 259:12,17 260:6,25 261:6 261:16 262:6 262:18 264:6 265:4 272:16

273:10 274:11 274:15
**seeing** 151:2 171:19 218:24
**seeking** 13:5
**seem** 44:2 258:20
**seemed** 125:3 127:8 129:12
**seems** 8:19
**seen** 176:6 185:2 187:18 199:12 245:3 250:4 256:6,9 256:11,12 259:14 261:21
**segment** 213:23
**select** 196:3,8
**selected** 237:20
**self** 83:20
**sell** 11:3 142:15 150:19 151:4 154:9 179:14 180:4 186:20
**selling** 216:12
**sells** 144:22
**send** 47:15 275:8,13
**sending** 135:7
**sense** 21:2 122:16 204:24 237:2
**sensitive** 5:5 116:14,19,25

CONFIDENTIAL

**[sent - showed]**                                                Page 56

**sent**  32:12 47:9
  188:4,17
  275:10,15,18
  275:20,24,25
**sentence**  119:2
  209:7 216:11
  217:21 219:7
  220:12 222:5
  223:14 231:20
  238:25 240:6
  240:15,18,21
  250:2,22
  264:23
**sentences**  247:3
  250:21
**separate**  36:19
  52:21 56:22
  59:23 123:4
**separated**
  119:17
**september**  11:4
  58:17 86:23
  90:20 91:20
  162:11,15,16
  169:23 186:5
  203:14 215:19
  216:21 237:16
  253:13 254:9
**sequentially**
  247:13
**series**  18:16
**serve**  58:14
  64:12 67:15
  73:25 74:20

  140:8,10,14,18
  141:2
**served**  66:18
  67:10,12 73:16
  73:22 183:9
**service**  10:9
  40:11 103:4
  269:21 270:14
  270:16,19
**services**  50:6
  89:18 102:2
**serving**  72:19
**session**  25:15
  25:16
**set**  48:8 56:16
  109:2 168:20
  169:3 198:7
  205:7 283:12
  285:10,17
**settle**  17:15
  37:15 87:7
  125:19 126:4
  127:10
**settled**  13:24
  86:22 87:2,8
  126:23 127:21
**settlement**  17:5
  17:7,10,21
  37:16 38:9
  87:10,13,16,25
  88:5,9,12
  125:12,17
  126:6,8 127:9
  128:2,14 265:3

  266:12,15
**settlements**
  182:25 183:5
**seven**  229:3
**seventh**  2:18
  6:2
**several**  34:15
  66:14 99:22
  100:4 122:24
  149:12 170:13
  220:8 258:13
  ███  78:3 96:18
  96:21 110:22
  111:11
  ███  63:2
  77:6,8,11,13
  78:8 79:6
  96:10,13,16
  97:18 99:23
  100:5,10 110:7
  110:10 124:6
  132:12,17
  ███  111:20
**shake**  19:7
**share**  107:21
  135:8,21 145:8
  145:16 150:22
  152:3,9 171:19
  223:11 249:11
  262:17 267:5
**shared**  126:5
**shareholders**
  160:20

**shares**  66:21
  140:22 142:11
  142:24 143:4,6
  151:5 152:5,7
  152:20 165:19
  166:8,22
  186:16 194:4
  273:13,16,23
  274:17 275:4
**sharing**  48:19
  49:3
**sheet**  280:22
  286:13 288:7
  288:10,18
  289:1
**shenanigans**
  18:3
**short**  16:22
  18:24 47:2
  59:12 71:15
  140:21,21
  142:14 175:14
  216:8 226:20
**shorter**  186:11
**shorthand**  2:19
  285:6
**shortly**  72:24
  74:18 76:25
  118:12 126:22
**show**  23:6
  67:23 116:10
  174:20
**showed**  155:21
  244:3 245:3

281:19
**showing** 21:18
　229:14
**shown** 269:2
　286:16
**shows** 111:12
　260:23 273:13
**shut** 57:23,24
　89:22
**sic** 37:24 61:22
　175:24 237:10
**side** 54:16 98:2
　109:19 263:16
**sided** 190:19
**sidiary** 40:24
**sidley** 2:17 3:15
　6:2,18
**sidley.com** 3:20
**sign** 25:24 94:8
　94:14 166:3
　191:20
**signature**
　193:13,20
　230:18 259:20
　285:20 286:14
**signed** 4:15,17
　8:19 9:5
　190:25 191:21
　191:23 194:16
　204:20 229:24
　230:8 259:24
　264:4,4,10,13
　264:16 287:13
　288:18

