# Exhibit 22

## Dan9998 Stocktwits Profile Page:



**Dan9998**

Dan

Follow    •••

STRATEGY:

🗓 Joined Oct 2020

**2** Following  **3** Followers

## Relevant Posts:



**Dan9998**  Feb 27, 2025 3:40 PM                                         •••

$NVDA criminal. Lost all faith in the stock market and the ability for the retail investor to try and make any educated trades and have a chance of winning. The game is fixed and a terrible place to put your money. This sis suppose to be America

💬 1            🔁            ♡ 4            ⬆            🔍

**Dan9998**  Mar 17. 2023 6:27 AM                                         •••

$UNFI can someone help me understand the updated guidance? They lower adj EPS by 25 percent , but lower EPS by 58 percent. The low end of the EPS guidance now is 1.50 and we are at 1.40 after two quarters. They are basically saying the LIFO charges in the back half will wipe out any adjusted Ebitda we get? Isn't that a bit ridiculous?

💬            🔁            ♡            ⬆            🔍

*Sills*

EXHIBIT  23

4.30  , 2025

Danielle Grant



**Dan9998** Mar 13, 2023 3:16 PM  ...
$UNFI just wanted to thank the brilliant mgmt team at UNFI for this complete debacle. Anyone that runs a business knows you should have visibility to your margins and what is clearly driving any improvements or decreases. Not only have you crushed the value of your company and stock, you have driven huge losses for those that have supported you over the years as shareholders. You should be embarrassed and look for roles in the private sector. Your mistakes are not forgiveable

◯        ⟲        ♡ 8        ⬆        Q

**Dan9998** Mar 08, 2023 7:15 AM  ...
$UNFI The management has failed us

◯        ⟲        ♡ 1        ⬆        Q

**Dan9998** Dec 07, 2022 3:04 PM  ...
$UNFI 💩

◯ 1        ⟲        ♡        ⬆        Q

**Dan9998** Nov 30, 2022 9:47 AM  ...
@dburner what's your take on UNFI heading into earnings? Still have a large position and trying to decide what to do   Bullish

◯ 2        ⟲        ♡        ⬆

**Dan9998** Nov 30, 2022 9:47 AM  ...
@dburner what's your take on UNFI heading into earnings? Still have a large position and trying to decide what to do   Bullish

◯ 2        ⟲        ♡        ⬆

**Dan9998**  Nov 15, 2022 7:19 AM   ···

$UNFI Walmarts beat driven by grocery…...hmmmm. Should that be a good sign

**Bullish**

💬          ⟳          ♡ 2          ⬆          🔍

**Dan9998**  Sep 09, 2022 7:26 AM   ···

$UNFI Kroger beats and raises guidance. We should be sitting pretty for earnings and next year expectations. Hope this shorty gets squeezed nicely   **Bullish**

💬 1          ⟳          ♡ 5          ⬆          🔍

**Dan9998**  Aug 16, 2022 12:44 PM   ···

$UNFI Walmart earnings led by grocery again. Can we please just get back to the 50's and beyond where we deserve   **Bullish**

💬 1          ⟳          ♡ 6          ⬆          🔍

**Dan9998**  Aug 10, 2022 9:37 AM   ···

$UNFI food inflation up another 1 percent last month. We are poised for this to get back to a realistic price   **Bullish**

💬          ⟳          ♡ 3          ⬆          🔍

**Dan9998**  Jun 09, 2022 1:44 PM   ···

$UNFI flashbacks of the days of past. Manipulation by the big money guys. In the end we get the price and value we deserve, but they make the journey painful. Great earnings and a raise in guidance followed by short attacks. We should be sitting over $50 a share easily after the company's performance last week and on our way towards $70   **Bullish**

💬 1          ⟳          ♡ 4          ⬆          🔍

**Dan9998**  Jun 07, 2022 3:10 PM                                                          ...

$UNFI What a bullshit day. Earnings report is spectacular and we get manipulated again. Opens around $49 and drops to $39 to only slightly recover. Hope the manipulators get burned once again   Bullish

