

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 312 853 7579
NCONRAD@SIDLEY.COM

June 12, 2025



**VIA ECF**
Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Re:    *Sills et al. v. United Natural Foods Inc. et al.*, No. 23 Civ. 2364 (JGLC)(VF)

Dear Judge Clarke:

We represent Defendants United Natural Foods, Inc., J. Alexander Miller Douglas, John W. Howard, and Christopher P. Testa ("Defendants") in the above-referenced action.  We write to request an extension of the page limit set forth in Rule 4(b) of Your Honor's Individual Rules and Practices in Civil Cases for Defendants' forthcoming Brief in Opposition to Plaintiffs' Motion for Class Certification, to be filed tomorrow.  *See* Dkt. Nos. 97-99.

Defendants request an additional eight pages (for a total of 33 pages) to adequately explain their response to Plaintiffs' motion.  *Id*.  Plaintiffs consent to this request.

We thank the Court for its attention to this request and are available should Your Honor have any questions.

Respectfully submitted,

*/s/ Neil H. Conrad*

Neil H. Conrad

Application GRANTED. Defendants have an additional 2800 words, or 11550 words total, for their opposition. The Clerk of Court is directed to terminate ECF No. 110.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: June 16, 2025
New York, New York

cc: All counsel of record (via ECF)

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships.