**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DAN SILLS *and* GEORGE DICK, *individually and on behalf of all others similarly situated*,

Plaintiffs,

vs.

UNITED NATURAL FOODS, INC., J. ALEXANDER MILLER DOUGLAS, JOHN W. HOWARD, *and* CHRISTOPHER P. TESTA,

Defendants.

No. 1:23-CV-02364-JGLC

**NOTICE OF DEFENDANT CHRISTOPHER P. TESTA'S MOTION FOR RECONSIDERATION OF JULY 28, 2025 OPINION AND ORDER (DKT. 118)**

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 6.3 and the Individual Rules of this Court, Defendant Christopher P. Testa, by his attorneys at Sidley Austin LLP, shall move this Court before the Honorable Jessica G.L. Clarke, United States District Judge, at the United States District Court for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an Order granting Defendant Testa's Motion for Reconsideration of the Court's Opinion and Order dated July 28, 2025 (Dkt. 118) denying Defendant Testa's Motion for Judgment on the Pleadings, and granting such other and further relief as the Court may deem just and proper.

Dated: August 11, 2025
Chicago, Illinois

Respectfully submitted,

*/s/ Nilofer I. Umar*
Francesca Brody
Vincent Margiotta
SIDLEY AUSTIN LLP
787 Seventh Avenue

New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
fbrody@sidley.com
vmargiotta@sidley.com

Nilofer I. Umar (admitted *pro hac vice*)
Neil H. Conrad (admitted *pro hac vice*)
William J. Lawrence (admitted *pro hac vice*)
Claire G. Lee (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
numar@sidley.com
nconrad@sidley.com
bill.lawrence@sidley.com
claire.lee@sidley.com

*Attorneys for Defendants*