**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAN SILLS *and* GEORGE DICK, *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED NATURAL FOODS, INC., J. ALEXANDER MILLER DOUGLAS, JOHN W. HOWARD, *and* CHRISTOPHER P. TESTA, <br><br> Defendants. | No. 1:23-CV-02364-JGLC <br><br> **DECLARATION OF NILOFER UMAR IN SUPPORT OF DEFENDANT CHRISTOPHER P. TESTA'S MOTION FOR RECONSIDERATION OF JULY 28, 2025 OPINION AND ORDER (DKT. 118)** |

I, Nilofer Umar, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am admitted to practice in the State of Illinois, admitted to practice before this Court *pro hac vice*, and a member of the law firm Sidley Austin LLP, counsel for Defendant Christopher P. Testa in this action. I submit this declaration in support of Defendant Christopher P. Testa's Motion for Reconsideration of July 28, 2025 Opinion and Order (Dkt. 118).

2. A true and correct copy of a transcript of the earnings call held by United Natural Foods, Inc., dated June 7, 2022, and filed at Dkt. 87-1 as Exhibit A to the Declaration of Pavithra Rajesh in support of Plaintiffs' Memorandum of Law in Opposition to Defendant Christopher P. Testa's Motion for Judgment on the Pleadings, is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

1

2

Executed on August 11, 2025 in Chicago, Illinois.

/s/ *Nilofer I. Umar*
Nilofer I. Umar