

Pavithra Rajesh
prajesh@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
T: (310) 201-9150

**MEMO ENDORSED**

August 14, 2025

Application GRANTED. Plaintiffs to file opposition brief by **September 8, 2025**. Defendant Testa to file reply by **September 22, 2025**. The Clerk of Court is directed to terminate ECF No. 123.

**VIA ECF**

Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Dated: August 15, 2025
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Re:     *Sills v. United Natural Foods Inc., et al.*, No. 23 Civ. 2364 (JGLC) (VF)

Dear Judge Clarke:

We write on behalf of Plaintiffs Dan Sills and George Dick ("Plaintiffs") to request a 14-day extension of their deadline to file an opposition brief to Defendant Christopher P. Testa's Motion for Reconsideration of the Court's Opinion and Order dated July 28, 2025 (ECF No. 120). Defendant Testa does not oppose the request, provided that he receives a 7-day extension to file his reply brief in support of his Motion for Reconsideration.

Pursuant to Local Civil Rule 6.1(b), Plaintiffs' current deadline to file their opposition brief is August 25, 2025, and Defendant Testa's current deadline to file his reply brief is September 2, 2025. The proposed extension would allow Plaintiffs to file their opposition brief no later than September 8, 2025 and Defendant Testa to file his reply brief no later than September 22, 2025.

Plaintiffs request this extension to accommodate existing commitments, including their reply brief in support of their motion for class certification, which is due on August 22, 2025. In the interest of cooperation, Defendant Testa consents to Plaintiffs' request, but seeks a one-week extension in turn, because of existing commitments during the week of September 8, 2025. There have been no previous requests for the extension of these deadlines. There is no date set for the Parties' next appearance before the Court, and the requested extensions do not affect any other upcoming deadline or appearance.

We thank the Court for its attention to this request and are available should Your Honor have any questions.

Respectfully submitted,

*/s/ Pavithra Rajesh*

Pavithra Rajesh

cc:     Counsel of Record (via ECF)