**GPM** | Glancy
Prongay
& Murray LLP

Pavithra Rajesh
prajesh@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
T: (310) 201-9150

MEMO ENDORSED

Application GRANTED. Plaintiffs may file a 7,700 word reply brief in further support of their motion for class certification. The Clerk of Court is directed to terminate ECF No. 125.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated:  August 21, 2025
        New York, New York

August 19, 2025

**VIA ECF**

Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Re:    *Sills v. United Natural Foods Inc., et al.*, No. 23 Civ. 2364 (JGLC) (VF)

Dear Judge Clarke:

We write on behalf of Dan Sills and George Dick ("Plaintiffs") to request leave to file a 22-page (or 7,700 words) reply brief in further support of their motion for class certification (ECF No. 97). Defendants take no position on the request.

The requested extension of normal page limits is warranted to adequately respond to Defendants' overlength brief opposing Plaintiffs' motion for class certification. Defendants' opposition raised a number of complex arguments, including as to price impact, which is a topic on which Plaintiffs do not bear the burden and, as such, was not briefed in Plaintiffs' opening motion. Defendants requested, and Plaintiffs consented, to file a 33-page opposition brief. *See* ECF Nos. 110, 116. Plaintiffs have not previously requested any page-length extensions in briefing class certification.

We thank the Court for its attention to this request and are available should Your Honor have any questions.

Respectfully submitted,

*/s/ Pavithra Rajesh*

Pavithra Rajesh

cc:    Counsel of Record (via ECF)