**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAN SILLS and GEORGE DICK, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br>    v. <br><br> UNITED NATURAL FOODS, INC., J. ALEXANDER MILLER DOUGLAS, JOHN W. HOWARD, and CHRISTOPHER P. TESTA, <br><br> Defendants. | Case No. 1:23-cv-02364-JGLC-VF |

**DECLARATION OF KARA M. WOLKE IN SUPPORT OF**
**PLAINTIFFS' REPLY IN SUPPORT OF THEIR**
**MOTION FOR CLASS CERTIFICATION AND**
**APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, Kara M. Wolke, hereby declare:

1.      I am a partner with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Dan Sills and additional plaintiff George Dick (collectively, "Plaintiffs" or the proposed "Class Representatives"), and Lead Counsel for the Class in the above-captioned action. I am an attorney duly licensed to practice law in the State of California and I am admitted *pro hac vice* in this action. I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so truthfully and accurately.

2.      I make this declaration, together with the attached exhibits, in support of Plaintiffs' Reply in support of their Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

3.      Attached hereto as Exhibit A is a compendium of 32 post-*Comcast* securities cases where Dr. Feinstein's "out-of-pocket" damages methodology was approved.

4.      Attached hereto as Exhibit B is a true and correct copy of the Expert Reply Report of Steven P. Feinstein, Ph.D., dated August 22, 2025.

5.      Attached hereto as Exhibit C is a true and correct copy of excerpts of the deposition transcript of Daniel Sills, dated April 30, 2025.

6.      Attached hereto as Exhibit D is a true and correct copy of an analyst report issued by Wells Fargo Securities, LLC dated June 7, 2023 entitled "UNFI: Another Surprising Guidance Cut as Pricing Lap and Macro Wreaks Havoc; Remain Sidelined Despite Sharp Sell-Off."

7.      Attached hereto as Exhibit E is a true and correct copy of an analyst report issued by Guggenheim Securities, LLC dated June 25, 2023 entitled "UNFI – The Downside of Large Acquisitions in a Volatile Operating Backdrop—Profit, Valuation Floors Are Approaching, but We Stay NEUTRAL Rated."

8. Attached hereto as Exhibit F is a true and correct copy of an analyst report issued by Guggenheim Securities, LLC dated September 26, 2023 entitled "UNFI – Cycling $250M of Procurement Gains While Transforming the Business—Lowering Our 2024 EBITDA Estimate By ~20%; Stay NEUTRAL Rated."

9. Attached hereto as Exhibit G is a true and correct copy of an analyst report issued by UBS Securities, LLC dated September 26, 2023 entitled "What's The Initial View On UNFI's 4Q'23 Results?"

10. Attached hereto as Exhibit H is a true and correct copy of an analyst report issued by Goldman Sachs & Co., LLC, dated September 27, 2023, and entitled "Disinflation continues to pressure margins."

11. Attached hereto as Exhibit I is a true and correct copy of an analyst report issued by UBS Securities, LLC, dated September 27, 2023, and entitled "Taking Inventory Of A Challenging Year Ahead."

12. Attached hereto as Exhibit J is a true and correct copy of an analyst report issued by BTIG, LLC, dated September 26, 2023, and entitled "Outlook Suggests Uncertainty Persists; Procurement Losses, Shrink and Higher Incentive Compensation Weighs on Earnings – Remain Neutral."

13. Attached hereto as Exhibit K is a true and correct copy of a document produced by UNFI in this litigation, dated March 29, 2023, and bearing Bates stamps UNFI-0042532 through UNFI-0042534.

14. Attached hereto as Exhibit L is a true and correct copy of a document produced by UNFI in this litigation, dated April 14, 2023, and bearing Bates stamps UNFI-0041551 through UNFI-0041568.

15.     Attached hereto as Exhibit M is a true and correct copy of the deposition transcript of Paul Zurek, Ph.D., dated August 5, 2025.

16.     Attached hereto as Exhibit N is a true and correct copy of excerpts of the deposition transcript of George Dick, dated May 7, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 22nd day of August 2025.

*/s/ Kara M. Wolke*
Kara M. Wolke

## **PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On August 22, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 22, 2025, at Los Angeles, California.

*/s/ Kara M. Wolke*
Kara M. Wolke