# Exhibit D

## Equity Research



Price Target Change — June 7, 2023

**Food Service**

# United Natural Foods, Inc. (UNFI)

## UNFI: Another Surprising Guidance Cut as Pricing Lap and Macro Wreaks Havoc; Remain Sidelined Despite Sharp Sell-off

### Our Call

UNFI delivered another material earnings cut, as the challenge of lapping procurement gains has now been exacerbated by macro pressures. Visibility on earnings power is low and there doesn't seem to be an easy fix. We would not buy the sell-off.

**Disappointing Q3 EPS Print Followed by Even Worse Guidance:** UNFI reported adj. EPS of $0.54 (vs. consensus of $0.65) and EBITDA of $159m (vs. $167m). Case volumes were down an estimated 5% and worsened sequentially vs. 2019. Gross profit fell by an amount equal to volumes, costs were only marginally lower, and EBITDA dropped by 19%. New guidance implies that trends worsen in Q4, with an EPS loss and EBITDA down 60% at the midpoint.

**Complicated List of Issues Only Growing:** The headwind from lapping inflation-related procurement gains that was revealed last quarter is actually turning out to be even worse than expected, once again highlighting management's low visibility into its business. But this is now being exacerbated by growing market pressures. There are pockets of deflation in the cost-plus % model, volumes are softening as customers lose share to mass (ahem...WMT), and shrink is growing.

**Visibility on Sustained EBITDA Very Low:** Credibility at UNFI is about as low as it gets, as it's shocking how the company seemed caught off guard by these issues given their magnitude. While management is taking action, we don't expect much near-term help beyond $100m of knee-jerk cost cuts. Plans to improve service levels, optimize assortment, and rework/exit contracts take time. Best we can tell, F2024 run-rate EBITDA is probably in the $400-600m range (initial '23 guidance was $850-880m).

**Don't Buy the Sell-off:** We lowered our 2023 and 2024 EBITDA estimates to $630m and $500m, respectively. Valuing the business on all of this is difficult. The stock looks to be trading at a reasonable 5.5x, the high end of our fiscal 2024 EBITDA range of $600m, but a lofty 8x the low-end of our run-rate estimate of $400m. Given this, we don't view the risk/reward as appealing and would not buy this sell-off. We cut our target price to $20, about 6x our '24 EBITDA est.

**Derivative Implications:** The depth of the problem at UNFI has raised investor concerns around PFGC, SYY, and USFD; its hard not to be incrementally worried, but we continue to believe the vast majority of UNFI's issues are company-specific. It's also worth highlighting that the new market pressures faced by UNFI's customers and its retail business suggests share continues to shift to value players and conventional supermarket promotions may begin to rise.

Equity Analyst(s)

**Edward Kelly, CFA**
Equity Analyst | Wells Fargo Securities, LLC
Edward.J.Kelly@wellsfargo.com | 212-214-5304

**Anthony Bonadio, CFA**
Equity Analyst | Wells Fargo Securities, LLC
Anthony.Bonadio@wellsfargo.com | 212-214-5072

**Evan Ketterhagen**
Associate Equity Analyst | Wells Fargo Securities, LLC
Evan.Ketterhagen@wellsfargo.com | 212-214-5330

| Rating | Equal Weight |
|---|---|
| Ticker | UNFI |
| Price Target/Prior: | $20.00/$28.00 |
| Upside/(Downside) to Target | (14.7)% |
| Price (06/07/2023) | $23.46 |
| 52 Week Range | $22.07 - 49.56 |
| Shares Outstanding | 59,397,933 |
| Market Cap (MM) | $1,393 |
| Enterprise Value (MM) | $3,441 |
| Average Daily Volume | 5,871,939 |
| Average Daily Value (MM) | $138 |
| Dividend (NTM) | $0.00 |
| Dividend Yield | 0.0% |
| Net Debt (MM) - last reported | $2,048 |
| ROIC - Current year est. | 18% |
| 3 Yr EPS CAGR from current year (unless otherwise noted) | (55)% |

| $ EPS | 2022A | 2023E Curr. | 2023E Prior | 2024E Curr. | 2024E Prior |
|---|---|---|---|---|---|
| Q1 (Oct) | 1.10 A | 1.13 A | NC | 0.06 E | 0.64E |
| Q2 (Jan) | 1.36 A | 0.78 A | NC | 0.10 E | 0.67E |
| Q3 (Apr) | 1.10 A | 0.54 A | 0.57E | 0.17 E | 0.68E |
| Q4 (Jul) | 1.27 A | (0.42) E | 0.56E | 0.08 E | 0.67E |
| FY | 4.84 A | 2.04 E | 3.05E | 0.41 E | 2.65E |
| P/E | 4.9x | 11.5x | | 57.7x | |

