# Exhibit J



RESTAURANTS EQUITY RESEARCH

# United Natural Foods, Inc. (UNFI, Neutral)

September 26, 2023

Outlook Suggests Uncertainty Persists; Procurement Losses, Shrink and Higher Incentive Compensation Weighs on Earnings - Remain Neutral

**Peter Saleh**
(212) 527-3567   psaleh@btig.com
**Ben Parente, CFA**
(212) 588-6557   bparente@btig.com

**WHAT YOU SHOULD KNOW:** UNFI posted another muted quarter this morning, slightly topping our and consensus earnings forecasts despite modestly weaker sales. That said, we believe shares were under pressure as the FY24 outlook suggests visibility remains poor and progress on reversing the procurement gains and elevated shrink have yet to materialize. We expect FY24 to be a transition year, as the company invests to upgrade its systems for better reporting and effectiveness, while lapping procurement gains in the first-half and working to normalize shrink. Our broad theme here is treading water, the company's challenges will remain for the next several quarters, and while they don't seem to be getting any worse, the many initiatives underway have not produced any discernable progress yet; we remain Neutral.

- **EBITDA Slightly Better Than Expected on Softer Sales**. UNFI posted slightly better than expected 4QF23 adjusted EBITDA, despite modestly weaker sales. Adjusted EBITDA was $93MM, $5MM higher than our forecast and $9MM higher than consensus, driven by higher non-cash add backs and slightly better gross margin (ex. LIFO charge). We remind investors that this time last year, we were forecasting adjusted EBITDA of $214MM for this quarter, almost three times the actual result. The main difference between our original estimate and the actual results is the lapping of procurement gains, which dragged profit by ~$100MM and gross margin by about 175 bps, and shrink that is running at nearly triple pre-COVID levels.

- **Shrink is Meaningfully Dragging EBITDA, Adding to the Headache**. Higher shrink has been another challenge in recent quarters, likely trending in the 0.6% of sales range today or ~$45MM, compared to 0.2% ($15MM) pre-COVID. This $30MM difference is a direct impact on earnings and EBITDA margin, owing to factors like spoilage, damage and incorrect deliveries. When coupled with lapping the procurement gains, we estimate that EBITDA was reduced by as much as $130MM y/y. We would expect shrink to return to pre-COVID levels as UNFI's employees become more seasoned and experienced, as one of the larger components of this drag is related to deliveries going to the wrong customer. While management has several teams working to reduce shrink, we expect the drag to continue at least through the first-half of FY24, before moderating in the second-half.

- **FY24 Guidance Implies Poor Visibility with Persistent Pressure**. For FY24, UNFI expects sales to increase 2%-4% to $30.9B-$31.5B, essentially in-line with our initial $31.4B estimate and including a 2% benefit from an extra week (not reflected in our estimate). However, we believe shares are under pressure from the lower adjusted EBITDA outlook, forecasted to be $450MM-$550MM compared with our $575MM estimate and consensus of $622MM, and lack of discernable progress on many initiatives. This guidance assumes low-to-mid-single digit inflation and approximately $125MM of drag from lapping procurement gains, mostly confined to 1HF24. While we expect 2HF24 to be substantially better than the first-half, we have little confidence in the estimates at this point, given the lack of progress on stabilizing procurement gains and shrink. Furthermore, FY24 will include roughly $62MM of higher incentive compensation vs. FY23 as targets are reset.

- **Valuation:** Our valuation is based on EV/EBITDA, currently 4.6x our FY25 adjusted EBITDA estimate of $597.9MM. We are Neutral due to declining profitability and uncertain outlook. BTIG does not provide price targets on Neutral-rated stocks.

## Company Data

| | |
|---|---|
| Closing Price | $13.73 |
| Price Target | - |
| Market Cap (M) | $804.59 |
| Enterprise Value (M) | $2,753.59 |
| Shares Out (M) | 58.60 |
| Avg Daily Vol-3 Months (M) | 0.56 |
| Dividend / Yield | $0.00 / 0.0% |

## Revisions

| | Previous | Current |
|---|---|---|
| Rating | Neutral | Neutral |
| Price Target | - | - |
| FY24E REV | 31,421.77 | 31,455.17 |
| FY25E REV | 31,656.89 | 31,656.89 |
| FY24E EBITDA | 575.21 | 503.00 |
| FY25E EBITDA | 597.85 | 597.85 |

