# Exhibit K

## [FILED UNDER SEAL]

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 20 | Date Range: 3/29/2023 |

### Outline of Conversations

**19:3dc0e3cf-1eec-4bc4-becb-f3c8a9e9e976_3de9d2ca-4a01-474a-a9a5-0a644fce9d19@unq.gbl.spaces - 2023/03/29** • 20 messages on 3/29/2023 • Farahmand, Kristyn • Takkunen, Emily

**Messages in chronological order** (times are shown in GMT +00:00)

---

**19:3dc0e3cf-1eec-4bc4-becb-f3c8a9e9e976_3de9d2ca-4a01-474a-a9a5-0a644fce9d19@unq.gbl.spaces - 2023/03/29**

KF **Farahmand, Kristyn** 3/29/2023, 1:33 PM
hey, just wondering if you might be able to send me what we have so far [redacted]

KF **Farahmand, Kristyn** 3/29/2023, 1:33 PM
sorry to be such a nudge. also if i can do anything to help let me know.

ET **Takkunen, Emily** 3/29/2023, 1:35 PM
no worries!

ET **Takkunen, Emily** 3/29/2023, 1:36 PM
[redacted]

ET **Takkunen, Emily** 3/29/2023, 1:36 PM
[redacted]

KF **Farahmand, Kristyn** 3/29/2023, 1:39 PM
[redacted]

KF **Farahmand, Kristyn** 3/29/2023, 1:40 PM
[redacted]

KF **Farahmand, Kristyn** 3/29/2023, 1:41 PM
[redacted]

KF **Farahmand, Kristyn** 3/29/2023, 1:42 PM
[redacted]

ET **Takkunen, Emily** 3/29/2023, 1:47 PM
[redacted]

KF **Farahmand, Kristyn** 3/29/2023, 1:47 PM
okay sounds good! ty! again. im sorry to be so annoying on this.

ET **Takkunen, Emily** 3/29/2023, 1:47 PM
You are never annoying!!!

ET **Takkunen, Emily** 3/29/2023, 1:48 PM
No need to apologize to me ever!

KF **Farahmand, Kristyn** 3/29/2023, 1:48 PM
haha appreciate that

🙂

*Image: TEAMS0067084_(from Body).png (1 KB)*

ET **Takkunen, Emily** 3/29/2023, 1:48 PM
I spent 3 years in Corporate FP&A, my full time job was annoying people by asking for htings

ET **Takkunen, Emily** 3/29/2023, 1:48 PM
things

ET **Takkunen, Emily** 3/29/2023, 1:49 PM
so I fully appreciate how hard it is to get information from people!

ET **Takkunen, Emily** 3/29/2023, 1:52 PM
Ok, Brooke is just waiting for an update from Courtney/Nick and then will call you to discuss!

KF **Farahmand, Kristyn** 3/29/2023, 1:52 PM
great thanks!

ET **Takkunen, Emily** 3/29/2023, 1:52 PM
Of course!