# Exhibit L

# [FILED UNDER SEAL]

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 218 | Date Range: 4/14/2023 |

### Outline of Conversations

**19:3de9d2ca-4a01-474a-a9a5-0a644fce9d19_f568b30a-d0e5-4e29-b9dc-88e42f40cbd4@unq.gbl.spaces - 2023/04/14** • 218 messages on 4/14/2023 • Saffrin, Samuel B. • Takkunen, Emily

**Messages in chronological order** (times are shown in GMT +00:00)

**19:3de9d2ca-4a01-474a-a9a5-0a644fce9d19_f568b30a-d0e5-4e29-b9dc-88e42f40cbd4@unq.gbl.spaces - 2023/04/14**

ET Takkunen, Emily 4/14/2023, 1:14 PM

[redacted]

ET Takkunen, Emily 4/14/2023, 1:14 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 1:17 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 1:17 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 1:17 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 1:22 PM

*Attachment: 0-wus-d8-49e43b2018356e8d0ccf747efa9ef20a (314 KB)*

SS Saffrin, Samuel B. 4/14/2023, 1:22 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 1:22 PM

*Attachment: 0-wus-d2-d7c1947324b1d96ee98b2a6fafe0ebf8 (313 KB)*

SS Saffrin, Samuel B. 4/14/2023, 1:41 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 1:41 PM

*Attachment: 0-wus-d4-b8bea3cac88c28ac1d2819ac3358c73d (37 KB)*

SS Saffrin, Samuel B. 4/14/2023, 2:35 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 2:35 PM

*Attachment: 0-wus-d4-3283e049764dcaca4b9030403a488370 (266 KB)*

SS Saffrin, Samuel B. 4/14/2023, 2:35 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 2:35 PM

[redacted]

ET Takkunen, Emily 4/14/2023, 2:44 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 2:45 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 2:45 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 2:45 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 2:48 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 2:48 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 2:48 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 2:49 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 2:49 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 2:49 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 2:55 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 2:55 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 2:56 PM
are you traveling during the 1pm call? [redacted]

ET Takkunen, Emily 4/14/2023, 2:56 PM
I am

ET Takkunen, Emily 4/14/2023, 3:01 PM
I don't have it on my calendar, can you send?

ET Takkunen, Emily 4/14/2023, 3:01 PM
and I'll be off video for first 5 while I Just get my suitcase ready

SS Saffrin, Samuel B. 4/14/2023, 3:03 PM
kate's adding you

SS Saffrin, Samuel B. 4/14/2023, 3:08 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 3:08 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 3:08 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 3:37 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 3:45 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 3:45 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 3:51 PM
are you on the road?

ET Takkunen, Emily 4/14/2023, 5:20 PM
Just got to the airport

ET Takkunen, Emily 4/14/2023, 7:08 PM
Boarding the plane now, sorry, didn't get to call!!

SS Saffrin, Samuel B. 4/14/2023, 7:08 PM
ok

SS Saffrin, Samuel B. 4/14/2023, 7:08 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 7:08 PM
I have email access though

ET Takkunen, Emily 4/14/2023, 7:09 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 7:09 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:09 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 7:09 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:10 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:10 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:10 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 7:10 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 7:12 PM

I land at 5:30 but checked a bag and then am taking an Uber back.

SS **Saffrin, Samuel B.** 4/14/2023, 7:12 PM
i'm going to have colin send you two versions of our intro slide

ET **Takkunen, Emily** 4/14/2023, 7:13 PM
I'll have WiFi on the plane

SS **Saffrin, Samuel B.** 4/14/2023, 7:13 PM
and then maybe we can IM back and forth

ET **Takkunen, Emily** 4/14/2023, 7:13 PM
So I can chat and review

SS **Saffrin, Samuel B.** 4/14/2023, 7:13 PM
[redacted]

SS **Saffrin, Samuel B.** 4/14/2023, 7:13 PM
[redacted]

ET **Takkunen, Emily** 4/14/2023, 7:13 PM
[redacted]

SS **Saffrin, Samuel B.** 4/14/2023, 7:13 PM
[redacted]

ET **Takkunen, Emily** 4/14/2023, 7:13 PM
[redacted]

SS **Saffrin, Samuel B.** 4/14/2023, 7:14 PM
[redacted]

ET **Takkunen, Emily** 4/14/2023, 7:14 PM
[redacted]

ET **Takkunen, Emily** 4/14/2023, 7:15 PM
[redacted]

SS **Saffrin, Samuel B.** 4/14/2023, 7:15 PM
[redacted]

ET **Takkunen, Emily** 4/14/2023, 7:15 PM
[redacted]

SS **Saffrin, Samuel B.** 4/14/2023, 7:15 PM
[redacted]

ET **Takkunen, Emily** 4/14/2023, 7:15 PM
[redacted]

ET **Takkunen, Emily** 4/14/2023, 7:16 PM
[redacted]

