**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAN SILLS and GEORGE DICK, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED NATURAL FOODS, INC., J. ALEXANDER MILLER DOUGLAS, JOHN W. HOWARD, and CHRISTOPHER P. TESTA, <br><br> Defendants. | Case No. 1:23-cv-02364-JGLC-VF |

**DECLARATION OF PAVITHRA RAJESH IN SUPPORT OF**
**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO**
**DEFENDANT CHRISTOPHER TESTA'S MOTION FOR RECONSIDERATION**

I, Pavithra Rajesh, hereby declare as follows:

1.      I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Dan Sills and additional plaintiff George Dick (together, "Plaintiffs") and Lead Counsel for the class in the above-captioned action. I am an attorney duly licensed to practice in the State of California and I am admitted *pro hac vice* in this action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      I make this declaration in support of Plaintiffs' Memorandum Of Law In Opposition To Defendant Christopher Testa's Motion For Reconsideration.

3.      Attached as Exhibit A is a true and correct copy of a transcript from the Company's earnings call held on December 8, 2021.

4.      Attached as Exhibit B is a true and correct copy of a document produced by Defendants in this litigation dated March 23, 2022 and bearing Bates stamp UNFI-0344665.

5.      Attached as Exhibit C is a true and correct copy of a document produced by Defendants in this litigation bearing Bates stamps UNFI-0021938 through UNFI-0021942. According to the document's metadata, the custodian and document's last author is Christopher Testa, the file name is "Wolfe Fireside Chat Q A v4 CT 12-14.docx," and the document was created on December 14, 2021 at 1:41 PST and modified on December 14, 2021 at 3:10 PST.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 8th day of September 2025.

*/s/ Pavithra Rajesh*
Pavithra Rajesh

1

**<u>PROOF OF SERVICE</u>**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old.

On September 8, 2025, I served true and correct copies of the foregoing document, posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 8, 2025 at Los Angeles, California.

*/s/ Pavithra Rajesh*
Pavithra Rajesh

1