# EXHIBIT C

<u>Opening remarks</u>

- Thank you for hosting us and we're pleased to be here today
- As you know, last week's first quarter results showed continued growth in a challenging operating environment
- UNFI is focused on making our customers successful by bringing them the products, services, and solutions they need to compete and grow their businesses
- We're also engaged with our suppliers, working on programs to give them better insights into our diverse retailer base so we can collectively work together to create value together
- I'm pleased with how we're performing but more excited by the opportunities we have to get better each and every day
- This is an exciting time at UNFI; we're optimistic about the future and the next phase of our history
- This is the first quarter since we announced the FTF strategy which was centered on growing through selling more to our existing customers and add news business.  Our Q1 results were driven by both and we are encouraged by the progress on all the pillars of the strategy.  Service business continues to grow as we expanding new services to existing customers and expand into the white space of customers not using.
- Our Fresh business experienced inflation headwinds but is receiving customer interest from both local and national retailers.
- Our Brands business has a 5-10% favorable fill rate compared to national suppliers and been opportunistically gaining shelf space while staging the brands for long term growth
- Our programs in our DC like Flex shift and Early Access has lowered our vacancies by over 30% since the end of Q4.
- Our retail banner, Cub, continues to be the market leader in Minneapolis and revamped is eCom delivery business to improve the customer experience.
- All while we continue to navigate the dynamic terrain of the pandemic, inflation and supplier fill rate issues.
- Our team is motivated and we are charging forward

1. Can you talk about the strength of the independent grocer - COVID has clearly been an opportunity for them to gain share - but how sustainable do you think that is? Are you seeing them reinvest back into their business to get more competitive or have they just cashed out?
   - Our sales grew in the first quarter as a result of our ability to win more business.  It has been part of our strategy to outpace market growth and gain market share through new business wins.
   - Lastly, on our call we stated we've seen a 15% increase in the number of remodels being done by our customers which we view as an encouraging sign of their optimism for the future.
   - As reported by Nielsen, sales by independent grocers are declining modestly in part due to cycling the oversized gains made early in the pandemic as well as consumers returning to pre-pandemic behavior of shopping at multiple stores.
   - We believe a portion of those early gains will stick driven by food-at-home trends, including work from home.

CONFIDENTIAL UNFI-0021938

- We believe that independent grocers who operate their businesses well with a differentiated offering will continue to succeed, and we are committed to doing everything we can to help them by bringing them solutions, products and services that add value to their businesses.

2.  We are still seeing retail inflation lag wholesale inflation (implying gross margin compression at retail) - when do you think we start to see a retail inflation match wholesale?
    - Recall from the past year that retail was leading wholesale inflation.  This was driven by a lack of promotional activity which results in higher average prices for retail that were not realized at wholesale.
    - Its difficult to say when retail will match wholesaler.  This is such a unique dynamic that retailers are reacting in different ways.
    - A portion of the difference in the inflation rates is driven by retailer's looking to drive sales by funding promotions or not passing through the full cost increases they may be experiencing by making strategic price investments.
    - We do operate a number of retail stores.  At our market leading Cub banner, we are investing in price in certain categories (including not fully passing through cost increases) while completely passing through cost increases in others which led to a modest decline in retail gross margin in Q1 compared to last year.
    - Remember UNFI is primarily a wholesaler with contracts that generally call for a percentage markup to our landed cost of goods.
    - We are continually working work with our suppliers to minimize inflation impacts to our customers, doing everything we can to act as an inflation hedge on their behalf.

3.  Mentioned on the call that fill rates have not improved, when do you think they will get back to normal? And then lower promos have been a significant headwind to profitability… do you think trade spend will return to pre-COVID levels? How much is that profit center down vs. pre-COVID levels?
    - Let me start by saying from a total inventory value we are normal historic levels.  That is to say we have plenty of product to sell and we are working with our customer to find replacement SKUs if there are long-term-out-of stocks on certain SKUs.  When possible, we leverage our Brands business to fill these gaps.
    - Fill rates did improve from the beginning of the calendar year through early summer and have fallen off since which carried through our first quarter.
    - Some of our suppliers have provided timeframes in 2022 while others have been less willing to do so.  This implies there is still a fair amount of uncertainty around the drivers of the fill rate challenges (commodities, labor and trucking) making it difficult to predict when we'll be back to a more normalized environment.
    - For UNFI, being the largest wholesaler gives us access to constrained SKUs because we typically a top 1,2,3 customer for suppliers but we also carry the broadest selection of SKU's and remains one of the largest outlets for many CPG companies and tertiary/secondary SKU's tend to be the ones impacted the most.
    - On trade spend and promotions, what we saw in our first quarter suggests promotions are beginning to come back. From CPG perspective, inflation typically coincides with promotions to help maintain volume and offset some of the impact of higher prices.

When the return to pre-pandemic levels and the trajectory to get there are not clear.  This is especially true given the high levels of inflation as suppliers will need to promote to (at least temporarily) lower the retail price of their products.

4. How are you thinking about optimizing the DC network vs. consolidating DCs that you have done in the past? What do you think are the biggest factor driving that change in strategy towards more optimization vs. consolidation?

