**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| DAN SILLS *and* GEORGE DICK, *individually and on behalf of all others similarly situated*,<br><br>                           Plaintiffs,<br><br>   vs.<br><br>UNITED NATURAL FOODS, INC., J. ALEXANDER MILLER DOUGLAS, JOHN W. HOWARD, *and* CHRISTOPHER P. TESTA,<br><br>                           Defendants. | No. 1:23-CV-02364-JGLC<br><br>**DECLARATION OF NILOFER UMAR IN SUPPORT OF DEFENDANTS' SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL** |

I, Nilofer Umar, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.     I am admitted to practice in the State of Illinois, admitted to practice before this Court *pro hac vice*, and a member of the law firm Sidley Austin LLP, counsel for Defendants United Natural Foods, Inc., J. Alexander Miller Douglas, John W. Howard, and Christopher P. Testa in this action. I submit this declaration in support of Defendants' Sur-Reply in Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

2.     A true and correct copy of the Sur-Reply Expert Report of Paul Zurek, Ph.D., dated October 6, 2025, is attached hereto as Exhibit 23.

3.     A true and correct copy of the deposition transcript of Steven P. Feinstein, Ph.D., dated September 17, 2025, is attached hereto as Exhibit 24.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 6, 2025 in Chicago, Illinois.

_/s/ Nilofer Umar_
Nilofer Umar