**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DAN SILLS and GEORGE DICK, *individually*
*and on behalf of all others similarly situated,*

                                    Plaintiffs,                     **23-CV-2364 (JGLC) (VF)**

        v.

                                                  **ORDER**

UNITED NATURAL FOODS, INC., J.
ALEXANDER MILLER DOUGLAS, JOHN
W. HOWARD, and CHRISTOPHER P.
TESTA,

                                    Defendants.
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

On October 16, 2025, Plaintiffs requested leave to file a 15-page brief in opposition to

Defendants' sur-reply to Plaintiffs' motion for class certification (a "sur-sur-reply"). See ECF

No. 149. For the reasons that follow, Plaintiffs' letter motion is DENIED.

As a basis for the need to file a sur-sur-reply, Plaintiffs first argue that Defendants raise

new arguments regarding the damages methodology in their sur-reply. But the statements

Defendants make about "observed volatility" respond to new statements made in Plaintiffs' reply

brief and reply expert report. See ECF No. 130 at 25; ECF No. 131-2 at ¶¶ 191-92; ECF No. 146

at 11. Plaintiffs next contend that Defendants raise new arguments regarding price impact in their

sur-reply. ECF No. 146 at 7. However, to the extent Defendants argued that Plaintiffs would

have known of the purportedly concealed issues by no later than March 8, 2023, Defendants

made this argument in support of their contention that the class period must end on March 8,

which is an argument Defendants raised in their opposition brief. See, e.g., ECF No. 112 at 29,

39.

Plaintiffs also argue that Defendants make new arguments about quantification matching

in their sur-reply. But Plaintiffs cite to pages where Defendants are responding to arguments

raised by Plaintiffs in their reply. See ECF No. 146 at 17-21. Finally, Plaintiffs argue that

1

2

Defendants cite new cases in their sur-reply. But Defendants cite these cases to support responses to arguments raised by Plaintiffs in their reply brief.

Accordingly, Plaintiffs' letter motion for leave to file a sur-sur-reply is denied. The motion for class certification is now fully briefed. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 149.

**SO ORDERED.**

DATED:  New York, New York
         October 28, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge