October 29, 2025

**VIA ECF**

Hon. Valerie Figueredo
United States Magistrate Judge
for the Southern District of New York
500 Pearl Street, Room 1660
New York, NY 10007

   Re:  *Sills v. United Natural Foods, Inc., et al.*, No. 23 Civ. 2364 (JGLC) (VF)

Dear Judge Figueredo:

   The parties write jointly to request an approximate 4-month extension of the fact discovery cut-off, from November 15, 2025, to March 31, 2026.  As an initial matter, the parties have agreed to participate in a private mediation scheduled to occur on November 17, 2025.  Should the parties fail to reach a resolution, the requested extension allows the parties time to adequately prepare for and conduct fact depositions (as discussed below), and accounts for anticipated deposition scheduling conflicts around the intervening Christmas and New Year holidays.

   Since the joint status report dated July 31, 2025 (ECF 119), the parties have continued to engage in written and document discovery. While the parties have been able to resolve a number of discovery issues surrounding document discovery, a few outstanding issues remain. Additionally, while UNFI's Rule 30(b)(6) witnesses are scheduled to be deposed in November, percipient witness fact depositions have not yet begun. In an effort to conserve resources, the parties agreed to conduct fact depositions after the mediation; Plaintiffs have requested December dates for up to 4 witnesses, which the parties are in the process of scheduling, and the parties will continue to meet and confer as to scheduling the remaining depositions between January and March. An extension will allow sufficient time to complete fact discovery.

   There have been no prior requests for extension or adjournment.

   The original deadlines and the requested extended dates are set forth in the following table:

Hon. Valerie Figueredo
October 29, 2025
Page 2

| Event | Original Deadline | Requested Deadline |
|---|---|---|
| Deadline for substantial completion of document productions | July 15, 2025 | (no change) |
| Deadline for fact witness depositions (merits) | November 15, 2025 | March 31, 2026 |
| Last day to serve written discovery requests | October 15, 2025 | 30 days prior to the close of fact discovery |
| Close of fact discovery | November 15, 2025 | March 31, 2026 |
| File a joint letter certifying that fact discovery is complete | November 21, 2025 | 7 days after the close of fact discovery |
| Opening experts due | TBD | TBD |
| Rebuttal experts due | TBD | TBD |
| Close of expert discovery | TBD | TBD |
| File joint letter certifying that all discovery is complete and stating which dispositive motions, if any, each party intends to file | 14 days after the close of expert discovery | (no change) |
| Summary judgment | The parties will meet and confer on a summary judgment briefing schedule within 14 days of the close of expert discovery, with opening briefs to be filed no sooner than 45 days after the later of (i) the close of discovery or (ii) a ruling on Plaintiffs' motion for class certification | (no change) |

Respectfully submitted,

/s/ Melissa Wright            /s/ Nilofer Umar

Melissa Wright              Nilofer Umar
*Counsel for Plaintiffs*      *Counsel for Defendants*

cc: All Counsel of Record (via ECF)

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: October 30, 2025**

The requested extension is GRANTED. Fact discovery will close on **March 31, 2026.** The parties are directed to provide a joint update on the status of mediation by **December 19, 2025**.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 154.