UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAN SILLS and GEORGE DICK, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>UNITED NATURAL FOODS, INC., J. ALEXANDER MILLER DOUGLAS, JOHN W. HOWARD, and CHRISTOPHER P. TESTA,<br><br>          Defendants. | Case No.:  1:23-cv-02364-JGLC-VF |

## **JOINT STATUS REPORT ON MEDIATION**

Pursuant to the Court's Order entered October 30, 2025 (ECF No. 155), the parties hereby submit this joint report regarding the status of mediation.

On November 17, 2025, the parties participated in a private mediation held at the offices of Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019.  The parties did not reach an agreement to settle the action at the mediation.

Dated: December 19, 2025
      New York, New York

GLANCY PRONGAY & MURRAY LLP

*/s/ Pavithra Rajesh*
Gregory B. Linkh
230 Park Avenue, Suite 358
New York, New York 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

Robert V. Prongay (admitted *pro hac vice*)
Casey E. Sadler (admitted *pro hac vice*)
Kara M. Wolke (admitted *pro hac vice*)
Melissa C. Wright (admitted *pro hac vice*)
Pavithra Rajesh (admitted *pro hac vice*)
1925 Century Park East, Suite 2100

SIDLEY AUSTIN LLP

*/s/ Francesca Brody*
Francesca Brody
Vincent Margiotta
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
fbrody@sidley.com
vmargiotta@sidley.com

Nilofer I. Umar (admitted *pro hac vice*)
Neil H. Conrad (admitted *pro hac vice*)
Claire G. Lee (admitted *pro hac vice*)
William J. Lawrence (admitted *pro hac vice*)

1

Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
rprongay@glancylaw.com
csadler@glancylaw.com
kwolke@glancylaw.com
mwright@glancylaw.com
prajesh@glancylaw.com

*Lead Counsel for Plaintiffs*
  *Dan Sills and George Dick*

One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
numar@sidley.com
nconrad@sidley.com
claire.lee@sidley.com
bill.lawrence@sidley.com

*Counsel for Defendants*

## MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: December 23, 2025**

The parties are directed to file a joint update on the status of discovery by **January 30, 2026**.

2