UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAN SILLS and GEORGE DICK, *individually
and on behalf of all others similarly situated*,

                             Plaintiffs,                    23-CV-2364 (JGLC) (VF)

        v.                                                  **ORDER**

UNITED NATURAL FOODS, INC., J.
ALEXANDER MILLER DOUGLAS, JOHN
W. HOWARD, and CHRISTOPHER P.
TESTA,

                             Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A pre-settlement conference call in this matter is hereby scheduled for **Wednesday, February 4, 2026, at 10:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [288 831 646#].**

      SO ORDERED.

DATED: New York, New York
           February 2, 2026                               _____
                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge