March 26, 2026

**VIA ECF**

Hon. Valerie Figueredo
United States Magistrate Judge
for the Southern District of New York
500 Pearl Street, Room 1660
New York, NY 10007

      Re:     *Sills v. United Natural Foods, Inc., et al.*, No. 23 Civ. 2364 (JGLC) (VF)

Dear Judge Figueredo:

      The parties write jointly to provide an update on the status of this litigation. On January 30, 2026, the parties notified the Court that they agreed to resume settlement discussions and to stay discovery for 30 days in order to facilitate those discussions. ECF 160. The parties agreed to provide an update on the status of settlement discussions and revisions to the discovery schedule by March 5, 2026. *Id.* at 2. On February 24, 2026, the Court stayed the case.

      The parties' settlement discussions remain ongoing. The parties propose to provide the Court with a further update on or before April 24, 2026.

                         Respectfully submitted,

                         */s/ Kara Wolke*         */s/ Francesca Brody*

                         Kara Wolke            Francesca Brody
                         *Counsel for Plaintiffs*    *Counsel for Defendants*

cc: All Counsel of Record (via ECF)

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: March 30, 2026**

The parties are directed to provide a joint status update on or by **April 24, 2026**.