April 24, 2026

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: April 27, 2026**

By **June 23, 2026**, the parties are directed to either file a motion seeking preliminary approval of the settlement or provide the Court with a status update.

**VIA ECF**

Hon. Valerie Figueredo
United States Magistrate Judge
for the Southern District of New York
500 Pearl Street, Room 1660
New York, NY 10007

Re:    *Sills v. United Natural Foods, Inc., et al.*, No. 23 Civ. 2364 (JGLC) (VF)

Dear Judge Figueredo:

The parties write jointly to provide an update on the status of this litigation. On January 30, 2026, the parties notified the Court that they agreed to resume settlement discussions and to stay discovery for 30 days in order to facilitate those discussions. ECF 160. On February 24, 2026, the Court stayed the case.

The parties are pleased to report that they have now reached a settlement-in-principle to resolve all claims. The parties are beginning the process of negotiating the settlement documentation, including the long-form stipulation of settlement, and require sufficient time to draft related filings in support of an anticipated motion for preliminary approval and distribution of notice.

Accordingly, the parties propose that on or before Tuesday, June 23, 2026, either plaintiffs will file a motion seeking preliminary approval of the settlement or the parties will provide the Court with a further update on the status and timing of the settlement documentation.

Respectfully submitted,

/s/ Kara Wolke            /s/ Nilofer Umar

Kara Wolke              Nilofer Umar
*Counsel for Plaintiffs*      *Counsel for Defendants*

cc: All Counsel of Record (via ECF)