**significant**
　237:12 243:16
**signing** 286:19
**signs** 40:10
**sills** 1:4 5:15
　27:2,23 164:23
　286:6 287:3
　288:3
**similar** 64:8
　180:12
**similarly** 1:5
　5:17
**simple** 40:5,7
　241:15
**sincerely**
　286:21
**sir** 286:10
**site** 135:23
**sitting** 161:3
　180:18 189:9
　189:17,18
　190:6 191:25
　202:3 234:18
　234:22 236:10
　264:19
**sittings** 189:10
**situated** 1:6
　5:17
**situation** 66:23
　68:10 137:10
　269:5
**situations**
　25:23 149:15
　268:24

**six** 21:12 74:19
　89:19 101:24
　282:9
**skip** 69:15
**skyway** 71:18
　71:19,20 72:2
　72:13,17 73:15
　73:21 74:12,15
　74:16 75:3
　76:3 82:9,12
　82:17,20 83:25
　84:15,25 85:9
**skyway's** 73:25
　74:21
**sleep** 21:9
**small** 45:23
　54:24 57:12
　59:7 144:25
**smiling** 151:11
　151:12
**smith** 30:18
　31:25 33:11
　177:2
**smoke** 123:11
**smoked** 121:12
**smoking**
　123:21
**smoothly** 18:14
**social** 41:6 42:4
　42:18,19
**sold** 11:2 14:6
　34:16 48:16
　58:4 106:12
　142:13,17

184:4 186:16
　241:24 251:12
**sole** 10:18
　12:17,18 49:20
　53:7 59:17
　73:20
**solely** 277:17
　279:12
**solicitation**
　137:3,7 281:20
**solutions** 6:7
　282:10 286:1
　289:1
**somebody**
　117:19
**somewhat**
　109:7 122:2
　142:18 268:20
**soon** 85:16
**sorry** 35:11
　37:23 53:5
　59:11 98:7
　121:3 136:7
　167:21 201:17
　221:25 255:22
　255:25
**sort** 10:13
　13:16 17:13
　48:2 83:11,12
　117:22 137:8
　155:15 201:19
　245:13 268:6
**sought** 33:5
　38:6 53:20

CONFIDENTIAL

sounds 72:13 105:8 146:2
source 156:17
sources 281:11
south 3:17 38:19 50:15
southern 1:2 5:22
sparring 111:9
speak 25:17 26:2 27:10,19 27:23 141:8 164:3 177:17
speaking 24:13 25:9 35:5,18 38:3 120:4 235:23
speaks 172:10 233:17 234:5 234:14 235:11
specialist 114:21
specialty 38:21
specific 63:16 71:4 78:25 87:13 107:24 115:12 117:24 123:20,24 156:8 157:10 165:10 176:17 180:19 200:12 207:25 214:13
specifically 20:24 28:19

60:21 71:2 85:23 86:17 93:8 123:8 135:15 167:5 170:18 181:16 197:11 226:8 252:8 278:21
specifics 117:24 171:17
specified 52:16
speed 64:3,8
speeding 63:14 63:17,23 64:5
spell 7:15
spending 104:20 106:15
spent 21:11 103:21
spinner 186:23 196:14,18,23
split 126:12,18
spoke 24:10 175:12
spread 95:22
spreading 95:15
spring 113:25
ss 285:4
st 63:22 122:3
stabilize 218:2
stack 211:15
stages 258:19
stamp 91:7 171:2 190:23

210:10,10,13 210:17 239:25 260:17,23 273:3
stamped 272:7 272:15 274:3 274:10 284:16 284:18
standard 179:12
start 34:11,11 34:14 45:23 59:18 100:2 189:13 196:4 218:7 237:8
started 34:15 46:17,21 50:23 51:15 56:9 74:6 189:2 201:9
starting 69:24 106:8 108:9,11 108:13
starts 213:6 216:7 218:23 220:8 221:16 240:2 246:24 262:4
state 2:20 6:11 6:13 7:8,15 8:7 15:11 36:3,9 227:23 268:10 285:3,8 287:10 288:15

stated 193:6
statement 77:24 99:21 172:21 180:19 181:7,15 193:13 212:8 224:15 225:22 241:4,6 242:11 247:25 249:7 251:7 272:13 274:9 280:23 287:13,14 288:19,19
statements 21:22 22:9 26:21 53:17 54:7,8,19,22 131:12 145:14 160:15 172:25 175:7 181:2,5 193:16 197:10 198:8 202:9 205:7 206:20 207:4,25 211:25 212:4 212:10,15 214:8,14,20 227:19 228:6 230:21 235:8 267:8 272:19 276:10 278:3,5 278:11 280:14 280:20