◯          ⇄          ♡ 3          ⬆          Q

**Dan9998**  Jun 07, 2022 9:05 AM                                                          ...

$UNFI how is the stock dropping after that earnings report?   Bullish

◯          ⇄          ♡ 2          ⬆          Q

**Dan9998**  Jun 07, 2022 6:51 AM                                                          ...

$UNFI great quarter. Have to give credit to the mgmt team for managing through the additional expenses they faced to deliver great sales and profit. They also paid debt down below the 3x ratio. Raised guidance for the year across the board. The stock should return to where it should be, well above $50   Bullish

◯          ⇄          ♡ 2          ⬆          Q

**Dan9998**  Apr 27, 2022 1:46 PM                                                          ...

$UNFI Roller coaster day. Seems like something is happening behind the scenes here   Bullish

◯          ⇄          ♡ 1          ⬆          Q

**Dan9998**  Apr 05, 2022 1:29 PM                                                          ...

$UNFI another low volume day and red for no apparent reason. Frustrating stock to say the least   Bullish

◯          ⇄          ♡ 1          ⬆          Q

**Dan9998**  Mar 10, 2022 9:50 AM                                                      ...

$UNFI Great work by the new management team. They need to think about how the
street and investor view their results and commentary. They are publicly traded and
could have done a much better job managing the quarter and outlook. Down over
40 percent in 3 months while the other grocery stocks are at AH. Awesome!!  **Bullish**

○        ↱        ♡ 3        ⬆        Q

**Dan9998**  Mar 09, 2022 8:45 AM                                                      ...

$UNFI did they say on the call why they did not pay more debt down during the
quarter?

○        ↱        ♡        ⬆        Q

**Dan9998**  Mar 08, 2022 4:46 PM                                                      ...

$UNFI Tomorrow will be a good day for the longs  **Bullish**

○ 1        ↱        ♡ 1        ⬆        Q

**Dan9998**  Mar 08, 2022 11:00 AM                                                     ...

$UNFI I hope those numbers are right. I was thinking EPS around 1.42. I like your
number way better, but a beat like either of these numbers and this stock should fly
and they should raise guidance. I am a bit worried they comment about pressure
from fuel costs impacting the rest of the year.  **Bullish**

○ 1        ↱        ♡ 1        ⬆        Q

**Dan9998**  Mar 03, 2022 7:16 AM                                                      ...

$UNFI No surprise, Kroger has strong earnings and beats expectations. Same for us
next week with a potential raise in guidance. Time for this thing to get back over $50
**Bullish**

○        ↱        ♡ 6        ⬆        Q

**Dan9998**  Jan 20, 2022 9:19 AM                                              • • •

$UNFI I am at a loss for words with this stock over the past few days. I thought these days were behind us. I can see no reason why the stock has dropped like it has. It is one of the best places to invest right now. Other grocery stocks are near all time highs. Wtf!   **Bullish**

💬 2              🔁              ♡              ⬆              🔍

**Dan9998**  Dec 22, 2021 1:45 PM                                             • • •

$UNFI feeling like a year ago with some knucklehead trying to knock the stock back for no reason. Hope we are not back to the heavy manipulation game. In the end we win, but a more painful process watching it jump all over the place   **Bullish**

💬 1              🔁              ♡ 1            ⬆              🔍

**Dan9998**  Dec 08, 2021 6:04 AM                                             • • •

$UNFI Boom!! Another strong quarter, the climb continues to $100

💬              🔁              ♡ 4            ⬆              🔍

**Dan9998**  Sep 28, 2021 6:10 AM                                             • • •

$UNFI Boom!!   **Bullish**

💬              🔁              ♡ 3            ⬆              🔍

**Dan9998**  Jun 14, 2021 11:15 AM                                            • • •

$UNFI why is the PE ratio listed at 13.11 now on yahoo finance and my I phone? That isn't right

💬 2              🔁              ♡              ⬆              🔍

**Dan9998**  Mar 15, 2021 9:36 AM                                             • • •

$UNFI what's the bet on what the shares still shorted are for this Wednesday? Above 8m still?