*Source: Company Data, Wells Fargo Securities estimates, and Refinitiv.*
*NA = Not Available, Volatility = Historical trading volatility*

All estimates/forecasts are as of 6/7/2023 unless otherwise stated. 6/7/2023 20:23:06EDT. Please see page 4 for rating definitions, important disclosures and required analyst certifications. Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

Food Service                                                                                                  Equity Research

**Q3 Highlights:** Adj. EPS of $0.54 came in below the Street's estimate of $0.65 and our $0.57. Adj. EBITDA also missed, coming in at $159m vs the consensus of $167m. Revenue grew 3.7% and was in-line with expectations, driven primarily by inflation of around 8% and new business. UNFI's top-line expanded across all reporting segments except Retail (-0.7%) and was strongest in Supernatural (+12.2%). Gross margin (ex. LIFO charge) compressed 120bps y/y due to reduced procurement gains and higher shrink. OpEx margin leveraged ~50bps but included a $20m benefit from the reversal of previously accrued incentive comp expense as UNFI does not expect to meet FY23 threshold targets. Management lowered 2023 adjusted EPS to $1.80-2.30 and adjusted EBITDA to $610-650m, but maintained its sales guidance of $30.1-30.5bn.

Exhibit 1 - Select UNFI Financials

| ($ in millions except per-share data) | Quarterly Results and Estimates | | | | | | | | | | | | Annual Results and Estimates | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income Statement | 2022A | | | | 2023E | | | | 2024E | | | | 2022A | 2023E | 2024E |
| | Q1A | Q2A | Q3A | Q4A | Q1A | Q2A | Q3A | Q4E | Q1E | Q2E | Q3E | Q4E | Jul. | Jul. | Jul. |
| Sales | $6,997.0 | $7,416.0 | $7,242.0 | $7,273.0 | $7,532.0 | $7,816.0 | $7,507.0 | $7,430.8 | $7,549.3 | $7,781.5 | $7,530.5 | $7,515.3 | $28,928.0 | $30,285.8 | $30,376.6 |
| Gross Profit | 1,053.0 | 1,093.9 | 1,084.0 | 1,109.0 | 1,117.0 | 1,098.0 | 1,033.0 | 991.9 | 1,029.0 | 1,038.7 | 1,006.1 | 1,033.2 | 4,339.9 | 4,239.9 | 4,107.0 |
| Operating Expenses | 931.4 | 953.0 | 969.0 | 979.0 | 995.0 | 1,003.0 | 964.0 | 998.4 | 995.0 | 1,003.0 | 964.0 | 999.1 | 3,832.4 | 3,960.4 | 3,961.1 |
| EBIT | 121.6 | 140.9 | 115.0 | 130.0 | 122.0 | 95.0 | 69.0 | (6.5) | 34.0 | 35.7 | 42.1 | 34.1 | 507.5 | 279.5 | 145.9 |
| Interest Expense | 40.0 | 38.5 | 35.2 | 33.4 | 34.0 | 36.0 | 35.0 | 32.4 | 34.9 | 33.9 | 34.5 | 33.2 | 147.1 | 137.4 | 136.5 |
| Pre-Tax Income | 90.6 | 114.4 | 91.4 | 106.6 | 96.0 | 66.0 | 43.0 | (33.9) | 6.3 | 9.1 | 14.8 | 8.2 | 403.1 | 171.1 | 38.4 |
| Taxes | 23.2 | 29.3 | 23.5 | 26.8 | 25.0 | 16.0 | 9.0 | (9.5) | 1.6 | 2.4 | 3.9 | 2.1 | 102.9 | 40.5 | 10.0 |