## Revenue (M)

| FY Jul | 2023A | 2024E | 2025E |
|---|---|---|---|
| Q1 | 7,532.00 | 7,641.66 | 7,837.00 |
| Q2 | 7,816.00 | 7,982.93 | 8,194.52 |
| Q3 | 7,507.00 | 7,677.98 | 7,882.50 |
| Q4 | 7,417.00 | 8,152.61 | 7,742.87 |
| **FY REV** | **30,272.00** | **31,455.17** | **31,656.89** |
| FY EV/S | 0.1x | 0.1x | 0.1x |
| FY P/S | 0.0x | 0.0x | 0.0x |

## EBITDA (Adjusted)

| FY Jul | 2023A | 2024E | 2025E |
|---|---|---|---|
| Q1 | 207.00 | 89.83 | 123.79 |
| Q2 | 181.00 | 120.59 | 167.77 |
| Q3 | 159.00 | 142.52 | 149.03 |
| Q4 | 93.00 | 150.06 | 157.27 |
| **FY EBITDA** | **640.00** | **503.00** | **597.85** |
| FY EV/ EBITDA | 4.3x | 5.5x | 4.6x |

Source: FactSet, BTIG Estimates and Company Documents reported as $ currency.
**FY** = Fiscal Year **CY** = Calendar Year

UNFI-0070047

**BTIG**

*RESTAURANTS EQUITY RESEARCH*

## Investment Thesis

We view shares of United Natural Foods with a balanced outlook, as recent sales gains and favorable competitive positioning are offset by a depressed profit outlook and challenging sales and profit comparisons. The company's efforts to expand its scale and product offering in recent years have produced the second-largest wholesale distributor in the country. The sales benefit from COVID seems to have disguised the integration challenges with SUPERVALU however, as significant gaps in systems integration, distribution capabilities and forecasting have become evident recently that present lingering challenges. This view and concerns about profit comparisons the company faces for the coming year, lead to our Neutral rating.

## Upcoming Catalysts

- 1QF24 results in early December
- Update/achievement of cost savings efforts

## Base Case Assumptions

- Sales growth of 3.9% in FY24 with a 1.5% increase in 1QF24 and 2.1% in 2QF24 as new business wins and inflation offset volume declines.
- Gross margin contracts moderately to 13.5% for FY24 given comparisons, slight decrease in operating expenses (5 bps) as lower volume offsets higher labor costs.
- Adjusted EBITDA of $503.0MM in FY24 with the largest decline in 1Q given above sales trends and gross margin comparisons.
- Sales growth of 0.6% in FY25 driven by new business and lapping the extra week, adjusted EBITDA increases 18.9% to $597.9MM as gross margin recovers.

## Upside Scenario

- Stronger food retail and grocery sales from economic downturn, inflation dynamics and/or other factors, driving sales higher throughout FY24.
- Stronger gross profit recovery as comparisons fade, procurement gains are lapped and shrink returns to normalized levels.
- Better operating leverage from above sales trends and/or achievement of cost savings targets, driving upside to earnings estimates.
- Higher EBITDA and cash generation allows more share repurchase and capital returns.

## Downside Scenario

- Economic recovery and improved consumer sentiment drives greater food away from home spending, resulting in weaker grocery and food retail sales.
- Gross margin weakness continues due to lower inflation, more challenging retail conditions and higher shrink, driving earnings and EBITDA lower.
- Investor sentiment (and capital) shift back to foodservice distributors and casual dining restaurants, likely pressuring UNFI's stock.

## Price Performance



Source: FactSet

## Company Description

United Natural Foods is a distributor of natural, organic, specialty and traditional food and non-food products. The company distributes these products to conventional supermarkets, independents, natural and health food stores (of which Whole Foods is the largest) and its own retail stores. The company historically focused on the natural and organic segment but expanded into conventional grocery supply with the 2018 acquisition of SUPERVALU.