SS **Saffrin, Samuel B.** 4/14/2023, 7:16 PM
[redacted]

| | | |
|---|---|---|
| SS | Saffrin, Samuel B.<br>[redacted] | 4/14/2023, 7:16 PM |
| ET | Takkunen, Emily<br>[redacted] | 4/14/2023, 7:17 PM |
| ET | Takkunen, Emily<br>[redacted] | 4/14/2023, 7:17 PM |
| ET | Takkunen, Emily<br>[redacted] | 4/14/2023, 7:17 PM |
| SS | Saffrin, Samuel B.<br>[redacted] | 4/14/2023, 7:17 PM |
| ET | Takkunen, Emily<br>[redacted] | 4/14/2023, 7:18 PM |
| ET | Takkunen, Emily<br>[redacted] | 4/14/2023, 7:18 PM |
| ET | Takkunen, Emily<br>[redacted] | 4/14/2023, 7:18 PM |
| SS | Saffrin, Samuel B.<br>[redacted] | 4/14/2023, 7:18 PM |
| SS | Saffrin, Samuel B.<br>[redacted] | 4/14/2023, 7:18 PM |
| ET | Takkunen, Emily<br>[redacted] | 4/14/2023, 7:19 PM |
| SS | Saffrin, Samuel B.<br>[redacted] | 4/14/2023, 7:19 PM |
| ET | Takkunen, Emily<br>[redacted] | 4/14/2023, 7:19 PM |
| SS | Saffrin, Samuel B.<br>[redacted] | 4/14/2023, 7:19 PM |
| ET | Takkunen, Emily<br>[redacted] | 4/14/2023, 7:19 PM |
| ET | Takkunen, Emily<br>[redacted] | 4/14/2023, 7:20 PM |
| SS | Saffrin, Samuel B.<br>[redacted] | 4/14/2023, 7:20 PM |
| SS | Saffrin, Samuel B.<br>[redacted] | 4/14/2023, 7:20 PM |

ET Takkunen, Emily 4/14/2023, 7:20 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:20 PM

[redacted]

ET Takkunen, Emily 4/14/2023, 7:21 PM

[redacted] ♀

SS Saffrin, Samuel B. 4/14/2023, 7:22 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:22 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:22 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:22 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:23 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:24 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:24 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:24 PM

[redacted]

ET Takkunen, Emily 4/14/2023, 7:25 PM

[redacted]

ET Takkunen, Emily 4/14/2023, 7:25 PM

[redacted]

ET Takkunen, Emily 4/14/2023, 7:25 PM

[redacted]

ET Takkunen, Emily 4/14/2023, 7:25 PM

[redacted]

ET Takkunen, Emily 4/14/2023, 7:25 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:25 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:25 PM

[redacted]

ET Takkunen, Emily 4/14/2023, 7:25 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:26 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 7:26 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:26 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 7:26 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:26 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 7:26 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 7:27 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 7:27 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:28 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:28 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 7:28 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:28 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 7:29 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 7:29 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:29 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:29 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 7:29 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 7:30 PM
[redacted] it

SS Saffrin, Samuel B. 4/14/2023, 7:31 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:31 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:31 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:31 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 7:32 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:32 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 7:32 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:32 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 7:33 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:33 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:33 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:33 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 7:34 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:35 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:35 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:36 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:37 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 7:50 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:51 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 7:51 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:01 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 8:02 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 8:02 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:10 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:10 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 8:10 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:10 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:13 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 8:32 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 8:33 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:33 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:33 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 8:33 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:34 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 8:34 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:34 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:35 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 8:35 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:35 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 8:35 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 8:35 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 8:36 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:36 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:37 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 8:38 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:39 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 8:40 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 8:40 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 8:40 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 8:40 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 8:40 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 8:41 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:41 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:41 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:41 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:41 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 8:41 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:42 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 8:42 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:42 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:43 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:43 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:44 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:44 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 8:44 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:44 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 8:45 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 8:50 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 8:50 PM
[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:53 PM
[redacted]

ET Takkunen, Emily 4/14/2023, 8:54 PM

[redacted]

ET Takkunen, Emily 4/14/2023, 8:54 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:54 PM

[redacted]

ET Takkunen, Emily 4/14/2023, 8:54 PM

[redacted]

ET Takkunen, Emily 4/14/2023, 8:55 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:55 PM

[redacted]

ET Takkunen, Emily 4/14/2023, 8:55 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:55 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:55 PM

[redacted]

ET Takkunen, Emily 4/14/2023, 8:56 PM

[redacted]

ET Takkunen, Emily 4/14/2023, 8:56 PM

[redacted]

ET Takkunen, Emily 4/14/2023, 8:56 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:56 PM

[redacted]

ET Takkunen, Emily 4/14/2023, 8:56 PM

[redacted]

ET Takkunen, Emily 4/14/2023, 8:57 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:57 PM

[redacted]

SS Saffrin, Samuel B. 4/14/2023, 8:58 PM

[redacted]

ET Takkunen, Emily 4/14/2023, 8:58 PM

[redacted]

ET **Takkunen, Emily** 4/14/2023, 8:58 PM

[redacted]

ET **Takkunen, Emily** 4/14/2023, 8:59 PM

[redacted]



*Image: Takkunen0100139_(from Body).png (1 KB)*

SS **Saffrin, Samuel B.** 4/14/2023, 9:02 PM

[redacted]

SS **Saffrin, Samuel B.** 4/14/2023, 9:02 PM

[redacted]

SS **Saffrin, Samuel B.** 4/14/2023, 9:02 PM

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]