   - At our investor day we talked about how we are working to optimize our DC network which means:
     - We'd certainly look at consolidations where it made sense and where we believe we could better service our customers from fewer distribution centers such as what we've done in the PNW and PSW. However, we're more focused on optimizing our DC network.
     - We still feel there is opportunity in regions where we have a concentration of DC's but we have to compliment optimization with a network that can support $1B/year of growth.   We also investing in expansion of our DCs to increase capacity and add fresh capability where needed.
     - Additionally, we have slow moving warehouses in four regions of the country, and we believe there is an opportunity to expand the reach so these DC's can handle some of the volume from other nearby locations
     - (From investor day) "maximizing the capacity and throughput of our existing assets by proactively changing how our distribution centers interact with one another and how they collectively service our customers."
     - (Also from investor day) "We are optimizing how we procure inventory to maximize our service to our customers while reducing both product and distribution costs. We will continue transitioning to a multitiered approach, which segregates inventory into fast turning and slow turning facilities. We will further leverage our current automated regional DCs that are strategically located across the country that focus on slower moving items that get selected on an each or a unit basis. This model is expected to improve customer access for these slow-moving SKUs, improve order accuracy and allows us to distribute these products more efficiently. This configuration will also simplify and improve efficiency around inbound deliveries, improve capacity through better space utilization and ultimately reduce our operating expense."

5. Sandy you've had a few months to get to know the business - when you think about the strategy for the organization going forward - what do you want to allocate more or less resources to?

   - Discuss.

6. Can you talk about how your employee retention has been trending? Are you happy with where it stands today? And who is your biggest competitor in the market is it Amazon from a labor standpoint?

   - We're making progress on attracting and retaining employees but have room for further improvement.

CONFIDENTIAL                                                                                           UNFI-0021940

- We believe the associate friendly programs we've introduced such as Early Pay and Flex Shift are contributing to the progress we're making.  We stated on our call that almost <mark>4% of our total hours are from associates on Flex Shift</mark> and that figure continues to grow which tells us that its about more than simply wages.
- Our biggest competitor varies by market so I wouldn't call out any single company.
- 

7. Do you think more consolidation is needed in the industry? Do you think its possible to do a #1 and #2 consolidation again? Or would you expect some of the smaller players to start to merge?
    - We believe continued consolidation at retail is likely which would be a positive for UNFI as we are able to support retailers across multiple regions of the country.
    - On the distributor side, the recent purchase of Coastal by Sysco is evidence of companies like this working to expand and complement their existing product portfolio. Likely to see more of these.

8. The natural and specialty channel has lost some share during COVID… when do you think shoppers will return to partial basket shopping and what channels do you think are the biggest share donors?
    - The natural channel has been essentially flat in 2021 after growing faster than conventional or mass in 2020.
    - Natural products (as opposed to channel) are seeing growth across all channels, another impact of the pandemic and consumers shift toward health and wellness.  Beyond that, fresh is outpacing center store categories.
    - These shifts in consumer preferences across the store plays well for UNFI and allows us to bring the most complete solutions to our customers given our broad assortment of SKU's.
    - "Skate to where the puck is" analogy.
    - More broadly on channels, Nielsen data suggests mass and club have gained share recently but there are examples of winners in all formats.  Our job is to do everything we can to make our customers as competitive as we can and add value to their operations.

9. Can you walk us through the strategy to keep the Cub banner - do you think it makes sense to devote organization focus to retail and why not exit when margins are elevated? How has the franchise structure of Cub and need to sell the stores with a supply agreement impacted potential pool of investors?
    - You may recall that we made the decision when the pandemic began to not sell the remaining retail banners.  This was largely because we didn't want to see stores in food deserts close which would leave those shoppers with limited access to healthy food.
    - We're pleased with the performance of our retail business and the cash it contributes.
    - John Howard Q1 call – "We'll continue to optimize which means we're going to run, we're going to invest, we're going to grow, and we're going to do all the things that you would expect us to do with an asset that we own and at the same time what that means is, if an opportunity present itself to monetize it at an appropriate value, we're happy to consider it, but under the leadership that we have and the results that they're producing we're going to continue to optimize and grow it."

                                                                        UNFI-0021941

10. One of Supervalu's biggest assets was its services business – can you talk about the progress you've made cross selling those services? Have you hit all of your natural customers about the opportunity for savings in areas like credit card fees?

- We've made progress on growing our services business following the acquisition of Supervalu, but we still have a tremendous opportunity to sell more services which help our customers lower their cost structure, increase sales and simplify their operations.
- Our sales team meets regularly with UNFI's customers to better understand their business in an effort to provide solutions that add value to their operations.  Our payments program is one example and shows how our scale can lower credit card fees our customers pay.

<u>Full Commentary from Investor Day on DC Optimization</u>

As we fulfill power in scale, we are also focused on optimizing our distribution center network. This means maximizing the capacity and throughput of our existing assets by proactively changing how our distribution centers interact with one another and how they collectively service our customers. We have consolidated facilities in both the Pacific Northwest and in Southern California. These efforts have reduced the number of distribution centers we operate on the West Coast from 10 to 6 over the past 2 years, which has made our operations simpler and more efficient. We are optimizing how we procure inventory to maximize our service to our customers while reducing both product and distribution costs. We will continue transitioning to a multitiered approach, which segregates inventory into fast turning and slow turning facilities. We will further leverage our current automated regional DCs that are strategically located across the country that focus on slower moving items that get selected on an each or a unit basis. This model is expected to improve customer access for these slow-moving SKUs, improve order accuracy and allows us to distribute these products more efficiently. This configuration will also simplify and improve efficiency around inbound deliveries, improve capacity through better space utilization and ultimately reduce our operating expense.