CONFIDENTIAL

**[states - substantially]**                                      Page 59

| | | | |
|---|---|---|---|
| **states**  1:2 5:21 38:4 76:24 79:5 98:25 104:15 111:17 116:5 121:5 144:24 170:18 171:9,13 185:11 195:7 203:10 213:8 213:16 216:12 217:22 219:7 220:12 222:5 223:15 229:6 229:14 230:12 230:19 232:6 237:10 238:3 240:7 243:5 247:4 264:23 | **stick**  98:22 **sticking**  211:11 **stint**  83:25 **stipulated**  4:4,9 4:13 282:7 **stipulations**  4:2 **stir**  108:9,12 **stock**  66:21 142:15,25 143:4,7 145:11 145:18 150:4 150:20,24 151:3,7,18 152:3,6,18 165:20 166:13 166:17 175:2,4 186:17 194:4 215:24 244:13 249:13 250:20 251:12 262:9 | **stocktwits** 43:15 **stop**  27:12 94:8 94:14 138:12 163:18 213:12 **stopped**  90:3,5 130:5 201:10 251:15 **stops**  155:24,25 **store**  216:15 **stores**  46:8 **stories**  96:25 97:3,5 **straight**  62:14 **strained**  114:3 **strategy**  154:23 **street**  149:14 **strengths**  265:2 265:15 266:4,9 | **subject**  277:7 281:24 **submitted** 21:17 36:7 67:22,24 181:23 182:3,7 182:10,23 183:14 **subscribe** 42:23 145:6 149:12 269:21 **subscribed** 146:5 287:10 288:14 289:21 **subsequent** 163:13 167:4 **subsequently** 172:18 **subsidiary** 40:25 53:2 |
| **status**  264:25 265:7,9 **stay**  123:2 **staying**  261:22 **stays**  122:6 **steady**  106:11 **steep**  109:10 **step**  87:4 139:2 **stepmother** 112:20 **stepped**  82:19 83:5 **steps**  258:15 **steve**  57:4 **steven**  186:23 196:14 263:12 | 266:20,25 267:14,16,19 270:3,4,6 271:8 273:14 273:23 274:15 274:18 275:5 277:14,23 278:10,13 280:2,5,6,8 **stocks**  42:15,21 142:11 148:20 149:2 151:14 152:8 268:22 269:18 | **stretch**  131:24 **strife**  92:9 95:6 95:9 **strike**  170:20 **strong**  216:14 **structure**  52:24 219:9 **struggling** 50:16 **stuff**  128:24 281:17 **style**  118:2 **subcontracted** 9:25 | **substack**  42:23 42:24 43:3,6,9 43:12 **substance**  26:5 27:16 79:25 80:5 138:3,15 164:5,8 190:10 254:24 255:13 **substances** 20:5 **substantial** 217:25 **substantially** 186:11 |