💬              🔁              ♡ 1            ⬆              🔍

**Dan9998**  Mar 10, 2021 6:22 AM                                    ...

$UNFI EPS blow out of 1.25, beats by .44, sales grow 12 percent

💬          ⟲          ♡ 3          ⬆          🔍

**Dan9998**  Mar 04, 2021 6:20 AM                                    ...

$UNFI is the extension just two years?

💬 1        ⟲          ♡          ⬆          🔍

**Dan9998**  Feb 07, 2021 5:53 PM                                    ...

$UNFI Good week to announce Amazon extension or pre announce a strong quarter.
Good time to be long UNFI

💬 1        ⟲          ♡ 2         ⬆          🔍

**Dan9998**  Feb 02, 2021 5:59 PM                                    ...

$ADN let's hope they put the press release out tomorrow morning to get a pre
market jump. If not, we should send the execs an e mail asking if they have their
heads up their ass

💬 2        ⟲          ♡ 3         ⬆          🔍

**Dan9998**  Feb 07, 2021 5:53 PM                                    ...

$UNFI Good week to announce Amazon extension or pre announce a strong quarter.
Good time to be long UNFI

💬 1        ⟲          ♡ 2         ⬆          🔍

**Dan9998**  Jan 29, 2021 8:49 AM                                    ...

$UNFI he's back!

💬          ⟲          ♡ 2         ⬆          🔍

**Dan9998**  Jan 29, 2021 8:35 AM                                    ...
$UNFI off and running

💬          🔁          ♡          ⬆          🔍

**Dan9998**  Jan 29, 2021 8:02 AM                                    ...
$UNFI Let it fly today boys. Fuck the short seller trying to hold us back. Time to feel
the pain you caused all of us. Thanks for the reminder yesterday so we can dig into
your ass even more now!!    **Bullish**

💬 1          🔁          ♡ 5          ⬆          🔍

**Dan9998**  Jan 28, 2021 4:18 PM                                    ...
$UNFI the SEC limits retail investors from buying stocks when it hurts the big boys,
but where is our protection from the manipulation. I don't see Elizabeth Warren
asking about that!    **Bullish**

💬          🔁          ♡ 3          ⬆          🔍

**Dan9998**  Jan 28, 2021 2:56 PM                                    ...
$UNFI unreal. $2.50 drop in five minutes. Wtf    **Bullish**

💬 1          🔁          ♡          ⬆          🔍

**Dan9998**  Jan 27, 2021 11:36 AM                                  ...
$UNFI BGS up another 20 percent today in the short squeeze. We are like a fresh
lemon at UNFI and ready to be squeezed too. With much stronger fundamentals. We
need to get the word out and let this thing fly!! Payback is hell shorts

💬 1          🔁          ♡ 6          ⬆          🔍

**Dan9998**  Jan 26, 2021 2:50 PM                                    ...
$UNFI what do we think the outstanding short balance is after the last couple of
days? 9m or higher?

💬 3          🔁          ♡ 1          ⬆          🔍



**Dan9998**  Jan 25, 2021 9:48 AM                                                                  ...

$UNFI keep getting the word out about the short squeeze. Attract more eyeballs and we will punish these shorts like they never imagined  **Bullish**

💬          🔁          ♡ 1          ↥          Q

**Dan9998**  Jan 14, 2021 2:42 PM                                                                  ...

$UNFI Great day for all of those that have held strong through the ups and downs. Congrats on enjoying a good week with many more to come! Let the squeeze and our profits continue  **Bullish**