| Net Income | 67.4 | 83.1 | 66.9 | 77.8 | 69.9 | 47.3 | 32.6 | (25.4) | 3.6 | 5.7 | 10.0 | 5.1 | 300.2 | 130.6 | 28.4 |
| **Earnings Per Share** | **$1.10** | **$1.36** | **$1.10** | **$1.27** | **$1.13** | **$0.78** | **$0.54** | **($0.42)** | **$0.06** | **$0.10** | **$0.17** | **$0.08** | **$4.84** | **$2.04** | **$0.41** |
| Average Shares | 61.1 | 61.0 | 60.9 | 61.1 | 61.6 | 61.0 | 60.4 | 60.4 | 60.2 | 60.1 | 59.9 | 59.8 | 61.0 | 60.9 | 60.0 |
| | | | | | | | | | | | | | | | |
| D&A | 69.0 | 69.0 | 72.0 | 75.0 | 74.0 | 73.0 | 77.0 | 79.5 | 75.9 | 74.8 | 78.9 | 81.5 | 285.0 | 303.5 | 311.1 |
| Adj. EBITDA | 200.0 | 219.9 | 196.0 | 213.0 | 207.0 | 181.0 | 159.0 | 83.0 | 121.8 | 121.5 | 131.0 | 125.6 | 828.9 | 630.0 | 500.0 |
| | | | | | | | | | | | | | | | |
| **Margin Analysis** | | | | | | | | | | | | | | | |
| Gross Profit | 15.0% | 14.8% | 15.0% | 15.2% | 14.8% | 14.0% | 13.8% | 13.3% | 13.6% | 13.3% | 13.4% | 13.7% | 15.0% | 14.0% | 13.5% |
| OpEx | 13.3% | 12.9% | 13.4% | 13.5% | 13.2% | 12.8% | 12.8% | 13.4% | 13.2% | 12.9% | 12.8% | 13.3% | 13.2% | 13.1% | 13.0% |
| EBIT | 1.7% | 1.9% | 1.6% | 1.8% | 1.6% | 1.2% | 0.9% | (0.1%) | 0.4% | 0.5% | 0.6% | 0.5% | 1.8% | 0.9% | 0.5% |
| Tax Rate | 25.7% | 25.6% | 25.7% | 25.2% | 26.0% | 24.2% | 20.9% | 28.0% | 26.0% | 26.0% | 26.0% | 26.0% | 25.5% | 23.7% | 26.0% |
| Net Income | 1.0% | 1.1% | 0.9% | 1.1% | 0.9% | 0.6% | 0.4% | (0.3%) | 0.0% | 0.1% | 0.1% | 0.1% | 1.0% | 0.4% | 0.1% |
| EBITDA | 2.9% | 3.0% | 2.7% | 2.9% | 2.7% | 2.3% | 2.1% | 1.1% | 1.6% | 1.6% | 1.7% | 1.7% | 2.9% | 2.1% | 1.6% |
| | | | | | | | | | | | | | | | |
| **Y/Y Growth** | | | | | | | | | | | | | | | |
| Sales | 4.9% | 7.7% | 9.4% | 8.0% | 7.6% | 5.4% | 3.7% | 2.2% | 0.2% | (0.4%) | 0.3% | 1.1% | 7.5% | 4.7% | 0.3% |
| Product Inflation | 2.8% | 4.7% | 7.2% | 8.8% | 10.0% | 10.0% | 8.2% | 5.0% | 3.0% | 1.0% | 1.0% | 1.0% | 5.9% | 8.3% | 1.5% |
| Gross Profit | 8.2% | 9.7% | 11.5% | 9.9% | 6.1% | 0.4% | (4.7%) | (10.6%) | (7.9%) | (5.4%) | (2.6%) | 4.2% | 9.8% | (2.3%) | (3.1%) |
| Operating Expenses | 3.6% | 10.1% | 11.9% | 10.2% | 6.8% | 5.2% | (0.5%) | 2.0% | 0.0% | 0.0% | 0.0% | 0.1% | 8.9% | 3.3% | 0.0% |
| EBIT | 64.0% | 6.9% | 8.8% | 7.4% | 0.3% | (32.6%) | (40.0%) | (105.0%) | (72.2%) | (62.4%) | (39.0%) | (624.1%) | 17.3% | (44.9%) | (47.8%) |
| Net Income | 90.6% | 2.8% | 8.0% | 0.8% | 3.8% | (43.1%) | (51.3%) | (132.6%) | (94.8%) | (87.9%) | (69.4%) | (120.0%) | 18.3% | (56.5%) | (78.3%) |
| EPS | 72.1% | (0.2%) | 7.4% | 0.5% | 2.9% | (43.1%) | (50.9%) | (133.0%) | (94.7%) | (87.7%) | (69.2%) | (120.2%) | 11.7% | (57.7%) | (80.1%) |
| EBITDA | 20.5% | 3.1% | 6.2% | 3.4% | 3.5% | (17.7%) | (18.9%) | (61.0%) | (41.1%) | (32.9%) | (17.6%) | 51.4% | 7.7% | (24.0%) | (20.6%) |