UNFI-0070048



**RESTAURANTS EQUITY RESEARCH**

## Income Statement

| United Natural Foods<br>$ millions | Jul-21<br>FY21 A | Jul-22<br>FY22 A | Oct-22<br>1Q23 A | Jan-23<br>2Q23 A | Apr-23<br>3Q23 A | Jul-23<br>4Q23 A | Jul-23<br>FY23 A | Oct-23<br>1Q24 E | Jan-24<br>2Q24 E | Apr-24<br>3Q24 E | Jul-24<br>4Q24 E | Jul-24<br>FY24 E | Oct-24<br>1Q25 E | Jan-25<br>2Q25 E | Apr-25<br>3Q25 E | Jul-25<br>4Q25 E | Jul-25<br>FY25 E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Sales | $26,950.0 | $28,928.0 | $7,532.0 | $7,816.0 | $7,507.0 | $7,417.0 | $30,272.0 | $7,641.7 | $7,982.9 | $7,678.0 | $8,152.6 | $31,455.2 | $7,837.0 | $8,194.5 | $7,882.5 | $7,742.9 | $31,656.9 |
| Total Sales | $26,950.0 | $28,928.0 | $7,532.0 | $7,816.0 | $7,507.0 | $7,417.0 | $30,272.0 | $7,641.7 | $7,982.9 | $7,678.0 | $8,152.6 | $31,455.2 | $7,837.0 | $8,194.5 | $7,882.5 | $7,742.9 | $31,656.9 |
| Cost of Sales | $23,011.0 | $24,746.0 | $6,436.0 | $6,747.0 | $6,507.0 | $6,451.0 | $26,141.0 | $6,644.3 | $6,939.0 | $6,616.8 | $7,017.4 | $27,217.6 | $6,775.0 | $7,081.9 | $6,793.1 | $6,664.7 | $27,314.7 |
| **Gross Profit** | **$3,939.0** | **$4,182.0** | **$1,096.0** | **$1,069.0** | **$1,000.0** | **$966.0** | **$4,131.0** | **$997.3** | **$1,043.9** | **$1,061.2** | **$1,135.2** | **$4,237.6** | **$1,062.0** | **$1,112.6** | **$1,089.4** | **$1,078.1** | **$4,342.1** |
| Operating Expenses | $3,593.0 | $3,825.0 | $1,000.0 | $1,002.0 | $967.0 | $1,004.0 | $3,973.0 | $1,010.7 | $1,015.4 | $1,012.1 | $1,075.0 | $4,113.3 | $1,028.7 | $1,034.1 | $1,031.1 | $1,013.3 | $4,107.3 |
| Goodwill and Asset Impairment Charges | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Restructuring, Acquisition and Integration | $56.0 | $21.0 | $2.0 | $3.0 | ($4.0) | $7.0 | $8.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Loss (Gain) on Sale of Assets | ($4.0) | ($87.0) | ($5.0) | $1.0 | $4.0 | $30.0 | $30.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Total Operating Expenses | $3,645.0 | $3,759.0 | $997.0 | $1,006.0 | $967.0 | $1,041.0 | $4,011.0 | $1,010.7 | $1,015.4 | $1,012.1 | $1,075.0 | $4,113.3 | $1,028.7 | $1,034.1 | $1,031.1 | $1,013.3 | $4,107.3 |
| **Operating Income (Loss)** | **$294.0** | **$423.0** | **$99.0** | **$63.0** | **$33.0** | **($75.0)** | **$120.0** | **($13.4)** | **$28.5** | **$49.1** | **$60.1** | **$124.4** | **$33.3** | **$78.4** | **$58.3** | **$64.9** | **$234.9** |
| Interest Expense | $204.0 | $155.0 | $35.0 | $39.0 | $35.0 | $35.0 | $144.0 | $33.2 | $35.0 | $34.4 | $33.2 | $135.9 | $34.2 | $35.9 | $34.9 | $33.6 | $138.7 |
| Interest Income | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.1 | $0.1 | $0.1 | $0.1 | $0.5 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Net Interest Income (Expense) | ($204.0) | ($155.0) | ($35.0) | ($39.0) | ($35.0) | ($35.0) | ($144.0) | ($33.1) | ($34.9) | ($34.3) | ($33.1) | ($135.4) | ($34.2) | ($35.9) | ($34.9) | ($33.6) | ($138.7) |
| Net Periodic Benefit Income | $85.0 | $40.0 | $7.0 | $7.0 | $8.0 | $7.0 | $29.0 | $3.8 | $4.0 | $3.8 | $4.1 | $15.7 | $3.9 | $4.1 | $3.9 | $3.9 | $15.8 |
| Other Items | $8.0 | $2.0 | $1.0 | $0.0 | $1.0 | $0.0 | $2.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Pretax Income** | **$183.0** | **$310.0** | **$72.0** | **$31.0** | **$7.0** | **($103.0)** | **$7.0** | **($42.7)** | **($2.4)** | **$18.6** | **$31.1** | **$4.6** | **$3.0** | **$46.6** | **$27.3** | **$35.1** | **$112.0** |