CONFIDENTIAL

**[subtract - talking]**                                         Page 60

| | | | |
|---|---|---|---|
| **subtract** 176:24 | **supply** 243:18 247:8 | **swiftly** 258:17 | 217:19 223:11 226:20 229:12 |
| **successful** 49:12 52:7 178:19 | **support** 108:15 223:19 227:16 228:3,15 236:12 261:3,9 263:25 | **sworn** 4:14 7:6 8:17 19:18 190:21 230:5 285:11 287:10 287:13 288:14 288:18 289:21 | 230:3 232:2 233:4 243:4 260:2 264:21 269:10 272:21 |
| **sued** 12:8,9 102:16 125:5 | | | **taken** 5:14 51:14 55:6 66:7 79:9 133:7 175:20 226:25 246:6 257:18 271:24 |
| **suffered** 156:13 262:13 | **supporting** 216:15 | **system** 72:8 249:20 260:18 | |
| **sufficient** 80:22 225:19 248:4 | **supposed** 16:21 23:6 83:14 | **systems** 46:2,4 46:6,7 48:25 56:19 60:10,13 61:20 62:20 248:14,24 | |
| **suggest** 51:18 156:11 189:22 202:18 | **supposedly** 60:16,16 | | **talk** 36:14 47:11 78:3 111:3,12 129:24 133:12 138:19 179:22 236:20 |
| | **sure** 8:21 14:19 18:13 29:5 34:9 51:17 58:2 59:14 81:24 82:2,23 110:4,5 122:15 125:15 129:15 141:16 147:12 148:7 149:6 162:9 166:20 171:25 209:15 209:18 227:25 239:10 240:20 241:13 244:20 246:2 256:15 256:24 279:9 | **t** | |
| **suggested** 135:11 147:13 150:3 | | **tabs** 145:13 | |
| **suggestion** 145:10 | | **take** 5:10 15:13 20:14,17 44:12 50:8 65:25 79:22 92:20 104:13 115:6 116:9 121:16 122:20 125:9 126:20 132:25 141:14 146:18 148:18 175:14 185:9 188:21 188:24 189:10 190:16 195:4 201:7 202:2 203:8 206:10 208:22 209:9 210:7 216:6 | **talked** 36:24 49:24 57:25 60:3 66:13 148:9 159:10 161:22 165:5 165:18 167:8 215:5 252:25 254:17,18 255:8 266:16 |
| **suing** 14:16,20 | | | |
| **suit** 11:19 65:13 | | | |
| **suite** 3:7 286:2 | | | **talking** 18:24 37:22 90:22 111:9 148:9 149:20 176:2 176:10,11 188:7 214:23 |
| **suits** 13:23 63:3 102:18 | | | |
| **sum** 267:18 268:11 | **surname** 12:22 | | |
| **summed** 250:21 | **surprisingly** 121:10 | | |
| **summons** 69:23 | | | |
| **superior** 286:1 | | | |
| **supplier** 247:12 | **swear** 7:3 | | |
| **suppliers** 229:18 | | | |

CONFIDENTIAL

talks 186:21
tammy 81:6
targets 71:5,9
  71:14 72:10
tasked 84:13
taxes 54:12
  75:15
td 21:23 22:3
  26:21 135:10
  135:23 136:20
  145:12 165:21
  168:8 171:8,15
  172:15,20
  173:2 174:17
  174:23 244:10
  272:12 274:8
  276:9 278:6
  279:14,24
  280:19 281:6
  281:14
tda 135:10
team 92:11
  204:14,17,19
tears 117:3
  118:17,25
tech 271:4
technical
  103:11
technically
  61:14
telephone
  117:15,18
tell 7:24 32:8
  37:6 43:8

50:16 130:4
200:9 241:14
260:4
telling 94:5
  248:25
temporarily
  145:18 268:22
temporary
  145:11 268:24
  268:25
ten 68:3
tensions 115:2
term 35:23
  83:16 216:8
terminated
  16:22 28:11,13
  28:15 35:6,19
  58:11,17 60:7
  60:9,10 61:10
  61:13 70:10,12
  70:14,15 73:9
  73:12 81:13
  85:17 90:6
  91:2 92:4,6
  93:17,18,19,21
  94:23 108:10
  124:5 130:11
  130:14,16
termination
  29:16,18 30:2
  33:20 60:13
  61:22 63:3
  81:11 96:8
  99:12 110:7

124:13,15
129:22
terminations
  60:4 62:5,10
terms 30:4
  87:15 107:8
  152:5 206:3
  258:5 269:7
terrible 80:20
territory
  121:25
test 200:13
testa 1:11 5:20
  133:24 158:7
  196:19,24
  197:11 225:8
testified 7:9
  19:20 37:14
  109:22 273:17
  274:18 277:13
testifying 236:6
testimony 8:11
  8:17 15:15,24
  19:18 20:6
  34:5 37:18
  94:21 144:8
  148:19 159:13
  182:23 266:21
  282:6 285:12
  287:6,7 288:6
  288:9,12
texas 122:11,14
  122:15 123:8

text 23:3 260:6
  275:18,20,24
  275:25
texts 23:10
  77:7
thank 62:17
  157:25 184:13
  213:14 252:21
thereabouts
  74:25 142:19
thereof 262:16
thesis 150:8
thing 180:7,11
  193:10 201:5
  215:6 261:18
  271:8,9
things 40:12
  62:14 78:3
  85:7 92:20
  93:2 102:14
  103:20 104:11
  116:22 120:22
  121:8,9 124:21
  149:13 159:12
  165:6
think 7:22
  10:24 11:21
  12:8,17,18
  13:10 14:6,18
  14:22 16:15
  27:18 30:23
  36:25 37:7
  38:5 41:19
  42:5 49:13,23