💬 1          🔁          ♡ 3          ↥          Q

**Dan9998**  Jan 14, 2021 12:22 PM                                                                 ...

$UNFI what do you think is driving the move over the last few days, pending announcement, short coverings or new interest in the stock. Happy regardless, just trying to gauge where this may head in the short term  **Bullish**

💬 1          🔁          ♡ 1          ↥          Q

**Dan9998**  Nov 23, 2020 3:36 PM                                                                  ...

$UNFI let's hope the senior
Mgmt team has had a coaching session on how to deliver the message and bright future of the company. You owe the shareholders, get it right this time!  **Bullish**

💬          🔁          ♡ 4          ↥          Q

**Dan9998**  Nov 16, 2020 3:01 PM                                                                  ...

$UNFI seeing that they will have good visibility into Q2 when they release earnings, it will be nice to see them be more aggressive with their comments about the trend they are seeing

💬          🔁          ♡          ↥          Q

**Dan9998** Nov 06, 2020 8:14 PM

$UNFI progress but don't forget we are still down 20 percent from where we were three weeks ago with nothing but positive news coming out thanks to the shorts playing games with the stock and our shares  Bullish

1    3

**Dan9998** Nov 05, 2020 7:21 AM

$UNFI I am hoping the mgmt team and board truly are talking about how the stock and value of the company is being manipulated and have a plan to address this. They can start with surprising the market with a pre announcement on earnings next week. We know they should exceed expectations, so catch the shorts off guard

Bullish

2    2

**Dan9998** Oct 29, 2020 2:54 PM

$UNFI that will be a great day and one that is well overdue. Will be nice to see them get what they have been handing out

**Dan9998** Oct 29, 2020 2:50 PM

$UNFI probably because we are down 20 percent in one week on no news either

Bullish

**Dan9998** Oct 28, 2020 6:18 PM

$UNFI  beyond frustrating. We need them to be squeezed some how



**Dan9998** Oct 28, 2020 5:46 PM                                                     ...

$UNFI still cannot buy back shares or pay dividends beyond the $25m limited in their loan covenants until they pay their debt down further. This covenant was not relinquished due to the notes they just sold. The company is somewhat limited in how they can respond to these short sellers but they need to do something

💬 1             🔁             ♡             ↑             Q

## Relevant Replies:



**OpenHandClosedFist** Oct 25, 2024 5:21 PM                                          ...

$HTZ I was very confident in the stock into earnings until that criminal analyst from jpm, Ryan Brinkman, called it a sell this week. Now I'm very conflicted. Not because I think he is right, but because the analysts do have the power to put pressure on a stock. I'm concerned they will drop it under $2.50. I want to buy in size, because this no way in hell goes BK again. But I wouldn't want to take a bath on it if it drops hard on earnings. I rather buy it on that drop. But I looked into his record, he is awful. He told people to buy at $20, the hold at $6 and $4. And now after all that he says sell at $3.

I have seen this stock go down to .50 cents during the great recession. I've seen at ...
Show More

💬 3             🔁             ♡ 4             ↑             Q



**Dan9998** Oct 26, 2024 7:22 AM                                                     ...

@OpenHandClosedFist I think it is either this earnings or next they begin to show the turnaround and talk about a brighter future. I think it's a 50/50 shot. I am loaded and have been for some time. Hoping it's this time. That analyst obviously doesn't know shit. I would go with your gut and decide how much risk you are willing to take. When it pops, it will be big I think.

💬             🔁             ♡             ↑



**bigdawgpack**  May 10, 2024 7:30 PM    ...

@Dan9998 have you been long? This is exactly how last earnings was. Then dropped down to 68 lol. That's part of being long though, I loaded up on both long call options and more shares during that time. I'm not selling and I'm prepared to do the same thing as last earnings.

💬 1          ↻          ♡          ↑

**Dan9998**  May 10, 2024 7:37 PM    ...

@bigdawgpack

I have been long and loaded up last time also. I will stay long but don't want to lose 20-30 percent again and then wait to rebuild. Will probably shave my stake Monday and buy more if they miss

💬          ↻          ♡ 1          ↑

**BillyBuddy**  May 06, 2024 7:42 AM    ...

$PSN ???