Source: Company data, Wells Fargo Securities, LLC estimates

UNFI-0069877

United Natural Foods, Inc.                                                                                    Equity Research

## Investment Thesis, Valuation and Risks

**United Natural Foods, Inc. (UNFI)**
**Investment Thesis**
Sound strategic plan, but deteriorating risk/reward with inflation tailwind ending, underlying case volume weakness, and long-term structural industry issues. Valuation prevents us from being more negative. We are Equal Weight the name.
**Target Price Valuation for UNFI: $20.00 from $28.00**
Our price target of $20 represents 6x our 2024 EBITDA estimate. While this is lower than average levels over the past five years, we view it as appropriate for a name operating in a structurally challenged industry facing post-pandemic headwinds with limited earnings visibility.
**Risks to Our Price Target and Rating for UNFI**
Potential upside and downside risks to our Equal Weight rating include: (1) margin outperformance as the company works through Value Path and captures cross-selling synergies, (2) an improvement in mix-dynamics and a reversion to higher growth at independent retailers, (3) uncertainty around the duration of food at home demand, (4) a faster-than-anticipated return to disinflation or even deflationary conditions, and (5) greater-than-expected labor-related cost pressure.

UNFI-0069878

## Required Disclosures

I, Edward Kelly, certify that:
1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and

2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

## Additional Information Available Upon Request



**United Natural Foods, Inc. Rating History as of 06-06-2023**
powered by: BlueMatrix

Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)

Wells Fargo Securities, LLC, or its affiliates intends to seek or expects to receive compensation for investment banking services in the next three months from an affiliate of United Natural Foods, Inc..

Wells Fargo Securities, LLC, maintains a market in the common stock of United Natural Foods, Inc..

United Natural Foods, Inc. currently is, or during the 12-month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC, provided non-investment banking securities-related services to United Natural Foods, Inc..

Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from United Natural Foods, Inc. in the next three months.

Wells Fargo Securities, LLC, received compensation for products or services other than investment banking services from United Natural Foods, Inc. in the past 12 months.

Wells Fargo Securities, LLC, or its affiliates has a significant financial interest in United Natural Foods, Inc..

**STOCK RATING**

**OW=Overweight**: Total return on stock expected to be 10%+ over the next 12 months. BUY

**EW=Equal Weight**: Total return on stock expected to be -10% to +10% over the next 12 months. HOLD

**UW=Underweight**: Total return on stock expected to lag the Overweight- and Equal Weight-rated stocks within the analyst's coverage universe over the next 12 months. SELL

**As of June 6, 2023**
50.8% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Overweight.
40.6% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Equal Weight.

UNFI-0069879

United Natural Foods, Inc.                                                                                    Equity Research

8.6% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underweight.
Wells Fargo Securities, LLC has provided investment banking services for 30.5% of its Equity Research Overweight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 32.6% of its Equity Research Equal Weight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 30.4% of its Equity Research Underweight-rated companies.

**Important Disclosure for U.S. Clients**

This report was prepared by Wells Fargo Securities Global Research Department ("WFS Research") personnel associated with Wells Fargo Securities, LLC ("Wells Fargo Securities").

WFS Research may, from time to time, provide clients with short-term trading views in its research reports regarding subject companies on which Wells Fargo Securities currently has equity research coverage. A short-term trading view offers a view on how the market price of a subject company's common equity may trend in absolute terms during the 30 days following the date of the short-term trading view. A short-term trading view on a subject company's common equity does not impact our fundamental investment rating or price target for that company, which reflect our view of how the subject company's common equity may perform over a one-year period. A short-term trading view may reach a different conclusion than the firm's fundamental investment rating and price target for a subject company and, therefore, short-term trading views could result in short-term price movements that are contrary to our fundamental investment rating and price target. Short-term trading views are not ratings and the firm does not intend, nor undertakes any obligation, to maintain, update or close out short-term trading views. Short-term trading views may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any short-term trading views discussed in WFS Research reports.