| Taxes (Benefit) | $34.0 | $56.0 | $5.0 | $9.0 | ($1.0) | ($36.0) | ($23.0) | ($11.3) | ($0.6) | $4.9 | $8.2 | $1.2 | $0.8 | $12.3 | $7.2 | $9.3 | $29.7 |
| **Net Income from Continuing Operations** | **$149.0** | **$254.0** | **$67.0** | **$22.0** | **$8.0** | **($67.0)** | **$30.0** | **($31.4)** | **($1.7)** | **$13.7** | **$22.9** | **$3.4** | **$2.2** | **$34.2** | **$20.1** | **$25.8** | **$82.3** |
| Income from Discontinued Operations | $6.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Noncontrolling Interests | $6.0 | $6.0 | $1.0 | $3.0 | $1.0 | $1.0 | $6.0 | $1.5 | $1.6 | $1.5 | $1.6 | $6.3 | $1.6 | $1.6 | $1.6 | $1.5 | $6.3 |
| **Net Income After Discontinued Operations** | **$149.0** | **$248.0** | **$66.0** | **$19.0** | **$7.0** | **($68.0)** | **$24.0** | **($32.9)** | **($3.3)** | **$12.2** | **$21.2** | **($2.9)** | **$0.7** | **$32.6** | **$18.5** | **$24.2** | **$76.0** |
| Adjustments and One-Time Items | $102.0 | $46.6 | $3.5 | $28.5 | $25.5 | $53.6 | $111.1 | $11.0 | $3.7 | $3.7 | $0.0 | $18.4 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Net Income After Adjustments and One-Time Items** | **$251.0** | **$294.6** | **$69.5** | **$47.5** | **$32.5** | **($14.4)** | **$135.1** | **($21.9)** | **$0.3** | **$15.8** | **$21.2** | **$15.5** | **$0.7** | **$32.6** | **$18.5** | **$24.2** | **$76.0** |
| EPS | $4.18 | $4.83 | $1.13 | $0.78 | $0.54 | ($0.25) | $2.23 | ($0.37) | $0.01 | $0.27 | $0.36 | $0.26 | $0.01 | $0.55 | $0.31 | $0.41 | $1.28 |
| YoY % Change | 37.5% | 15.4% | 2.9% | (42.8%) | (51.1%) | (119.4%) | (53.9%) | (133.1%) | (99.3%) | (50.0%) | (246.5%) | (88.2%) | (103.0%) | 9553.1% | 15.8% | 13.2% | 386.3% |
| Diluted Shares Outstanding | 60.0 | 61.0 | 61.6 | 61.0 | 60.4 | 58.6 | 60.7 | 58.7 | 58.8 | 58.9 | 59.0 | 58.8 | 59.1 | 59.2 | 59.4 | 59.5 | 59.3 |
| EBITDA | $579.0 | $708.0 | $173.0 | $136.0 | $110.0 | $5.0 | $424.0 | $65.4 | $106.2 | $129.1 | $141.7 | $442.3 | $113.4 | $157.4 | $139.6 | $147.8 | $558.2 |
| Noncontrolling Interests and Asset Disposal | ($10.0) | ($93.0) | ($6.0) | ($2.0) | $3.0 | $29.0 | $24.0 | ($1.5) | ($1.6) | ($1.5) | ($1.6) | ($6.3) | ($1.6) | ($1.6) | ($1.6) | ($1.5) | ($6.3) |
| Restructuring, Acquisition and Impairment | $56.0 | $21.0 | $2.0 | $3.0 | ($4.0) | $7.0 | $8.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| LIFO Expense | $24.0 | $158.0 | $21.0 | $29.0 | $33.0 | $36.0 | $119.0 | $15.0 | $5.0 | $5.0 | $0.0 | $25.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Stock Compensation Expense | $49.0 | $43.0 | $12.0 | $11.0 | $10.0 | $5.0 | $38.0 | $11.0 | $11.0 | $10.0 | $10.0 | $42.0 | $12.0 | $12.0 | $11.0 | $11.0 | $46.0 |
| Discontinued Operations and Other | $72.0 | ($8.0) | $5.0 | $4.0 | $7.0 | $11.0 | $27.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Adjusted EBITDA** | **$770.0** | **$829.0** | **$207.0** | **$181.0** | **$159.0** | **$93.0** | **$640.0** | **$89.8** | **$120.6** | **$142.5** | **$150.1** | **$503.0** | **$123.8** | **$167.8** | **$149.0** | **$157.3** | **$597.9** |
| **Gross Margin** | 14.6% | 14.5% | 14.6% | 13.7% | 13.3% | 13.0% | 13.6% | 13.1% | 13.1% | 13.8% | 13.9% | 13.5% | 13.6% | 13.6% | 13.8% | 13.9% | 13.7% |
| **Operating Expense Ratio** | 13.3% | 13.2% | 13.3% | 12.8% | 12.9% | 13.5% | 13.1% | 13.2% | 12.7% | 13.2% | 13.2% | 13.1% | 13.1% | 12.6% | 13.1% | 13.1% | 13.0% |