CONFIDENTIAL

**[think - top]**                                           Page 62

| | | | |
|---|---|---|---|
| 50:18 56:24 | 107:24 114:23 | 106:10 108:5,8 | **tobacco** 271:4 |
| 57:18,25 60:19 | 128:25 129:4 | 113:8 118:20 | **today** 10:23 |
| 61:4,7 63:25 | 268:11 270:10 | 118:23 125:8 | 18:14 20:2,12 |
| 65:20 72:8 | 270:13 281:21 | 127:7 130:13 | 48:20 89:13 |
| 73:3 74:13 | **thousand** 52:18 | 135:3 140:22 | 104:3 151:16 |
| 76:18 80:15 | **threat** 31:5 | 141:7 142:23 | 161:4 180:18 |
| 90:17 97:16,20 | **threaten** 29:24 | 143:3,13,13 | 182:23 191:25 |
| 101:18 103:12 | 62:8 | 146:10,12 | 196:16 199:13 |
| 106:6 113:7 | **threatened** | 149:18 152:2 | 234:19,22 |
| 120:16 121:25 | 115:18 | 152:16,19 | 236:10 276:11 |
| 126:22,24 | **three** 22:14,17 | 154:24 155:12 | 277:12 280:16 |
| 127:25 129:2 | 59:13 68:2 | 163:8 168:16 | **today's** 21:5,11 |
| 129:19 130:4 | 102:5 132:20 | 169:22 183:23 | 26:3,6,23 |
| 134:3 135:16 | 133:11,19 | 184:5 188:25 | 154:22 282:6 |
| 142:20 145:8,9 | 157:5 158:10 | 199:15 201:8 | **together** 111:2 |
| 150:22 151:17 | 160:8,16 161:5 | 201:21,22,24 | 121:12,13 |
| 153:25 162:8 | 210:15,16 | 203:2 243:4 | 122:10 |
| 162:22 166:12 | 211:7 | 247:20 248:3,7 | **token** 18:21 |
| 167:18 173:22 | **thrown** 110:8 | 248:12 250:4 | **told** 47:14 |
| 176:14 182:17 | **ticket** 63:23 | 252:4 254:23 | 76:18 97:21 |
| 182:18 201:13 | **time** 4:11 5:8 | 267:18 268:9 | 116:13 121:9 |
| 204:16 212:14 | 6:12 10:20 | 270:23 276:18 | 141:2 253:5 |
| 249:12 250:15 | 14:5 18:18 | 278:8 279:15 | 267:17 |
| 250:20 251:2 | 20:21,21 24:9 | 282:12 | **tone** 120:4 |
| 252:15 255:8 | 24:21 25:9,22 | **timely** 180:3 | **took** 19:19 48:6 |
| 259:18 263:9 | 26:2 30:7 33:9 | **times** 7:21 | 53:18 54:5 |
| 281:12 | 35:2 48:14,18 | 67:24 | 71:21 136:3,12 |
| **thinking** 97:7 | 49:2,20 52:3 | **timing** 84:3,4 | **tools** 171:15 |
| 280:7 | 55:19 58:10,14 | 87:13 164:4 | **top** 24:18 47:10 |
| **third** 211:20 | 59:6,13 68:12 | **tip** 260:5 | 91:8 98:2,11 |
| 246:23 | 70:19 71:15 | **title** 54:5 82:23 | 103:18 141:24 |
| **thirty** 286:18 | 74:4 80:15 | 82:24 105:12 | 210:21 221:17 |
| **thought** 29:11 | 81:2 82:5,16 | 105:14 173:10 | 225:6 252:23 |
| 36:24 49:10 | 84:7 92:13 | 229:11 | 260:7 269:8 |