💬 1          ↻          ♡          ↑          🔍

**Dan9998**  May 06, 2024 8:05 AM    ...

@BillyBuddy

The bullshit manipulation again. Probably just playing off the low volume in pre market. No reason to open down

💬          ↻          ♡          ↑



**Schiff4Brains**  May 02, 2024 9:03 PM                                    ...

@Dan9998 Read the Q1 report, they lost money this quarter. Will only effect the stock price for a short period.

💬 1              🔁              ♡ 1              ⬆

**Dan9998**  May 02, 2024 9:05 PM                                    ...

@Schiff4Brains

That's just an accounting entry pulling forward an expense. That should not impact the stock. They beat on all metrics and raised guidance for the year. Someone is manipulating the stock and trying to hold the price down. Pretty obvious if you watch the trade patterns

💬 1              🔁              ♡              ⬆

**danwithopp**  Mar 17, 2023 11:01 AM                                    ...

$UNFI Added 15% more at $23.42. I guess we're back in 2020 mode where the market is acting like UNFI is on the verge of bankruptcy, despite the fact that they're still profitable and have cut leverage in half in the past 3 years. I don't expect the rebound will be quick, but when a profitable company has 30B in sales and only a 1.4B market cap, it's an easy buy.   **Bullish**

💬 1              🔁              ♡              ⬆              🔍

**Dan9998**  Mar 17, 2023 11:10 AM                                    ...

@danwithopp I think the issue is their revised EPS. Put a ten multiple to that and that is what is driving this. Could signal further risk

💬 2              🔁              ♡              ⬆



**ElGuapo33**  Mar 08, 2023 7:22 AM    ...

$UNFI I'm curious why they bought back shares at 41 knowing what was coming. Why not announce dividend?

Brutal morning.  Embarrassing how unaware I was that things were this bad.

💬 1          🔁          ♡ 1          ⬆          🔍

**Dan9998**  Mar 08, 2023 7:49 AM    ...

@ElGuapo33 we are all caught very off guard.

💬          🔁          ♡ 1          ⬆

**danwithopp**  Mar 08, 2023 7:36 AM    ...

$UNFI This is not the first time UNFI got killed after ER. The difference this time is they deserve it.

💬 1          🔁          ♡ 3          ⬆          🔍

**Dan9998**  Mar 08, 2023 7:48 AM    ...

@danwithopp have to agree with you. Have defended them for a long time, but this is a real kick in the nuts

💬          🔁          ♡ 1          ⬆

**Pengina**  Feb 27, 2023 1:16 PM    ...

$UNFI How are folks feeling heading into earnings?  **Bullish**

💬 2          🔁          ♡          ⬆          🔍

**Dan9998**  Feb 27, 2023 6:37 PM    ...

@Pengina I think they will show strong sales growth. I am more worried about their profit and margin percentage. They need to show they can manage their cost or pass them along or the stock will get hurt.  Should also be a strong cash quarter

**Bullish**

💬          🔁          ♡ 1          ⬆



**Dan9998**  Dec 05, 2022 6:56 PM                                          •••

@Spencerstwits @Pengina @Wrk4thewknd good perspective. Surprised to see the short interest grew slightly on the last report. It is still well below what we dealt with before. This stock proves to be easy to manipulate with the high institutional ownership and low knowledge of the stock by retail investors. The share buyback is a good weapon to help stop this if they show they will use it. I will still how a ton through earnings. Going to shave 10 percent to have some cash if it gets attacked

**Bullish**

🗨 1                  ⟲                  ♡ 1                  ↑

**CockNBull**  Dec 07, 2022 3:09 PM                                       •••

@Dan9998 nah.  You need to know the ebbs and flows of UNFI stock.  Added 10000 shares at 38.80.