**Important Disclosure for International Clients**

**United Kingdom** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the United Kingdom, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a UK incorporated investment firm authorised and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 (the "Act"), the content of this report has been approved by WFSIL, an authorised person under the Act. WFSIL does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research.

**EEA** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by WFSIL or Wells Fargo Securities Europe S.A. ("WFSE"). WFSE is a French incorporated investment firm authorized and regulated by the Autorité de contrôle prudentiel et de résolution and the Autorité des marchés financiers. WFSE does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). This report is not intended for, and should not be relied upon by, retail clients.

**Australia** – Wells Fargo Securities, LLC and Wells Fargo Securities International Limited are exempt from the requirements to hold an Australian financial services license in respect of the financial services they provide to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under the laws of the United States and Wells Fargo Securities International Limited is regulated under laws of the United Kingdom. All such laws differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC or Wells Fargo Securities International Limited in the course of providing the financial services will be prepared in accordance with the laws of the United States or United Kingdom and not Australian laws.

**Canada** – This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Investment Industry Regulatory Organization of Canada (IIROC) and Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**China** – Strictly Private and Confidential. For the sole use of the recipient only. Not to be copied or redistributed within the People's Republic of China.

**Brazil** - This report was not created for distribution to investors resident in Brazil or to the Brazilian public in general. Wells Fargo Securities, LLC is a broker-dealer registered in United States of America with and regulated by the U.S. Securities and Exchange Commission. Wells Fargo Securities, LLC is not registered in Brazil and its products, including this report and the securities mentioned in this report, have not been and will not be publicly issued, placed, distributed, offered or negotiated in the Brazilian capital markets, and, as a result, have not been and will not be registered with the Brazilian Securities Commission (Comissão de Valores Mobiliários, the CVM). The offer of Wells Fargo Securities, LLC's products, including this report and any securities mentioned in this report, is intended only for residents in the countries in which Wells Fargo Securities, LLC is authorized to operate.

**About Wells Fargo Securities**

Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in the report. This report, including any ratings it contains, does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should seek professional advice, including tax advice, to determine whether any advice or recommendation in the attached research report is suitable for their particular circumstances. The information in this report is provided as of the date of the report and has been obtained or derived from sources believed by Wells Fargo Securities Global Research Department ("WFS Research"), to be reliable, but WFS Research does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of WFS Research, at the time that the report was published, and are subject to change without notice. Certain text, images, graphics, screenshots and audio or video clips included in this report are protected by copyright law and owned by third parties (collectively, "Third Party Content"). Third Party Content is made available to clients by Wells Fargo under license or otherwise in accordance with applicable law. Any use or publication of Third Party Content included in this report for purposes other than fair use requires

UNFI-0069880

permission from the copyright owner. Any external website links included in this publication are not maintained, controlled or operated by Wells Fargo Securities. Wells Fargo Securities does not provide the products and services on these websites and the views expressed on these websites do not necessarily represent those of Wells Fargo Securities. Please review the applicable privacy and security policies and terms and conditions for the website you are visiting. All Wells Fargo Securities research reports published by WFS Research are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third party aggregators. Equity Strategists focus on investment themes across the equity markets and sectors. Any discussion within an Equity Strategy report of specific securities is not intended to provide a fundamental analysis of any individual company described therein. The information provided in Equity Strategy reports is subject to change without notice, and investors should not expect continuing information or additional reports relating to any security described therein. Wells Fargo Securities' Signature Picks is a product of the Equity Strategy team and represents a portfolio of stocks selected from the Equity Research Department's universe of Overweight rated stocks. Stocks with this designation are selected by the Signature Picks Committee based on factors such as volatility, risks, market cap and liquidity and may not represent the fundamental analysts' top-rated stock in their respective coverage universe. For research or other data available on a particular security, please contact your sales representative or go to http://research.wellsfargosecurities.com. Copyright © 2023 Wells Fargo Securities, LLC

SECURITIES: NOT FDIC-INSURED - MAY LOSE VALUE - NO BANK GUARANTEE

UNFI-0069881