*Source: BTIG Research Estimates and Company Documents*

UNFI-0070049

**RESTAURANTS EQUITY RESEARCH**

# BTIG Covered Companies Mentioned in this Report

United Natural Foods, Inc. (UNFI, Neutral, Closing Price: $13.73; Analyst: Peter Saleh)

UNFI-0070050



**RESTAURANTS EQUITY RESEARCH**

## Appendix: Analyst Certification and Other Important Disclosures

### Analyst Certification

I, Peter Saleh, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

I, Ben Parente, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

### Regulatory Disclosures

#### Ratings Definitions

BTIG LLC's ("BTIG") ratings, effective June 12, 2017, are defined as follows:

**BUY** – A security which is expected to produce a positive total return of 15% or greater over the 12 months following the recommendation. The BUY rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**SELL** – A security which is expected to produce a negative total return of 15% or greater over the next 12 months following the recommendation. The SELL rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**NEUTRAL** – A security which is not expected to appreciate or depreciate meaningfully over the next 12 months.

**NOT RATED** – A security which is not rated or covered by BTIG.

**UNDER REVIEW** – Effective immediately, coverage of the following securities is Under Review. Ratings, price targets, disclosures, and estimates for the companies listed below are suspended and should no longer be relied upon.

### Distribution of Ratings and Investment Banking Clients

BTIG must disclose in each research report the percentage of all securities rated by the member to which the member would assign a "buy", "neutral" or "sell" rating. The said ratings are updated on a quarterly basis. BTIG must also disclose the percentage of subject companies within each of these three categories for whom the member has provided investment banking services within the previous twelve months.

**Current Rating Distribution (as of September 26, 2023):**

| Coverage Universe | Count | Percent | Inv. Banking Relationships | Count | Percent |
|---|---|---|---|---|---|
| Buy | 260 | 61.5% | Buy | 75 | 28.8% |
| Neutral | 158 | 37.4% | Neutral | 24 | 15.2% |
| Sell | 5 | 1.2% | Sell | 1 | 20.0% |

For purposes of FINRA ratings distribution rules, BTIG's stock ratings of Buy, Neutral and Sell fall into Buy, Hold and Sell categories, respectively.

### Company Valuation and Risk Disclosures

#### United Natural Foods, Inc. (UNFI, Neutral)

**Valuation:** Our valuation is based on EV/EBITDA, currently 4.6x our FY25 adjusted EBITDA estimate of $597.9MM. We are Neutral due to declining profitability and uncertain outlook. BTIG does not provide price targets on Neutral-rated stocks.
**Risks:** Key upside risks include economic downturn or disruption that benefits food retail sales, stronger sales and market share gains from the company's increased scale and quicker realization of cost savings, key downside risks include stronger foodservice sales, renewed labor shortages and lingering complications with the SUPERVALU integration.

UNFI-0070051

RESTAURANTS EQUITY RESEARCH



**United Natural Foods, Inc. Rating History as of 09/25/2023**

B:Buy N:Neutral S:Sell NR:Not rated UR:Under review I:Initiation of Coverage D:Dropped Coverage

## Company–Specific Regulatory Disclosures

BTIG LLC expects to receive or intends to seek compensation for investment banking services in the next 3 months from: United Natural Foods, Inc. (UNFI)

## Other Disclosures

Additional Information Available Upon Request

## General Disclosures

Research reports produced by BTIG LLC ("BTIG") are published for and intended to be distributed solely to BTIG institutional and corporate clients. Recipients of BTIG reports will not be considered clients of BTIG solely because they may have received such BTIG report.