CONFIDENTIAL

**[topic - uh]** Page 63

topic 113:9
topics 78:5,7
  111:4,11 113:4
torrell 81:3
total 21:10
  107:9 141:10
  282:8
toughen 116:15
  116:19
toward 210:21
  218:22 221:14
  263:24
towards 96:16
  99:6 129:12
town 38:19
  39:4 121:23
track 149:13
traded 262:9
tradesmith
  270:18
traffic 63:14
  64:10,16
  216:15
train 110:17
transact 171:11
transaction
  169:25 170:2,5
  170:8,9
transactions
  8:25 21:19
  169:21 171:7
  193:23 194:16
  194:18

transcribed
  287:7
transcript 27:5
  127:17 168:3
  173:23 174:9
  245:17 246:13
  246:18 284:11
  286:11,12
  287:5,12 288:5
  288:11,17
transcripts
  168:5
transfer 48:21
traveling 63:25
treated 256:16
treating 256:18
treatment
  93:12 256:20
trends 229:17
triad 46:2,4,5,7
  46:11,12 60:9
  60:13 61:19
  62:4,9,20
trial 4:12
  134:18
tricky 271:9
tried 45:23
tries 268:21
trip 109:5
  121:7,16
  122:10,14,21
  123:6,8,21
  129:11,24

trips 109:3
  110:25 121:21
  121:23 122:7
  122:17
trouble 59:15
  99:4 108:9,12
true 10:19
  26:12 72:15
  83:5 88:16
  106:4,5 168:15
  193:15 206:19
  230:20 250:17
  285:11
truth 77:22,23
  78:24 79:16
  107:2 112:25
  132:6 237:11
  262:14,20
truthfully
  20:11
try 18:22,24
  19:13 45:18
  108:18 111:23
  112:8 179:14
trying 35:22
  60:17 109:5
  193:10
tumbled
  135:21
turn 44:7 76:21
  111:16 113:23
  116:5 118:11
  121:3,3 130:22
  169:16 212:25

217:14 218:21
229:2 237:6
246:18 260:22
274:13
turning 104:22
  106:17
twenty 94:16
  127:15
twitter 41:13
  41:16 42:2
two 11:11,22
  18:5 23:2
  44:23 52:21
  57:8 59:13
  60:3 61:7
  81:25 90:11,15
  91:23 92:6,12
  121:7 126:18
  211:15 250:3
  250:20 251:19
type 48:19
  270:25
typo 58:23
typos 47:12,15

**u**

u.s.a. 10:3 12:7
ubs 219:22
  220:3 222:23
  223:4 283:25
  284:6
uh 10:16 98:15
  186:14 221:13

CONFIDENTIAL

**[ultimately - unique]**

**ultimately**
  55:12 86:22
**umbrella**  62:24
**unclear**  153:7
**uncomfortable**
  77:15
**uncovered**  18:4
**under**  8:11
  19:19 43:11
  58:21 59:4
  62:24 73:7
  83:18 95:18
  180:13 193:14
  210:21 230:19
**underlying**
  23:7
**understand**
  16:17 19:2,3
  19:10,12,22
  20:18,19 21:3
  23:14,18 25:6
  34:9 82:10
  94:21 131:5
  140:8 150:5
  155:7 156:25
  158:9,15
  160:21 165:25
  172:3,12 176:9
  178:22 179:22
  181:25 185:20
  192:6 193:5
  203:19 209:15
  216:3 220:18
  222:12 227:6

  227:14,15
  228:2 233:9
  241:23 245:5
  245:10 248:8
  255:5 256:13
  257:18 261:12
  279:10
**understanding**
  29:10 34:25
  37:13 48:23
  98:18 126:14
  126:17 138:5,7
  142:6,10
  143:17,18,22
  143:24 144:3
  145:17 151:6
  151:14,18
  154:16,18
  156:24 157:15
  157:16,20,21
  159:20,21
  161:24 165:8
  178:18 179:23
  179:25 180:7
  191:15 192:7
  192:13,14
  195:23 196:22
  197:5,6,8,23
  198:3,6,13
  204:3 205:6,11
  205:14 215:23
  235:24 237:19
  241:25 242:10
  248:15,23

  253:4,11,18
  257:10,16
  265:6,8
**understood**
  19:15 27:18
  144:5 182:22
  183:4,8 247:21
  251:6
**undertook**
  150:13
**undervalued**
  268:23 269:19
**unfi**  21:20 22:7
  133:13,17
  140:22 142:12
  142:24 143:4,7
  143:8 144:6,19
  144:21 145:3,5
  146:18 147:13
  148:2,10,13,16
  149:20 150:4
  150:19 152:12
  152:18 153:3,8
  155:21 156:3,8
  156:15,25
  165:6,11,16
  166:9,23 167:6
  168:11 169:22
  170:24 171:7
  171:12,19
  172:6 173:6
  174:9,15,21
  175:7,11
  181:15 183:9