🗨 1                  ⟲                  ♡                   ↑

**Dan9998**  Dec 07, 2022 3:24 PM                                        •••

@CockNBull I know it well. I bought 6000 shares today. Doesn't mean I like watching my other shares devalue based on a few penny miss. I know it will be back   **Bullish**

🗨                   ⟲                  ♡ 3                 ↑

**sks2345**  Dec 07, 2022 9:12 AM                                         •••

$UNFI added a couple hundred. Total nonsense

🗨 2                  ⟲                  ♡ 3                 ↑                   🔍

**Dan9998**  Dec 07, 2022 10:10 AM                                       •••

@sks2345 added 5,000   **Bullish**

🗨                   ⟲                  ♡ 1                 ↑



**Pengina** Dec 05, 2022 10:16 AM    · · ·

$UNFI Who's holding into earnings? I am, but always feel some PTSD from past years of irrational drops.  Thoughts?   Bullish

💬 2          ⟲          ♡ 3          ⬆          🔍

**Dan9998** Dec 05, 2022 10:48 AM    · · ·

@Pengina I have held for some time through many of the earnings and have the same PTSD. I expect them to beat the top and bottom line but no raise in guidance so early in the year for them. Unless they have some strong new news, I would expect the manipulators to push us down like the last two earnings. Hope I am wrong and we get the jump we deserve. I do expect them to raise guidance at some point in the year as their current guidance is very conservative   Bullish

💬 1          ⟲          ♡ 3          ⬆

**FinFlash** Sep 07, 2022 2:38 PM    · · ·

$UNFI shorty covered and now we go again?   Bullish

💬 1          ⟲          ♡          ⬆          🔍

**Dan9998** Sep 08, 2022 5:38 AM    · · ·

@FinFlash the stock is too easy of a target with so much owned by institutions and low daily volume.  They can manipulate the stock in the short term way too easily. If the company announces a stock buyback, this nonsense should hopefully stop

Bullish

💬          ⟲          ♡ 1          ⬆

**sks2345**  Aug 16, 2022 4:15 PM    ...

@Dan9998 depending on pace of deleveraging this can be a 200 stock in 2 years

💬 1          ⇄          ♡ 1          ⬆

**Dan9998**  Aug 16, 2022 5:11 PM    ...

@sks2345 can't disagree with you. If they announce a dividend or buyback, it should start to realize it's potential. Should be strong earnings for the year and hopefully aggressive guidance for next year   **Bullish**

💬          ⇄          ♡ 1          ⬆

**Pengina**  Jun 07, 2022 9:22 AM    ...

$UNFI Any rhyme or reason here?  All seems to be on track for record years, debt ratio that will open the doors to div/buyback, growth... What gives?   **Bullish**

💬 1          ⇄          ♡          ⬆          🔍

**Dan9998**  Jun 07, 2022 9:27 AM    ...

@Pengina makes no sense from where i sit. Crazy   **Bullish**

💬          ⇄          ♡          ⬆

**sks2345**  May 12, 2022 7:43 AM    ...

$UNFI SPTN raised guidance. We are going to blow analyst numbers out of the water. Wholesale inflation is through the roof. I honestly think this thing can hit 100 by end of year, especially if we have another major Covid wave in the fall.

💬 1          ⇄          ♡ 5          ⬆          🔍

**Dan9998**  May 12, 2022 7:47 AM    ...

@sks2345 I hope your right. As long as they can keep their expenses in line, they should have great numbers   **Bullish**

💬 1          ⇄          ♡          ⬆

**AryaRules**  Apr 27, 2022 10:15 AM    ...

$UNFI Can someone point me to any news on why this is dropping?