To the extent recipient accesses BTIG research, whether on a BTIG research website or through a third-party platform, BTIG is able to search, filter, download and review information on the readership of BTIG's research, including the specific research consumed and the name, company name, email address and, in certain circumstances, the location of the individual who accessed the research (the "Readership Information"). Recipient consents to BTIG's receipt of the Readership Information, including receipt of that information from a third party.

The research analyst(s) responsible for the preparation of this report receives compensation based upon a variety of factors, including the quality and accuracy of research, internal/client feedback, and overall Firm revenues.

BTIG reports are based on public information and BTIG considers the same to be reliable, comprehensive information, but makes no representation or warranty that the reports are accurate or complete. BTIG opinions and information provided in this report are as of the date of the report and may change without notice. An issuer may be classified as "Under Review" or "Research Restricted". In these cases, investors should consider any previous investment recommendation and/or rating to a subject company/issuer to no longer be current and should not be relied upon nor considered a solicitation.

This research report is not an offer to buy or sell or solicitation of an offer to buy or sell any security in any jurisdiction where such an offer or solicitation would be illegal. This research report was not drafted specifically for any particular individual or entity and is not a personal recommendation to participate in any particular trading strategy or transaction. Any recipient of this research report should obtain independent advice specific to their personal circumstances before undertaking any investment activity and must make their own independent evaluation of any securities or financial instruments.

Facts, views or opinions presented in this report have not been reviewed by, and may not reflect information known to, employees or other professionals in the "BTIG Group" (BTIG Group includes, but is not limited to, BTIG and its parents, subsidiaries and/ or affiliates). BTIG Group employees, including Sales Representatives and Traders, may provide oral or written commentary or advice that may be inconsistent with the opinions and/or views expressed in this research report. BTIG Group employees and/or

UNFI-0070052

RESTAURANTS EQUITY RESEARCH

its affiliates not involved in the preparation of this research report may have investments in securities or derivatives of securities of companies mentioned in this report that are inconsistent with the views discussed in this report.

Investors in securities products bear certain risks in conjunction with those investments. The value of, and income from, any investments may vary because of changes in interest rates or foreign exchange rates, securities prices or market indexes, operational or financial conditions of companies or other factors within or beyond the companies' control. Recipient of the research reports should be aware that investments in securities may pose significant risks due to the inherent uncertainty associated with relying on forecasts of various factors that can affect the earnings, cash flow and overall valuation of a company. Any investment in securities should be undertaken only upon consideration of issues relating to the recipient's overall investment portfolio and objectives (such as diversification by asset class, industry or company) as well as time horizon and liquidity needs. Further, past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. There may be time limitations on the exercise of options or other rights in any securities transactions.

Investing in foreign markets and securities, including ADRs, is subject to additional risks such as currency fluctuation, limited information, political instability, economic risk, and the potential for illiquid markets. Investing in emerging markets may accentuate these risks. Non-U.S. reporting issuers of foreign securities, however, may not make regular or complete public disclosure relating to their financial condition or the securities that they issue.

The trademarks and service marks contained herein are the property of their respective owners. Third-party data providers make no warranties or representations of any kind relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability of any damages of any kind relating to such data. The report or any portion hereof may not be reprinted, sold or redistributed without the written consent of BTIG. This report is intended only for use by the recipient. The recipient acknowledges that all research and analysis in this report are the property of BTIG and agrees to limit the use of all publications received from BTIG within his, or her or its, own company or organization. No rights are given for passing on, transmitting, re transmitting or reselling the information provided.

## Jurisdiction and Dissemination

BTIG is a U.S. broker-dealer and member of FINRA and SIPC.

BTIG Australia Limited ACN 128 554 601, member of ASIC and ASX; BTIG Hong Kong Limited, an Exchange Participant of SEHK and licensed and regulated by the SFC; BTIG Ltd, member of the LSE, authorized and regulated by the FSA; and BTIG Singapore Pte Ltd, registered and licensed with MAS; are all separate but affiliated entities of BTIG. Unless governing law permits otherwise, you must contact a BTIG entity in your home jurisdiction for further information, or if you want to use our services in effecting a transaction.

Issued and approved for distribution in the UK and EEA by BTIG Ltd. to eligible counterparties and professional clients only. Issued and distributed in Australia to "wholesale clients" only by BTIG Australia Limited. In Singapore and Hong Kong, further information may be obtained from BTIG Singapore Pte Ltd and BTIG Hong Kong Limited, respectively.

UNFI-0070053