  183:22 186:16
  193:24 195:9
  203:13 208:9
  208:12 214:24
  216:4,13
  217:25 220:8
  223:10,15,20
  224:8,21
  225:25 226:8
  229:17 237:24
  237:25 239:17
  251:12 266:17
  266:19 267:7
  270:10,20
  272:7,15 273:4
  273:11,23
  274:3,10,15
  275:4,9,11,19
  275:21 276:12
  276:14 277:13
  277:19,21
  278:2,13
  280:14 281:8
  281:13 284:16
  284:18
**unfi's**  149:23
  167:11 173:15
  173:18 179:2
  179:10 180:15
  209:3 232:7
  262:9,16
**unhappy**  28:18
**unique**  157:11

CONFIDENTIAL

**[unit - volume]**                                                        Page 65

| | | | |
|---|---|---|---|
| **unit**  5:12 66:4 66:12 133:4,11 175:18,24 226:23 227:5 271:22 272:5 | **updates**  255:9 | 14:24 15:16 29:7,9,23 33:5 34:4,7,8 36:21 36:22 53:21 219:11 | 225:25 257:23 265:14,22 266:4,8,11,14 270:2 |
| **united**  1:2,9 5:18,21 38:4 133:18 144:24 185:13 286:6 287:3 288:3 | **upset**  60:15,18 116:12 | **verified**  153:25 | **viewed**  137:8 |
| **units**  282:8 | **upsetting**  93:25 94:3 | **verify**  190:2 202:22 265:12 | **viewing**  146:14 |
| **university** 38:16,19,25 39:3 | **upside**  222:9 | **verifying**  67:22 | **views**  111:9 |
| **unknown** 226:19 | **url**  231:22 | **veritext**  6:6 282:10 286:1,7 289:1 | **violated**  165:11 |
| **unmarried** 113:5 | **use**  33:17 39:23 40:18 41:9,17 41:22,25 133:21 140:17 146:11 244:23 250:10 270:19 | **veritext.com.** 286:17 | **violating**  63:14 |
| **unnecessary** 104:21 106:16 117:5 | **used**  40:16 52:9 96:14 154:22 182:19 227:13 279:11 282:8 | **versus**  5:17 79:24 89:2 | **violation**  63:17 64:17 |
| **unprofessional** 47:13 | **utilize**  10:8 | **vf**  1:3 5:24 | **violations**  64:6 64:11 |
| **unquote**  267:16 | **v** | **video**  5:9,13 22:15,22 24:3 25:16 164:10 | **virginia**  15:4,9 38:16,25 |
| **unresponsive** 37:7 | **v**  1:8 286:6 287:3 288:3 | **videographer** 3:23 5:2 6:4 7:2 66:3,10 133:3,10 175:16,23 226:22 227:4 246:3,9 271:21 272:3 282:5 | **visibility**  247:6 248:4 250:23 |
| **unsustainable** 218:24 | **vacated**  128:23 | | **visibly**  116:12 118:25 |
| **unwanted** 78:15 | **vague**  183:20 | | **visit**  121:24 122:4 |
| **unwelcome** 77:11 78:23 | **value**  145:5 152:4 155:2,5 180:16 213:24 245:11 268:3 268:20 270:3 | **videotaped** 1:17 2:16 | **visiting**  116:8 |
| **upcoming** 135:18 | **varies**  179:5 | **view**  93:9 137:7 151:22 161:4 162:25 163:3 164:10 214:24 | **vivos**  12:13,16 12:25 15:9 16:24 17:14,24 18:3,7 28:17 29:2,6,16,25 37:23 49:21 |
| | **vehicle**  94:6 | | **voice**  120:8,11 |
| | **vendor**  38:2 | | **volatile**  129:14 |
| | **vendors**  12:5 13:5,19 14:22 | | **volatility** 243:19 |
| | | | **volume**  84:12 120:7,10 |

CONFIDENTIAL

**[volunteer - word]**                                    Page 66

**volunteer**
  140:10,18
**volunteered**
  50:19,21 140:8

**w**

**w**  1:10 5:19
**wait**  18:19,22
  98:5 167:21
  255:12
**waived**  4:8
  286:19
**wall**  115:17
  116:3 149:13
**want**  15:20
  18:12 40:25
  53:8,15 58:2
  72:9 76:22
  92:16 96:5
  104:7 129:25
  139:16,19,22
  139:25 140:2
  140:14 163:5
  170:15 171:24
  176:14 181:12
  193:2 202:10
  206:3 209:18
  210:8 236:3,20
  240:20 247:2
  257:17 269:11
  279:9 280:7
**wanted**  26:8
  36:13,21 40:5
  40:6 52:4,21