⌧ 3            ⇄            ♡            ⬆            ⚲

**Dan9998**  Apr 27, 2022 10:49 AM    ...

@AryaRules speculation on UNFI making a bid on Spartan Nash and how that would impact their high debt ratio. They botched their last acquisition badly when they overpaid for Super Valu

⌧            ⇄            ♡ 2            ⬆

**sks2345**  Apr 26, 2022 9:36 PM    ...

$UNFI I'm not even sure UNFI would get regulatory approval for an acquisition of SPTN. Could just be a bullshit story. If they were serious about making a competitive bid I would dump all 20k of my shares. I'm done with UNFI acquisitions

⌧ 1            ⇄            ♡ 1            ⬆            ⚲

**Dan9998**  Apr 27, 2022 6:27 AM    ...

@sks2345 the only way this could make any sense is if they reduce debt overall by selling Cub as part of the deal. Agree that regulatory would be an issue so not sure it could even happen   **Bullish**

⌧            ⇄            ♡ 2            ⬆

**Wrk4thewknd**  Apr 26, 2022 9:33 PM    ...

@Dan9998 1000% agree. This has to be to unload and be in better financial situation.

⌧ 1            ⇄            ♡            ⬆

**Dan9998**  Apr 26, 2022 9:53 PM    ...

@Wrk4thewknd let's hope we are right. If we are, the stock should be even stronger. I fthey pile on more debt, the stock will get punished. I am also ok if the rumors are false as the stock and company are on a good trajectory

⌧            ⇄            ♡ 1            ⬆



**Wrk4thewknd** Apr 26, 2022 9:33 PM    ...

@Dan9998 1000% agree. This has to be to unload and be in better financial situation.

💬 1          🔁          ♡          ⬆️



**Dan9998** Apr 26, 2022 9:53 PM    ...

@Wrk4thewknd let's hope we are right. If we are, the stock should be even stronger. If they pile on more debt, the stock will get punished. I am also ok if the rumors are false as the stock and company are on a good trajectory

💬          🔁          ♡ 1          ⬆️



**danwithopp** Apr 26, 2022 3:10 PM    ...

$UNFI I really hope UNFI doesn't acquire $SPTN. They're one to two quarters away from hitting leverage targets to start returning capital to shareholders, which would attract interest in the stock with a much smaller capital commitment. A major acquisition would require either issuing more debt or diluting existing shares, plus it would introduce a lot of business risk. The time to make a bid for SPTN was in 2021, before the stock doubled and the fed started raising interest rates. I really don't like this as a UNFI shareholder unless the terms of the offer are extremely cheap.

💬 5          🔁          ♡ 3          ⬆️          🔍



**Dan9998** Apr 26, 2022 8:06 PM    ...

@danwithopp good comments on this thread. The thought of Unfi taking on more debt scares the shit out of me as a shareholder and would dramatically impact the share price in my mind. I have to think they are smarter than this and would sell off the real estate and maybe even the retail components as part of the deal. If they did this, they could actually walk away with cash, pay down debt and own NA food distribution. Then we have a nice story and significant upside. Don't do us wrong mgmt team  **Bullish**

💬          🔁          ♡ 5          ⬆️



**Wrk4thewknd**  Dec 07, 2021 11:07 AM

@Dan9998 Yep, remember that. Build up for the Thanksgiving run. But communicated that horribly to Investors. As I recall from investor conference they, using a conservative model, could have had leverage under 3x by September, and I thought they were just over it last qrt?

💬 1          🔁          ♡          ⬆️

**Dan9998**  Dec 07, 2021 11:14 AM

@Wrk4thewknd I think your right, that they are just over it but I am not expecting much of a pay down. They may communicate it will be under 3 by the end of the half. The only thing that I see that could hurt us tomorrow is if they miscommunicate this or their service levels were so bad because of supply shortages that it hurt top line. Over the next year, this should be very strong. In my opinion. Been here since $5 so the upside is nice to see

💬          🔁          ♡ 1          ⬆️

**Moviepass28**  Aug 30, 2021 1:02 AM

$UNFI to Dan and others who have followed unfi shorts:
  Shorts now down to less than 4 million from over 12 million (not so long ago early 2021) to me shows not too many are betting against unfi's future; a very good sign!
  PLUS might explain much less manipulation of our stock recently...maybe now we go to our fair value (I believe 45-55+)/ your opinion???