  92:22 94:11
  101:19 105:13
**warren**  268:21
**washington**
  45:10 47:9
**watch**  85:10
**way**  13:10 16:5
  37:20 72:6
  101:6 103:8
  108:25 113:19
  113:22 114:18
  120:22 161:10
  162:15 182:19
  185:6 187:21
  200:4 204:9
  206:13 233:25
  234:9 236:4
  260:4 285:15
**ways**  111:19
  254:20
**we've**  49:23
  52:5 60:3
  65:24 66:13
  148:4 165:5
  167:8 250:4
  252:25 254:17
  254:18
**weaknesses**
  265:2,23 266:4
  266:9
**web**  166:2
  168:8 231:22
**website**  136:22
  165:24 171:15

  172:21 174:18
  174:23 278:6
  279:17,24
  280:19 281:15
**websites**  42:15
  42:20
**wednesday**
  1:20
**week**  22:15
  25:13 27:3
  164:9
**weeks**  151:2
**weight**  111:23
  112:9 113:13
  113:16
**welcome**
  233:12
**wells**  218:12,17
  283:23
**went**  13:16
  16:20 35:7,13
  35:20 38:18
  46:14,19,19,20
  49:13 55:4,18
  83:18 108:4
  119:15 122:15
  151:14 154:7
**west**  57:6
**whatsoever**
  33:9 80:18
  112:21 248:23
**whereof**  285:17
**whispering**  5:6

**wholesale**
  144:21 213:22
**wholly**  53:2
**wife**  26:8,16
  112:3 276:2,5
**wise**  269:16
**wish**  10:7
**wishing**  135:11
**withhold**  12:4
**withholding**
  75:5,15
**witness**  7:3,5
  35:11 119:14
  119:21 136:7
  138:17 143:15
  157:13 159:19
  164:3 167:23
  197:3,22
  205:11 255:22
  282:2,4 283:3
  285:9,12,17
  286:8,11 287:1
  287:4,11 288:1
  288:4,15
**witnessed**
  118:13 119:3
**witness'**  286:14
**wonder**  127:5
**wondering**
  250:9
**word**  233:18
  242:8 244:23
  250:10 262:5

Veritext Legal Solutions

CONFIDENTIAL

**[words - zone]**                                    Page 67

**words** 65:11 102:16 107:19 140:17 240:2 241:20 242:21 242:25

**work** 10:2,13 40:19 41:4 46:11,24 48:15 51:19 52:25 58:9 66:2 70:20 77:10,12 77:16 78:19 85:21 89:20 92:17,18,24 96:6 103:19 110:11 114:22 131:14 132:22

**worked** 9:23 40:20,22 44:23 44:24 45:25 46:12 48:13 81:17 84:8 101:22

**working** 90:3,5 92:21 130:5,18 220:9 223:16

**workplace** 62:21

**works** 133:2

**world** 267:18

**worries** 255:15

**worry** 158:23

**worth** 59:15 145:19 201:11

**wright** 3:11 6:23 22:20 286:5

**write** 33:15 43:5

**written** 8:16 212:9 229:11

**wrong** 43:8 55:16 90:18 103:13 130:5 153:4

**wrongdoing** 17:20 87:24 128:15 159:6

**wrongful** 63:3 99:11 110:6

**x**

**x** 1:3,13 41:14 41:15 42:2

**y**

**yeah** 11:21 12:17 14:24 16:2 35:8 41:16,21 43:25 86:12 118:23 127:4,4 180:10 210:24 222:4 237:3 260:8 271:20

**year** 16:21 34:17,24 39:18 39:20 40:4 46:13 51:8,10

55:7 74:9 81:23 90:18 104:19,20 106:3,9,15 125:2 127:2,7 149:4 154:3 164:17 211:15 213:9,17 214:5 238:8 243:8,8 243:20 247:15 267:11,13

**year's** 247:10

**years** 14:5 55:2 59:14 81:25 146:6 226:17

**yell** 119:23 120:24 121:2

**yelled** 118:16

**yelling** 120:2,6

**yesterday** 22:16,25 164:12

**york** 1:2,19,19 2:18,18,20 5:22 6:3,3 7:8 22:16 26:9 276:3 285:3,8

**z**

**zero** 56:2

**zone** 64:3,9