💬 5          🔁          ♡ 4          ⬆️          🔍

**Dan9998**  Aug 30, 2021 7:20 AM

@Moviepass28 I think your right on. The sector has been out of favor and the volume is very low. I expect a run into the 40's and maybe higher depending on the year end finish and guidance for next year.

💬          🔁          ♡          ⬆️



**Dan9998** Feb 10, 2021 10:03 AM                                          ...

@Jb1802 @dburner agree we have a long term winner here. Just want to limit the pain that I felt last year and have some powder to buy if it drops. I have made good money, but had a lot of rough days in getting there. We have a path to $50, it's just a bit curvy

**Dan9998** Feb 10, 2021 9:49 AM                                           ...

@dburner I have sold about 30 percent of my holdings. Sounds like I should probably reduce further and wait some to increase once things settle



**Stocktwits** ✅ ✅  Jan 26, 2021 4:49 PM                                    •••
🛡 Official STOCKTWITS Representative

Sorry short-sellers and institutions, retail bulls hold all of the power now ☑

Grab your $GME shirt here:
shop.stocktwits.com/product...



💬 130            ⟳ 48              ♡ 2188           ⬆            🔍



**Dan9998**  Jan 26, 2021 9:28 PM                                         •••
@Stocktwits love it, check out UNFI for the next squeeze    Bullish

💬              ⟳                ♡                ⬆



**charlesmarkley**  Jan 26, 2021 8:21 PM                                   •••
$FIZZ $SKT $DDS check out $UNFI it has a higher short percentage than AMC and is
actually a profitable and growing business, largest grocery distributor in US 28
Billion in revenue but valued at less than 2 Billion right now, it should be on
everyone's radar, the squeeze is real...get the word out!

💬 3            ⟳ 1              ♡ 11             ⬆            🔍



**Dan9998**  Jan 26, 2021 8:48 PM                                         •••
@charlesmarkley great job getting the word out. Lots of money to be made    Bullish

💬              ⟳                ♡ 2              ⬆

**Moviepass28**  Jan 25, 2021 5:46 AM    ...

$UNFI a lot of short squeeze activity today on pre market...gme...amc..even vaxart

Will any of this rub off on us...and our new visitors from gme...hello

Spread the wealth....our tock still merits a squeeze and has significant earnings and prospects

We still are vastly undervalued...is gme??? Or AMC????

💬 1            🔁            ♡ 3            ⬆            🔍

**Dan9998**  Jan 25, 2021 7:19AM    ...

@Moviepass28 we should do some posting on the gme bird to attract some more attention   **Bullish**

💬            🔁            ♡            ⬆

**Dan9998**  Jan 08, 2021 10:22 AM    ...

@johnroe45 @dburner no need to be an asshole. I have held for over a year with a lot more shares than you.  My point is the market has been on a run, you could pick stocks blindly and be better off than UNFI has performed. The potential is here, but the company could do more to help realize it

💬 1            🔁            ♡            ⬆



**Coop45** Nov 14, 2020 8:31 AM    ...

$UNFI I believe that the next 6 months will bring a reversal to the 40$ range. I know a lot of people are now scared off by earnings. I believe this is how the short plans to exit. If people believe that good or bad earnings will spark a sell off then we play right into the short hand. Holding strong will force the hand and create an epic squeeze. This company is bigger and stronger than ever. This trend will continue. It's a mental game they are playing right now. Do you have the stones to see this through? I am betting that you do! Hold strong and let's crush this sob    Bullish

&#128172; 3          &#8645;          &#9825; 1          &#8613;          &#128269;

**Dan9998** Nov 14, 2020 9:36AM    ...

@Coop45 I have the stones!! Already been through it numerous times with UNFI. Time for the shorts to feel our pain

&#128172;          &#8645;          &#9825; 1          &#8613;